**FILED**

APR 16 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISRTICT OF CALIFORNIA

| | |
|---|---|
| Garrison Jones, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 2:19-CV-2374-KJM EFB |
| ) | |
| v. ) | 2:19-CV-02374 |
| ) | |
| ) | |
| Velocity Technology Solutions, Inc., ) | |
| Defendants. ) | |
| ) | |

## AFFIDAVIT OF SERVICE

I, Erin De La Cruz, do hereby certify that I have served a true and exact copy of the Filed Amended Complaint on the defendant, Velocity Technology Solutions, Inc. c/o Registered Agent, Corporate Service Company at 2626 Glenwood Ave., Suite 550, Raleigh, NC 27608. I personally delivered said documents to Colleen Walsh, Representative for Corporate Service Company on April 13th, 2020 at 10:46AM.

I further certify that I am over the age of 21 and not an attorney or a party to this action and that I am not related by blood or marriage to a party to the action or to the person upon whom service was made.

_____
Erin De La Cruz
Private Process Server
PO Box 1863
Raleigh NC 27602

Sworn to and subscribed before me
this the 15 of April, 2020.

_____
Notary Public
Kelly De La Cruz
Printed Name
My commission expires: 9-28-21

[Notary Seal: KELLY DE LA CRUZ, NOTARY PUBLIC, WAKE COUNTY, NC]



Black Dog Agency LLC
PO Box 1863
Raleigh, NC 27602
919 961 2195
info@blackdoglegal.com
www.BlackDogLegal.com

# Invoice # 6387

CASE # 2:19-CV-02374

PAID 04/15/2020

**To:** **Garrison Jones**
**Sacramento CA 95815**

Invoice Date: **4/15/2020**
Invoice Terms: **Due on receipt**
Client Number: **Pro Se**

| Date | Item | Description | Qty/Min | Rate | Subtotal |
|---|---|---|---|---|---|
| 4/13/2020 | Service | Complaint- Velocity Technology Solutions c/o RA CSC, Raleigh: Served on Colleen Walsh, rep for CSC | 1 | 65.00 | 65.00 |

Total: $65.00

Payment **Please make checks payable to Black Dog Agency, LLC. A 10% late fee will be charged for payments received later than 30 days of receipt of this invoice.**

Questions **If you have any questions about your bill, please contact us at your convenience and we would be happy to help.**

Thank you for choosing Black Dog Agency
Please visit us at www.BlackDogLegal.com

www.BlackDogLegal.com