# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

# GARRISON JONES, v. VELOCITY TECHNOLOGY SOUTIONS et al

Civil Action No. 2:19-cv-02374 KJM-EFB

MEMORANDUM

Pending before the Court is defendants' motion to dismiss of May 4, 2020

The plaintiff is hereby submitting this Memorandum in an effort an opportunity for the defendants to withdraw its motion for the specific reason that they know that the motion is baseless and does not contain a single ounce of any true allegations. The defendants as it stands as of the date said motion was filed is in direct violation of FRCP Rule 11 (b) (c)

As the defendants and their attorneys in multiple documented occasions have submitted not only forged documents to multiple state and federal jurisdictions, which they knew to be false. On this occasion is the first time they have submitted any document or responded to any litigation where they did so in a manner where the plaintiff had the opportunity to respond and or defend after first being aware of the response. All other false documents that have been filed without the knowledge of the plaintiff and done behind his back as in the (5) cases in the (AZDES) Arizona Department of Economic Security where the filed

a. False and forged "**employer protest**" claiming the plaintiff was still employed knowing that they had secretly terminated him but was done so to interfere with his rights to collect unemployment benefits.
b. Then in doing so in a span of 90 days submitted multiple documents and committed multiple violations to AZDES that falsely claimed that forced the plaintiff to file appeals to each false claim. This included
   a. He was still employed
   b. He was unable to work
   c. Filing and appeal after losing and original appeal over 40 days after the court deadline
   d. Impersonated the plaintiff in conversations with AZDES
   e. Submitted unsolicited plaintiff confidential medical records
   f. Falsely claiming the plaintiff was committing unemployment fraud (a felony in AZ) that falsely claimed he was working and collecting unemployment at the same time. They unsuccessful in their efforts to derail the plaintiff resulted in making a claim that he was breaking the law and attempted to get him indicted for a felony to in their minds would send him to prison, to stop him from moving forward in any litigation. This was done so that he would not collect a meager amount of $240.00 per week in unemployment. They attempted to "**Stack the deck**" and put as many obstacles in the path of the plaintiff as they could, all proven false. This shows and illustrates what length the defendants and their attorneys would result to stop the plaintiff in

receiving and getting deserved judicial resolutions to his claims.

Each false allegation forced the plaintiff to file an appeal with the Arizona Court of Appeals. The court should know that after the defendants and their attorneys both knew of the appeal, the date/time of all hearings, which they failed to appear and provide any testimony, exhibits, or evidence to support any of their allegations. All they knew were false yet when faced with the opportunity to "stand up" to these false allegations, they cowardly did not appear.

Except in one occasion when they knew of the hearing date/time instead of appearing in court, they faxed over the forged false document they sent the first time, hoping that the court would admit it and interpret it anyway they wanted as long as it was in their favor. In all such appeals 5) where the defendants were represented by attorneys from Ogltree Deakins. As of this date, the attorneys assigned currently are the seventh and eighth attorneys assigned. Their status is from an Associate to now a managing shareholder. However in this case they who are using the client as a "cash cow" for the sake of revenue, have submitted to the court a known fraudulent motion and are attempting to defend this motion before he court.

**In each case the Appeals Court of Arizona ruled in favor of the plaintiff** as in each case, he proved that the allegations were false and had supporting documentation to prove it, the same as he has in this case. The court needs to be aware of this historical documented fact and see that the trend of submitting false

allegations to the court continues as the motion before the court is completely false and not only can the plaintiff prove it, the court who has access to the Pacer system can also view and see that the allegations by the defendants and their attorneys are a complete lie.

However, I have taken a different approach and have already gathered multiple documents in preparation in addition to a

pre engagement letter along with a copy of the baseless, without merit, fraudulent motion before the court to the Sacramento and California Bar Association in hopes that they can talk some sense into these attorneys and let them know they put their law license in jeopardy as well the real possibility of misconduct and sanctions that will be a result of their efforts in defending a client that they know are guilty of not only the claims in this case, but also of multiple state and federal civil and criminal offenses.

It is my intent to not only file motions related to Rule 11 but also file official misconduct complaints.

In this era of the current pandemic, the defendants' attorney is using them for the purpose of "revenue" and are not counseling them in a manner consistent within the parameters of the law.

The defendants and their attorneys have continuously acted in bad faith in each complaint and litigation it has faced.

Notwithstanding multiple litigations that have not yet begun and that have surfaced since the pandemic has begun.

The oath and this statement means nothing to them. Evident of this is the motion before the court at this time.

*In that they have made the declaration that they made the declaration and signed the motion, knowingly that it was completely false and frivolous, with the only reason for the motion was to commit fraud upon the court.*

*Declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct*

Respectfully submitted,

_____
GARRISON JONES, PLAINTIFF

Garrison.jones@outlook.com

ANTHONY J. DECRISTOFORO SBN 166171
anthony.decristoforo@ogletree.com
PAUL M. SMITH SBN 306644
paul.smith@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA 95814
Telephone: 916-840-3150
Facsimile: 916-840-3159

Sacrament Bar Association
425 University Avenue # 120
Sacramento, California 95825

Case No. 2:19-cv-02374-KJM-EFB

## RE: Attempt to avoid/prevent sanctions Rule 11 and Grievance Velocity Technology Solutions.

Sir, I am contacting your organization in an effort to prevent and avoid federal sanctions and the filing of a serious major grievance against the two attorneys above from the law firm of OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C... I have been involved in litigation in multiple cases in Arizona, Illinois, and now California with my former employer Velocity Technology Solutions. In each case, I have appeared Pro Se and in each case, they have lost each case.
Other people and law firms maybe afraid of the reputation of Ogletree Deakins but I am not one of them. They are under the assumption that just because of their name, people are to "bow" down to their unethical acts and behavior; I am not one of them. I am not impressed by no means of their legal expertise.

Also in each case, they have been represented by an attorney from OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. I want to add that in each case, they have never and I repeat never responded, filed a counter claim, offered a single word of testimony nor have they ever submitted in person a shred of evidence, or responded by filing a motion or any other pleading during the entire 3 years of litigations, until now. However, in all cases, they have with their attorneys from this firm submitted multiple fraudulent documents to the courts and at the time of the hearings, they knew of the date/time and intentionally did not appear. This was orchestrated not because of strategy, but was done as if they offered any testimony or denial of any sort, it would be perjury. I have an overabundance of evidence of mail fraud, over billing customers, and most of all Ii have in my possession 16 gigabyte of stolen intellectual property stolen from Velocity "business partner Infor" that they conspired to steal and stole for the main reason of "American Greed" and profit. I am the one person who can be the main witness that not only will get Velocity employees and executives federally indicted and sent to prison, but also executives from several multi-billion dollar organizations.

Now the two attorneys above are the seventh and *eighth attorneys assigned to me and these cases. All the other attorneys who have done some serious unethical documented acts have been "reassigned" Their client is guilty and they know it. This firm is not simply representing them in discrimination cases, they have been retained to squash all attempts and progress any way they can by breaking the law.

Their most recent stab at this resulted in a judicial misconduct complaint that was sent to the Seventh Circuit Court of appeals and to several federal law enforcement agencies because they have now intertwined a federal judge in their attempts to prevent their client from federal and state criminal indictment and prosecution.

While I am not going to point out the elements in their motion, I will tell you I have proof that not one single allegation and sentence in the motion is true. It is simply a bunch of lies they have put together so they can bill their client and continue to treat them as a **cash cow**" while at the same time committing fraud upon the court, in addition to losing every single case they have represented them on despite the fraudulent and forged documents they have presented and cowardly sent to the courts that they knew before submittal had misleading intent and fraudulent and then failed to appear for the hearing to argue or defend. They are not stupid nor am I.

There is a hearing scheduled for June 3, 2020 at 10:00 am and if they appear to "defend" their motion and thin it will be a "*walk in the park*" they are mistaken and have another thing coming, I will assure you that the evidence and supporting document will have them with their tails between their legs once again, but I will be asking the judge to file notices of sanctions under Rule 11 and I will file grievances against both.

Are simply delaying the inevitable. They are on a crash course to prison no matter HOW many millions of dollars they spend on legal fees.

It is my intention to move forward and I have already prepared to complaint communications. Your organization has a chance to avoid a major grievance and forewarn these individuals of the potential consequences of their actions or potential actions. By no means is this challenge, but a professional ethical courtesy. Just because maybe business is slow due to this pandemic, all billable hours, and revenue is not good billable hours and revenue, not if it will cost you, your career. If you ever saw "**Hunt for Red October, remember this line " I have seen their tactic (Ogltree) I can anticipate and tell you their next move**"
 Thanking you in advance and guidance you can provide to these lost souls.

Regards

Garrison Jones

3