# UNITED STATES DISTRICT COURT

## EASTERN CALIFORNIA

|  |  |
|---|---|
| GARRISON JONES,<br><br>            Plaintiff,<br><br>            v.<br><br>VELOCITY TECHNOLOOGY<br><br>SOLIUTIONS et al.,<br><br>            Defendant. | CASE NO.2:19-CV-02374- KJM-EFB<br><br>**REQUEST  FOR CLERK  ENTRY<br>OF DEFAULT**<br><br><br><br> |

The undersigned plaintiff, the Garrison Jones, request this Court for entry of a
default judgment as to defendant Velocity Technology Solutions et al, Inc., upon
the complaint heretofore filed and served upon the defendant, in accordance with
the provisions of Rule 55 a (1) (a) (b) (2), Federal Rules of Civil Procedure, and
in support thereof shows the Court the following.

1. On November, 25 2019 , Garrison Jones  filed in the United States District
   Court, Eastern California,, a Complaint alleging multiple violations of the
   Family Medical Leave Act of 1993, by multiple defendants, specifically the
   Director of Human resources, the highest ranking  human resource  such
   individual in the organizations who  is by her trainings and instructions
   given to human resources professional concerning their obligation and the
   laws related to FMLA and the confidentiality of employee confidential
   medical information.

2. Its is without question that she was the defendant Shauna Coleman H.R
   Director who by her position is the main individual who is obligated to
   protect an employees' not only personal information but specifically
   mandated to protect an employees' confidential medical information, was in

1

fact the person main  individual who violated these laws but released the plaintiffs confidential medical specific information to multiple executives,

3. directors, managers and employees of Velocity Technology Solutions as well as well directed other employees to create and present forged employment, FMLA documents to deny plaintiff unemployment benefits, she was also in coercion with other executives, terminated plaintiff for no good cause while on FMLA and unsolicited sent FMLA documents to individuals and organizations that did not request them, further disclosing his serious medical confidential medical information. In addition, did so without his knowledge, permission, and or consent.

4. The defendants did this willingly and intentionally  in direct violation of FMLA rules / confidentiality and not only should have known,  but did know that confidentiality of medical information is a protected right by and they were violating, interfering and retaliating against the plaintiff and used FMLA as the means to do so.

5. On **November 27, 2019** plaintiff sent via USPS certified priority mail   a copy of the complaint and **Notice of lawsuit and Request to waive Summons**.  To defendant and CEO Steve Klowblen at defendant corporate office address 1901 Boxborough Rd Charlotte, North Carolina 28211



USPS records confirmed delivery of these documents on December 2, 2019 @ 11:25 am

**Tracking Number:** 70190700000161765213

Your item was delivered to an individual at the address at 11:25 am on December 2, 2019 in CHARLOTTE, NC 28211.

**Status**

# Delivered

December 2, 2019 at 11:25 am
Delivered, Left with Individual
CHARLOTTE, NC 28211
**Get Updates**

**Delivered**

**Text & Email Updates**

**Tracking History**
**December 2, 2019, 11:25 am**
Delivered, Left with Individual
CHARLOTTE, NC 28211
Your item was delivered to an individual at the address at 11:25 am on December 2, 2019 in CHARLOTTE, NC 28211.

**December 2, 2019, 9:32 am**
Arrived at Unit
CHARLOTTE, NC 28205

**December 2, 2019, 4:30 am**
Arrived at USPS Regional Destination Facility
MID CAROLINA-CHARLOTTE NC DISTRIBUTION CENTER

**December 1, 2019, 9:42 am**
Arrived at USPS Regional Destination Facility
CHARLOTTE NC DISTRIBUTION CENTER

**November 30, 2019**
In Transit to Next Facility

**November 27, 2019, 9:31 pm**
Arrived at USPS Regional Origin Facility
SACRAMENTO CA DISTRIBUTION CENTER

**November 27, 2019, 11:47 am**
USPS in possession of item
SACRAMENTO, CA 95818

**Track Another Package  +**

**Tracking Number:** 70190700000161765213

Your item was delivered to an individual at the address at 11:25 am on December 2, 2019
CHARLOTTE, NC 28211.

 **Delivered**

December 2, 2019 at 11:25 am
Delivered, Left with Individual
CHARLOTTE, NC 28211

6. Defendant has failed to plead or otherwise defend this action, and the
plaintiff Garrison Jones is entitled to judgment by default against defendant.

Plaintiff on December 5, 2019 contacted defendants to confirm delivery.
Defendants intentionally lied and claimed they never received such a package.
Plaintiff knew they were lying.  As is their history, the defendants have a pre-
disposition to lie in the to make claims of no knowledge.

However, on December 11, 2019 for the (3rd) time plaintiff filed and **Notice of
lawsuit and Request to waive Summons** with the clerks office and again sent
a copy to defendants.  They still have failed to respond to the complaint and the
waiver.

**ORIGINAL FILED**

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

## UNITED STATES DISTRICT COURT

for the

DEC 11 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

Garrison Jones
_____
*Plaintiff*

)
)
)
)
)

Velocity Technology
_____
*Defendant* Solutions

Civil Action No. 2:19-cv-2374

### NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: _____

(Name of the defendant or - If the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)

Plaintiff did this, as he knew that the defendants would continue ignore and acknowledge of these documents and obtained as many verifications and proof that said documents had been actually received by defendants.

As of the date of this filing, none of the documents sent by USPS, USPS Certified or USPS Priority mailed or first class mail, have not been, or returned unclaimed from the United States Postal Service (USPS).

Defendant is not in the military and is over the age of 18.

**Per FRCP Rule 4 Summons** the defendant as he did in previous litigation, followed the rules

**(1)**   **Requesting a Waiver**   An individual, corporation or association that is subject to service un by a plaintiff under rule 4 , (f) or (h) has a duty to avoid unnecessary expenses of serving the summons   The plaintiff may notify such a defendant that an action has commenced and request the defendant waive serving of a summons.

6

**(2)** **Failure to waive**   If a defendant located within the Unites states fails, without good cause to sign and return a v requested by a plaintiff located in the Unites States the court must impose on the defendant:

    (a)    The expenses later incurred in making service; and

    **Results of Filing a waiver**   When the plaintiff files a waiver, proof of service is not required, and these rules apply as if the summons and complaint had been served at the time of filing the waiver.

    Therefore, in affect the **defendants were served on December 11, 2019**. If defendant had signed they waiver, they had 60 days from December 11, 2019 to file an answer to the complaint February **11, 2020**.
Defendants failed to return the waiver and failed to plead, respond, or file an answer to the complaint in the allocated time.
Therefore, the defendants are in default and have been in default for some time.

**(3)**    Defendants and their attorneys knew and verified that a lawsuit had been filed by the plaintiff and as such updated the Pacer next  Generation (NextGen) case Management Electronic Case Filing system   (CM/ECF) system to monitor and receive notifications of any and all filing in this system.  Yet they the still failed to respond to the complaint yet they intentionally failed to respond to the complaint  or comply with FRCP Rule 4 (1) (e) ,(f), (h)  Requesting a Waiver
**(4)**    Rule 4 (2) (2) (a) (b)
    Rule 4  (3)
    Rule 4  (4) Results of filing a Waiver

    Rule 4  (G)(2) Failure to waive

WHEREFORE, plaintiff prays that this Clerk of the court to enter and file **entry of default** against defendant, and that defendant be enjoined and restrained from violating any and all policies, provisions, rules, regulations, and protected

**AFFIDAVIT**

7

Pursuant to 50 USC  Section 520 Civ P. 55

Garrison Jones, Plaintiff, do hereby certify that the statements and allegations set forth in the motion to be filed true and accurate to the best of our knowledge and belief.


Respectfully submitted,


GARRISON JONES, PLAINTIFF

Garrison.jones@outlook.com