UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
501 I STREET, SUITE 4-200
SACRAMENTO, CA 95814-2322

OFFICIAL BUSINESS

**U.S. DISTRICT COURT
DOCUMENTS - PAYMENTS**

4C

Name: GARRISON JONES
4 - Certificate of
Address: Service

1 - CD to be filed
with case

District Court Case #
2:19-CV-02374

Amount:

(Please Seal Envelope)