Garrison Jones
P.O. Box 188911
Sacramento, California 95818
Garrison.jones@~~outlook.com~~
PLAINTIFF  outlook.com



FILED
MAY 26 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

GARRISON JONES
Plaintiff,
v.
VELOCITY TECHNOLOGY SOLUTIONS, INC.; SHAUNA COLEMAN, individually and as H.R. Director of Velocity Technology Solutions; CHRIS HELLER, individually and as General Counsel of Velocity Technology Solutions; STEVEN KLOEBLEN, Individually and as CEO of Velocity Technology Solutions; MICHAEL BALDWIN, individually and as an employee of Velocity Technology Solutions.
Defendants.
Case No. 2:19-cv-02374-KJM-EFB    PS

## CERTIFICATE OF SERVICE

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**
GARRISON JONES
Plaintiff,
v.
VELOCITY TECHNOLOGY SOLUTIONS, INC.; SHAUNA COLEMAN, individually and as H.R. Director of Velocity Technology Solutions; CHRIS HELLER, individually and as General Counsel of Velocity Technology Solutions; STEVEN KLOEBLEN, Individually and as CEO of Velocity Technology Solutions; MICHAEL BALDWIN, individually and as an employee of Velocity Technology Solutions.



**Defendants**.
Case No. 2:19-cv-02374-KJM-EFB
**CERTIFICATE OF SERVICE- NOTICE OF LAWSUIT REQUEST TO WAIVE SUMMONS NOVMEBER 27, 2019**
Complaint Filed: November 25, 2019

, I served the following document(s) on the attached service list:
 **NOTICE OF LAWSUIT REQUEST TO WAIVE SUMMONS**
3
Date: November 27, 2019

Complaint Filed: November 25, 2019
Trial Date: None Set
I am the plaintiff in the above case appearing Pro Se.
I do hereby affirm that I am the plaintiff in the above-mentioned case appearing Pro Se and that on November 27, 2019 I sent via USPS Certified Priority mail to defendants at 1901 Roxborough Road Charlotte, North Carolina 28211

27

Garrison Jones
P.O. Box 188911
Sacramento, California 95818
Garrison.jones@outlook.com
PLAINTIFF

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

GARRISON JONES
Plaintiff,

v.

VELOCITY TECHNOLOGY SOLUTIONS,
INC.; SHAUNA COLEMAN, individually
and as H.R. Director of Velocity Technology
Solutions; CHRIS HELLER, individually and
as General Counsel of Velocity Technology
Solutions; STEVEN KLOEBLEN,
Individually and as CEO of Velocity
Technology Solutions; MICHAEL
BALDWIN, individually and as an employee
of Velocity Technology Solutions.
Defendants.
Case No. 2:19-cv-02374-KJM-EFB

## CERTIFICATE OF SERVICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
GARRISON JONES
Plaintiff,

v.

VELOCITY TECHNOLOGY SOLUTIONS,
INC.; SHAUNA COLEMAN, individually
and as H.R. Director of Velocity Technology
Solutions; CHRIS HELLER, individually and
as General Counsel of Velocity Technology
Solutions; STEVEN KLOEBLEN,
Individually and as CEO of Velocity
Technology Solutions; MICHAEL
BALDWIN, individually and as an employee
of Velocity Technology Solutions.

**Defendants.**
Case No. 2:19-cv-02374-KJM-**EFB**

**CERTIFICATE OF SERVICE NOTICE OF LAWSUIT REQUEST WAIVER OF SUMMONS**

, I served the following document(s) on the attached service list:
 **NOTICE OF LAWSUIT REQUEST WAIVER OF SUMMONS**

Complaint Filed: November 25, 2019
Trial Date: None Set
Judge: Hon. Edmund F. Brennan

I am the plaintiff in the above case appearing Pro Se.
I do hereby affirm that I am the plaintiff in the above-mentioned case appearing Pro Se and that on December 11, 2019 I sent via USPS First class mail to defendants at 1901 Roxborough Road
Charlotte, North Carolina 28211

11

Garrison Jones
P.O. Box 188911
Sacramento, California 95818
Garrison.jones@outlook.com
PLAINTIFF

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

GARRISON JONES
Plaintiff,

v.

VELOCITY TECHNOLOGY SOLUTIONS,
INC.; SHAUNA COLEMAN, individually
and as H.R. Director of Velocity Technology
Solutions; CHRIS HELLER, individually and
as General Counsel of Velocity Technology
Solutions; STEVEN KLOEBLEN,
Individually and as CEO of Velocity
Technology Solutions; MICHAEL
BALDWIN, individually and as an employee
of Velocity Technology Solutions.
Defendants.

# Case No. 2:19-cv-02374-KJM-EFB
## CERTIFICATE OF SERVICE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
GARRISON JONES
Plaintiff,

v.

VELOCITY TECHNOLOGY SOLUTIONS,
INC.; SHAUNA COLEMAN, individually
and as H.R. Director of Velocity Technology
Solutions; CHRIS HELLER, individually and
as General Counsel of Velocity Technology
Solutions; STEVEN KLOEBLEN,
Individually and as CEO of Velocity
Technology Solutions; MICHAEL
BALDWIN, individually and as an employee
of Velocity Technology Solutions.



**Defendants.**
Case No. 2:19-cv-02374-KJM-**EFB**

**CERTIFICATE OF SERVICE NOTICE OF LAWSUIT REQUEST WAIVER OF SUMMONS**

, I served the following document(s) on the attached service list:
 **NOTICE OF LAWSUIT REQUEST WAIVER OF SUMMONS**



Complaint Filed: November 25, 2019
Trial Date: None Set
Judge: Hon. Edmund F. Brennan


I am the plaintiff in the above case appearing Pro Se.
I do hereby affirm that I am the plaintiff in the above-mentioned case appearing Pro Se and that on December 5, 2019 I sent via USPS First class mail to defendants at 1901 Roxborough Road
Charlotte, North Carolina 28211

5

Garrison Jones
P.O. Box 188911
Sacramento, California 95818
Garrison.jones@outlook.com
PLAINTIFF

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

GARRISON JONES
Plaintiff,

v.

VELOCITY TECHNOLOGY SOLUTIONS, INC.; SHAUNA COLEMAN, individually and as H.R. Director of Velocity Technology Solutions; CHRIS HELLER, individually and as General Counsel of Velocity Technology Solutions; STEVEN KLOEBLEN, Individually and as CEO of Velocity Technology Solutions; MICHAEL BALDWIN, individually and as an employee of Velocity Technology Solutions.
Defendants.
Case No. 2:19-cv-02374-KJM-EFB

## CERTIFICATE OF SERVICE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

GARRISON JONES
Plaintiff,

v.

VELOCITY TECHNOLOGY SOLUTIONS, INC.; SHAUNA COLEMAN, individually and as H.R. Director of Velocity Technology Solutions; CHRIS HELLER, individually and as General Counsel of Velocity Technology Solutions; STEVEN KLOEBLEN, Individually and as CEO of Velocity Technology Solutions; MICHAEL BALDWIN, individually and as an employee of Velocity Technology Solutions.

A M

**Defendants.**
Case No. 2:19-cv-02374-KJM-**EFB**

**CERTIFICATE OF SERVICE AMENDED MOTION DENY DEFENDANT MOTION OF MAY 4, 2010**
, I served the following document(s) on the attached service list:
 **AMENDED MOTION DENY DEFENDANT MOTION OF MAY 4, 2010**

Date: May 25, 2020

Complaint Filed: November 25, 2019
Trial Date: None Set
Judge: Hon. Edmund F. Brennan
                    Hearing Scheduled for June 3, 2020 @10:00 am

I am the plaintiff in the above case appearing Pro Se.
I do hereby affirm that I am the plaintiff in the above-mentioned case appearing Pro Se and that on December 5, 2019 I sent via USPS First class mail to defendants at 1901 Roxborough Road
Charlotte, North Carolina 28211

AM