# . UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**GARRISON JONES**
Plaintiff,

v.

**VELOCITY TECHNOLOGY SOLUTIONS**, et al
 SHAUNA COLEMAN, individually
and as H.R. Director of Velocity Technology
Solutions; CHRIS HELLER, individually and
as General Counsel of Velocity Technology
Solutions; STEVEN KLOEBLEN,
Individually and as CEO of Velocity
Technology Solutions; MICHAEL
BALDWIN, individually and as an employee
of Velocity Technology Solutions.
Defendants.

**Case No. 2:19-cv-02374-KJM-EFB**
Complaint Filed: November 25, 2019
Trial Date: None Set
Judge: Hon. Edmund F. Brennan

**Case No. 2:19-cv-02374-KJM-EFB**



FILED

JUN 05 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____

## RESPONSE OPPOSITTION TO CLAIM OF LACK OF PERSONAL JURISDICTION BY DEFENDANTS

## INTRODUCTION

**Giving these defendants and their attorneys a platform only opens up and continues their gateway of hate so that others will be allowed to follow**

The requirements of Rule 12 (b)(1)were not  as in the defendants motion by including a counter claim against the plaintiff even though it be false and by doing so the defendants  submitted to personal jurisdiction of the district court when it filed its permissive counterclaims .

0

All defenses of lack of jurisdiction over the person, improper venue, and insufficiency of service of process under rule 12(b) are waived when the defendant includes a counterclaim in his answer. It is clear that counsel intended to mislead the court. He added or "piled on" everything he thought would sway the court into believing that this was a duplicate case "**same parties same claims**". Making quotes of multiple cases as well as stating that the court had no jurisdiction over the defendants, the defendants were not obligated to respond to the complaint and that they wanted to reserve responding as to why they did not have to respond to the multiple waivers submitted by the plaintiff. I can save the court some time and let them know that the reason for all of these is the fact that the plaintiff is black and it was for no other reason. If counsel had case precedent on these statements/quotes, he would have gladly "stacked the deck of his motion and listed them"

However, the court knows that FRCP Rule 55 Default; Default Judgment (a) (b) (1) (2) already has a remedy and resolution defined for defendants that failed to plead or otherwise think they have or are not under any obligation to respond to a complaint. It has called a default judgement, which the plaintiff has said from the beginning that they knew already that they were in default and it had nothing to do with being "served" as they had been in default for some time.

In addition under FRCP 4 Summons also has a remedy for defendants who otherwise think that they have no obligation under the law to return a waiver sent by plaintiff  FRXP Rule 4 a (2)  g (2) b(4)

(B) The reasonable expenses, including attorney's fees, of any motion required to collect those service expenses. This statue is of special concern, as it does not distinguish that a condition of payment of these expenses are conditioned to whether the plaintiff wins or loses the complaint. Based on past experience where they plaintiff has at all times made statements and by their arrogant stances, believe they are not obligated to obey the laws of this country for any reason, especially when they are coming from a black man, is the very reason special circumstances were added to the motion for the plaintiff knows they will not adhere to or comply with the rules of the courts. So just like the clock was ticking when they that put the defendants in default, so is the special circumstances adding up for the penalties of "no obligation" that were added

1

specifically for the defendants.  Motion was filed with the court on May 13, 2020.

The court has seen and now I trust experienced the pain and arrogance of the defendants who truly feel that they laws of this country do not apply to them. That they are exempt from all laws and rules of the court.  The only obligation that they will proudly display is the obligation to steal from their business partners, over bill their customers and the obligation to violate every single law they can against the black people of this county and specifically the plaintiff at any time they can, for any purpose they can and done without any fear whatsoever that they will be held civilly or criminally responsible.  At the same time they are still in conspiracy mode, doing everything they can to hide the truth and most of all  get to the point that the statute of limitations  run out on the criminal acts they have committed.

The court should know, that the plaintiff has over the years predicted most of the acts by the defendants and thus the reason he has so much documented evidence and exhibits that prove his claims.

The lengths they have went in order to "stop the spread "of their illegal acts.  Just recently, the plaintiff was "tipped off" by a current Velocity employee that the defendants had again put obstacles in your path.  This time it was with Facebook, even though the plaintiff does not have a Facebook, Twitter, or Instagram account they "proactively contacted Facebook and made sure he could not register for an account to put any information or post to social media.  The plaintiff tested this recently and received the replay below.  Now how can a person who does not have an account have it disabled because it does not meet standards?"

2



**Your Account Has Been Disabled**

You can't use Facebook because your account, or activity on it, doesn't follow our Community Standards.

If you think we disabled your account by mistake, we can take you through a few steps to request a review.

Please note that we have fewer reviewers available right now due to the coronavirus (COVID-19) pandemic. Because of this, we may be unable to review all requests and the way we handle reviews has changed. We'll guide you through a few steps to request one.

This is the defendants at work.  Here is another one for the court.  The court will know that counsel also mentioned a "settlement" in the case in Northern Illinois.  What he did not intentionally mention was that it was induced by fraud, misrepresentation and was entered into by the defendants, so that their investors and business partners who were involved in the theft of Intellectual property and the racial discrimination of the plaintiff forced the defendants to settle before their involvement was discovered.  He also did not mention that the defendants did this to conceal state and federal crimes. Counsel intentionally did not mention that three days after the signing of this so-called agreement, the defendant still represented by

OGD filed an appeal to a case they had already lost on appeal more than 40 days after the deadline to file, where they lied and sent forged documents to AZDES and to the Arizona Court of Appeals where they lied claiming the plaintiff was still employed when they terminated him and at the date/time of the hearing, they intentionally did not appear.  The appeal was immediately denied with special a special notation that **they are not allowed to appeal the decision"**

3

## Another attempt at fraud

If Velocity had confidence that they had a solid agreement, why is it that they are feverishly trying to induce me to "violate" an agreement that was void the moment it was signed, illegal as it was to cover-up, conceal a crime, unconsciable, and was induced by fraud and misrepresentation?  Why would they put so much effort into trying to get documented proof that I violated it, the reason is because they know it will never stand up in court and is completely unenforceable.  If they had any doubt that they could win such a case by filing a motion to compel or breach, they would have done so.

The incident with some attorney who contacted me out of the blue and the very first thing he wanted was a copy of the agreement, so that he had some proof to give to Velocity that it was shared after he specifically said he was not my attorney, but knowing that if I did provide it, Velocity could claim I shared its content with someone, who was not my attorney.  The whole thing was a trick, a ruse to get me to share it.  Showed how desperate they are and that they are grasping at straws.  They were after the agreement as proof that I shared it with someone who was not my attorney **EXHIBITS V1 –V20**

All this because a so-called multimillion dollar company refused to pay $240.00 per week in unemployment benefits to someone they illegally terminated.  Why/ because he is black.

## Velocity is the post card of a hostile racial organization

The court should see that in over three years that when they were forced to respond to a complaint that they went back to what they do best, lie and commit fraud.  It is in their nature to do so.  Then when their counsel makes a written statement that is false and proven to be false, he then tries to put blame back onto the plaintiff as if he did not make the statement.  The court can see this and to give them an opportunity and put them on a platform that they will again lie to the court is why this country is in the shape it is now.  Whites always seem to have an alternate story even though the incident is caught on video.  It is not just George Floyd who has a video; I Garrison Jones have a video of Velocity white employees stealing Intellectual property.  They have never made a statement that it was not their employees or denied what they

4

were doing. Instead, they attack the person who they claim was to test-drive this stolen material for their use and greed.

It is clear that if I was stupid enough to accept their explanation of a "hearing in Seattle on January 13, 2019, they would "arrange for a ride to the airport and all expenses so that I could testify against Velocity. It is my belief if I got into a vehicle for an arranged ride to the airport that it would have been the last time, I would have been seen alive. It was a setup pure and simple. They were not only after the agreement but they were going to do anything to end my life to get rid of the threat of prison, and the person who could help put them there.

I asked for a case number etc. to prove there was such a real case and never received that information, now that they were not successful in setting me up, and over the Thanksgiving weekend all of a sudden, "the issue with Velocity has been resolved"

I am certain that when they lose this case, they will attempt to spring that illegal agreement and attempt to sway the court that even though he won, he is not entitled to a monetary ward. Well to that, I say there is no contract or agreement especially this one that can be enforced because it is invalid also, the defendants knew they had committed several violations of the law both civil and criminal against the plaintiff that he had no knowledge of and the fact that once he found out he would file litigation for damages. NO contract or agreement can limit or pre-define the monetary award to a plaintiff before litigation is even filed, nor a this illegal agreement, pre-set the award so that no monetary award is received by the litigants. It is illegal and you can assure they know that but will try to submit it to the court anyway. Here are a bunch of criminals who thought that they had pulled off the great crime and conspiracy and were stupid enough to not only leave a documented audit trail back to them but, they also out of sheer stupidity created over 16 gigabytes of illegally recorded videos of stolen intellectual property that they recorded themselves committing a crime on the videos. How many criminals have been sent to prison after video showed them committing a crime. Not only that, how many criminals recorded themselves committing federal crimes. Total ignorance and arrogance that they remotely think that they can convince anybody or raise and once of "reasonable doubt" when the name of the

5

Velocity employee is clearly displayed on the screen next to a "RED CAMERA: indicating he is the person doing the recording.

The defendant's delay of over five (5)  months as unseasonable assertion of the defenses and as active pursuit of the court's jurisdiction.  When they did respond, they responded continuing the same them of fraud they have done for the past three years, then when faced with active opposition instead of what they did in the past, where they filed forged documents, received what they wanted as expected results and then forced the plaintiff to "dig out" and appeal these false claims, now it is clear that in mid-stream, and responses that are not  months apart, they change their position, try to blame the plaintiff in bringing up the issue as they have done in their responses an old "Freudian technique" when painted into a corner or caught in a lie, you take the focus off of yourself and deflect it onto your opponent.  Counsel has abandoned his claim as it has been proven false, however in his response, he wants the court to grant him an opportunity to give   third version of this same issue so that he can then lie to the court one more time by asserting yet another version and or reason why they failed to replay to the complaint and waiver.

This exemplifies the sheer madness of counsel and their client.

This law firm and their attorneys are complicit with Velocity Technology Solutions and are intimately involved with others in an illegal activity or wrongdoing. Obstruction of justice, aiding and abetting, interference in a federal proceedings and hindering prosecution of Velocity for state and federal crimes committed by the executives and employees of Velocity as well as other organizations connected to velocity.

"all of these people are **complicit in** some criminal conspiracy"

6

Defendants' motion is not simply a motion to dismiss but a counter claim to the plaintiffs' complaint.  . Pursuant to Rule 12 b (2) and 12 b (5) the rule responses and defense is limited to response elements that include:

**(2) Lack of personal jurisdiction**

**(3) Improper venue**

**(4) Insufficient process**

**(5) Insufficient service of process**

Defendant motion contains additional elements where he is making a counter claim and answer against the plaintiff and his complaint.  This disqualifies said motion as a motion to dismiss under Rule 12 (b) (2) and 12 12 (b) (5) but is classified as a counter claim and answer.  Answer and counter claim to the complaint as his addition of a claim even though it be a false, the  claim does not fall into any of the categories under the  Rule 12 b (2) or 12 (b) (5) as

---

[1] Among the multiple grounds for early dismissal of this case is that Plaintiff previously filed and dismissed with prejudice a virtually identical action involving the same parties and claims in the United States District Court for the Northern District of Illinois.  Plaintiff filed that case in May 2018. the parties settled the case. and Plaintiff signed a general release. Plaintiff dismissed that case with prejudice on August 16. 2018. *Jones v. Velocity Technology Solutions, et al.* (N.D.Ill.). No. 1:18-cv-03288.

This statement does not and is not an element under either rule; it is purely a counter claim and answer to the plaintiffs claim.  Nowhere in the rule does it state that a previous action is

**Counterclaim** is a claim made to rebuke accusations against you.  The fact that an alleged virtual identical case is not listed in the rule.  As such, defendants' response waives any defense to jurisdiction as he via his response, submitted and waived any rights of jurisdictional defenses by including said counter claim in his answer.  A counterclaim acts as a waiver of all jurisdictional defenses

7

(See below)

argue that such errors constitute good cause to justify

[2] Indeed, Plaintiff focuses much of his second opposition [Dkt. 10] to the case he filed, settled and dismissed in the Northern District of Illinois.  Whether Plaintiff agrees that the complaint in the Illinois case is "virtually identical" to the complaint in this case is not material for purposes of this motion.

Counsel is making a false permissive counterclaim against the plaintiff that is based on an entirely different event even that it be false.  **This qualifies as an answer to the complaint**, not a motion to dismiss under FRCP Rule 12 (b) or 12 (b) (5).  Said statement is an counter claim and as such by making   Furthermore and in conjunction with that answer; is also not timely, **made over 144 days after the last waiver was sent to the defendants.**

  As such, the answer is well beyond the deadline date and as a result, the defendant an order of default is the only judgement that can be entered as the defendants in their many replies have intentionally did not replay to the waiver, however the time period allowed for the defendants to respond whether their defiance of the rules of the court believes they had no obligation to respond, the clock was still clicking.  Defendants intentionally failed to respond to the complaint in the allotted time and as such as demonstrated in previous motions and responses, the defendants knowingly have been in default for some time.  Their defiance and disobedience of the court rules resulted in their being in default judgement, which must be entered against them.

  . In conjunction with the obvious fraud on the court by defendants and counsel, this is the proper resolution.

Counsel made the false claim/answer that he is now back peddling from is the same one that he responded after being caught in a lie is where counsel was

8

attempting to push the blame for this statement back onto the plaintiff as immaterial to his motion.

However in fact the statement is a counter claim and answer to the complaint and has nothing what so ever to do with personal jurisdiction, states, as such his answer to the court is the same as if he surrendered to personal jurisdiction. It is a counter claim related to an entirely different event.  That they were attempting to use to counter the plaintiffs' complaint by making the duplicity claim so that the court would look at it as such and dismiss the case.

Regardless, now that he had been caught lying, claiming immaterial, is not going to change or alter his original intent of adding this claim to his motion in the first place.

As a foot note on Form AO399 it clearly states that they cannot challenge service and or jurisdiction yet their disobedience is shown where they did it anyway.  Good Cause does not include a belief that the lawsuit is groundless, or it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or defendant property.  Yet in a show of disobedience, defendants still filed a motion claiming exactly what the rule states that they cannot.  In plain view of their disrespect for the laws of this country.  Again, done as a means of prolonging the inevitable and billable hours for frivolous and meritless litigation where they show contradiction in their own motion, expecting the court to believe or trust any statement they make as truth.

This is just a glimpse of the tactics by this law firm in coercion with the defendants that has been happening for over 3 years now.  Now the court can see in writing the first such "defense" if it can be called that of the racial intent that has been inflicted.  Their defense is the same as what they have done repeatedly, fraud.  When caught they go

9

silent or try to misdirect the attention elsewhere to give them time to think of another false issue to make others focus on.

They truly expect the court to look the other way and ignore their misconduct and let them continue their path of obstruction of justice, aiding and abetting as well as their continued efforts in violation of state and federal law.

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

---

The fact that counsel introduced a  matters outside the pleadings as a relevant factor in support of his motion cannot excluded by the court or the courts decision, after it has been even prior to a hearing found to be false and fraudulent.

Plaintiff needs to make and alert the court to be aware of the intent of counsel as well as of other motivating factors surrounding the case before the court.

**Justice Department investigation**
The court need to be aware that since August 20, 2018 that the plaintiff and his family has endured an insurmountable amount of willful, intentional vicious and amount of retaliation from defendants and their attorneys.  Since February 2019, he has kept records of these events and have sent copies of these documents to the FBI who then sent them to investigators, who then referred it over to the Civil Rights –

Criminal Division.  The preliminary assessment that has been received is that they are classifying these events as a hate crime.

Their reasoning is the filing of the EEOC complaint in conjunction with the harassment of the plaintiff and his family, interference in his ability to find and gainful employment, where they stated that it was essentially a restraint of trade and the numerous retaliatory and intimidation events over the past 2 ½ years.

## Agreement

In addition the court needs to be aware of the intent of the defendants and counsel to use the illegal enforceable agreement counsel mentioned in his motion of May 4, 2020 as a "trump Card" to one stop the progress of the plaintiff and if victorious, they plan on attempting to use it as the means of not awarding the plaintiff any monetary d damages or awards.

The agreement not only was it induced by fraud, it was to conceal the federal and state crimes committed by Velocity employees and executives, as well as those committed by other executives from multiple billions dollar organizations.  In addition, at the time of its signing, the defendants had committed multiple violations of the law against the plaintiff that he had no knowledge of at the time of signing said agreement.  The defendants knew and misrepresented the fact that they had done them from the plaintiff.

No legal agreement/contract no matter the type of agreement/contact can limit the monetary liability of any person and or organization for future litigation, before it is filed and that had not been filed, **nor can it pre-set the award** in their favor and pre-set the amount that the plaintiff is entitled to, in claims and or violations of the law commited by the defendants, that they knew would eventually be uncovered.

The court needs to be aware that just like in this case, the agreement was induced by fraud, the defendants were forced to settle said case to prevent the involvement of business partners, affiliates, and investors from being exposed who all knew of and participated directly and or indirectly in the conspiracy to steal the intellectual property of Infor and their involvement in the open blatant racial discrimination of the plaintiff.  The defendants had conspired for months to steal the intellectual property of Infor and they attempted to make the plaintiff unknown to him a participant in their illegal criminal activity, where they gave him duties of being the

11

"testbed" of testing out the illegal videos they recorded, that they planned on using him as a model to verify the illegal process before they allowed white employees in the organization to take the Infor/Lawson Certification exam.

They not only illegally recorded the class sessions, but they also illegally recorded the actual exam, so they were assuring that all Velocity employees who watched these illegal videos were guaranteed that they would also pass the final exam and thus Velocity would then be able to charge customers higher hourly rates and obtain other customer contracts by pushing the fact that their employees were also Infor/Lawson certified.  Hiding the fact how the certification was obtained.  They also did this to not incur travel expenses for the 6 week duration of the course as well as not pay infor education/certification fees that total more tan 15,000 per person to attend the class.

.   **EXHIBIT 25**

**INTRODUCTION**

**AFFIDAVIT**

Garrison Jones, Plaintiff, do hereby certify that the statements and allegations set forth in the motion to be filed true and accurate to the best of our knowledge and belief.

Respectfully submitted,

GARRISON JONES, PLAINTIFF
P.O. Box 188911
Sacramento, California 95818
Garrison.jones@outlook.com

May 27,2020

12

*EXHIBIT V1*

**garrison.jones@outlook.com**

*V1*

| | |
|---|---|
| **From:** | Burman, David J. (Perkins Coie) <DBurman@perkinscoie.com> |
| **Sent:** | Wednesday, November 27, 2019 5:35 PM |
| **To:** | Garrison Jones |
| **Subject:** | RE: Velocity |

Thanks for getting back to me. Would you be willing to share with me a copy of the settlement agreement in the Northern District of Illinois case? Also, the copy of your complaint in the court files does not include the exhibits. Do you have a copy of the complaint with exhibits?

**From:** Garrison Jones <garrison.jones@outlook.com>
**Sent:** Wednesday, November 27, 2019 4:42 PM
**To:** Burman, David J. (SEA) <DBurman@perkinscoie.com>
**Subject:** Velocity

*Asking for copies of Settlement Agreement*

I am not surprised of your dispute with Velocity you very well should be. What I sent to Valley Medical center is the absolute truth backed up by undisputable, clear and convincing supporting documents where all of the sources of those documents were and are senior management and executives. There has never been is not one single disparaging remark, statement and or comment contained in any communication, I have sent in regards to Velocity. The documents if you have seen them are all true and they know it.

I filed a federal discrimination lawsuit in the US District Court of Northern Illinois on May 8, 2018. Velocity failed to file an answer because they did not have one. Then just as now, the last thing they want to see is Garrison Jones on the witness stand in any courtroom, believe me.

In regards to that : so called agreement" I in the next 5 days will be filing a motion in the US in District Court of Northern Illinois where I am hoping that it will be heard by the Chief Judge Rebecca Pallmeyer as the previous judge was assigned the previous case but he retired. Before he retired, I had written to him on several occasions in regards to that case and the conduct of Velocity who in just for days after the " so called agreement" continued to harass me and my family and has done so for 11 consecutive months until I tired of it and began to fight back. Their harassment has been going on for 2 ½ years, since I refused to

1

participate in  what I saw as illegal criminal activity.  They realizing that I was not going to be a

" good nigger" and go with the flow and keep my mouth closed, then viewed e as a threat.  I

was exercising my protected right in refusing for that I am still in a battle with these clowns.

At the root of this issue an and why they are terrified is that I have in my possession,

information in regards to the theft of stolen intellectual property they stole from Infor and

used it against me as a means, tool and instrument of racial discrimination.  Judge Pallmeyer is

aware of this now that I have communicated my intention to reopen the case as it was not a

simple case of discrimination that they were hiding, they were committing fraud on the court,

misrepresenting the facts and reasons why they wanted to settle the case and they  went into

that "agreement under first for the fact that the reason as the end result of the agreement

was illegal, if it came to light what they did, they would lose millions of dollars in revenue as

the illegal credentials they received from the stolen intellectual property has netted them

revenue in excess of $100 million dollars.  They also entered into it under  false pretenses,

undue pressure from their investors and probably from Infor and their investors as well.  All of

them knew about the theft of stolen intellectual property and misappropriation of trade

secrets by velocity.  In my research in the past year, I also found out that some of them directly

and indirectly participated in the racial discrimination.  If exposed they would  also be on the

back end of losing millions, if not billions of dollars. So Velocity put tons of language in the

agreement to protect them from litigation.

While not a lawyer, I am not stupid either, I saw what they were doing, I simply wanted to

move forward from the worst employment experience in my life.  Yet because they are a

vindictive organization, they refuse to stop harassing me and my family.  Bad mistake.


This started because they fired me while I was on FMLA, then I applied for unemployment

benefits, they then began the cover-up as  the punishment for terminating someone on FMLA

is harsh.  When they were sent fraudulent documents /information by AZ Department of

Economic Security *AZDES) n they were committing fraud and claimed that I was still employed. Wrong. I had mysteriously received and email from Senior executives recapping an earlier conversation that said I was no longer with the firm.   Again, I am not stupid to apply for unemployment while still employed. I did that to see what their next move would be. I knew one thing, their next move was going to be a lie.  I appealed and they like me had 2 months to prepare for the hearing, yet they did not show up.  Reason,  I had just received my letter to sue from EEOC and Filed federal lawsuit,  if they offered any testimony in the appeal, I would have been able to use it in future testimony. So they took the coward way out, they sent for the 2nd time the same false document saying I was still employed a day before the hearing, hoping that if it worked the 1st time , it would work again, WRONG.  I objected and the judge agreed, they were not present to properly enter the evidence and thus it was inadmissible.  They lost that appeal and 4 others with the AZ Court of Appeals  In case, they sent fraduently documents and even without my authorization sent AZDES who did not ask for it, confidential FMLA records claiming I was unable to work.

Ii won all of the appeals with the truth against their so called top tier law firm  Ogltree and Deakins, who as of right now are on their third attorney that they have removed and assigned a new one each time I beat them in these cases with the truth.

They know I am not afraid of their tactics.

This motion based on my research is going to be landmark and unprecedented.  There has never been a case in Federal, District, Circuit and, Appeals and or Supreme Court related to the use of Intellectual Property as a means of racial discrimination..

I will continue later, can you let me know what your dispute it.  I am sure its related to me and the fact that I had no experience with Cloudsuite and they Velocity sent me to VMC knowing that just to bill you folks for revenue.  That is the type of organization they are.

Instead of paying unemployment with the max benefits of $6240.00 for the entire 26 weeks , they hire a Tier 1 Law firm at $1500.00 per hour and watch them loose every single case

The
Learn to pronounce

I

NOTICE. This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

**garrison.jones@outlook.com**

| | |
|---|---|
| **From:** | Garrison Jones |
| **Sent:** | Saturday, November 30, 2019 12:36 PM |
| **To:** | Burman, David J. (Perkins Coie) |
| **Subject:** | RE: Velocity |
| **Attachments:** | LEGAL detail ISSUES VELOCITY - 01_15_2018.docx; 3-Decision.pdf; AZDES APPEAL 11_15 _2019.docx; AZDES DECISION ABILITY TO WORK 10_23_2019.pdf; AZDES DECISION DISMISS 06_23.2_2018.pdf; AZDES DOIISMISS VELOCITY APPEAL 08_20_-2018.pdf; AZDES OVERPAYMENT DECISION 10_29_2019.pdf; AZDES OVERPAYMENT ISSUE.pdf |

*V 5*

I am not at home at the moment, I have a dedicated laptop with most of that information.  With that said, I have had a brief time to look at this and I have questions of my own.

I need to know what this " dispute" you have with Velocity is based on, I am simply making an assumption at some of these things, it could be my communication or the performance of Velocity as far as their implementation of Infor Cloudsuite at the facility.  It's probably both and I would bet that at some point it jeopardized the level of patient care, however that needs discussion.

Now as far as us mutually helping each other is a concern as the information I have already provided is rock solid with evidence that Velocity cannot dispute, it is true, accurate and to the heart of who they are.

My initial thought is that your firm and Valley would not have reached out to me if it was not "necessary" to as they must have seen or have had issues with Velocity that validated the communication I sent.

I totally understand your position as far as relationships etc.  However, you need to know, I have implemented Lawson Supply Chain Software for over 27 years in 300 hospitals across this country, Canada and Australia .

Velocity has unleashed a horrific level of harassment, intimidation and retaliation against me since I refused to participate in their criminal behavior.  None of it has scared me one single bit.  Attached  to this message are decisions from the AZ Court of appeals related to appeal hearings won in my favor against Velocity and their tier one law firm  Ogltree Deakins, who by the way are on their third assigned attorney against me as the other two, I personally cut them up and spit them out with the truth and they have still not been able to combat this despite submitting on 4 separate occasions fraudulent documents to the court.

It is my belief they too are complicit in this behavior , yet there is not an attorney on this planet that can get them off Scott free.   The best they will be able to do is get them a

1

lesser sentence.  Believe me, this has been going on for 2 ½ years and they are feeling the pain of their unethical practices and criminal behavior.

As far as the " settlement agreement" Velocity violated that agreement 4 days after it was signed, thinking just as they are now that they can at any time they want use it as a " get out of jail free card" and bring it up any time they feel that I am a threat to them and it simply is not going to work and again, I am not intimidated by it or them one bit.

I sent this in an email to Chris Heller Velocity " General Counsel" and they ignored it as they have with a multitude of issues and statements.  He is intimately involved in all of the issues that are in front of me now.

I consider the agreement as illegal, unconsciable fraudulent and a gross misrepresentation of what the agreement was signed by them.  They were under pressure from, Infor, Infor investors as well as their own investors to resolve the case before the real issue surfaced and they did not want the issue of the stolen intellectual property to ever see the light of a court room.

Velocity double crossed their own business partners and investors and continued to harass me and my family.

The Intellectual Property issue is at the root of all of this and they all will do anything to stop it from being exposed.

I  say  this because , completely related to these issues Velocity and Infor has black listed me .  I have not been able to find gainful employment since August 2018, since I signed the agreement.  Velocity and Infor has some kind of unholy- abomination of a relationship that I cannot comprehend as it was Velocity who stole from Infor, yet they are still doing business in the tune of over $100 million dollars.  There is something wrong with that.  First you do not contact law enforcement when a firm steals your IP and then you still do business with that firm.

That to me smells like millions of dollars in bribes, payoffs and kickbacks.  It's very unsettling.

I am in a financial crisis because of them and this situation.  I am not going to back down and they know it.  They have a history/ tendency of deny and lie first mentality.  I simply have too much incriminating evidence that they can't touch me with all of the fraud and deceit they have committed.

Now  I have been to Seattle, when it's not raining, it's one of the most beautiful cities I have ever been.  I did some consulting work there for Settle Children's but  for some of the verbiage in your initial communication, I have some concerns for just a  plane ride and hotel in exchange for some of the information in my possession.  Like I said , I am

2

not afraid of Velocity, they sent a so call " threating email way back in August when I got tired of the harassment and began to fight back with " the truth" saying that at this time they do not want to enforce the agreement" I have for months invited them to do just that and received no response ever.  Reason, the las thing they want to see is Garrison Jones on a witness stand.

I signed the agreement because I was sick of them and wanted to move on.  They signed it for other reasons and thought It was a green light to keep attempting to punish me for blowing the whistle on their scheme.

Part of my fighting back is the communication sent to Valley Medical Center.  There are other facilities that received same type of incriminating messages.

I know that what is at stake is hundreds of thousand if not millions of dollars based on their contract and whatever relief you folks are seeking.

We  as I see it can mutually coexist but I need and you need to understand the ramifications for me if I am standing here alone and In the same position I am in today.   Some of the things you are asking makes us both toe the line.  I would be helping you in your endeavor and getting nothing in return.  NO stipend is going to help me as I still have 3 more battles with Velocity myself.

Please let me know your thoughts as well as the thoughts of Valley Medical Center, so I can get a clear understanding of where this is going.

Most if not all of the exhibits in the actual lawsuit filed were in the documents sent to Valley.   " Legal detail issues Velocity file is attached as well

All of the decisions with AZ court of appeals, I won pro se at each of them.

I think I said this before, but they did not file a response in Northern Illinois to my complaint because they did not have one.  They knew I had sent them all the incriminating evidence,, documents emails etc. and knew how bad it was if it went to trial.  At that time, ii was working on a different laptop, that crashed and had tons of evidence on it.  They know that I would and never have presented any evidence that was not backed up by supporting documents, emails etc.

I await your response......................

**11, (c) Additional Acts (c)** If Jones develops, finds out or is contacted by any agency that the Company or all past, present or future employees, owners, investors, officers, directors, employees, shareholders, partners, predecessors, successors, acquirers, purchasers, affiliates, related entities, agents, representatives, insurers, attorneys has contacted them in an effort to continue acts of retaliation, interfere in any form or fashion, prior to and after the signing of this agreement including jones, develops that  known, unknown and anonymous all past, present or future owners, investors, officers, directors, employees, shareholders, partners, predecessors, successors, acquirers, purchasers, affiliates, related entities, agents, representatives, insurers, attorneys, do herby agree to not interfere in the professional career and or personal affairs/life of Jones or his family in any fashion in a known or anonymous manner.  In addition, the Company agrees only for employment purposes provide only dates of employment and position for any firm or agency that contacts the company on any matter related to Jones' employment with the Company.

Non-compliance with this condition Jones does hereby renders this agreement, all terms, and conditions rescinded, and thus agreement is null and void.

**From:** Burman, David J. (Perkins Coie) [mailto:DBurman@perkinscoie.com]
**Sent:** Wednesday, November 27, 2019 5:35 PM
**To:** Garrison Jones <garrison.jones@outlook.com>
**Subject:** RE: Velocity

Thanks for getting back to me.  Would you be willing to share with me a copy of the settlement agreement in the Northern District of Illinois case?  Also, the copy of your complaint in the court files does not include the exhibits.  Do you have a copy of the complaint with exhibits?

**From:** Garrison Jones <garrison.jones@outlook.com>
**Sent:** Wednesday, November 27, 2019 4:42 PM
**To:** Burman, David J. (SEA) <DBurman@perkinscoie.com>
**Subject:** Velocity

I am not surprised of your dispute with Velocity you very well should be.  What I sent to Valley Medical center is the absolute truth backed up by undisputable, clear and convincing supporting documents where all of the sources of those documents were and are senior management and executives.  There has never been is not one single  disparaging remark , statement and or comment contained in any communication, I have sent in regards to Velocity.  The documents if you have seen them are all true and they know it.

I filed a federal discrimination lawsuit in the US District Court of Northern Illinois on May 8, 2018.  Velocity failed to file an answer because they did not have one.  Then just as now, the

last thing they want to see is Garrison Jones on the witness stand in any courtroom, believe me.

In regards to that : so called agreement" I in the next 5 days will be filing a motion in the US in District Court of Northern Illinois where I am hoping that it will be heard by the Chief Judge   Rebecca Pallmeyer as the previous judge was assigned the previous case but he retired.  Before he retired, I had written to him on several occasions in regards to that case and the conduct of Velocity who in just for days after the " so called agreement" continued to harass me and my family and has done so for 11 consecutive months until I tired of it and began to fight back.  Their harassment has been going on for 2 ½ years, since I refused to participate in what I saw as illegal criminal activity.  They realizing that I was not going to be a " good nigger" and go with the flow and keep my mouth closed, then viewed e as a threat.  I was exercising my protected right in refusing for that I am still in a battle with these clowns. At the root of this issue an and why they are terrified is that I have in my possession, information in regards to the theft of stolen intellectual property they stole from Infor and used it against me as a means, tool and instrument of racial discrimination.  Judge Pallmeyer is aware of this now that I have communicated my intention to reopen the case as it was not a simple case of discrimination that they were hiding, they were committing fraud on the court, misrepresenting the facts and reasons why they wanted to settle the case and they  went into that "agreement under first for the fact that the reason as the end result of the agreement was illegal, if it came to light what they did, they would lose millions of dollars in revenue as the illegal credentials they received from the stolen intellectual property has netted them revenue in excess of $100 million dollars.  They also entered into it under  false pretenses, undue pressure from their investors and probably from Infor and their investors as well.  All of them knew about the theft of stolen intellectual property and misappropriation of trade secrets by velocity.  In my research in the past year, I also found out that some of them directly and indirectly participated in the racial discrimination.  If exposed they would  also be on the

5

back end of losing millions, if not billions of dollars. So Velocity put tons of language in the

agreement to protect them from litigation.

While not a lawyer, I am not stupid either, I saw what they were doing, I simply wanted to

move forward from the worst employment experience in my life.  Yet because they are a

vindictive organization, they refuse to stop harassing me and my family.  Bad mistake.


This started because they fired me while I was on FMLA, then I applied for unemployment

benefits, they then began the cover-up as  the punishment for terminating someone on FMLA

is harsh.  When they were sent fraudulent documents /information by AZ Department of

Economic Security *AZDES) n they were committing fraud and claimed that I was still

employed.  Wrong.  I had mysteriously received and email from Senior executives recapping an

earlier conversation that said I was no longer with the firm.   Again, I am not stupid to apply for

unemployment while still employed.  I did that to see what their next move would be.  I knew

one thing, their next move was going to be a lie.  I appealed and they like me had 2 months to

prepare for the hearing, yet they did not show up.  Reason,  I had just received my letter to sue

from EEOC and Filed federal lawsuit,  if they offered any testimony in the appeal, I would have

been able to use it in future testimony. So they took the coward way out, they sent for the 2nd

time the same false document saying I was still employed a day before the hearing, hoping

that if it worked the 1st time , it would work again, WRONG.  I objected and the judge agreed,

they were not present to properly enter the evidence and thus it was inadmissible.  They lost

that appeal and 4 others with the AZ Court of Appeals  In case, they sent fraudently

documents and even without my authorization sent AZDES who did not ask for it, confidential

FMLA records claiming I was unable to work.

Ii won all of the appeals with the truth against their so called top tier law firm  Ogltree and Deakins, who as of right now are on their third attorney that they have removed and assigned a new one each time I beat them in these cases with the truth.

They know I am not afraid of their tactics.

This motion based on my research is going to be landmark and unprecedented.  There has never been a case in Federal, District, Circuit and, Appeals and or Supreme Court related to the use of Intellectual Property as a means of racial discrimination..

I will continue later, can you let me know what your dispute it.  I am sure its related to me and the fact that I had no experience with Cloudsuite and they Velocity sent me to VMC knowing that just to bill you folks for revenue.  That is the type of organization they are.

Instead of paying unemployment with the max benefits of $6240.00 for the entire 26 weeks , they hire a Tier 1 Law firm at $1500.00 per hour and watch them loose every single case

The
Learn to pronounce

I

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

Asking for these types of documents as if you and your firm will use them to gain knowledge on what I can or not say based on them doesn't sit well at this time.

Especially and specifically the fact you are communicating to me on an email address you should not have had Velocity written all over it.

If you really want these documents as I said they already have them, have them toward them to you. If they contend something have them show you proof, they may be lying to you, then you will have clear direction if your interest is Valley, these documents don't have any bearing.

I always have my
" spidey "senses on when I smell BS and Velocity.

$V / 2$

So until I receive the information I asked for copy of the case , case number , court information you claim this alleged dispute is , the nature of it and hearing is to be held as well other responses I need, to me this is just a " spider web trap waiting for me to get tangled in it.

No proof , no pudding. If you are communicating with Chris Heller tell him nice try

Your move

They should have told you more about me than they did. You are making to many mistakes. It's a mistake to reference connected items to someone you don't know. For me. I know none of this could have come from anyone at Valley medical center, had to be Velocity. They sound desperate.

On Nov 27, 2019, at 5:35 PM, Burman, David J. (Perkins Coie) <DBurman@perkinscoie.com> wrote:

Thanks for getting back to me. Would you be willing to share with me a copy of the settlement agreement in the Northern District of Illinois case? Also, the copy of your complaint in the court files does not include the exhibits. Do you have a copy of the complaint with exhibits?

**From:** Garrison Jones <garrison.jones@outlook.com>
**Sent:** Wednesday, November 27, 2019 4:42 PM
**To:** Burman, David J. (SEA) <DBurman@perkinscoie.com>
**Subject:** Velocity

I am not surprised of your dispute with Velocity you very well should be. What I

sent to Valley Medical center is the absolute truth backed up by undisputable,

clear and convincing supporting documents where all of the sources of those

documents were and are senior management and executives. There has never

been is not one single disparaging remark , statement and or comment contained

2

## garrison.jones@outlook.com

**From:** Burman, David J. (Perkins Coie) <DBurman@perkinscoie.com>
**Sent:** Monday, November 25, 2019 4:48 PM
**To:** garrison.jones@outlook.com; garrison.jones1724@outlook.com
**Subject:** Valley Medical Center

*V 13*

Thank you for reaching out to Valley Medical. Mr. Austria now works at the University of Washington Medical System, which is affiliated with Valley Medical. I am one of the lawyers for Valley, which is in a dispute with Velocity.

You should understand that Velocity contends that you signed agreements with it, including your employment agreement and settlement agreement, that prohibit you from sharing any of its confidential information with us, or disparaging it. We don't want you to accidentally violate any agreement you have with Velocity. But we are Valley's lawyers, not yours, so you cannot rely on us to protect you from Velocity, and if we talk there will not be any attorney-client privilege. If you want to have your own lawyer involved, we would welcome that. And we can arrange to have Velocity participate if you prefer that.

A hearing in Seattle is presently scheduled to start January 13. If we thought your testimony was necessary for that hearing, would you be willing to travel to Seattle at Valley Medical's expense? We might also be able to arrange to question you in Chicago before that time. (I understand you live in Chicago, but let me know if that's wrong.)

Thank you.

**David J. Burman | Perkins Coie LLP**
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
206.359.8426
DBurman@perkinscoie.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

So here it is an email out of the blue to both addresses and the fact that in your initial email you are mentioning things like Chicago that has no connection to Valley ? because at the time I worked there I was living in AZ not Chicago.

So coupled with that and the fact that you are not my atty and no client/ atty privilege is involved and that you are asking for items like agreements and exhibits that all have nothing to do with Valley. I have big issues. Right now you are just someone who somehow got my email address and mentioning things that only connect them to Velocity and Ogltree not Valley Medical.

Your non response to my request for information is the same I have gotten from both of them while they received and store all my communication in hopes that it reveals or they get something to fight back with i.e violation of agreement by relaying info that can only be released to my atty, which you made it perfectly clear your firm and you are not.

I would not put it past either Velocity or Ogltree to hash up a scam to get me to do this so they can run into court and say see he violated the agreement, because I know they have nothing else. They are grasping at straws hoping I will take a sip.

So it's back to playing cloak and dagger to see if I will jump off the cliff and pounce on this opportunity like they did. However? they and you if this is the case are wrong. I trust no one. I am far from stupid. All I have sent you is info that they already have or is public record. Anybody can get access to it.

Asking for these types of documents as if you and your firm will use them to gain knowledge on what I can or not say based on them doesn't sit well at this time.

Especially and specifically the fact you are communicating to me on an email address you should not have had Velocity written all over it.
If you really want these documents as I said they already have them, have them toward them to you. If they contend something have them show you proof, they may be lying to you, then you will have clear direction if your interest is Valley, these documents don't have any bearing.

I always have my
" spidey "senses on when I smell BS and Velocity.


So until I receive the information I asked for copy of the case , case number , court information you claim this alleged dispute is , the nature of it and hearing is to be held as well other responses I need, to me this is just a " spider web trap waiting for me to get tangled in it.

No proof , no pudding. If you are communicating with Chris Heller tell him nice try

Your move

They should have told you more about me than they did. You are making to many mistakes. It's a mistake to reference connected items to someone you don't know. For me. I know none of this could have come from anyone at Valley medical center, had to be Velocity. They sound desperate.


On Nov 27, 2019, at 5:35 PM, Burman, David J. (Perkins Coie) <DBurman@perkinscoie.com> wrote:

2

**garrison.jones@outlook.com**

| | |
|---|---|
| **From:** | Garrison Jones |
| **Sent:** | Monday, December 2, 2019 11:47 AM |
| **To:** | Slayton_Austria@ValleyMed.org |
| **Subject:** | FW: Velocity issues |

See message below. It seems really strange that in 5 days a dispute over thanksgiving is resolved

**From:** Burman, David J. (Perkins Coie) [mailto:DBurman@perkinscoie.com]
**Sent:** Monday, December 2, 2019 11:18 AM
**To:** Garrison Jones <garrison.jones@outlook.com>
**Subject:** RE: Velocity issues

Thanks for getting back to me. You are wrong about my message and intentions, but I understand why you are careful.

With respect to having both addresses, the materials you forwarded to Valley Medical included an email in which you used one account to forward something to the other. I wasn't sure which one was best to use. As to my inquiry about Chicago, even before you attempted to communicate with Valley Medical, I had found your federal court lawsuit against Velocity. It was filed in Chicago, and you filed a form that gave a residence address in Wheaton.

Fortunately, it appears that Valley Medical and Velocity have resolved their dispute. I wish you the best of luck in your dispute with Velocity.

**From:** Garrison Jones <garrison.jones@outlook.com>
**Sent:** Sunday, December 01, 2019 12:59 PM
**To:** Burman, David J. (SEA) <DBurman@perkinscoie.com>
**Subject:** Re: Velocity issues

See here is where I have issues. I was born at night but not last night.

If I am wrong my deepest apologies as you have to be careful in this world who you talk to and what information you give them especially via email. People have lost fortunes this way.
On the other hand, if I am right, this is the exact same thing that got Velocity in the situation they are then now, conspiracy complicit behavior running scams and paying big bucks to trap flies in their web.

I am a very strict lines in the sand person. I do not mix business and pleasure. For years I have had 2 personal email accts. One for personal business and one strictly for my friends. I never mix the two. Most of my friends don't have both. I made the mistake last year and sent messages in January to Velocity unknowingly using my personal friend acct. they began abusing both at any time they felt like it until I sent them a nasty email and forbid them from sending email to that Acct. I also removed that Acct from that laptop and fixed the issue as it was defaulting to the friend Acct. They were the only organization who ever did that. It all stopped until I looked on my friend Acct and low and behold there was your email message  In an Acct where it should not be ,where you had sent it to both accts. This started deja by, reminding me the last time this ever happened, Velocity.
Your email should have never been before an email from my friend Amy informing me that she won't be home because she and the twins are going over to her in-laws.
That's what I do, I pay attention to detail and when things are out of place, I notice them.

I never communicated to valley Medical in that Acct and my issue now is how did you get that account email address?

1

**garrison.jones@outlook.com**

| | |
|---|---|
| **From:** | garrison jones <garrison.jones1724@outlook.com> |
| **Sent:** | Wednesday, November 27, 2019 4:02 PM |
| **To:** | Garrison Jones |
| **Subject:** | Fwd: Valley Medical Center |

V 16

Sent from myMail for iOS

-------- Forwarded message --------
From: Burman, David J. (Perkins Coie) <DBurman@perkinscoie.com>
To: garrison.jones@outlook.com <garrison.jones@outlook.com>, garrison.jones1724@outlook.com <garrison.jones1724@outlook.com>
Date: Monday, November 25, 2019, 4:47 PM -0800
Subject: Valley Medical Center

Thank you for reaching out to Valley Medical. Mr. Austria now works at the University of Washington Medical System, which is affiliated with Valley Medical. I am one of the lawyers for Valley, which is in a dispute with Velocity.

You should understand that Velocity contends that you signed agreements with it, including your employment agreement and settlement agreement, that prohibit you from sharing any of its confidential information with us, or disparaging it. We don't want you to accidentally violate any agreement you have with Velocity. But we are Valley's lawyers, not yours, so you cannot rely on us to protect you from Velocity, and if we talk there will not be any attorney-client privilege. If you want to have your own lawyer involved, we would welcome that. And we can arrange to have Velocity participate if you prefer that.

A hearing in Seattle is presently scheduled to start January 13. If we thought your testimony was necessary for that hearing, would you be willing to travel to Seattle at Valley Medical's expense? We might also be able to arrange to question you in Chicago before that time. (I understand you live in Chicago, but let me know if that's wrong.)

Thank you.

Thanks for getting back to me. Would you be willing to share with me a copy of the settlement
agreement in the Northern District of Illinois case? Also, the copy of your complaint in the court files
does not include the exhibits. Do you have a copy of the complaint with exhibits?

**From:** Garrison Jones <garrison.jones@outlook.com>
**Sent:** Wednesday, November 27, 2019 4:42 PM
**To:** Burman, David J. (SEA) <DBurman@perkinscoie.com>
**Subject:** Velocity

I am not surprised of your dispute with Velocity you very well should be. What I
sent to Valley Medical center is the absolute truth backed up by undisputable,
clear and convincing supporting documents where all of the sources of those
documents were and are senior management and executives. There has never
been is not one single disparaging remark , statement and or comment contained
in any communication, I have sent in regards to Velocity. The documents if you
have seen them are all true and they know it.

I filed a federal discrimination lawsuit in the US District Court of Northern Illinois
on May 8, 2018. Velocity failed to file an answer because they did not have
one. Then just as now, the last thing they want to see is Garrison Jones on the
witness stand in any courtroom, believe me.

In regards to that : so called agreement" I in the next 5 days will be filing a
motion in the US in District Court of Northern Illinois where I am hoping that it
will be heard by the Chief Judge Rebecca Pallmeyer as the previous judge was
assigned the previous case but he retired. Before he retired, I had written to him
on several occasions in regards to that case and the conduct of Velocity who
in just for days after the " so called agreement" continued to harass me and my
family and has done so for 11 consecutive months until I tired of it and began to
fight back. Their harassment has been going on for 2 ½ years, since I refused to
participate in what I saw as illegal criminal activity. They realizing that I was not
going to be a " good nigger" and go with the flow and keep my mouth closed,

3

then viewed e as a threat.  I was exercising my protected right in refusing for that

I am still in a battle with these clowns.

At the root of this issue an and why they are terrified is that I have in my

possession, information in regards to the theft of stolen intellectual property they

stole from Infor and used it against me as a means, tool and instrument of racial

discrimination.  Judge Pallmeyer is aware of this now that I have communicated

my intention to reopen the case as it was not a simple case of discrimination that

they were hiding, they were committing fraud on the court, misrepresenting the

facts and reasons why they wanted to settle the case and they  went into that

"agreement under first for the fact that the reason as the end result of the

agreement was illegal, if it came to light what they did, they would lose millions of

dollars in revenue as the illegal credentials they received from the stolen

intellectual property has netted them revenue in excess of $100 million

dollars.  They also entered into it under  false pretenses, undue pressure from

their investors and probably from Infor and their investors as well.  All of them

knew about the theft of stolen intellectual property and misappropriation of

trade secrets by velocity.  In my research in the past year, I also found out that

some of them directly and indirectly participated in the racial discrimination.  If

exposed they would  also be on the back end of losing millions, if not billions of

dollars. So Velocity put tons of language in the agreement to protect them from

litigation.

While not a lawyer, I am not stupid either, I saw what they were doing, I simply

wanted to move forward from the worst employment experience in my life.  Yet

because they are a vindictive organization, they refuse to stop harassing me and

my family.  Bad mistake.

4

UB-107 (08/17)

# ARIZONA DEPARTMENT OF ECONOMIC SECURITY
## Unemployment Insurance Program

### This is your Wage Statement for your Unemployment Insurance claim.

**Please examine it carefully to be sure that:**
- Your name, address, and social security number are correct.
- All your wages and employers are correct.
- All the wages belong to you.

Date:  04/19/2018
Explanation:  **ORIGINAL DETERMINATION**
Local Office:  **990**
 PO BOX 29225 MAIL DROP 5895
 PHOENIX AZ 85038-9225

GARRISON JONES
705 W LIBERTY DR
WHEATON IL 60187-4842

**The back of this form has:**
- An explanation of this determination.
- What to do if any information on this form is missing or incorrect. Protest must be filed within **10 working days** of the date on this form.
- Special information regarding military, federal civilian wages, and wages earned in other states.

*$240.00 WEEKLY Benefit*

| B. SOCIAL SECURITY NUMBER | C. WEEKLY BENEFIT AMOUNT | D. MAXIMUM AWARD | E. BASE PERIOD | | F. EFFECTIVE DATE | G. BENEFIT YEAR ENDS |
|---|---|---|---|---|---|---|
| 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 | 240.00 | 6,240.00 | 01/01/2017 | 12/31/2017 | 04/08/2018 | 04/06/2019 |

| H. BASE PERIOD EMPLOYERS | I. QUARTER/ YEAR 1/2017 | J. QUARTER/ YEAR 2/2017 | K. QUARTER/ YEAR 3/2017 | L. QUARTER/ YEAR 4/2017 | M. TOTAL WAGES THIS EMPLOYER |
|---|---|---|---|---|---|
| VELOCITY TECHNOLOGY SOLUTIONS | 15,435.89 | 34,241.78 | 34,090.14 | 20,212.40 | 103,980.21 |
| | | | | | |
| | | | | | |
| **TOTALS** | N. 15,435.89 | O. 34,241.78 | P. 34,090.14 | Q. 20,212.40 | R. 103,980.21 |

**YOUR WEEKLY BENEFIT AMOUNT IS SHOWN IN ITEM C AND YOUR TOTAL AWARD IS SHOWN IN ITEM D.  PAYMENTS WILL BE MADE IF YOU FILE CLAIMS AS DIRECTED AND MEET ALL ELIGIBILITY REQUIREMENTS.**

SEE REVERSE FOR AN EXPLANATION OF WAGE STATEMENT AND ADA STATEMENT

Exhibit # 06