June 6, 2020

**Garrison Jones**
**P.O. Box 188911**
**Sacramento, California 96818**

Keith Holland
Clerk of the Court
US District Court Eastern California
501 I Street Suite 4-200
Sacramento, California 95814-2322



Sir,

I am making the following formal compliant in regards to the manner in which my case number 2:19-cv-02374 KJM-EFB is being handled and administered by your office and staff. There are three major concerns/complaints I want to file:

1. Un authorized/unsolicited legal advice
2. On February 10, 2020, I attempted to file and Request for Entry of default with the clerk. The clerk a black woman with a Jamaican accent who said that it was going to be denied as my application for IFP was still pending refused it. This action severely damaged my case and was improper for her to give me such legal advice. The defendants have been notorious about responding to any litigation. I filed the above complaint on November 25, 2019 and as of the date of February 10, 2020, they had not responded and I was entitled to enter a default judgement against them.
3.
4. In addition to violating my rights under FRCP Rule 55 (a) your clerk violated and interfered in my rights under FRCP 5 D (4) but also violated and interfered with my rights under the 5th and 14th Amendment Due Process where it clearly says that the federal

government that no one shall be "deprived of life, liberty or property without **due process** of law."

  As a result of these violations, my case has been forever damaged I had a right to file that motion based on the statue.  After over 84 days after February 10, 2020 and over 170 days since I filed the complaint, the defendant filed a fraud laced motion to dismiss, that if the clerk would have done her job and not interfered in my case would there would be a different prospective in my case.  Instead after I fled this request again it was denied using not one but now two reasons one being my still pending IFP application and now the motion filed by the defendants' at the last minute as I was forced to incur the expenses to force the defendants to file a response, even though I did not have to do so.  However this has further complicated my case as in the 3 ½ years I have fought the defendants in court, the filing of the May 4, 2010 motion was the first and only response ( even though it be false and fraudulent) that it was still the first they have ever filed.

By being refused, I now have a larger and more obstacles in y path due specifically due to the acts committed by this clerk.

I have listed the violations that resulted from these acts.


**RULE 5 D (4)** *Acceptance by the Clerk*.  The clerk must not refuse to file a paper solely because it is not in the form prescribed by these rules or by a local rule or practice.


**Improper filing /rulings by the clerk of court**

If you can see the docket history below.  Specifically documents (8), (9), (18), and (19)

| Doc. No. | | Dates | Description |
|---|---|---|---|
| 9 | *Filed & Entered:* | 05/19/2020 | Clerk's Decline of Entry of Default |
| **8** | *Filed:* *Entered:* | 05/18/2020 05/19/2020 | Request for Entry of Default |
| **19** | *Filed & Entered:* | 06/05/2020 | Clerk's Decline of Entry of Default |
| **18** | *Filed:* *Entered:* | 06/04/2020 06/05/2020 | Request for Entry of Default |

For the record, I did not and **I repeat did not file a Request Entry of Default twice**, yet it was entered twice and declined twice for the same reason by two separate individuals in your office. On 6/05/202 by (Huang, H) and on 5/19/2020 by York, M. Not sure if they are trying to send me a message be declining this multiple times or that they are again interfering with my case and the aiding and abetting of the defendants by again putting multiple obstacles in my oath in the administration of justice and interference in a federal proceeding. Whichever is the case. I want to file an official complaint and request that you send me the proper documents and procedure to complete this task.

**2:19-cv-02374-KJM-EFB** (PS) Jones v. Velocity Technology Solutions et al
Kimberly J. Mueller, presiding
Edmund F. Brennan, referral
**Date filed:** 11/25/2019
**Date of last filing:** 06/05/2020

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
|  | *Filed & Entered:* | 06/05/2020 | Service by Mail |
| 19 | *Filed & Entered:* | 06/05/2020 | Clerk's Decline of Entry of Default |
| 20 | *Filed:* *Entered:* | 06/05/2020 06/08/2020 | Opposition to Motion |
| 18 | *Filed:* *Entered:* | 06/04/2020 06/05/2020 | Request for Entry of Default |

| | | | |
|---|---|---|---|
| 9 | *Filed & Entered:* | 05/19/2020 | Clerk's Decline of Entry of Default ⬅ |
| 7 | *Filed:*<br>*Entered:* | 05/18/2020<br>05/19/2020 | Opposition to Motion ⬅ |
| 8 | *Filed:*<br>*Entered:* | 05/18/2020<br>05/19/2020 | Request for Entry of Default |
| 1 | *Filed & Entered:* | 11/25/2019 | Complaint |
| 2 | *Filed & Entered:* | 11/25/2019 | Motion to Proceed In Forma Pauperis ⬅ |

Regards

*[signature]*

<u>Garrison Jones</u>

Plaintiff