# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

GARRISON JONES
Plaintiff,
v.
VELOCITY TECHNOLOGY SOLUTIONS, et al
SHAUNA COLEMAN, individually
and as H.R. Director of Velocity Technology
Solutions; CHRIS HELLER, individually and
as General Counsel of Velocity Technology
Solutions; STEVEN KLOEBLEN,
Individually and as CEO of Velocity
Technology Solutions; MICHAEL
BALDWIN, individually and as an employee
of Velocity Technology Solutions.
Defendants.

Case No. 2:19-cv-02374-KJM-EFB



**Case No. 2:19-cv-02374-KJM-EFB**
Complaint Filed: November 25, 2019
Trial Date: None Set
Judge: Hon. Edmund F. Brennan

## RESPONSE OPPOSITTION TO CLAIM OF LACK OF PERSONAL JURISDICTION BY DEFENDANTS

### INTRODUCTION

**Giving these defendants and their attorneys a platform only opens up and continues their gateway of hate so that others will be allowed to follow**

The requirements of Rule 12 (b)(1)were not as in the defendants motion by including a counter claim against the plaintiff even though it be false and by doing so the defendants submitted to personal jurisdiction of the district court when it filed its permissive counterclaims .

The filing of a counterclaim was held to act as such a waiver on the theory that, since the defendant had invoked the power of the court to resolve the dispute, he had submitted to the court's jurisdiction for all purposes.' All defenses of lack of jurisdiction over the person, improper venue, and insufficiency of service of process under rule 12(b) are waived when the defendant includes a counterclaim in his answer. It is clear that counsel intended to mislead the court. He added or "piled on" everything he thought would sway the court into believing that this was a duplicate case **"same parties same claims"**. Making quotes of multiple cases as well as stating that the court had no jurisdiction over the defendants, the defendants were not obligated to respond to the complaint and that they wanted to reserve responding as to why they did not have to respond to the multiple waivers submitted by the plaintiff. I can save the court some time and let them know that the reason for all of these is the fact that the plaintiff is black and it was for no other reason. If counsel had case precedent on these statements/quotes, he would have gladly "stacked the deck of his motion and listed them"

However, the court knows that FRCP Rule 55 Default; Default Judgment (a) (b) (1) (2) already has a remedy and resolution defined for defendants that failed to plead or otherwise think they have or are not under any obligation to respond to a complaint. It has called a default judgement, which the plaintiff has said from the beginning that they knew already that they were in default and it had nothing to do with being "served" as they had been in default for some time.

In addition under FRCP 4 Summons also has a remedy for defendants who otherwise think that they have no obligation under the law to return a waiver sent by plaintiff  FRXP Rule 4 a (2)  g (2) b(4)

(B) The reasonable expenses, including attorney's fees, of any motion required to collect those service expenses. This statue is of special concern, as it does not distinguish that a condition of payment of these expenses are conditioned to whether the plaintiff wins or loses the complaint. Based on past experience where they plaintiff has at all times made statements and by their arrogant stances, believe they are not obligated to obey the laws of this country for any reason, especially when they are coming from a black man, is the very reason special circumstances were added to the motion for the plaintiff knows they

1

will not adhere to or comply with the rules of the courts. So just like the clock was ticking when they that put the defendants in default, so is the special circumstances adding up for the penalties of "no obligation" that were added specifically for the defendants. Motion was filed with the court on May 13, 2020.

The court has seen and now I trust experienced the pain and arrogance of the defendants who truly feel that they laws of this country do not apply to them. That they are exempt from all laws and rules of the court. The only obligation that they will proudly display is the obligation to steal from their business partners, over bill their customers and the obligation to violate every single law they can against the black people of this county and specifically the plaintiff at any time they can, for any purpose they can and done without any fear whatsoever that they will be held civilly or criminally responsible. At the same time they are still in conspiracy mode, doing everything they can to hide the truth and most of all get to the point that the statute of limitations run out on the criminal acts they have committed.

The court should know, that the plaintiff has over the years predicted most of the acts by the defendants and thus the reason he has so much documented evidence and exhibits that prove his claims.

The lengths they have went in order to "stop the spread "of their illegal acts. Just recently, the plaintiff was "tipped off" by a current Velocity employee that the defendants had again put obstacles in your path. This time it was with Facebook, even though the plaintiff does not have a Facebook, Twitter, or Instagram account they "proactively contacted Facebook and made sure he could not register for an account to put any information or post to social media. The plaintiff tested this recently and received the replay below. Now how can a person who does not have an account have it disabled because it does not meet standards?"

2



**Your Account Has Been Disabled**

You can't use Facebook because your account, or activity on it, doesn't follow our Community Standards.

If you think we disabled your account by mistake, we can take you through a few steps to request a review.

Please note that we have fewer reviewers available right now due to the coronavirus (COVID-19) pandemic. Because of this, we may be unable to review all requests and the way we handle reviews has changed. We'll guide you through a few steps to request one.

This is the defendants at work. Here is another one for the court. The court will know that counsel also mentioned a "settlement" in the case in Northern Illinois. What he did not intentionally mention was that it was induced by fraud, misrepresentation and was entered into by the defendants, so that their investors and business partners who were involved in the theft of Intellectual property and the racial discrimination of the plaintiff forced the defendants to settle before their involvement was discovered. He also did not mention that the defendants did this to conceal state and federal crimes. Counsel intentionally did not mention that three days after the signing of this so-called agreement, the defendant still represented by

> filed an appeal to a case they had already lost on appeal more than 40 days after the deadline to file, where they lied and sent forged documents to AZDES and to the Arizona Court of Appeals where they lied claiming the plaintiff was still employed when they terminated him and at the date/time of the hearing, they intentionally did not appear. The appeal was immediately denied with special a special notation that **they are not allowed to appeal the decision"**

3

## Another attempt at fraud

If Velocity had confidence that they had a solid agreement, why is it that they are feverishly trying to induce me to "violate" an agreement that was void the moment it was signed, illegal as it was to cover-up, conceal a crime, unconsciable, and was induced by fraud and misrepresentation? Why would they put so much effort into trying to get documented proof that I violated it, the reason is because they know it will never stand up in court and is completely unenforceable. If they had any doubt that they could win such a case by filing a motion to compel or breach, they would have done so.

The incident with some attorney who contacted me out of the blue and the very first thing he wanted was a copy of the agreement, so that he had some proof to give to Velocity that it was shared after he specifically said he was not my attorney, but knowing that if I did provide it, Velocity could claim I shared its content with someone, who was not my attorney. The whole thing was a trick, a ruse to get me to share it. Showed how desperate they are and that they are grasping at straws. They were after the agreement as proof that I shared it with someone who was not my attorney **EXHIBITS V1 –V20**

All this because a so-called multimillion dollar company refused to pay $240.00 per week in unemployment benefits to someone they illegally terminated. Why/ because he is black.

**Velocity is the post card of a hostile racial organization**

The court should see that in over three years that when they were forced to respond to a complaint that they went back to what they do best, lie and commit fraud. It is in their nature to do so. Then when their counsel makes a written statement that is false and proven to be false, he then tries to put blame back onto the plaintiff as if he did not make the statement. The court can see this and to give them an opportunity and put them on a platform that they will again lie to the court is why this country is in the shape it is now. Whites always seem to have an alternate story even though the incident is caught on video. It is not just George Floyd who has a video; I Garrison Jones has a video of Velocity white employees stealing Intellectual property. They have never made a statement that it was not their employees or denied what they

4

were doing. Instead, they attack the person who they claim was to test-drive this stolen material for their use and greed.

It is clear that if I was stupid enough to accept their explanation of a "hearing in Seattle on January 13, 2019, they would "arrange for a ride to the airport and all expenses so that I could testify against Velocity. It is my belief if I got into a vehicle for an arranged ride to the airport that it would have been the last time, I would have been seen alive. It was a setup pure and simple. They were not only after the agreement but they were going to do anything to end my life to get rid of the threat of prison, and the person who could help put them there.

I asked for a case number etc. to prove there was such a real case and never received that information, now that they were not successful in setting me up, and over the Thanksgiving weekend all of a sudden, "the issue with Velocity has been resolved"

I am certain that when they lose this case, they will attempt to spring that illegal agreement and attempt to sway the court that even though he won, he is not entitled to a monetary ward. Well to that, I say there is no contract or agreement especially this one that can be enforced because it is invalid also, the defendants knew they had committed several violations of the law both civil and criminal against the plaintiff that he had no knowledge of and the fact that once he found out he would file litigation for damages. NO contract or agreement can limit or pre-define the monetary award to a plaintiff before litigation is even filed, nor a this illegal agreement, pre-set the award so that no monetary award is received by the litigants. It is illegal and you can assure they know that but will try to submit it to the court anyway. Here are a bunch of criminals who thought that they had pulled off the great crime and conspiracy and were stupid enough to not only leave a documented audit trail back to them but, they also out of sheer stupidity created over 16 gigabytes of illegally recorded videos of stolen intellectual property that they recorded themselves committing a crime on the videos. How many criminals have been sent to prison after video showed them committing a crime. Not only that, how many criminals recorded themselves committing federal crimes. Total ignorance and arrogance that they remotely think that they can convince anybody or raise and once of "reasonable doubt" when the name of the

5

Velocity employee is clearly displayed on the screen next to a "RED CAMERA: indicating he is the person doing the recording.

The defendant's delay of over five (5) months as unseasonable assertion of the defenses and as active pursuit of the court's jurisdiction. When they did respond, they responded continuing the same them of fraud they have done for the past three years, then when faced with active opposition instead of what they did in the past, where they filed forged documents, received what they wanted as expected results and then forced the plaintiff to "dig out" and appeal these false claims, now it is clear that in mid-stream, and responses that are not months apart, they change their position, try to blame the plaintiff in bringing up the issue as they have done in their responses an old "Freudian technique" when painted into a corner or caught in a lie, you take the focus off of yourself and deflect it onto your opponent. Counsel has abandoned his claim as it has been proven false, however in his response, he wants the court to grant him an opportunity to give third version of this same issue so that he can then lie to the court one more time by asserting yet another version and or reason why they failed to replay to the complaint and waiver.
This exemplifies the sheer madness of counsel and their client.

This law firm and their attorneys are complicit with Velocity Technology Solutions and are intimately involved with others in an illegal activity or wrongdoing. Obstruction of justice, aiding and abetting, interference in a federal proceedings and hindering prosecution of Velocity for state and federal crimes committed by the executives and employees of Velocity as well as other organizations connected to velocity.

"All of these people are **complicit in** some criminal conspiracy. Defendants' motion is not simply a motion to dismiss but a counter claim to the plaintiffs' complaint. .
Pursuant to Rule 12 b (2) and 12 b (5) the rule responses and defense is limited to response elements that include:

   **(2) Lack of personal jurisdiction**
   **(3) Improper venue**
   **(4) Insufficient process**
   **(5) Insufficient service of process**

Defendant motion contains additional elements where he is making a counter claim and answer against the plaintiff and his complaint. This disqualifies said motion as a motion to dismiss under Rule 12 (b) (2) and 12 12 (b) (5) but is classified as a counter claim and answer. Answer and counter claim to the complaint as his addition of a claim even though it be a false, the claim does not fall into any of the categories under the Rule 12 b (2) or 12 (b) (5) as

---

[1] Among the multiple grounds for early dismissal of this case is that Plaintiff previously filed and dismissed with prejudice a virtually identical action involving the same parties and claims in the United States District Court for the Northern District of Illinois. Plaintiff filed that case in May 2018. the parties settled the case, and Plaintiff signed a general release. Plaintiff dismissed that case with prejudice on August 16. 2018. *Jones v. Velocity Technology Solutions, et al.* (N.D.Ill.). No. 1:18-cv-03288.

> This statement does not and is not an element under either rule; it is purely a counter claim and answer to the plaintiffs claim. Nowhere in the rule does it state that a previous action is
>
>> "an alleged virtual identical case is not listed in the rule. As such, defendants' response waives any defense to jurisdiction as he via his response, submitted and waived any rights of jurisdictional defenses by including said counter claim in his answer. A counterclaim acts as a waiver of all jurisdictional defenses

7

(See below)

argue that such efforts constitute good cause in justice, ...

[2] Indeed, Plaintiff focuses much of his second opposition [Dkt. 10] to the case he filed, settled and dismissed in the Northern District of Illinois. Whether Plaintiff agrees that the complaint in the Illinois case is "virtually identical" to the complaint in this case is not material for purposes of this motion.

Counsel is making a false permissive counterclaim against the plaintiff that is based on an entirely different event even that it be false. **This qualifies as an answer to the complaint**, not a motion to dismiss under FRCP Rule 12 (b) or 12 (b) (5). Said statement is an counter claim and as such by making Furthermore and in conjunction with that answer; is also not timely, **made over 144 days after the last waiver was sent to the defendants.**

As such, the answer is well beyond the deadline date and as a result, the defendant an order of default is the only judgement that can be entered as the defendants in their many replies have intentionally did not replay to the waiver, however the time period allowed for the defendants to respond whether their defiance of the rules of the court believes they had no obligation to respond, the clock was still clicking. Defendants intentionally failed to respond to the complaint in the allotted time and as such as demonstrated in previous motions and responses, the defendants knowingly have been in default for some time. Their defiance and disobedience of the court rules resulted in their being in default judgement, which must be entered against them.

. In conjunction with the obvious fraud on the court by defendants and counsel, this is the proper resolution.

Counsel made the false claim/answer that he is now back peddling from is the same one that he responded after being caught in a lie is where counsel was

8

attempting to push the blame for this statement back onto the plaintiff as immaterial to his motion.

However in fact the statement is a counter claim and answer to the complaint and has nothing what so ever to do with personal jurisdiction, states, as such his answer to the court is the same as if he surrendered to personal jurisdiction. It is a counter claim related to an entirely different event. That they were attempting to use to counter the plaintiffs' complaint by making the duplicity claim so that the court would look at it as such and dismiss the case.

Regardless, now that he had been caught lying, claiming immaterial, is not going to change or alter his original intent of adding this claim to his motion in the first place.

As a foot note on Form AO399 it clearly states that they cannot challenge service and or jurisdiction yet their disobedience is shown where they did it anyway. Good Cause does not include a belief that the lawsuit is groundless, or it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or defendant property. Yet in a show of disobedience, defendants still filed a motion claiming exactly what the rule states that they cannot. In plain view of their disrespect for the laws of this country. Again, done as a means of prolonging the inevitable and billable hours for frivolous and meritless litigation where they show contradiction in their own motion, expecting the court to believe or trust any statement they make as truth.

This is just a glimpse of the tactics by this law firm in coercion with the defendants that has been happening for over 3 years now. Now the court can see in writing the first such "defense" if it can be called that of the racial intent that has been inflicted. Their defense is the same as what they have done repeatedly, fraud. When caught they go

9

silent or try to misdirect the attention elsewhere to give them time to think of another false issue to make others focus on.

They truly expect the court to look the other way and ignore their misconduct and let them continue their path of obstruction of justice, aiding and abetting as well as their continued efforts in violation of state and federal law.

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

---

   The fact that counsel introduced a matters outside the pleadings as a relevant factor in support of his motion cannot excluded by the court or the courts decision, after it has been even prior to a hearing found to be false and fraudulent.

Plaintiff needs to make and alert the court to be aware of the intent of counsel as well as of other motivating factors surrounding the case before the court.

**Justice Department investigation**
The court need to be aware that since August 20, 2018 that the plaintiff and his family has endured an insurmountable amount of willful, intentional vicious and amount of retaliation from defendants and their attorneys. Since February 2019, he has kept records of these events and have sent copies of these documents to the FBI who then sent them to investigators, who then referred it over to the Civil Rights –

10

Criminal Division. The preliminary assessment that has been received is that they are classifying these events as a hate crime.

Their reasoning is the filing of the EEOC complaint in conjunction with the harassment of the plaintiff and his family, interference in his ability to find and gainful employment, where they stated that it was essentially a restraint of trade and the numerous retaliatory and intimidation events over the past 2 ½ years.

## **Agreement**

In addition the court needs to be aware of the intent of the defendants and counsel to use the illegal enforceable agreement counsel mentioned in his motion of May 4, 2020 as a "trump Card" to one stop the progress of the plaintiff and if victorious, they plan on attempting to use it as the means of not awarding the plaintiff any monetary d damages or awards.

The agreement not only was it induced by fraud, it was to conceal the federal and state crimes committed by Velocity employees and executives, as well as those committed by other executives from multiple billions dollar organizations. In addition, at the time of its signing, the defendants had committed multiple violations of the law against the plaintiff that he had no knowledge of at the time of signing said agreement. The defendants knew and misrepresented the fact that they had done them from the plaintiff.

No legal agreement/contract no matter the type of agreement/contact can limit the monetary liability of any person and or organization for future litigation, before it is filed and that had not been filed, **nor can it pre-set the award** in their favor and pre-set the amount that the plaintiff is entitled to, in claims and or violations of the law commited by the defendants, that they knew would eventually be uncovered.

The court needs to be aware that just like in this case, the agreement was induced by fraud, the defendants were forced to settle said case to prevent the involvement of business partners, affiliates, and investors from being exposed who all knew of and participated directly and or indirectly in the conspiracy to steal the intellectual property of Infor and their involvement in the open blatant racial discrimination of the plaintiff. The defendants had conspired for months to steal the intellectual property of Infor and they attempted to make the plaintiff unknown to him a participant in their illegal criminal activity, where they gave him duties of being the

11

"testbed" of testing out the illegal videos they recorded, that they planned on using him as a model to verify the illegal process before they allowed white employees in the organization to take the Infor/Lawson Certification exam.

They not only illegally recorded the class sessions, but they also illegally recorded the actual exam, so they were assuring that all Velocity employees who watched these illegal videos were guaranteed that they would also pass the final exam and thus Velocity would then be able to charge customers higher hourly rates and obtain other customer contracts by pushing the fact that their employees were also Infor/Lawson certified. Hiding the fact how the certification was obtained. They also did this to not incur travel expenses for the 6 week duration of the course as well as not pay infor education/certification fees that total more tan 15,000 per person to attend the class.

. **EXHIBIT 25**

## INTRODUCTION

**AFFIDAVIT**

Garrison Jones, Plaintiff, do hereby certify that the statements and allegations set forth in the motion to be filed true and accurate to the best of our knowledge and belief.

May 27, 2020

Respectfully submitted,

_____
GARRISON JONES, PLAINTIFF
P.O. Box 188911
Sacramento, California 95818
Garrison.jones@outlook.com

12

## garrison.jones@outlook.com

| | |
|---|---|
| **From:** | Burman, David J. (Perkins Coie) <DBurman@perkinscoie.com> |
| **Sent:** | Monday, November 25, 2019 4:48 PM |
| **To:** | garrison.jones@outlook.com; garrison.jones1724@outlook.com |
| **Subject:** | Valley Medical Center |

Thank you for reaching out to Valley Medical. Mr. Austria now works at the University of Washington Medical System, which is affiliated with Valley Medical. I am one of the lawyers for Valley, which is in a dispute with Velocity.

You should understand that Velocity contends that you signed agreements with it, including your employment agreement and settlement agreement, that prohibit you from sharing any of its confidential information with us, or disparaging it. We don't want you to accidentally violate any agreement you have with Velocity. But we are Valley's lawyers, not yours, so you cannot rely on us to protect you from Velocity, and if we talk there will not be any attorney-client privilege. If you want to have your own lawyer involved, we would welcome that. And we can arrange to have Velocity participate if you prefer that.

A hearing in Seattle is presently scheduled to start January 13. If we thought your testimony was necessary for that hearing, would you be willing to travel to Seattle at Valley Medical's expense? We might also be able to arrange to question you in Chicago before that time. (I understand you live in Chicago, but let me know if that's wrong.)

Thank you.


**David J. Burman | Perkins Coie LLP**
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
206.359.8426
DBurman@perkinscoie.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

*[Handwritten note:]* There was never a case scheduled for Jan 13, 2020. This was a fraudulent plan to induce me into sending a copy of agreement by Velocity and their attorneys Ogletree Deakins

1