



UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON JONES,<br><br>        Plaintiff,<br><br>    v.<br><br>VELOCITY TECHNOLOGY SOLUTIONS LLC; STEVE KLOEBLEN; SUSAN HALTOPP; MICHAEL BALDWIN; SHANA COLEMAN; VICKIE LEROUX; J.C. ODOM; CHAD CARLSON; and CHRIS HELLER,<br><br>        Defendants. | No. 2:19-cv-2374-KJM-EFB PS<br><br>NOTICE OF ELECTION |

In accordance with the court's Screening Order, plaintiff hereby elects to:

(1) __X__ proceed only with the (a) FMLA interference claim predicated on the termination of his employment against defendant Velocity.

        OR

(2) _____ delay serving any defendant and files a second amended complaint.

_____
Plaintiff

Dated: August 7, 2020

12