UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON JONES, | No. 2:19-cv-2374-KJM-EFB PS |
| Plaintiff, | |
| v. | ORDER |
| VELOCITY TECHNOLOGY SOLUTIONS LLC; STEVE KLOEBLEN; SUSAN HALTOPP; MICHAEL BALDWIN; SHANA COLEMAN; VICKIE LEROUX; J.C. ODOM; CHAD CARLSON; and CHRIS HELLER, | |
| Defendants. | |

On July 31, 2020, the court informed plaintiff he could proceed with his viable FMLA interference claim predicated on termination of his employment against defendant Velocity Technology Solutions LLC or file an amended complaint. ECF No. 29. Plaintiff has elected not to amend his complaint and to proceed only with the claim identified by the court as viable. ECF No. 30.

Accordingly, IT IS ORDERED that:

1. Service is appropriate for defendant Velocity Technology Solutions LLC.

2. The Clerk of Court shall send plaintiff one USM-285 form, one summons, a copy of the complaint, this court's scheduling order, and the forms providing notice of the magistrate judge's availability to exercise jurisdiction for all purposes.

3. Plaintiff is advised that the U.S. Marshal will require:

    a. One completed summons;

    b. One completed USM-285 form for defendant Velocity Technology Solutions LLC;

    c. A copy of the complaint for Velocity Technology Solutions LLC, with an extra copy for the U.S. Marshal; and,

    d. A copy of this court's scheduling order and related documents for Velocity Technology Solutions LLC.

4. Plaintiff shall supply the United States Marshal, within 14 days from the date this order is filed, all information needed by the Marshal to effect service of process, and shall, within 14 days thereafter, file a statement with the court that said documents have been submitted to the United States Marshal.

5. The U.S. Marshal shall serve process, with copies of this court's scheduling order and related documents, within 90 days of receipt of the required information from plaintiff, without prepayment of costs. The United States Marshal shall, within 14 days thereafter, file a statement with the court that said documents have been served. If the U.S. Marshal is unable, for any reason, to effect service of process on any defendant, the Marshal shall promptly report that fact, and the reasons for it, to the undersigned.

6. The Clerk of Court shall serve a copy of this order on the United States Marshal, 501 "I" Street, Sacramento, CA 95814 (tel. 916-930-2030).

7. Failure to comply with this order may result in a recommendation that this action be dismissed.

DATED: August 12, 2020.

                      EDMUND F. BRENNAN
                      UNITED STATES MAGISTRATE JUDGE