## UNITED STATES DISTRICT COURT
## EASTERN CALIFORNIA

**GARRISON JONES**
**Plaintiff,**
**v.**
**VELOCITY TECHNOLOOGY**
**SOLIUTIONS et al.**
**Defendant.**

**FILED**

AUG 24 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**CASE NO.2:19-CV-02374- KJM-EFB**

**Plaintiff Notice of complaint, summons sent to U.S Marshall**

I Garrison Jones plaintiff (Pro Se) in the above complaint so hereby certify that on August 21, 2020, I deposited the 2 copies complaint, civil New Case Document (dkt 32), and summons in the district court drop box in the lobby of the US District Court for service to the defendants Velocity Technology Solutions  1901 Roxborough Road
Charlotte, North Carolina 28211

Per instructions from the court.

Dated August 24m 2020

                                        Garrison Jones

                                        P.O. Box 188911

                                        Sacramento, California 95618

                                        Garrison.jones@outlook.com

# UNITED STATES DISTRICT COURT
# EASTERN CALIFORNIA

**GARRISON JONES**
**Plaintiff,**
**v.**
**VELOCITY TECHNOLOOGY**
**SOLIUTIONS et al.**
**Defendant.**

|
|
|

**CASE NO.2:19-CV-02374- KJM-EFB**

**Certificate of Service**
1. PLAINTIFF REPLY TO DEFENDANTS OBJECTION OF MAGISTRATE FINDINGS AND RECOMMENDATIONS – ONE
Dated August 20, 2020

2. PLAINTIFF REPLY TO DEFENDANTS OBJECTION OF MAGISTRATE FINDINGS AND RECOMMENDATIONS – TWO MENDED DATED August 21, 2020

I Garrison Jones plaintiff (Pro Se) in the above complaint so hereby certify that on the _24thday ofAugust, 2020___, I mailed a copy of the document by USPS postal service first class to defendant. The following documents

3. PLAINTIFF REPLY TO DEFENDANTS OBJECTION OF MAGISTRATE FINDINGS AND RECOMMENDATIONS – ONE
Dated August 20, 2020

4. PLAINTIFF REPLY TO DEFENDANTS OBJECTION OF MAGISTRATE FINDINGS AND RECOMMENDATIONS – TWO MENDED DATED August 21, 2020

**Velocity Technology Solutions**
1901 Roxborough Road
Charlotte, North Carolina 28211

Garrison Jones

P.O. Box 188911

Sacramento, California 95618

Garrison.jones@outlook.com