Garrison Jones
P.O. Box 188911
Sacramento, California 95811

Sean Ragan
Special Agent in Charge                                  September 4, 2020
FBI, Sacramento field office
2001 Freedom Way
Roseville, California  95678

**FILED**
SEP 1 0 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

**RE: Case Number 2:19-cv-02374 KJM-EFB**

ANTHONY J. DECRISTOFORO SBN 166171
anthony.decristoforo@ogletree.com
PAUL M. SMITH SBN 306644
paul.smith@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA 95814
Telephone: 916-840-3150
Facsimile: 916-840-3159

**COURT COPY**

This is my second communication with your agency in reference to the case above the defendants, Velocity Technology Solutions, and the attorneys that are currently representing them of the law firm of OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C, Anthony J. Decristoforo, and Paul M. Smith.

Someone from your agency needs to act on this as a federal crime has and is being committed.

This has gone on long enough without these individuals not to be prosecuted.  They are under the false impression that what there no consequences to stealing Intellectual Property are.  They will do it again.  They are not a leader of this industry.  If this is what an alleged leader can do, what can we expect from others?

Mr. Decristoforo is allegedly a Managing Partner in their organization; however, it seems he is no better that all the other six attorneys that have represented Velocity, where they have repeatedly filed false documents and made committed perjury on numerous occasions in their involvement in this case.

They had hoped for a quick dismissal and failed as the claims in this case were recognized by the court.

They essentially are losing this case and in the last pleading filed have been "prepping the court" and setting the court up for the introduction of what they call a "settlement agreement" but in fact is a manifesto by Velocity Technology Solutions.
Their main goal is in the event that a ruling is made by the court in favor of the plaintiff, they at the last minute will submit this manifesto to the court to escape the severe penalties and monetary award by the court.

By submitting this manifesto, they will be submitting tangible, viable evidence that their clients conspired, executed, and stole intellectual property and trade secrets from Infor and committed misappropriation of these trade secrets and gained unjust enrichment from the theft.

Thus far, they have lost multiple hearings and rulings by the court. They are desperate. However, their desperation in their last pleading, implicated Velocity by making a statement and allegation that I was ineligible for any protection under FMLA, the main issue in the civil case before the court.
BY making this statement, that means that all the documents, statements made by velocity to the AZDES (Arizona Department of Economic Security and to the Arizona Court of Appeals were fraudulent claims, statements and documents and as such, they were all forgeries. A as they made more than 4 separate allegations and claims that I was on approved paid FMLA medical leave.

If I was never eligible, this is fraud and forgery and they in their pleading has implicated them of these criminal violations and fraud upon the court.
 in addition, the same thing that when they submit this manifesto to the court to avoid one thing, they simultaneously implicates them in what they have avoided for over three years.

2

If the government can put a movie star and her husband in federal prison for paying to get their daughters in a university, why with all the undisputable evidence has the government not indicted Velocity in these major federal violations.

This "agreement as stated above is a collection of multiple federal civil and criminal violations that cannot be released by law as the majority of these violations are violations where the statute of limitations have not expired and carry stiff/harsh penalties of federal prison and fines in excess of 20 years of imprisonment and fines in excess of $10,000,000 million dollars.

These penalties are deserved to be handed down because all of the federal, state, and local criminal and civil violations by Velocity were done willfully, intentionally with deliberate indifference as to the consequences of their actions.

They are running a corrupt enterprise.  The entire agreement is illegal and unenforceable, but still no action has occurred in bringing these individuals to justice.

These people intended to make me an unwilling participant in their conspiracy to steal intellectual property even after I told them, that they were doing was illegal.

Ogltree Deakins has been complicit in their representation where they are actively assisting Velocity by hindering prosecution, obstructing justice, perjury, and fraud as well as involved in the cover-up of the federal criminal acts committed.

I have included with this letter, a filing made by defense counsel on August 14, 2020 where they make a statement where they are now claiming that I was ineligible for FMLA as a tactic to avoid the fact that I was terminated while on FMLA, a main issue of the complaint.  However, by making this statement, they have implicated their client Velocity in fraud and forgery of federal of federal documents of the Department of Labor and the use and submitting of these documents to the Arizona Department of Economic Security and to the Arizona Court of Appeals.

It is undisputable  the documents sent , to now claim ineligibility in fact stipulates that Velocity conspired to commit fraud and forgery by sending the documents unsolicited to a state agency that jointly administers unemployment insurance program with the U.S. department of Labor.

There is no alternate interpretation of what their intent was of these documents. They at that time, meant for these agencies and the court system to believe, I was on approved FMLA. It was not a mistake or error because they made these claims for over a seven (7) month period. There is supportive emails, documents and court decisions all that show they approved FMLA.

Now, if they now have conspired to change history, does not diminish or waive in any manner, the fact that the documents were fraudulent, and forgeries.

In regards to the manifesto. In the manifesto terms that are attempting to play down, minimize, and appear to be "normal language". They are not. They are tactical, strategic avoidance of the real criminal and civil acts committed by Velocity that cannot be dismissed by a matter of law because of the seriousness of the federal statute that was violated.

The manifesto has words like, training, invasion of privacy, unjust enrichment, and fraud. This is the deception. In addition, in the filing of August 14, 2020 I have circled the phrase "**recovery**" to alert you of the real intention. I will also stress

What these keywords are hiding:
**Fraud**
    a. **Mail Fraud** ( where they overbilled customers for unworked consulting hours and sent via USPS mail invoice with inflated billing

    b. **Wire Fraud** (same as a.)
    c. **Fraud committed against a federally funded program** of the Dept. of Labor ( Unemployment Insurance)

**Unjust Enrichment**

    a. What they are attempting here is to hide the fact that they obtained millions of dollars in profits that will be subject to forfeiture because they were obtained in the course of stealing intellectual property from Infor also in the commission of a federal crime and that nor criminal per government statue can profit in any way from the commission of a federal crime.

### Training

This specifically is related to the theft of Intellectual Property that they stole from infor, with the intent of not paying Infor education fees, avoid travel expenses, and created their own illegal training academy within Velocity. They conspired to do this, but as in my last communication, deleted all of the evidence as I refused to be the scapegoat and Guinea Pig for their illegal criminal activities.

### Invasion of Privacy

This pertains to the documented fact that Chad Carlson one of the velocity employees who illegally recorded these sessions as well as Eric Lubinsky violated the privacy of over 168 individuals who attended these certification classes for the six-week duration who had no idea and did not give consent to record any and all conversations.

## Wiretapping/ Illegal recording of phone conversations

In my previous communication, I showed where Chad Carlson used his home phone for audio and zoom communication for video to record these sessions violating the privacy of all the attendees.  This is in direct violation of federal law  18 U.S. Code § 2511.Interception and disclosure of wire, oral, or electronic communications

18 U.S. Code CHAPTER 119—WIRE AND ELECTRONIC COMMUNICATIONS INTERCEPTION AND INTERCEPTION OF ORAL COMMUNICATIONS

## Theft of intellectual property and Trade Secrets U.SC.  1832

## Misappropriation of Trade Secrets USC 1832

## Economic Espionage Act of 1996 the first federal law to broadly define and severely punish such misappropriation and theft.

5

These are just a few of the items in the manifesto that they seek indemnification for that cannot be done as they are federal crimes that cannot not be waived or dismissed as a matter of law.

I am also forwarding this to the Sacramento FBI Field Office. The day is gone where I am the only person who knows the criminal acts by Velocity and their attorneys.

Ogltree attorneys have a history of deception and I will stress to the court in the event that they produce this manifesto that they submit it in its entirety and not what they want they want the court to see.

CC McGregor Scott                                             September 4, 2020
United States Attorney Office


                                                              Regards


                                                              Garrison Jones