Garrison Jones
Plaintiff (Pro Se)
P.O. Box 188911
Sacramento, California 95818
garrison.jones@outlook.com



**FILED**
SEP 10 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

## U.S. DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON JONES<br><br>Plaintiff,<br>v.<br><br>VELOCITY TECHNOLOGY SOLUTIONS LLC et al<br>Defendants. | Case No.: 2:19-cv-02374 KJM-EFB<br><br>**Plaintiff Motion To Compel Defendants And Defendant Counsel Of FMLA Claim**<br><br>**JURY TRIAL DEMANDED**<br><br>Judge: The Honorable Thomas Brennan<br><br>Date Action filed: Nov 25, 2019<br><br>Date set for trial: NONE |

### PLAINTIFFS' MOTION TO COMPEL
### PRODUCTION OF DOCUMENTS FMLA CLAIM BY
### DEFENSE COUNSEL

1. The defense counsel is frantic and adamant that an FMLA claim was alleged in the complaint by the Plaintiff in case number 1:18-cv-03288 in the U.S. Court for the Northern District of Illinois. The Plaintiff has already proven that no such claim existed, yet counsel repeatedly believes it does. In Dkt 35 filed on August 14, 2020, he again states a claim of FMLA exist.

- 1 -

Plaintiff Garrison Jones does, hereby seek an order compelling Defendant Velocity technology Solutions and their counsel from Ogltree Deakins to produce documents identified as they claim in the complaint from Northern Illinois and indicate the document and line number where the FMLA allegation and claim exist.

Production of this document will validate and vindicate counsel by proving his repeated claim that it is contained in the complaint and that the Plaintiff alleged a violation of FMLA in that complaint.

It is becoming increasingly ignoring for counsel to keep making a false allegations with no proof in support. The case in the U.S. District Court of Northern Illinois was about racial discrimination. Period.

It will be clear to the court that if counsel cannot not produce the complaint and with clear indication that the FMLA allegation exist in the complaint that he was lying to the court. The plaintiff anticipates in this order the responses from defendants and their counsel

1. Simply ignore the motion as if it does not exist.
2. Reply with one of the responses they have submitted previously
   a. " *it is immaterial*
   b. *It is irrelevant to the current proceedings*
   c. *Alternatively, some other allegation that pushes the issue and blames the plaintiff for its introduction.*
   d. *Abandonment he* again has been caught in a lie.

What the plaintiff does not expect is that they will produce the location in the complaint filed on May 8, 2018 any indication of FMLA in the complaint However, this is the fifth reference to this "alleged claim" and if he has a valid argument that it exist, and then he should put it on the record before this court.

It is clear defense counsel senses and have discussed they are losing in this case and again attempting to again deceive the court of duplicity of claims.  It was unsuccessful the first time yet, his real purpose is to mis-direct the court to the manifesto that he calls agreement.

## INTENT OF DEFENSE COUNSEL

Defense counsel is " laying the ground work for the inevitable moment that he produces the manifesto to avoid the larger award that is mandated in this case of the horrific intentional violations of the law committed by the defendants.  His "**subliminal reference**" of the intention reference to the word "**recovery**" clearly is meant to point to the manifesto as the final card in the game.  **He is "preparing or setting up the court"** for eventually presenting and submitting this manifesto by playing his "**ACE CARD**" at the last moment to win the game.

They want to make sure in the event that a ruling is made in the plaintiffs' favor that no monetary award is given, plain and simple.  The manifesto is illegal and as such, if the defendants had any grounds to compel or enforce said manifesto, they would have done so by

now. They are doing as the always have "practicing avoidance as the primary means to being held accountable for their federal, state, local, criminal and civil violations of the law.

The court can see that the defendants have at all time pretended that litigation simply did not exist and that they were not obligated in any way to respond. The last thing they wanted to do was appear in any court and risk more exposure to their criminal acts. However, it is by their own hand that they before the court. As it is their history, they have brought along, misdirection and fraud.

At no time in any proceeding have they produced any exhibit and or document that was truthful and contained verification /validation of any statement or claim. The repeated reference to a mysterious claim that does not exist to be honest is petty.

The courts must put an end of this charade because if not, they will continue to delay these proceedings with baseless, unproven claims and allegations, using up precious resources of the court.

To compel defendants and counsel to produce this alleged allegation in the complaint they claim does in fact exist will allow all to move forward to the more important issues of violation of FMLA, fraud, forgery, interference and other matters that are in the complaint before the court.

    The plaintiff has both the Microsoft Word and the copy of the complaint filed on May 8, 2018 that was downloaded from the Pacer system.

    The phrase FMLA does not exist in their continuous efforts of obstruction and perjury is to be frank getting to be ignoring. It will be clear, that the defendants and counsel

will ignore this motion because they will not be able to produce the allegation in which they allege. In that will be added to the long list of fraudulent claims made by the defendants and counsel, again to commit fraud upon this court.

The simply have been caught in criminal activity that for years has gone unpunished, un-challenged and not prosecuted. They are under the false impression that Ogltree Deakins and their alleged reputation will somehow get them out of the abyss.

The manifesto is truth of the criminal activity they are disguising and downplaying the significance and harsh penalties of their crimes.

Just as mentioned in previous filings, no contract, agreement, or manifesto can pre-determine, pre-set, nor can it limit the liability of a party especially and specifically when it relates to misrepresentation and intentional criminal acts committed by the party that they seek to indemnify. No court in this country will exonerate or hold harmless the federal criminal intentional violations of the law committed by the defendants. The crimes include, Economic Espionage, Theft of Intellectual Property Misappropriation of Trade Secrets, Wiretapping of phone conversations, Mail Fraud Wire Fraud just to name a few.

In addition, **the plaintiff cannot indemnify any of the defendants for "federal crimes"** nor for federal violations of any matter. If defendants seek indemnification for their crimes, they should immediately contact the federal, state, and local law

enforcement in the multiple states/jurisdictions they have committed these criminal violations and begin whatever "healing" process they are seeking.

In the case before the court, they are committing obstruction, and perjury. It is simply unethical to bring up allegations that can be readily proven to be false, just to delay, and obstruct the proceedings with baseless allegations with no supporting evidence, exhibits, and or testimony.

As previously mentioned, why would anyone seek indemnification for a crime, violation, or act they did not commit. Instead what they did was include in the manifesto all of the civil and criminal violations **they have committed** in it. However, no matter how they try, the allegation of FMLA does not exist in the complaint filed by the plaintiff.

This is the exact thing, expressed to the court. The defendants knew at the manifesto signing that they had committed multiple federal, civil, and criminal violations that the Plaintiff was not aware of at that time. It goes to mispresentations and fraud on their part that is in the DNA and foundation of this entire organization.

If any court jurisdiction gives to the defendants any such consideration (which I doubt) and somehow hold them harmless for any of these criminal and civil violations, it must come from Federal Authorities and would be a mistake.

This is not the first time the defendants have done this type of thing, for years they have been overbilling customers, stealing intellectual property, violating the rights of their

employees and stealing from the business partners.  They have had many lawsuits filed against them by employees and customers, it has not deterred them one bit to cease their illegal, unethical behavior.  They have bribed , lied their way out of many of these situations,, but as the court can see, they have an alleged Tier One law firm representing them and as of right now, they have lost every single case filed by the Plaintiff.  The reason is that they are a corrupt organization.

. If the defendants want or **seek "redemption**", I propose they voluntarily contact the appropriate Federal authority and submit the manifesto along with evidence and let them determine if they will be able to walk out the door after "confessing 'to these crimes.

If the court remotely believes any of the claims / games defense counsel is playing, the court must also see the complete falsity of all his allegations and claims.  They simply do not exist.  To be frank, they can be discovered by a third grader, eating a bowl of "sugar pops" writing with a crayon.  It is obvious; they are grossly and horribly losing the case before the court.  They have been caught in lie after lie and continue to bring up issues and fabricate, intentionally misinterpreted the evidence.  If the court does not put a stop to the madness by defense counsel, they will continue to submit fraud after fraud in their pleadings, oblivious as to the ramifications of their statements and the consequences.

Dated: September 1.2020

GARRISON JONES

*/s/ Garrison Jones*

Garrison Jones
Plaintiff (Pro Se)
P.O. Box 188911
Sacramento, California 95818.
garrison.jones@outlook.com