**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ASTERN DISTRICT OF CALIFORNIA**

,

Plaintiff,
Garrison Jones

v.

,

Defendant.

Velocity Technology Solutions et al

No.  **2:19-cv-02374 KJM-EFB**



**FILED**

SEP 2 9 2020



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## PLAINTIFF MOTION FOR APPOINTMENT OF COUNSEL AND DECLARATION OF GOOD FAITH EFFORTS TO OBTAIN COUNSEL

I Garrison Jones is the plaintiff in the above captioned case before the court do hereby, ask the court to appoint counsel, i.e. an attorney to represent me in this case.  I understand that any false statements in this motion will subject me to penalties of perjury.  I understand that in civil cases, there is no constitutional right to an appointed attorney.  While the court may appoint an attorney to represent me, it does so only in rare cases.  I understand that if the court does not appoint an attorney, I must continue to be prepared to represent myself going forward in this case.  I understand that in deciding whether to appoint an attorney, the court will consider a variety of factors, including but not limited to the following: (1) the merits of my claims; (2) the nature and complexity of factual and legal issues raised in the claims; (3) my ability to present the claims; (4) my financial ability to pay an attorney; and (5) my diligence in attempting to

1

1  secure an attorney.  I understand that with regard to the fifth factor, I must show
2  that I have made a reasonably
3
4
5  I understand that the court typically requires that before seeking an appointed
6  attorney, a plaintiff confer with (not merely contact) at least five attorneys
7  regarding legal representation.  Below is a list of the attorneys that I have contacted,
8  a detailed description of the efforts that I made to obtain representation, and the
9  responses that I received:
10  The court needs to be aware that for the past 3 ½ months I have suffered and
11  struggled with progressive acute cognizant impairment, ataxia and tremors
12  attributed to and related to three (3) strokes I have suffered in the past 3 years.
13  It is now very noticeable and has hampered my strength level as well the decline in
14  my abilities, memory, reasoning and thinking skills.
15  I have been in the past two weeks had this added to my ever-growing list of issues
16  and ailments with my physician.  However, it has severely affected my efforts in
17  proceeding in this case Pro Se.
18
19  I have since May 2020 attempted to obtain other counsel on contingency basis and
20  all have decline representation for one reason or another.  In addition, I have
21  reached out several times to Sacramento Bar Association and their lawyer referral
22  with no success.  My last interaction reply was the atty selected does not take cases
23  that are pending.
24  In addition, I have utilized the Eastern District of California Pre Se days for
25  assistance just as I utilized the Northern Illinois Hibbler Pro Se assistance program
26  for direction; however, it is of my opinion that I have not been able to relay the
27  proper groundwork for assistance or I have unknowingly left out or misconstrued
28  issues.

1

2    In addition, firms and attorneys who have taken the time to review my case with the

3    court have come back with various reasons not to accept representation. One Three

4    separate occasions in the past 2 months, the reason for declining is that the defense

5    counsel is Ogltree Deakins. These declines were not connection to their legal status

6    what so ever, but was as they put it, "they do not want anything to do with or

7    litigate any such case with their attorneys or firm.

8

9    On two occasions, I was openly told, **"I better watch my back because Ogltree**

10    **has a history of dirty tricks when they litigate cases, be careful**. My response is

11    that I already know and have experienced this for over three years now.

12

13    This was not a reputation is regarded in a good d or positive manner. I have as

14    some of my exhibits have shown that they have lied throughout the proceeding as

15    well have been intimately involved in false misleading representation on behalf of

16    Velocity. Despite my efforts where I have had to submit multiple exhibits to prove

17    them completely wrong and prove the statements and pleadings are false, they still

18    like little school girls keep nit picking at new issues. When they are proven to be

19    wrong, they simply go silent and make the lie told appear to be insignificant and

20    move on to another lie.

21

22    It is my belief that the stress of this case is also a contributing factor in my decline

23    since their involvement in May 2020.

24

25    The stress inflicted upon me during my employment at Velocity was the main

26    factor for my first major stroke in 2017. After, I recovered enough to return to

27    work for another organization, Velocity who was stalking me at the time, again

28    filed false charges of fraud with AZDES that I know the Ogltree attorneys were

1   involved in and counsel them to do so.  Their philosophy has always been to bury
2   the plaintiff in baseless litigation to prevent them from moving forward,   As I have
3   already demonstrated, I have successfully prevailed in over 9 such false complaints,
4   charges, protest filed by Velocity where in each case they have been represented by
5   Ogltree Deakins.

6

7   They are on their ninth and tenth attorneys and now I have a managing partner who
8   is doing the same thing.  I have from the beginning told and exhibited the truth in
9   this case, and my anticipation is to prevail with the truth where there will not be any
10  doubt.  However, I need the assistance of counsel so that I can put the worst work
11  experience of my life behind me.
12  I am going to be 62 years old next month and want to be able to live out the rest of
13  my life peacefully.  Velocity even after they lost in the case in Northern Illinois,
14  just three days after came after me again when they had the keys to their own
15  freedom, the got right back on the horse of being vindictive and immediately began
16  to re-start the harassment and intimidation that was the main issue during  my
17  employment.
18  I am asking based on my current situation I am not able financially to obtain
19  counsel.  I respectfully ask the court to appoint counsel to assist me in this
20  litigation.

21

22  It is my belief that they will fight me to the end; however, it is also my belief that if
23  the court orders mediation, this case can be removed from the docket.  They have
24  committed some serious, horrific violations of the law and have a false sense that
25  they will somehow escape untouched.  I want to move on.  Please help.

26

27  I have included multiple efforts and responses from law firms and attorneys as
28  proof of my diligence in seeking counsel.

4

Thank you for your consideration and efforts.


Dated

September 27, 2020

Garrison Jones Plaintiff Pro Se

P.O. Box 188911

Sacramento, California 95818

Garrison.jones@outlook.com

**garrison.jones@outlook.com**

| | |
|---|---|
| **From:** | Catherine Ewing <Catherine@bencrump.com> |
| **Sent:** | Wednesday, August 19, 2020 6:46 AM |
| **To:** | Garrison Jones |
| **Subject:** | Re: case inquiry response |

Hello,

Thank you for contacting Ben Crump Law Firm regarding your potential case. Unfortunately, based upon the information you provided, our office is unable to take on your case and as such will not be pursuing any further action on your behalf. This does not necessarily mean that you do not have a case; therefore, we recommend you seek other legal representation immediately. I must advise you that if you wish to pursue this matter, there are time limits in each state within which lawsuits must be filed. If you do not file your lawsuit within those time limits, your case could be dismissed and you will be forever barred from proceeding with a lawsuit, therefore we strongly encourage you to seek advice from another attorney as soon as possible. I am sorry that we are unable to assist you. If we can be of further assistance to you or your family in the future, please do not hesitate to contact me.

Regards,
Catherine

# BEN CRUMP

**Catherine Ewing**

Phone: 800-859-9999
Fax: 800-770-3444

catherine@bencrump.com
www.bencrump.com

This message (including attachments) is for the designated recipient only and may contain privileged, proprietary, or otherwise confidential information. If you are not the intended recipient or have received this message in error, please notify the sender immediately and delete the original. Any other use of this e-mail is prohibited.

**From:** Garrison Jones <garrison.jones@outlook.com>
**Sent:** Tuesday, August 18, 2020 5:29 PM
**To:** Catherine Ewing <Catherine@bencrump.com>
**Subject:** Re: case inquiry response

My number is 279-300-8574
Case is in the US district court eastern california case number 2:19-cv-02374. They are represented by Ogltree Deakins but they are losing the case. I survived their motion to dismiss and the judge is ruling in my favor. Case is related to termination while on fmla. I have tons of evidence and exhibits to support. Please help

Get Outlook for iOS

1

**garrison.jones@outlook.com**

| | |
|---|---|
| **From:** | Jeremy Reyes <jeremyreyeslaw@yahoo.com> |
| **Sent:** | Sunday, September 27, 2020 3:54 PM |
| **To:** | Garrison Jones |
| **Subject:** | Re: DECLINATION OF REPRESENTATION - Re: FMLA  case referral - Garrison Jones |

I understand but I believe that an attorney also knowledgeable with Arizona law is key in your case. ANd with Illinois law since there are related cases.
Jeremy V. Reyes
Law Office of Jeremy V. Reyes
1652 West Texas Street, Ste. 255
Fairfield, California 94533
Phone: 707.815.0088
Fax:  888.400.0340
jeremyreyeslaw@yahoo.com
www.jeremyreyeslaw.weebly.com

Offering Services throughout San Francisco's East and North Bay Areas

_____

Confidentiality Notice:  Email/Fax transmissions are covered by the Electronics Privacy Act, 18 U.S.C. Sections 2510-2521, and are legally privileged. If the reader of this message is not the intended recipient, be advised that dissemination, distribution or copying of this communication is strictly prohibited.
Delete this communication or send notice that said communication is destroyed or deleted.

_____

On Sep 27, 2020, at 15:51, Garrison Jones <garrison.jones@outlook.com> wrote:

This case is in California not Illinois or Arizona

**From:** Jeremy Reyes [mailto:jeremyreyeslaw@yahoo.com]
**Sent:** Sunday, September 27, 2020 3:50 PM
**To:** Garrison Jones <garrison.jones@outlook.com>
**Subject:** DECLINATION OF REPRESENTATION - Re: FMLA case referral - Garrison Jones

Mr. Jones:

As promised, I am getting back to you about this. I decline representation. I am not licensed to practice law in Arizona or Illinois. Unfortunately I do not have any referral for you, but I did ask around.

I appreciate you reaching out to me and wish you the best of luck.
Jeremy V. Reyes
Law Office of Jeremy V. Reyes
1652 West Texas Street, Ste. 255
Fairfield, California 94533
Phone: 707.815.0088
Fax: 888.400.0340
jeremyreyeslaw@yahoo.com
www.jeremyreyeslaw.weebly.com

Offering Services throughout San Francisco's East and North Bay Areas

---

Confidentiality Notice: Email/Fax transmissions are covered by the Electronics Privacy Act, 18 U.S.C. Sections 2510-2521, and are legally privileged. If the reader of this message is not the intended recipient, be advised that dissemination, distribution or copying of this communication is strictly prohibited.
Delete this communication or send notice that said communication is destroyed or deleted.

---

On Sep 26, 2020, at 17:42, Garrison Jones <garrison.jones@outlook.com> wrote:

Thank you

Get Outlook for iOS

**From:** Jeremy Reyes <jeremyreyeslaw@yahoo.com>
**Sent:** Saturday, September 26, 2020 5:40:59 PM
**To:** Garrison Jones <garrison.jones@outlook.com>
**Subject:** Re: FMLA case referral - Garrison Jones

Thank you for your prompt response. I always try to help people who reach out to me. It is likely I can't help but I am asking around for someone to whom to refer you Sir....

2

**From:** Catherine Ewing <Catherine@bencrump.com>
**Sent:** Tuesday, August 18, 2020 12:56:33 PM
**To:** garrison.jones@outlook.com <garrison.jones@outlook.com>
**Subject:** case inquiry response

Hello,

Thank you for contacting Ben Crump Law regarding a potential case. Our office handles Civil rights and personal injury cases. Please call our office at 800-859-9999 if you would like to discuss your potential case. Also, feel free to respond by email with the best number and time to call and I will try back at your convenience. Please be advised, there are time limits in each State within which lawsuits must be filed. Your failure to settle or file a lawsuit within the allowed time shall terminate your rights to pursue a case. I therefore recommend that you consult with an attorney as soon as possible if you would like to pursue a potential case.

Regards,
Catherine



**BEN CRUMP**

**Catherine Ewing**

Phone: 800-859-9999
Fax: 800-770-3444
catherine@bencrump.com
www.bencrump.com

This message (including attachments) is for the designated recipient only and may contain privileged, proprietary, or otherwise confidential information. If you are not the intended recipient or have received this message in error, please notify the sender immediately and delete the original. Any other use of this e-mail is prohibited.

I was referred to your firm by
Chris Moores.  My name is
Garrison Jones.  I am involved in a
FMLA termination case CAED case
number 2:19-cv-02374.  I have
been appearing pro se but for the
past 3 months I have been
suffering from issues related to 3
strokes I have suffered in the past
3 years.  I have been struggling
with bouts of confusion and the
inability to focus and follow-up on
items from the court and some of
the interpretations that I need to
address.

I have a valid cognizant case as
defined by the court of being
terminated when I was on FMLA.

I survived a motion to dismiss by
the defendants counsel as they
avoided responding to the
complaint filed on Nov 25, 2019
and they finally responded with a
motion to dismiss that was
denied.

Then in response to findings and
objections by the court, they
made a stupid claim that I was not

eligible for FMLA protection despite the fact that I have documentation from my former employer, that approved FMLA, internal emails between executives that stated I was no longer with the firm, in addition to emails showing that they were covering up the fact that they terminated me.

I filed for unemployment benefits and they lied claiming I was still employed.  I appealed the decision and they failed to show up at the appeal hearing.  I won that hearing.

Next they filed another false claim with unemployment, this time claiming I was unable to work because I was on FMLA.

I won that hearing as well, as my physician stated that I was able to return back to work on 3/22/2018.

They did not show up for this appeal hearing either.

Then they filed a third false claim after hearing I had went to work for another organization.  This time, they falsely claimed I was working and collecting unemployment benefits at the same time.  The fact of the matter was I never received a dime as they had filed multiple false claims.

I won that appeal hearing as well.

Then in another federal lawsuit I filed, in the northern district of Illinois 1:18-cv-02388 on the same day of the settlement. They filed an appeal to the first case they lost, that was denied by the Arizona Court of Appeals and dismissed as they did not have cause not to appear at the hearing.

In addition, in that appeal the judge made a special notation that the original order was still in place and said that they had no right to appeal his decision.

I have tons of documents that support my claims but because of the disabilities I am no longer able

to proceed without good
representation.

This will be a large settlement or
verdict as I have them dead to
right and with the exhibits and
evidence to support it.

I think I have made some mistakes
in interpretation that can be
resolved

Please help.  My contact phone is
███████████

**garrison.jones@outlook.com**

| | |
|---|---|
| **From:** | Amanda Whitten <amanda@bwlaw.com> |
| **Sent:** | Monday, September 28, 2020 4:26 PM |
| **To:** | garrison.jones@outlook.com |
| **Subject:** | RE: ALERT: Contact Received From Your FindLaw Website |

Garrison,

Thank you for contacting our office regarding your potential claim.

We regret that we will be unable to represent you or accept your case.

You are, of course, free to take up the matter with another attorney if you wish.  You may be able to find others that can help at www.cela.org.  Please be advised, however, that under the rules of this state, claims such as yours must be filed within a certain period of time.  Therefore, if you feel you have a just claim and you intend to proceed, you must not delay.

Thank you for considering our firm.

Sincerely,


**Amanda Whitten, Esq.**
**✪ BRYANT | WHITTEN, LLP**
amanda@bwlaw.com
(559)494-4910/ FAX (559) 421-0369


**From:** TLR.FindLaw.FirmSite@thomsonreuters.com <TLR.FindLaw.FirmSite@thomsonreuters.com>
**Sent:** Saturday, September 26, 2020 4:43 PM
**To:** iclerk@sgbryantlawoffices.com; iclerk@bwlaw.com; Intake Clerk <intakeclerk@bwlaw.com>; Amanda Whitten <amanda@bwlaw.com>
**Subject:** ALERT: Contact Received From Your FindLaw Website


---
**EXTERNAL MESSAGE:** Use caution when clicking links or attachments
---



**Name:**
**garrison jones**

**Email Address:**
garrison.jones@outlook.com

**Phone:**

Name of Employer:
Velocity Technology Solutions

Date of Hire:
02/20/2017

Date of Termination or Discrimination:
03/15/2018

Choose Nature of Dispute:
Family Medical Leave Act

Please provide details about the problem at work OR explain why the termination is
discriminatory/retaliatory:
I was referred to your firm by Chris Moores. My name is Garrison Jones. I am involved in a FMLA
termination case CAED case number 2:19-cv-02374. I have been appearing pro se but for the past 3
months I have been suffering from issues related to 3 strokes I have suffered in the past 3 years. I
have been struggling with bouts of confusion and the inability to focus and follow-up on items from
the court and some of the interpretations that I need to address.

I have a valid cognizant case as defined by the court of being terminated when I was on FMLA.

I survived a motion to dismiss by the defendants counsel as they avoided responding to the
complaint filed on Nov 25, 2019 and they finally responded with a motion to dismiss that was denied.

Then in response to findings and objections by the court, they made a stupid claim that I was not
eligible for FMLA protection despite the fact that I have documentation from my former employer,
that approved FMLA, internal emails between executives that stated I was no longer with the firm, in
addition to emails showing that they were covering up the fact that they terminated me.

I filed for unemployment benefits and they lied claiming I was still employed. I appealed the decision
and they failed to show up at the appeal hearing. I won that hearing.

Next they filed another false claim with unemployment, this time claiming I was unable to work
because I was on FMLA.

I won that hearing as well, as my physician stated that I was able to return back to work on
3/22/2018.

They did not show up for this appeal hearing either.

Then they filed a third false claim after hearing I had went to work for another organization. This
time, they falsely claimed I was working and collecting unemployment benefits at the same time.
The fact of the matter was I never received a dime as they had filed multiple false claims.
I won that appeal hearing as well.

Then in another federal lawsuit I filed, in the northern district of Illinois 1:18-cv-02388 on the same
day of the settlement. They filed an appeal to the first case they lost, that was denied by the Arizona
Court of Appeals and dismissed as they did not have cause not to appear at the hearing.
In addition, in that appeal the judge made a special notation that the original order was still in place
and said that they had no right to appeal his decision.

I have tons of documents that support my claims but because of the disabilities I am no longer able
to proceed without good representation.

This will be a large settlement or verdict as I have them dead to right and with the exhibits and
evidence to support it.

I think I have made some mistakes in interpretation that can be resolved

**garrison.courtdocs@outlook.com**

| | |
|---|---|
| **From:** | Garrison Jones <garrison.jones@outlook.com> |
| **Sent:** | Friday, August 14, 2020 3:31 AM |
| **To:** | Garrison Jones |
| **Cc:** | Garrison Jones -Court-Docs |
| **Subject:** | Pro bono sacramento |

https://sacbar.org/probono

Get Outlook for iOS

**garrison.jones@outlook.com**

| | |
|---|---|
| **From:** | Garrison Jones <garrison.jones@outlook.com> |
| **Sent:** | Saturday, September 26, 2020 12:34 PM |
| **To:** | Laura.F.Klein@usdoj.gov |
| **Subject:** | direction for pro bono atty CAED us district court |

Can you direct me to the agency thet handles these types of request for the CAED district court ?
Thanks

Sent from Mail for Windows 10

**From:** Jonathan Crouch <JCrouch@caed.uscourts.gov>
**Sent:** Monday, September 28, 2020 9:57:39 AM
**To:** Garrison Jones <garrison.jones@outlook.com>
**Subject:** Your Phone Call - Pro Bono Assistance

Mr. Jones:

This is in response to your call on Saturday, September 26, 2020 at 11:43 a.m.

In your voicemail, you note one or more cases you have. (I can only find one case you have in our district.) You also indicated you are interested in pro bono attorney services.   The Pro Bono Division of the United States District Court, Eastern District of California, does not provided pro bono attorney services.  The division works at the direction of the court (presiding judge on the case).

Our records indicate you have participated in the March 2020 and September 2020 Pro Se Help Day events.  If you are interested in participating in the December 4, 2020 Pro Se Help Day event, please let me know and I can schedule a 30 minute appointment for you.

Thank you,

Jonathan

*Jonathan Crouch*

Administrative Assistant
U. S. District Court – Eastern District of California
Phone: (916) 930-4273

**garrison.jones@outlook.com**

| | |
|---|---|
| **From:** | director@marketingholdings.com on behalf of Evelyn R. <Evelyn@AttorneySearchNetwork.com> |
| **Sent:** | Monday, September 28, 2020 9:37 AM |
| **To:** | garrison.jones@outlook.com |
| **Subject:** | State Bar Certified Lawyer Referral & Information Service Response Reference # 2241802 www.californiaattorneyreferral.com |

Dear garrison:

I am responding to the lawyer referral form you completed on our website. We may have panel lawyers that can help your legal need.

Please call at your earliest convenience at Toll Free (800) 215-1190 and refer to Reference number 2241802.

Please note that if you already have a lawyer in mind we can also give you FREE information about the lawyer's State Bar Record.

Sincerely,

Evelyn R.
Evelyn@AttorneySearchNetwork.com
Legal Analyst Department
Attorney Search Network
State Bar Certified Lawyer Referral & Information Service www.californiaattorneyreferral.com
The Right Link to the Right Lawyer!

Click the following link if you would prefer not to receive other emails related to this inquiry:
https://www.marketingholdings.com/modules/_unsubscribe.cfm?LEADID=2241802

I'll try to get back to you by Monday or Tuesday .

Jeremy V. Reyes
Law Office of Jeremy V. Reyes
1652 West Texas Street, Ste. 255
Fairfield, California 94533
Phone: 707.815.0088
Fax:  888.400.0340
jeremyreyeslaw@yahoo.com
www.jeremyreyeslaw.weebly.com

Offering Services throughout San Francisco's East and North Bay Areas

_____

Confidentiality Notice:  Email/Fax transmissions are covered by
the Electronics Privacy Act, 18 U.S.C. Sections 2510-2521, and are
legally privileged. If the reader of this message is not the intended recipient,
be advised that dissemination, distribution or copying of this
communication is strictly prohibited.
Delete this communication or send notice that said communication is
destroyed or deleted.



_____



Sent from my iPhone



On Sep 26, 2020, at 5:25 PM, Garrison Jones
<garrison.jones@outlook.com> wrote:

Current case is in Eastern District of
California..  2:19-cv-02388

Claims in AZ were for unemployment,
where my wages were.

3

I went to Illinois because of family , I lived alone in AZ and travelled when I was working

I was not in a union

I have represented myself pro se from the beginning

Again, I have beat them every single time.

They have practiced avoidance from the start, never showed up at any hearing and the first time they even responded to any complaint was the one here in California. The same day they were going to be in default.  They avoided the case for over 5 months.

I do not have a legal back ground..  I have been a healthcare supply chain consultant for 27 years done tons of presentations with exhibits etc.

This was until I suffered the strokes.  I tried to go back to it but was unable.

I am awaiting approval for disability at this time.

**From:** Jeremy Reyes [mailto:jeremyreyeslaw@yahoo.com]
**Sent:** Saturday, September 26, 2020 4:49 PM
**To:** Garrison Jones <garrison.jones@outlook.com>
**Subject:** Re: FMLA case referral - Garrison Jones

Thank you for your email.

Question - who was your former employer ?

Why do you not have counsel at this time?

Do you have a legal background?

Why were your claims filed in Illinois and complaints filed in Arizona ?
Where is/are your current complaint(s) pending? And in what stares and
jurisdictions?

Are you or were you a member of a union ?


Let us start there and if it makes sense we can schedule a more in depth
intake...

Jeremy V. Reyes
Law Office of Jeremy V. Reyes
1652 West Texas Street, Ste. 255
Fairfield, California 94533
Phone: 707.815.0088
Fax:  888.400.0340
jeremyreyeslaw@yahoo.com
www.jeremyreyeslaw.weebly.com

Offering Services throughout San Francisco's East and North Bay Areas

_____

Confidentiality Notice:  Email/Fax transmissions are covered by
the Electronics Privacy Act, 18 U.S.C. Sections 2510-2521, and are
legally privileged. If the reader of this message is not the intended
recipient, be advised that dissemination, distribution or copying of this
communication is strictly prohibited.
Delete this communication or send notice that said communication is
destroyed or deleted.

_____


Sent from my iPhone

> On Sep 26, 2020, at 4:37 PM, Garrison Jones
> <garrison.jones@outlook.com> wrote: