Case 2:19-cv-02374-KJM-JDP Document 46 Filed 09/29/20 Page 1 of 5

FILED
SEP 2 9 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR EASTERN DISTRICT OF CALIFORNIA

GARRISON JONES
**Plaintiff**

No: 2:19-CV-02374 KJM-EFB

v.
VELOCITY TECHNOLOGY
SOLUTIONS LLC

# NOTICE TO COURT

# NO REPONSE FROM DEFENDANTS

Plaintiff Garrison Jones does hereby notify the court that on September 8, 2020 he sent a letter via USPS first class mail to defendants to initiate and comply with the courts order of August 31, 2020.

It is apparent based on recent past history that the defendants do not plan or having any intention on complying with the courts order but is seeking alternate ways/methods of avoiding litigation by frivolously attacking everything except the facts that surround the violation of the law and FMLA by their clients..

**Date September 24, , 2020**

_____
Garrison Jones (Plaintiff Pro Se)

P.O. Box 188911
Sacramento, California 95818
Garrison.jones@outlook.com

September 8, 2020

**Velocity Technology Solutions**
**1901 Roxborough Rd**
**Charlotte, North Carolina 28211**

**Re: Compliance with court order**

I am contacting your organization to begin compliance with the enclosed court order from case number 2:19-cv-02374 KJM-EFB.

Please contact me via email at garrison.jones@outlook.com upon receipt of this letter to begin to complete the court-mandated tasks.

Regards

Garrison Jones

, I mailed first class USPS to Defendants Velocity Technology Solutions et al at 1901 RoxBorough Road Charlotte, North Carolina  28211 served the following document(s) on the attached service list:

**Motion for for Appointment of counsel**
**Notice of Motion to Dismiss Intent to respond**
**Notice to court No response from Defendants**

Date September 29, 2020

I am the plaintiff in the above case appearing Pro Se.
I do hereby affirm that I am the plaintiff in the above-mentioned case appearing Pro Se and that on September 29, 2020 I sent via USPS first class mail l a copy of said motion to defendants Velocity Technology Solutions et al at 1901 Roxborough Road Charlotte, North Carolina 28211


**DATE** September 29, 2020

Garrison Jones
P.O. Box 188911
Sacramento, California 95818
Garrison.jones@outlook.com
PLAINTIFF

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

GARRISON JONES
Plaintiff,
v.
VELOCITY TECHNOLOGY SOLUTIONS,
INC.; Case No. 2:19-cv-02374-KJM-EFB

September 29, 2020
**CERTIFICATE OF SERVICE**


# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

GARRISON JONES
Plaintiff,
v.
VELOCITY TECHNOLOGY SOLUTIONS,
INC

# OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS OF August 12, 2020
3
Complaint Filed: November 25, 2019
Trial Date: None Set
Judge: Hon. Edmund F. Brennan