Garrison Jones
P.O. Box 188911
Sacramento, California 95818
Garrison.jones@ouylook.com



**FILED**

OCT 0 7 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

GARRISON JONES
Plaintiff,
v.
VELOCITY TECHNOLOGY SOLUTIONS,
INC.;

Case No. 2:19-cv-02374-KJM-JDP

**October 6, 2020**

### CERTIFICATE OF SERVICE
### OCTOBTR 6, 2020


GARRISON JONES
Plaintiff,
v.
VELOCITY TECHNOLOGY SOLUTIONS,
Case No. 2:19-cv-02374-KJM-JDP

**CERTIFICATE OF SERVICE**

**Complaint filed November 25, 2019**
**Court order dkt 32 August 20. 2020**
3
Complaint Filed: November 25, 2019
Trial Date: None Set

, Defendants Velocity Technology Solutions were served on October 6, 2020 @2:53 pm the following document(s) on the attached service list:

**Complaint filed on November 25, 2019**
**Court Order dkt 32 August 14, 2020**
**Summons dkt 33 August 12, 2020**

Date October 6, 2020

I am the plaintiff in the above case appearing Pro Se.
I do hereby affirm that I am the plaintiff in the above-mentioned case appearing Pro Se that on October 6, 2020 via Triangle Process Service; the defendants Velocity Technology Solutions et were properly served. Affidavit is attached to this Certificate of Service

**DATE October 6,-2020**

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE 10/6/2020 |
| NAME OF SERVER (PRINT) Lindsey Oldham | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): In-hand delivery to Heather Hughes, Registered Agent, who is authorized by law to accept service on behalf of Velocity Technology Solutions

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $162.75 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10/6/2020
              Date

Signature of Server: Lindsey Old—

Address of Server: 6747 Chauncey Dr, Raleigh, NC 27615