Case 2:19-cv-02374-KJM-JDP   Document 56   Filed 10/21/20   Page 1 of 5

FILED
OCT 21 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

No. 2:19-cv-02374 KJM-JDP

Plaintiff,

Garrison Jones

v.

Defendant.

Velocity Technology Solutions et al

**PLAINTIFF NOTICE TO COUNSEL EXPARTE APPLICATION**

# PLAINTIFF NOTICE TO COUNSEL
# EXPARTE APPLICATION

Pursuant to local rules, the plaintiff Garrison Jones is hereby notifying counsel for Velocity Technology Solutions of Ex Parte Application for order of Default for fraud upon the court.

This notice was sent via USPS first class mail to local Ogltree Deakins Office located at 500 Capitol Mall #500, Sacramento, CA 95814. Addressed to Paul Smith before the filing of the ex parte application pursuant to local rules. In addition this notice was faxed to 916- 840-3159 a copy of the fax confirmation is included with this notice.

The plaintiff based on past acts by counsel fully expects as their customary practice that counsel will file opposition to the ex parte application as another in a series of dilatory tactics to prevent this case from progressing.

1

The plaintiff refuses to contact these individuals by phone as in the past they have used his personal cell phone as a means of harassment for months.

,
Garrison Jones
Plaintiff (Pro Se)
P.O. Box 188911
Sacramento, California 95818.
garrison.jones@outlook.com

2

Garrison Jones
P.O. Box 188911
Sacramento, California 95818
Garrison.jones@ouylook.com
PLAINTIFF

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

GARRISON JONES
Plaintiff,
v.
VELOCITY TECHNOLOGY SOLUTIONS,

.

Defendants.
Case No. 2:19-cv-02374-KJM-JDP

October 20, 2020

# CERTIFICATE OF SERVICE
# Notice of Ex Parte Application
# October 20, 2020

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**
GARRISON JONES
Plaintiff,
v.
VELOCITY TECHNOLOGY SOLUTIONS,
**Defendants**.
Case No. 2:19-cv-02374-KJM-EFB
**CERTIFICATE OF SERVICE**



3
Complaint Filed: November 25, 2019
Trial Date: None Set

, I mailed first class USPS to Defendants counsel Ogltree Deakins Paul Smith at **500 Capitol Mall #500, Sacramento, CA 95814**

**NOTICE OF EX PARTE APPLICATION**
3
Date October 20, 2020

I am the plaintiff in the above case appearing Pro Se.
I do hereby affirm that I am the plaintiff in the above-mentioned case appearing Pro Se and that on October 20, 2020 I sent via USPS first class mail l a copy of said notice to Velocity Technology Solutions et al at counsel Ogltree Deakins address to Paul Smith at 500 Capitol Mall #500, Sacramento, CA 95814

In addition faxed the same to 916- 840-3159 a copy of the fax confirmation is included in this certification

**DATE October 20, 2020**

**garrison.jones@outlook.com**

**From:** send@mail.efax.com
**Sent:** Tuesday, October 20, 2020 10:56 PM
**To:** garrison.jones@outlook.com
**Subject:** Successful transmission to 19168403159. Re: UNKNOWN



Your fax was successfully sent to 19168403159 by eFax.

**Fax Details**

**Date:** 2020-10-21 05:56:17 (GMT)
**Number of Pages:** 2
**Length of Transmission:** 95 seconds
**Receiving Machine Fax ID:** 19168403159

Mobile Apps

© 2020 J2 Global, Inc. or its affiliates (collectively, "J2"). All rights reserved.
eFax is a registered trademark of J2.
700 S. Flower St., 15th Floor, Los Angeles, CA 90017

This account is subject to the terms listed in the eFax Customer Agreement.

1