UNITED STATES DISTRICT COURT FOR THE DISTRICT OF EASTERN
DISTRICT OF CALIFORNIA

| | |
|---|---|
| , <br> Plaintiff, <br> Garrison Jones <br> v. <br> , <br> Defendant. <br> Velocity Technology Solutions et al | No. 2:19-cv-02374 KJM-JDP <br><br> PLAINIFF SUPPLEMENTAL EXHBITS IN SUPPORT OF FRAUD UPON THE COURT BY DEFENDANTS AND COUNSEL <br><br> FILED <br> NOV 0 3 2020 <br> CLERK, U.S. DISTRICT COURT <br> EASTERN DISTRICT OF CALIFORNIA <br> BY _____ DEPUTY CLERK |

# PLAINIFF SUPPLEMENTAL EXHBITS IN SUPPORT OF FRAUD UPON THE COURT BY DEFENDANTS AND COUNSEL

## INTRODUCTION

Defendant's motion to Dismiss is in reaction to the fact that once again he has been caught in a lie and his only defense is to misdirect the court to irrelevant issues by attacking the plaintiff. The magnitude of the fraud continues to grow and expand.

1

## Poisonous Tree of Fraud

The development of the fruit of fraud continues to bear fruit. In injecting the fraud previously committed by the defendants in the case in Northern Illinois, the false FMLA claim, the manifesto/agreement are all the source from the poisonous tree.

All of the evidence counsel and the defendants have introduced in this case is tainted, anything from that poisonous tree or any gains that the defendants and their counsel seek or could possibly gain from the "fruit of that tree is poisonous and tainted as well.

All of this is not a coincidence as fraud is at the root of Velocity as an organization and the orchestration by Ogltree Deakins.

The document in no equivocal terms state that their records do not show or support any complaint filed by Garrison Jones.

Any documents presented to the court by Velocity and or Ogltree Deakins is a forgery. The court already knows the plaintiff has presented exhibits of forged, altered and fraudulent documents both Velocity and Ogltree has submitted in the past to AZDES and to the Arizona Court of Appeals.

Part of the FOIA request was to send the plaintiff of the copy of the letter that Ogltree Deakins attorney mentioned in letter submitted to the US DOL in August 2018. There was no such letter attached or received, if they somehow produce one it is a forgery as they claim it was from a complaint filed on May 22, 2018 but the DOL has no record of this complaint, still part of the fraud. They are creating a false complaint, false letter to the at complaint and then a letter "allegedly resolving the complaint, none by the plaintiff.

2

Attached to this filing is the recent response from the Solicitor Office of the US DOL dated October, 30, 2020.

As the plaintiff has explained and proved, he **NEVER**, made and FMLA complaint with the US Department of Labor.
1. Plaintiff never filed a complaint on **May 22, 2018** as indicated with the letter sent to the US DOL by Ogltree attorney on August 16, 2018.
2. Plaintiff never filed a complaint on **July 17, 2018** as indicated by the US DOL and the complaint was filed as part of the illegal scheme of fraud and conspiracy by Velocity and Ogltree, who both knew the most serious charges or event was that they terminated the plaintiff while on FMLA and proceeded to create a scheme to file false/phony complaints with the DOL impersonate the plaintiff, then lure him by fraud into an agreement and release of the FMLA complaint they filed.

The court needs to be reminded that the issues before the court are related to violations of FMLA by the defendants, where they terminated they unlawfully terminated the plaintiff and did so not for misconduct on his part.
Velocity Counsel Ogltree Deakins in prior pleadings **made "fun"** of the fact of fraud and conspiracy and made claims that it was not supported by evidence, however in light of the recent exhibits and comments from the US DOL that has been submitted to the court as evidence of fraud upon the court and the conspiracy by both Ogltree and Velocity illustrates to the court the continuous fraud upon the court by the defendants and Ogltree Deakins as they have represented the defendants

3

from the start of all proceedings with AZDES, Arizona Court of Appeals, US District Court of Northern Illinois and the US District Court of Eastern California.

It was Ogltree Deakins attorneys specifically alleged Managing Partner Anth9ny Decristoforo who introduced, both the case in Northern Illinois, the mysterious FMLA claim that did not exist and the illegal manifesto/agreement to the court in multiple pleadings claiming it was alleged and resolved in this agreement.

There is no question he had been briefed as to all the elements of the case in Northern Illinois and all the illegal acts committed by Velocity and his fellow attorneys.

Yet as mentioned before, they intended a quick dismissal before any of the illegal, unethical, and criminal acts they have committed became into the light of the courtroom.  **This failed** as the recent information from the US DOL is exactly what has been uncovered and continues to yield criminal activity by both Velocity Ogltree Deakins.

Somehow, they believe that they can overcome all of the exhibits that only point to fraud and criminal activity.

## Conclusion

The attached FOIA response of October, 30, 2020 further confirms that the plaintiff did not file a complaint with the US DOL and shows that by no means indicate all the attempts of fraud by the defendant and their counsel. It however along with all the other FOIA documents sent to the court shows fraud on the part of the defendants and their counsel who are complicit in committing fraud upon the court and the granting of the plaintiffs motions for default and summary judgment can be granted.

Notification to court of pending equivocal clear and convincing evidence of fraud upon the court by defendants and their counsel from Ogltree Deakins to be filed no later than Monday October 19, 2020

**GARRISON JONES**

_____,
Garrison Jones
Plaintiff (Pro Se)
P.O. Box 188911
Sacramento, California 95818.
garrison.jones@outlook.com

5

## EXHIBITS

| **PLAINTIFF** | **DEFENDANTS** |
|---|---|
| 74 | 0 |

U.S. Department of Labor    Wage and Hour Division
Washington, DC 20210



October 30, 2020

Garrison Jones                                        Sent via email to *garrison.jones@outlook.com*
P.O. Box 188911
Sacramento, CA 95818

RE:   Freedom of Information Act Response
      Tracking Number 2021-F-00657

Dear Mr. Jones:

The Wage and Hour Division of the U.S. Department of Labor is responding to your request made under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, dated October 16, 2020. Specifically, you asked for any record of a compliant made by you regarding Velocity Technology Solutions in 2018.

In accordance with 29 CFR § 70.20(a), we can only include responsive documents in our possession as of the date our search began. The search began on October 28, 2020. After performing an electronic search of the Wage and Hour Investigative Support and Reporting Database, we did not locate any documents responsive to your request. Consequently, we are providing a "no records" response. You have not been assessed related fees as the processing costs incurred did not exceed the chargeable minimum.

If you need further assistance, please contact ▬▬▬▬▬▬ by email at ▬▬▬▬▬▬▬▬▬ or call 770-736-5465. You may also call this office at ▬▬▬▬▬. If we cannot assist you in your concerns, you may contact the Departmental FOIA Public ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ or email at ▬▬▬▬▬▬▬▬. Alternatively, you may contact the National Archives and Records Administration's Office of Government Information Services regarding available mediation services at Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road, College Park, MD 20740-6001. You can also reach that office by email at *ogis@nara.gov*, by phone at 202-741-5770, by fax at 202-741-5769, or by calling toll-free at 877-684-6448.

Finally, if you are not satisfied with the response to this request, you may administratively appeal by writing to the Solicitor of Labor within 90 days from the date of this letter. The appeal must state in writing the grounds for the appeal, and it may include any supporting statements or arguments, but such statements are not required. In order to facilitate processing of the appeal, please include your mailing address and daytime telephone number, as well as a copy of the initial request and copy of this letter. The envelope and letter of the appeal should be clearly marked "Freedom of Information Act Appeal." Any amendment to the appeal must be made in writing and received prior to a decision. The appeal should be addressed to the Solicitor of Labor, Division of Management and Administrative Legal Services, U.S. Department of Labor, 200 Constitution Avenue, NW, Room N2420, Washington, DC 20210. Appeals may also be

submitted by email to *foiaappeal@dol.gov*. Appeals submitted to any other email address will not be accepted.

Sincerely,

**Forrest T. Horak** Digitally signed by Forrest T. Horak
Date: 2020.10.30 11:09:29 -04'00'

Forrest T. Horak
Disclosure Officer