

Garrison Jones
Plaintiff (Pro Se)
P.O. Box 188911
Sacramento, California 95818
garrison.jones@outlook.com

# U.S. DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**GARRISON JONES**

      **Plaintiff,**

    v.

**VELOCITY TECHNOLOGY
SOLUTIONS LLC et al
Defendants.**

Case No.: 2:19-cv-02374 KJM-JDP

### PLAINTIFF NOTICE TO COURT FABRICATION OF EVIDENCE BY DEFENDNATS FOIA CLARIFICATION

**JURY TRIAL DEMANDED**

Judge: The Honorable **Jeremy D. Peterson**

Date Action filed: Nov 25, 2019

Date set for trial: NONE

## PLAINTIFF NOTICE TO COURT FABRICATION OF EVIDENCE BY DEFENDNATS FOIA CLARIFICATION OF EXHIBIT DOCKET 60

The plaintiff does hereby provide clarification to the court on Docket 6o filed on November 3, 2020. The exhibit is from the United States Department Of Labor was the response received after the plaintiff sent the same information he submitted to the court where he discounted and proved fraud to the court DKT 57 filed on October 23, 2020 where he proved beyond a reasonable doubt that that he never filed a

General Adjudication

**UB-098**          Claimant SSN:  361 56 1008 0

Issue: Able

Basis:
ABILITY TO WORK                                    Base Period Separation:  No

BPR:
R6-3-52235.A.

Reasoning and Conclusion:
SEE UB 100

Additional Text:

CLMT WRITTEN STATEMENT:
UB436 SENT ON 4/19/18 DUE BACK ON 4/24/18
SEE UB-436R IN ONBASE REC'D 5/2/18

CLMT CALL: ON 5-4-18 AT 11:22AM PHN: 916-870-4960, LEFT MESSAGE TO RESPOND BY 5-8-18 BY 11:24AM AND ADVISED OF CONSEQUENCES.

CLAIMANT RETURNED CALL ON 5-7-18 AT 1:53PM PHN: 916-870-4960, T/C WITH CLAIMANT:

CLMT STATES HE HAD A STROKE IN NOVEMBER OF 2017. CLMT IS STILL UNDER DOCTORS CARE UNTIL 5/15/18.

In response to a previous FOIA request by the plaintiff the United States Department of Labor found 2 reports.  One report was filed on July 19, 2018 and the other was filed on December 5, 2019.

The plaintiff made an official dispute of fraud related the complaint filed on July 19, 2018 complaint number 3850645 and the complaint that is alleged in the letter from Ogltree Deakins attorney.

This is an important and extremely relevant factor in the case before the court.  The defendants fraudulently claimed that there was an FMLA claim in the lawsuit filed by the plaintiff in the Northern District of Illinois.  They knew this was a lie.  When the plaintiff filed a motion to compel the existence of this false claim, the defendants objected claiming that it was "premature", knowing that they had been caught in a lie and after they had submitted this false claim to the court as a means of dismissal.  As a result they abandoned this false claim.

There is nothing in any legal proceeding or FRCP rules that says that presenting the truth to the court at any time is "premature" nor is there any such rule that states that the truth can only be presented when the defendants say it can be produced.

The fact that they had been again proven to be a liar is enough to illustrate to the court that the defendants have continuously been caught in lies by the plaintiff by due diligence and the production of the truth either by evidence, previous statements and or exhibits.


The source of the exhibit DKT 60 is the US DOL a federal agency that has been used by the defendants as a pawn in the fraud they have committed against them and the fraud they are committing against the court.  The development of all of the fraudulent acts by the defendants are not simple unsupported accusations.  If they had not committed these acts of fraud none of these documents would exist. However they do exist and all show the court the extent of the obstruction of justice undertaken by the defendants, so extensive that they had no reservations of committing fraud against a federal government agency the US DOL in their illegal efforts of escape of the willful, intentional acts by the defendants connected to the violations of FMLA and termination of the plaintiff, Garrison Jones.

Yet in the fact of the mountain of evidence, have the delusions that they somehow can and will escape both the civil and criminal liability of their acts.

**Dated January 3, 2021**                    respectfully submitted,

**Garrison Jones Plaintiff** (Pro Se
P.O. Box 188911
Sacramento, California 95818
garrison.jones@outlook.com

- 4 -

**U.S. Department of Labor**     Wage and Hour Division
Washington, DC 20210



October 30, 2020

Garrison Jones                          Sent via email to *garrison.jones@outlook.com*
P.O. Box 188911
Sacramento, CA 95818

RE:    Freedom of Information Act Response
       Tracking Number 2021-F-00657

Dear Mr. Jones:

The Wage and Hour Division of the U.S. Department of Labor is responding to your request
made under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, dated October 16, 2020.
Specifically, you asked for any record of a compliant made by you regarding Velocity
Technology Solutions in 2018.

In accordance with 29 CFR § 70.20(a), we can only include responsive documents in our
possession as of the date our search began.  The search began on October 28, 2020.  After
performing an electronic search of the Wage and Hour Investigative Support and Reporting
Database, we did not locate any documents responsive to your request.  Consequently, we are
providing a "no records" response.  You have not been assessed related fees as the processing
costs incurred did not exceed the chargeable minimum.

If you need further assistance, please contact ▓▓▓▓▓▓▓▓▓▓ by email at
▓▓▓▓▓▓▓▓▓▓*dol.gov* or call 770-736-5465.  You may also call this office at 202-▓▓▓▓▓▓▓.
If we cannot assist you in your concerns, you may contact the Departmental FOIA Public
Liaison, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓or email at ▓▓▓▓▓▓▓▓*@dol.gov*.  Alternatively, you
may contact the National Archives and Records Administration's Office of Government
Information Services regarding available mediation services at Office of Government
Information Services, National Archives and Records Administration, 8601 Adelphi Road,
College Park, MD 20740-6001.  You can also reach that office by email at ▓▓▓▓▓▓▓▓▓*v*, by
phone at ▓▓▓▓▓▓▓▓, by fax at ▓▓▓▓▓▓▓▓▓, or by calling toll-free at ▓▓▓▓▓▓▓▓▓.

Finally, if you are not satisfied with the response to this request, you may administratively appeal
by writing to the Solicitor of Labor within 90 days from the date of this letter.  The appeal must
state in writing the grounds for the appeal, and it may include any supporting statements or
arguments, but such statements are not required.  In order to facilitate processing of the appeal,
please include your mailing address and daytime telephone number, as well as a copy of the
initial request and copy of this letter.  The envelope and letter of the appeal should be clearly
marked "Freedom of Information Act Appeal."  Any amendment to the appeal must be made in
writing and received prior to a decision. The appeal should be addressed to the Solicitor of
Labor, Division of Management and Administrative Legal Services, U.S. Department of Labor,
200 Constitution Avenue, NW, Room N2420, Washington, DC 20210.  Appeals may also be

# **CERTIFICATE OF SERVICE**

**I hereby certify** that on this January 3, 2021 a copy of the forgoing document
PLAINTIFF NOTICE TO COURT FABRICATION OF EVIDENCE BY DEFENDNATS FOIA
CLARIFICATION OF EXHIBIT DOCKET 60
was mailed, USPS to defendants

Velocity Technology Solutions
1901 Roxborough Road Charlotte, North Carolina 28211

- 5 -