Garrison Jones
Plaintiff (Pro Se)
P.O. Box 188911
Sacramento, California 95818
garrison.jones@outlook.com

FILED

FEB 08 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

# U.S. DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARRISON JONES**<br><br>         **Plaintiff,**<br>V.<br><br>**VELOCITY TECHNOLOGY SOLUTIONS Inc. et al**<br><br>         **Defendants.** | Case No.: 2:19-cv-02374 KJM-EFB<br><br>**PLAINTIFF NOTICE TO COURT POLICE REPORT HARRASSMENT STALKING**<br><br>**JURY TRIAL DEMANDED**<br><br>Magistrate Judge: Hon. Jeremy D. Peterson<br>District Judge: Hon. Kimberly J. Mueller<br>Date Action filed: Nov 25, 2019<br><br>Date set for trial: NONE |

### PLAINTIFF NOTICE TO COURT POLICE REPORT HARRASSMENT STALKING CYBER STALKING

### I. INTRODUCTION

The plaintiff does inform the court that a second police report has been filed with law enforcement against Velocity and Velocity Human Resources Director for harassment. Stalking and cyber stalking.

This is the **7th harassment/cyberstalking** documented event in the past two years that has been recorded and the plaintiff and his family has simply had enough and will no longer he held hostage or continue to be subjected to this treatment.  He and his family will have any and all of the defendants criminally responsible for these heinous acts.

- 2 -

It is clear that the defendants who not only are losing the case before the court because of fraud and other civil violations but also the fact that federal criminal charges also are connected to their criminal activity with the plaintiff as the main and primary witness to these acts.

On Jan 7, 2021 an email message from LinkedIn was received with a summary of companies that have performed a specific search under his name. There were 2 searches bot by Velocity.

**They have no legal, ethical or business purpose** to look or perform a specific search specifically to look at the profile of the plaintiff except that they have again attempted to physically locate and pinpoint and obtain any information on his location to physically harm him and his family to prevent him from proceeding in the current case and pending criminal case where several Velocity employees, executives and attorneys from Ogltree Deakins for criminal acts and fraud.

The plaintiff for over 10 years has never used LinkedIn as a social media or job search tool , yet now Velocity is using it and other internet searches to locate the plaintiff.

He was actually surprise to receive such a notification as years ago he had stripped and removed his resume and contact information from the site.

It is obvious of the intent of the defendant who again has left an audit trail that cannot be disputed.

It is also clear that the only two searches was performed under the company of Velocity and was not performed by an individual.

Only individual companies who used this media have "corporate accounts" where their activities are tracked.

- 3 -

The plaintiff had filed a report with **law enforcement** after he filed the complaint with the court were an atty who had contact with Velocity attempted to induce him by fraud to testify at an alleged expense paid trip to a hearing in Seattle, Washington against Velocity on an email account only Velocity had previously. This only to find out that there was no hearing after the plaintiff check all state and federal jurisdictions and none could a case under the alleged facility he was representing nor under the name of Velocity.

They were assuming that the plaintiff was so stupid and eager to get back at Velocity that he would take a trip to a city not telling anyone where he was going and that the **intent was he was to be murdered**.

The plaintiff also has communicated this stalking to federal law enforcement and was informed that since he is a participant in a federal proceeding and the fact that Velocity has committed the harassment crossing interstate lines that this also can be a federal felony to cross state lines to stalk or harass an individual if the conduct causes fear of serious bodily injury or death to the stalking victim or to the victim's immediate family members.

The plaintiff dating back to early 2017 has for his protection and the protection of his family has been forced to use an alternate address after a conversation with his mgr Michael Baldwin who during the phone conversation had access the company HR system obtained the plaintiff address and was using an online gps application began calling out landmarks around the plaintiffs' home in Arizona. Uneasy with this the plaintiff immediately obtained and use an alternate address for mail for any company mailings or communications.

During the time of the original lawsuit, he has also changed his phone number a total of 4 times.  He even has had to change his cell number of 17 years because of harassing calls from Velocity and the fact there are multiple applications and apps that have the ability to pinpoint the location of a cellphone.

He has been in fear of the documented harassment for years.  The defendants just as they do now will if they were successful in the death of the plaintiff will claim no knowledge of why he simply has stopped or failed to respond or continue with the case, thus forcing the court to dismiss or close the case.

The plaintiff also informs the court that a complaint was filed with Linked in and that the plaintiff has forwarded to them documents of the previous harassment to them for investigation.
Attached to this notice to the court is the notifications received from LinkedIn.

In addition, the plaintiff is awaiting the assignment of a court date to obtain an order of protection as he and his family is in **imminent danger** from the defendants and Ogltree Deakins attorneys who are complicit in these continuous acts.
 as he has continued to uncover mass fraud and criminal acts.

**Dated: January 26, 20221**            GARRISON JONES

_____,
Garrison Jones
Plaintiff (Pro Se)
P.O. Box 188911
Sacramento, California 95818.
garrison.jones@outlook.com



# Garrison Jones



## You appeared in **2 searches** this week

You were found by people from these companies

Vel⊙city

[ See all searches ]

**Get the LinkedIn app.**

Stay updated wherever you are

Download for free

## garrison.jones@outlook.com

**From:** garrison jones <garrison.jones1724@outlook.com>
**Sent:** Wednesday, November 27, 2019 4:02 PM
**To:** Garrison Jones
**Subject:** Fwd: Valley Medical Center

Sent from myMail for iOS

-------- Forwarded message --------
From: Burman, David J. (Perkins Coie) <DBurman@perkinscoie.com>
To: garrison.jones@outlook.com <garrison.jones@outlook.com>, garrison.jones1724@outlook.com <garrison.jones1724@outlook.com>
Date: Monday, November 25, 2019, 4:47 PM -0800
Subject: Valley Medical Center

Thank you for reaching out to Valley Medical. Mr. Austria now works at the University of Washington Medical System, which is affiliated with Valley Medical. I am one of the lawyers for Valley, which is in a dispute with Velocity.

You should understand that Velocity contends that you signed agreements with it, including your employment agreement and settlement agreement, that prohibit you from sharing any of its confidential information with us, or disparaging it. We don't want you to accidentally violate any agreement you have with Velocity. But we are Valley's lawyers, not yours, so you cannot rely on us to protect you from Velocity, and if we talk there will not be any attorney-client privilege. If you want to have your own lawyer involved, we would welcome that. And we can arrange to have Velocity participate if you prefer that.

A hearing in Seattle is presently scheduled to start January 13. If we thought your testimony was necessary for that hearing, would you be willing to travel to Seattle at Valley Medical's expense? We might also be able to arrange to question you in Chicago before that time. (I understand you live in Chicago, but let me know if that's wrong.)

Thank you.