Garrison Jones
Plaintiff (Pro Se)
P.O. Box 188911
Sacramento, California 95818
garrison.jones@outlook.com

**FILED**

FEB 16 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# 0U.S. DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARRISON JONES** | Case No.: 2:19-cv-02374 KJM-EFB |
| **Plaintiff,** | **PLAINTIFF NOTICE TO COURT POLICE REPORT HARRASSMENT STALKING** |
| V. | |
| **VELOCITY TECHNOLOGY SOLUTIONS Inc. et al** | **JURY TRIAL DEMANDED** |
| | Magistrate Judge: Hon. Jeremy D. Peterson |
| **Defendants.** | District Judge: Hon. Kimberly J. Mueller |
| | Date Action filed: Nov 25, 2019 |
| | Date set for trial: NONE |

## PLAINTIFF NOTICE TO COURT POLICE REPORT HARRASSMENT STALKING CYBER STALKING

## I. INTRODUCTION

The plaintiff does inform the court that a second police report has been filed with law enforcement against Velocity and Velocity Human Resources Director for harassment. Stalking and cyber stalking.

There is no question as to who performed the search and it is also clear that it was performed 2 times by someone at Velocity in the Human Resource Department ignorant to the fact that it was a "company Search" which means it was done by someone under the umbrella of HR who performed the search and that implicates

- 3 -

Shauna Coleman. There could not be any other person in HR doing a search on LinkedIn.

This also has been reported to the security and legal department of LinkedIn, where I am requesting prosecution.

As I have explained to the police and to federal law enforcement, this is witness, intimidation and since Garrison Jones is a witness in a pending against federal proceeding, this is also witness tampering and harassment.

**Witness tampering/harassment** can be charged as a misdemeanor or a felony. The following are sample punishments for this **crime: Federal witness intimidation** is punishable by up to 20 years in **federal** prison and a fine of up to $250,000.Feb 7,

This is the **7th harassment/cyberstalking** documented event in the past two years that has been recorded and the plaintiff and his family has simply had enough and will no longer he held hostage or continue to be subjected to this treatment. He and his family will have any and all of the defendants criminally responsible for these heinous acts.

It is clear that the defendants who not only are losing the case before the court because of fraud and other civil violations but also the fact that federal criminal charges also are connected to their criminal activity with the plaintiff as the main and primary witness to these acts.

On Jan 7, 2021 an email message from LinkedIn was received with a summary of companies that have performed a specific search under his name. There were 2 searches bot by Velocity.

**They have no legal, ethical or business purpose other than to stop me from proceeding in the current case before the court and prevent me from testifying in the federal criminal proceedings, to**

**a. intimidate me and my family,**

**b. Harrass me and my family,**

**c. Attempt to find out if I am employed**

**d. Locate my physical address and location so that they can cause my death or inflict physical damage and injuries to me and my family.**

They have no reason to look or perform a specific search specifically to look at the profile of the plaintiff except that they have again attempted to physically locate and pinpoint and obtain any information on his location to physically harm him and his family to prevent him from proceeding in the current case and pending criminal case where several Velocity employees, executives and attorneys from Ogltree Deakins for criminal acts and fraud.

The plaintiff for over 10 years has never used LinkedIn as a social media or job search tool , yet now Velocity is using it and other internet searches to locate the plaintiff.
 He was actually surprise to receive such a notification as years ago he had stripped and removed his resume and contact information from the site.
It is obvious of the intent of the defendant who again has left an audit trail that cannot be disputed.

It is also clear that the only two searches was performed under the company of Velocity and was not performed by an individual.

Only individual companies who used this media have "corporate accounts" where their activities are tracked.

The plaintiff had filed a report with **law enforcement** after he filed the complaint with the court were an atty who had contact with Velocity attempted to induce him by fraud to testify at an alleged expense paid trip to a hearing in Seattle, Washington against Velocity on an email account only Velocity had previously. This only to find out that there was no hearing after the plaintiff check all state and federal jurisdictions and none could a case under the alleged facility he was representing nor under the name of Velocity.

They were assuming that the plaintiff was so stupid and eager to get back at Velocity that he would take a trip to a city not telling anyone where he was going and that the **intent was he was to be murdered**.

The plaintiff also has communicated this stalking to federal law enforcement and was informed that since he is a participant in a federal proceeding and the fact that Velocity has committed the harassment crossing interstate lines that this also can be a federal felony to cross state lines to stalk or harass an individual if the conduct causes fear of serious bodily injury or death to the stalking victim or to the victim's immediate family members.

The plaintiff dating back to early 2017 has for his protection and the protection of his family has been forced to use an alternate address after a conversation with his mgr Michael Baldwin who during the phone conversation had access the company HR system obtained the plaintiff address and was using an online gps application began calling out landmarks around the plaintiffs' home in Arizona. Uneasy with

-6-

this the plaintiff immediately obtained and use an alternate address for mail for any company mailings or communications.

During the time of the original lawsuit, he has also changed his phone number a total of 4 times. He even has had to change his cell number of 17 years because of harassing calls from Velocity and the fact there are multiple applications and apps that have the ability to pinpoint the location of a cellphone.

He has been in fear of the documented harassment for years. The defendants just as they do now will if they were successful in the death of the plaintiff will claim no knowledge of why he simply has stopped or failed to respond or continue with the case, thus forcing the court to dismiss or close the case.

The plaintiff also informs the court that a complaint was filed with Linked in and that the plaintiff has forwarded to them documents of the previous harassment to them for investigation.
Attached to this notice to the court is the notifications received from LinkedIn.

In addition, the plaintiff is awaiting the assignment of a court date to obtain an order of protection as he and his family is in **imminent danger** from the defendants and Ogltree Deakins attorneys who are complicit in these continuous acts as he has continued to uncover mass fraud and criminal acts.

Attached to this notice are emails from David Burman from the law firm Perkins Cole, who contacted me in November of 2019, claiming he was the attorney representing Valley Medical Center, a Velocity client. He contacted me sending one two of my personal email accounts.
One of these accounts was an account I used for business personal and the other for my personal friends only.

There is no way he could have known or gotten my personal friend email account address unless he received it from Velocity. In earlier communications with

- 7 -

Velocity, by mistake, I was unaware that the default account was my personal friend account and sent email from that address to Velocity.

They were assuming that **the plaintiff was so stupid and eager** to get back at Velocity that he would take jump on a plane take a trip to a city not telling anyone where he was going oblivious to the **intent was to get him somewhere so he was to be murdered. It was a setup** and fraud just as they have done before.

When asked for proof of the case and case number all of a sudden he went silent and did not get what he wanted. All of a sudden over the Thanksgiving holiday, "the issue had been resolved

They abused both accounts as a means of harassment, while I was recovering from a major stroke in January 2018. I received emails and phone calls at all times of the day and night, even as late as 1:am in the morning claiming that it was urgent that they needed to communicate with me, which was a lie.

That same month on January 16, 2018, Velocity had removed my access to Velocity email system and systems claiming that I was "working" when they claim they wanted me to concentrate on my heath. However the real reason was because the requested and received information they requested of me of supporting documents and evidence of harassment. Sexual assault, mail fraud, failure to and violation of corporate expense policy by my manger, Michael Baldwin and Controller Steve Kennedy where from August 2018 until November 2018 as retaliation for exposing the violation, the intentionally withheld expense.

**Revoked email access Velocity.**

- 8 -

**Dated: January 26, 20221**                    GARRISON JONES

_____,
Garrison Jones
Plaintiff (Pro Se)
P.O. Box 188911
Sacramento, California 95818.
garrison.jones@outlook.com

**.ıl** CC Network  LTE          6:06 AM                          

<           

                                   Garrison Jones



# You appeared in 2 searches this week

You were found by people from these companies

Vel(●)city

See all searches

Get the LinkedIn app.

Stay updated wherever you are

**garrison.jones@outlook.com**

| | |
|---|---|
| **From:** | Burman, David J. (Perkins Coie) <DBurman@perkinscoie.com> |
| **Sent:** | Monday, December 2, 2019 11:18 AM |
| **To:** | Garrison Jones |
| **Subject:** | RE: Velocity issues |

Thanks for getting back to me. You are wrong about my message and intentions, but I understand why you are careful.

With respect to having both addresses, the materials you forwarded to Valley Medical included an email in which you used one account to forward something to the other. I wasn't sure which one was best to use. As to my inquiry about Chicago, even before you attempted to communicate with Valley Medical, I had found your federal court lawsuit against Velocity. It was filed in Chicago, and you filed a form that gave a residence address in Wheaton.

Fortunately, it appears that Valley Medical and Velocity have resolved their dispute. I wish you the best of luck in your dispute with Velocity.

**From:** Garrison Jones <garrison.jones@outlook.com>
**Sent:** Sunday, December 01, 2019 12:59 PM
**To:** Burman, David J. (SEA) <DBurman@perkinscoie.com>
**Subject:** Re: Velocity issues

See here is where I have issues. I was born at night but not last night.

If I am wrong my deepest apologies as you have to be careful in this world who you talk to and what information you give them especially via email. People have lost fortunes this way.
On the other hand, if I am right, this is the exact same thing that got Velocity in the situation they are then now, conspiracy complicit behavior running scams and paying big bucks to trap flies in their web.

I am a very strict lines in the sand person. I do not mix business and pleasure. For years I have had 2 personal email accts. One for personal business and one strictly for my friends. I never mix the two. Most of my friends don't have both. I made the mistake last year and sent messages in January to Velocity unknowingly using my personal friend acct. they began abusing both at any time they felt like it until I sent them a nasty email and forbid them from sending email to that Acct. I also removed that Acct from that laptop and fixed the issue as it was defaulting to the friend Acct. They were the only organization who ever did that. It all stopped until I looked on my friend Acct and low and behold there was your email message In an Acct where it should not be ,where you had sent it to both accts. This started deja by, reminding me the last time this ever happened, Velocity.
Your email should have never been before an email from my friend Amy informing me that she won't be home because she and the twins are going over to her in-laws.
That's what I do, I pay attention to detail and when things are out of place, I notice them.

I never communicated to valley Medical in that Acct and my issue now is how did you get that account email address?

So here it is an email out of the blue to both addresses and the fact that in your initial email you are mentioning things like Chicago that has no connection to Valley ? because at the time I worked there I was living in AZ not Chicago.

So coupled with that and the fact that you are not my atty and no client/ atty privilege is involved and that you are asking for items like agreements and exhibits that all have nothing to do with Valley. I have big issues. Right now you

1

are just someone who somehow got my email address and mentioning things that only connect them to Velocity and Ogltree not Valley Medical.

Your non response to my request for information is the same I have gotten from both of them while they received and store all my communication in hopes that it reveals or they get something to fight back with i.e violation of agreement by relaying info that can only be released to my atty, which you made it perfectly clear your firm and you are not.

I would not put it past either Velocity or Ogltree to hash up a scam to get me to do this so they can run into court and say see he violated the agreement, because I know they have nothing else. They are grasping at straws hoping I will take a sip.

So it's back to playing cloak and dagger to see if I will jump off the cliff and pounce on this opportunity like they did. However? they and you if this is the case are wrong. I trust no one. I am far from stupid. All I have sent you is info that they already have or is public record. Anybody can get access to it.

Asking for these types of documents as if you and your firm will use them to gain knowledge on what I can or not say based on them doesn't sit well at this time.

Especially and specifically the fact you are communicating to me on an email address you should not have had Velocity written all over it.
If you really want these documents as I said they already have them, have them toward them to you. If they contend something have them show you proof, they may be lying to you, then you will have clear direction if your interest is Valley, these documents don't have any bearing.

I always have my
" spidey "senses on when I smell BS and Velocity.


So until I receive the information I asked for copy of the case , case number , court information you claim this alleged dispute is , the nature of it and hearing is to be held as well other responses I need, to me this is just a " spider web trap waiting for me to get tangled in it.

No proof , no pudding. If you are communicating with Chris Heller tell him nice try

Your move

They should have told you more about me than they did. You are making to many mistakes. It's a mistake to reference connected items to someone you don't know. For me. I know none of this could have come from anyone at Valley medical center, had to be Velocity. They sound desperate.


On Nov 27, 2019, at 5:35 PM, Burman, David J. (Perkins Coie) <DBurman@perkinscoie.com> wrote:

> Thanks for getting back to me. Would you be willing to share with me a copy of the settlement agreement in the Northern District of Illinois case? Also, the copy of your complaint in the court files does not include the exhibits. Do you have a copy of the complaint with exhibits?
>
> **From:** Garrison Jones <garrison.jones@outlook.com>
> **Sent:** Wednesday, November 27, 2019 4:42 PM

2

.ıl CC Network LTE      6:06 AM      



Garrison Jones



# You appeared in **2 searches** this week

You were found by people from these companies



[ See all searches ]

Get the LinkedIn app.

Stay updated wherever you are

2/5/2021                                                         Account Closed

                                                                          Back to LinkedIn

 We're almost there! We just need you to confirm your email address. Check your garrison.price@outlook.com account or request a new confirmation link

# We've closed your account.

Your LinkedIn account is now closed. Although you no longer have access to it, it'll take a few weeks for your public profile to disappear from search engines.

Help Center | About | Careers | Advertising | Talent Solutions   Sales Solutions | Small Business | Mobile   Language | ProFinder | Upgrade Your Account
LinkedIn Corporation © 2021 | User Agreement | Privacy Policy | Accessibility | Ad Choices | Community Guidelines   Cookie Policy | Copyright Policy | Send Feedback

**From:** Shauna Coleman <shauna.coleman@velocitycloud.com>
**Sent:** Wednesday, January 17, 2018 5:26:13 PM
**To:** Garrison Jones
**Subject:** Fwd: Access Removal Notice

Good Afternoon Garrison,

It has come to our attention that you have been accessing your work email. As you may recall, we instructed you to focus on your health and well-being and not to work while you were our on medical leave. As per the email below you acknowledged this direction and the action you took to comply.

It appears that on or around December 28, 2017 an email forwarding program was installed to forward e-mails from your Velocity work account to multiple personal accounts. This is not permitted both because you should not be working while you are on medical leave and because company e-mails should not be forwarded to a personal e-mail address. It is because of this that we have removed your account access. If you have any questions, please contact me directly.

Going forward, we will send all communications to your personal email that we have on file with human resources: garrison.jones@outlook.com. A copy of this correspondence will also be mailed to your home address at 1360 N 43rd Avenue, Phoenix, AZ 85009. If you would like us to use a different email address to communicate about your leave or other issues related to your employment, please let me know.

Thank you,

**Shauna Coleman | Director, Human Resources |Velocity Technology Solutions, Inc.**

o 704.357.7721 | m 845.282.6955 | f 703.935.1269 |velocitycloud.com

- 9 -

## garrison.jones@outlook.com

**From:** Burman, David J. (Perkins Coie) <DBurman@perkinscoie.com>
**Sent:** Monday, November 25, 2019 4:48 PM
**To:** garrison.jones@outlook.com; garrison.jones1724@outlook.com
**Subject:** Valley Medical Center

Thank you for reaching out to Valley Medical. Mr. Austria now works at the University of Washington Medical System, which is affiliated with Valley Medical. I am one of the lawyers for Valley, which is in a dispute with Velocity.

You should understand that Velocity contends that you signed agreements with it, including your employment agreement and settlement agreement, that prohibit you from sharing any of its confidential information with us, or disparaging it. We don't want you to accidentally violate any agreement you have with Velocity. But we are Valley's lawyers, not yours, so you cannot rely on us to protect you from Velocity, and if we talk there will not be any attorney-client privilege. If you want to have your own lawyer involved, we would welcome that. And we can arrange to have Velocity participate if you prefer that.

A hearing in Seattle is presently scheduled to start January 13. If we thought your testimony was necessary for that hearing, would you be willing to travel to Seattle at Valley Medical's expense? We might also be able to arrange to question you in Chicago before that time. (I understand you live in Chicago, but let me know if that's wrong.)

Thank you.


**David J. Burman | Perkins Coie LLP**
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
206.359.8426
DBurman@perkinscoie.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

1