Garrison Jones
Plaintiff (Pro Se)
P.O. Box 188911
Sacramento, California 95818
garrison.jones@outlook.com



FILED
APR 12 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# U.S. DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARRISON JONES**<br><br>   **Plaintiff,**<br>v.<br><br>**VELOCITY TECHNOLOGY SOLUTIONS LLC et al**<br>   **Defendants.** | Case No.: **2:19-cv-02374 KJM-JDP**<br><br>**JURY TRIAL DEMANDED**<br><br>Date Action filed: Nov 25, 2019<br><br>Date set for trial: NONE |

## Plaintiff Status Report

Pursuant to the Court's Order, Plaintiff Garrison Jones does hereby submit his status report to the court.

The case before the court is related to the termination of the plaintiff while on Approved FMLA medical leave by the defendants Velocity Technology Solutions.

For over 3 ½ years the defendants and their counsel from Ogletree, Deakins, Nash, Smoak & Stewart, P.C have adamantly falsely claimed and have went back and forth with claims that the plaintiff was not eligible for FMLA and that he had not been terminated despite all of the undisputable documentation and events that showed he had been approved for FMLA by Velocity and that he had been terminated.

In defense counsel dkt 62 filed on November 13, 2020 they have finally admitted that the plaintiff was terminated however, now via the doctrine of "after-acquired evidence" they are now claiming justification based on misconduct.

The defendants has in the past falsely accused the plaintiff more than 5 times of multiple allegations and claims only to find that they were all false and via the appeal procedures the plaintiff has obtained rulings/decisions and had all of them reversed, overturned and denied.

This so called defense is being made after 3 ½ years and in response to the fact that the plaintiff uncovered (via FOIA Request to Department of Labor) that the defendants and their counsel from Ogletree, Deakins, Nash, Smoak & Stewart, P.C, planted a false fabricated FMLA complaint in the files of the US Department of Labor on July 19, 2018.

They impersonated the plaintiff and filed this false complaint that they subsequently used as inducement by fraud and misrepresentation lured the plaintiff into an illegal agreement and release.

They used personal identifying information they had available to them at that time and insisted that the intake person include it in the Complaint to make it appear authentic and appear that it was indeed the plaintiff who filed this complaint, a tactic they had used earlier where they impersonated the plaintiff in a conversation with AZDES confirming a false FMLA confirmation complaint filed by the defendants on May 7, 2018.

However, upon close review of the complaint after he received the request via email from the US department of Labor several glaring issues surfaced.

At the time of the false fabricated complaint, the plaintiff had a month prior changed his cell number of 17 years because of repeated harassing calls by Velocity and the address in the complaint was also incorrect, it was taken from court records and was not the current address of the plaintiff.

The plaintiff submitted his cell phone bill and bank statement to the US Department of Labor, along with documents showing that Velocity and attorneys from Ogletree,

- 2 -

Deakins, Nash, Smoak & Stewart, and P.C had done this before as an illustration of fraud they had committed against this federal agency.

Upon reviewing this evidence, the US Department of Labor issued a "retraction" stating that based on the complaint and evidence submitting by the plaintiff they noted that there was no complaint made or filed by the plaintiff Garrison Jones against Velocity Technology Solutions.

The defendants as their normal pattern, abandoned this FMLA complaint issue as they have done previously with all the other issues they presented with the intent to mislead the court and moved onto other false fabricated and or irrelevant issues as they have yet again, been caught committing fraud upon this court by bringing known fabricated evidence from a prior federal proceeding into this court after they had been briefed by other Ogltree Deakins attorneys as to the fabricated complaint, the release and the illegal agreement. They also in conspiracy with those attorneys began to make flagrant false claims of duplicity, bring up the agreement and settlement letters.

However, all the time they never produced a single document as proof.

Upon closer review of the settlement agreement it was noticed that they planted a FMLA complaint in the agreement that was the only such complaint that did not have a charge or complaint number.

> WHEREAS, a dispute exists regarding Jones' employment with the Company and the ending thereof effective August 16, 2018, including the allegations and claims that were made or that could have been made in Equal Employment Opportunity Commission Charge Nos. 440-2018-05157, 35A-2018-00231, and 540-2018-001834, Arizona Civil Rights Division Charge No. P18-0058, Illinois Department of Labor Charge No. 18P-095, and the FMLA charge filed with the United States Department of Labor, (collectively, the "Charges"), and the lawsuit filed in United States District Court Northern District of Illinois titled *Jones v. Velocity Technology Solutions, Inc., et al.*, No. 1:18-cv-03288 (the "Lawsuit").

- 3 -

Also after close review of the settlement letter the plaintiff noticed confirmed as well that he did not recall signing a Department of Labor release letter. In retrospect he now sees that it was inserted among other legitimate complaints he did file and that they had inserted the fabricated FMLA release letter amongst them.

---

August 16, 2018

U.S. Department of Labor
Wage and Hour Division
219 S Dearborn
Wheaton, Illinois 60187

Re: DOL Complaint

To Whom It May Concern:

Please accept this letter as my request to withdraw my DOL Complaint, dated May 22, 2018, which I have attached to this letter. The Parties have entered into a settlement agreement that fully resolves the concerns and allegations raised in my Complaint. Your prompt and responsible attention to processing this permanent withdrawal is greatly appreciated.

Sincerely,

Garrison Jones

34314971.1

All of the release documents were created by Ogltree Deakins attorneys as illustrated above where their document tracking number in the bottom right hand corner illustrates. None of these were created by the plaintiff.

As well the release letter for the US department of Labor was the intended target of the inducement as it was recognized early on that this was the most serious of the issues related to the plaintiff employment as Velocity had no lawful reason to terminate him while on FMLA.

You can also see that they letter was improperly addressed as it has the department of Labor in Wheaton, Illinois 60187 when in fact it is located in downtown Chicago as well the release letter is for the release of an FMLA complaint on May 22, 2018 a record that does not exist in the files of the US department of Labor.

This is the **"trifecta of fraud"** that was committed by the defendants and their attorneys that they were now facing.

It was the intent to use this fabricated complaint as protection in the event of future litigation of an FMLA complaint.

The problem was that the plaintiff was the one who discovered it before the defendants or their counsel got the opportunity to present it to any court.

Knowing that they have been caught again with documented proof of fraud upon this court the defendants and their counsel arrogant that even though they have been caught committing fraud against the federal government think that they can somehow misdirect the courts attention away from all of these fraudulent events and documents and still somehow come out "roses".

In DKT 43 defense counsel Anthony Decristoforo stated the plaintiff mad unsupported allegations of fraud and conspiracy. Well what do you call the planting of evidence in the files of a federal government agency along with fabricated, documents and letters if not fraud and conspiracy?

The plaintiff has gone above the preponderance of evidence and reasonable doubt in illustrating tot the court that both Velocity and Ogltree Deakins are involved in a deep intricate conspiracy where now they have used the federal government as a conduit of that conspiracy.

8. Plaintiff does not plead any facts to support these claims and therefore they must be dismissed.

9. Plaintiff further asserts several baseless and unsupported allegations of fraud and conspiracy

10. against Velocity and its outside counsel, indicating that their defense of this litigation constitutes a

11. "fraud upon the court." Again, Plaintiff offers no factual support for these claims and they must be

12. dismissed.

## Settlement Offer

Despite all of the undisputable evidence of fraud the plaintiff via email and letter to Velocity and Ogltree Deakins made a settlement offer knowing that they were so arrogant and would not respond. I submit to the court confirmations that both attorneys received and read the settlement offer on Mar 28, 2021

> Smith, Paul ... **Read**: SETTLEMENT LETTER VELOCITY NAVISITE        Sun 3/28/2021 8:... 77 ...
> This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized ...

> DeCristofor... **Read**: SETTLEMENT LETTER VELOCITY NAVISITE        Sun 3/28/2021 7:... 77 ...
> This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized ...

It has always been the position of Velocity and Ogltree Deakins of avoidance.

They both are in complete denial of the facts as well of all the seriousness of their criminal actions, fraud. Both are in complete denial of the ramifications of this case as well as the violations of state and federal law they both have committed.

It is the duty of the plaintiff to also inform the court that in parallel of this civil Action that the plaintiff has imitated criminal actions and complaints against both Velocity and Ogltree Deakins.

They have for now over 4 ½ years been on a path of criminality and has put the plaintiff and his family in fear of their lives because they are aware of the ramifications and penalties of their actions and as such the only way to resolve is to take the life of the plaintiff so that he does not appear in court and prevent this ad the Criminal prosecution from going any further.

The defendants now for over a year since they filed their appearance has not responded or reached out to the plaintiff for any purpose and they never will, instead they have hovered on exhibits submitted by the plaintiff like flies.

The plaintiff will submit to the court a list of witnesses, federal agents, representatives from state agencies for trial.

## Conclusion

It is apparent that any of the pre-trial proceedings will not convince them nor will they comply with any such procedures. They have never submitted a single piece of evidence, called a single witness nor have they appeared in open court to defend Selves or their client. It is with these documented facts that the plaintiff move the court to bypass all of these events and set the case for trial at its earliest Convenience.

April 7, 2021

Respectfully submitted,

**Garrison Jones Plaintiff** (Pro Se
P.O. Box 188911
Sacramento, California 95818
garrison.jones@outlook.com

## CERTIFICATION

I hereby certify that the statements made in the forgoing Motion to compel the production of documents ns are true and correct, including all statements regarding all efforts by the Plaintiffs to resolve this discovery matter without the need for litigation.

**Garrison Jones Plaintiff** (Pro Se
P.O. Box 188911
Sacramento, California 95818
garrison.jones@outlook.com

- 8 -

## CERTIFICATE OF SERVICE

**I hereby certify** that on this [date] a copy of the forgoing [name of document] was mailed, USPS to defendants

Velocity Technology Solutions
 1901 Roxborough Road
Charlotte, North Carolina 28211

_____
Garrison Jones **Plaintiff Pro Se**

Dated:  March 12, 2021