Garrison Jones
Plaintiff (Pro Se)
P.O. Box 188911
Sacramento, California 95818
garrison.jones@outlook.com

**FILED**

JUN 1 4 2021


CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

## U.S. DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARRISON JONES**<br>    **Plaintiff,**<br>v.<br>**VELOCITY TECHNOLOGY SOLUTIONS LLC et al**<br>            **Defendants.** | **Case No.: 2:19-cv-02374 KJM-JDP**<br><br>**JURY TRIAL DEMANDED**<br><br>Action filed: Nov 25, 2019<br>Date set for trial: NONE |

### Plaintiff discovery of Specific Conspiracy to
### Commit fraud upon the United States Department of Labor

### Introduction

1. The plaintiff Garrison Jones on this date learned of specific information that between August 13 thru August 15, 2018 that the defendants Velocity Technology Solutions and attorneys from Ogltree Deakins met on 3 separate occasions pre agreement and confirmed and discussed that on July 19, 2018 that they had been successful in planting the false fabricated FMLA complaint in the files/records .of the US Department of Labor. And that they could now proceed and include it in the illegal agreement they had begun to draft.

- 1 -

2. These meetings were held and conducted via ZOOM video conference software between August 13, thru August 15, 2018 the day thee documents were created.

3. Attending these meeting were Velocity HR Director, Shauna Coleman, Velocity General Counsel, Chris Heller, Ogltree attorneys Jennifer Colvin and Taylor Rollinson both from the Ogltree Deakins Chicago office and Christopher Meister, from Ogltree Deakins Phoenix office.

4. On August 13 and 14 they discussed the drafting of the release letter and made several agreements that they could not include any identifying information in the release letter. They stated "they **all agreed that no one will take the time to look at it closely**".

5. On August 15, 2018 all of the same people were on the Zoom call however it was Velocity General Counsel Chris Heller who at the beginning of h meeting said he had worked on 80 percent of the settlement agreement and that the same thing agreed upon in relation to the fabricated complaint filed with the US Department of Labor, the same omission should be done the same as the release letter, but they had to include it as a complaint, it has to be created without any identifying case , charge of complaint number included no matter what.

6. Now, all along the plaintiff has said that it was and has always been a coordinated conspiracy of complicity between Velocity and Ogltree Deakins attorneys and that he was under the assumption that Ogltree Deakins created all of the documents.

7. In fact that was not true, all of the documents were created by Velocity Technology Solutions General Counsel, Chris Heller however there was extensive input from Ogltree Deakins attorneys as what to and not include in

- 2 -

all documents. However, it was Velocity General Counsel, Chris Heller on the keyboard creating the documents.

8. After I was informed on this on June 6, 2021 I had to question how I could prove the documents were created by Chris Heller and that I needed some form of connection and collaboration. This is when I was reminded about an embedded feature in Adobe Acrobat software that I knew about but somewhat forgot as I still suffer from "residue" from 3 strokes.

9. When you look at an Adobe pdf files the normal view is done via properties where you can see date/time etc. this is in Windows but the date you save the file on your system the date sometimes changes but most of the time it shows the date it was created all show 8/16/2018 just as she said.

| File | Date |
|---|---|
| Garrison Jones Charge Withdrawal Letter (ACRD Charge No. P18-0058) (002)._.pdf | 8/15/2018 5:51 AM |
| Garrison Jones Charge Withdrawal Letter (DOL) (003).pdf | 8/15/2018 5:51 AM |
| Garrison Jones Charge Withdrawal Letter (EEOC Charge No. 35A-2018-00231)._.pdf | 8/15/2018 5:51 AM |
| Garrison Jones Charge Withdrawal Letter (EEOC Charge No. 440-2018-05157)._.pdf | 8/15/2018 5:51 AM |
| Jones Garrison 2018-08-15 REV#6 Settlement Agreement - Clean.pdf | 8/15/2018 5:51 AM |

In this case as you can see all the documents show a date of 8/15/2018 @5:51 AM

The scheduled meeting of the agreement was not until 3 pm but apparently you work harder when you are participating an illegal criminal conspiracy as in the case here.

However, just as I have repeatedly demonstrated, both Velocity and Ogltree Deakins attorneys think they are slicker than crude oil and at all times think that none of this will be discovered or uncovered.

However, there is an embedded feature in Adobe that contains a wealth of audit information including the Author who created the pdf file.

In addition it shows "Chris Heller as the author

It shows date time of 8/15/2018 when it was created and what application the pdf was created from: Microsoft Word 2016

It also shows the directory in his system where he saved the pdf file.

**Description**

File: Garrison Jones Charge Withdrawal Letter (DOL) (003).pdf
Title:
Author: Christopher Heller
Subject:
Keywords:

Created: 8/15/2018 5:36:03 AM
Modified: 8/15/2018 5:36:03 AM
Application: Microsoft® Word 2016

**Advanced**

PDF Producer: Microsoft® Word 2016
PDF Version: 1.7 (Acrobat 8.x)
Location: C:\SETTLEMENT RELEASE DOCUMENTS\
File Size: 9.26 KB (9,482 Bytes)
Page Size: 8.50 x 11.00 in     Number of Pages: 1
Tagged PDF: Yes               Fast Web View: No

This was the connecting collaboration I need, undisputable proof of who what by when, where and how these illegal documents were created coupled with their confirmation discussions on the planted FMLA complaint in the records of the US Department of Labor conspiracy by Velocity and Ogltree Deakins attorneys.

The same information was repeated in all of the other documents including the illegal settlement agreement that all showed that it was Velocity General Counsel Chris Heller who in harmony with the attorneys from Ogltree Deakins and guidance created all of the fabricated documents where all of them were given to Ogltree Deakins.

They also discussed the plan to as the claim "to do it quick so he won't catch on to what is in the documents when he signs them"

**(2) *Permitted Uses.*** This evidence may be admissible for another purpose, such as proving motive, opportunity, intent, preparation, plan, knowledge, identity, absence of mistake, or lack of accident.

The plaintiff Garrison Jones does hereby present additional evidence to the court of prior acts by the defendant and their attorneys that is identical to the false fabricated FMLA complaint filed by coordinated complicity by Velocity and attorneys from Ogltree Deakins.

This is again direct and undisputable evidence that they will not comment on or dispute because they cannot.

The plaintiff is also waiting on more evidence of more of the conspiracy to commit fraud upon this court in separate pleading to follow in the next coming days.

And for the attorneys from Ogltree Deakins, yes this information came from a person currently employed at Velocity. Navisite that specifically knew of these meetings.

Date June 10, 2021

Respectfully submitted,

**Garrison Jones Plaintiff** (Pro Se
P.O. Box 188911
Sacramento, California 95818
garrison.jones@outlook.com

## CERTIFICATION

I hereby certify that the statements made in the forgoing documents are true and correct. In addition a copy of this pleading was sent to the defendants via USPS mail on June 11, 2021

**Garrison Jones Plaintiff** (Pro Se
P.O. Box 188911
Sacramento, California 95818
garrison.jones@outlook.com

## CERTIFICATE OF SERVICE

- 6 -

**I hereby certify** that on this [date] a copy of the forgoing [name of document] was mailed, USPS to defendants

Velocity Technology Solutions
 1901 Roxborough Road
Charlotte, North Carolina 28211

_____
Garrison Jones **Plaintiff Pro Se**

Dated: August 21, 2020          GARRISON JONES

_____,
Garrison Jones
Plaintiff (Pro Se)
P.O. Box 188911
Sacramento, California 95818.
garrison.jones@outlook.com

- 7 -