Garrison Jones
Plaintiff (Pro Se)
P.O. Box 188911
Sacramento, California 95818
garrison.jones@outlook.com

**FILED**

JUN 21 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# U.S. DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARRISON JONES**<br><br>        **Plaintiff**<br><br> **v.**<br><br>**VELOCITY TECHNOLOGY SOLUTIONS LLC et al**<br>        **Defendants.** | **Case No.: 2:19-cv-02374 KJM-JDP**<br><br>**JURY TRIAL DEMANDED**<br><br>Action filed:  Nov 25, 2019<br><br>Date set for trial: NONE |

## Introduction

The plaintiff in the above mentioned case does herby move the court for an immediate order in the above case for sanctions against the defendants and their attorneys from the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C, Paul Smith and Anthony Decristoforo as well for an immediate summary judgement to put an end to the nightmare that the defendants and their counsel has created.

1. The defendants and their counsel is attempting to misdirect the courts attention away from multiple federal criminal violations of the law that have been uncovered by the plaintiff Garrison Jones by repeatedly directing the courts attention to an illegal, unconsciable, unenforceable agreement and release letter that they are under the assumption that it will solve all the world problems, cure cancer and obtain a ruling from tis court that will allow them to escape the federal criminal charges by both Ogltree Deakins and Velocity committed against the federal government.  Yet they have not and will not preset it to the

- 1 -

court via any pleadings, or in open court.  All they have done is "referenced" these documents and until they present them to this court, they are not evidence, they simply do not exist.

2. They want the court to turns its back to wanton, heinous fraud they have committed on multiple occasions and make a ruling in their favor in the complaint before the court.

3. What they are not going to present to this court is that the illegal agreement and the fabricated FMLA release document are **both inadmissible and this court does not have any jurisdiction over either.**

4.

5. They have repeatedly referenced both the illegal, unconsciable, unenforceable agreement however, they have only "referenced it and has never presented any evidence that it even exists.

6. **Evidence that is not properly submitted to any court is no evidence at all.**

7. There are reasons why they have never presented any evidence and or exhibits or offered any witness testimony not have a single Ogltree Deakins attorney ever appeared in open court on behalf of their client Velocity Technology Solutions in now over 4 ½ years.

8. The current litigation before the court is no difference.

9. The plaintiff wants to direct the courts attention to two specific locations within this illegal , unconsciable, unenforceable agreement with that being

10. **Paragraph number 9 under the heading of No Admission of Wrongdoing** and

11. **Paragraph 13 under the heading Plain Language: Severability: Applicable law:Modification;Waiver.**

## Paragraph 9

12. **It is clear in Paragraph 9 *that it states the parties agrees that this Agreement is not admissible in any proceeding as evidence*"**

9. **No Admission of Wrongdoing**. Jones acknowledges and agrees that the Released Parties expressly deny any liability or wrongdoing and this Agreement is not an admission of liability or wrongdoing. Jones further acknowledges and agrees that this Agreement is not admissible in any proceeding as evidence of or an admission by the Released Parties of any violation of any federal, state, or local laws.

13.

14.

15.     It is clear that even then it was yet another attempt to **hide the illegality of this illegal agreement** which was created by a collaboration between Velocity General Counsel, Chris Heller and multiple attorneys from Ogltree Deakins that under no circumstances would this illegal agreement be presented to any court by either party in any proceeding.  However, now that they have been exposed in multiple local, state and federal criminal violations of the law, like in all the other instances they will attempt to back out of these provisions and terms and then say that these terms only apply to the plaintiff Garrison Jones now that they think this term is in favor of the plaintiff and not to their advantage.  In fact they have already violated the terms of the agreement as on 4 separate occasions in this litigation that have offered this agreement and the fabricated release letter to this court as evidence.

16.     The plaintiff does herby revoke the **parol rule** that prevents any party who have reduced their agreement to a final written document from later introducing other evidence, such as the content of oral discussions from earlier in the negotiation process, as evidence of a different intent as to the terms of the contract and or agreement. This is exactly what they are attempting now. They think by invoking this illegal, unconsciable, unenforceable agreement it is in their favor to do so.  However, there is documented history of Ogltree Deakins attorneys Paul Smith and Anthony Decristoforo pulling the trigger on the illegal, unconsciable, unenforceable agreement and the fabricated FMLA complaint release letter multiple times in this proceeding why because they think they are to their advantage to do to,, but in fact it confirms and implicates

each of them in the continued federal criminal fraud against the United States government and specifically the United States Department of Labor.

17.    **Paragraph 13**

### 18.    No Jurisdiction

*19.*    It clearly states "The *parties Agreement will be governed by Arizona Law."*

> 13. **Plain Language; Severability; Applicable Law; Modification; Waiver**. Jones acknowledges and agrees that this Agreement shall be interpreted based on the plain meaning of its language and shall not be construed for or against any Party. If any portion of this Agreement is deemed void or unenforceable for any reason, the unenforceable portion will be deemed severed from the remaining portions of this Agreement, which will otherwise remain in full force. The Parties agree this Agreement will be governed by Arizona law. This Agreement may not be modified except through a written document signed by an authorized representative of each Party. No waiver of any of the provisions of this Agreement will be binding unless executed in writing by the waiving Party nor will any waiver be a continuing waiver or waiver of any other provision.

20.    Per the terms of this illegal unconsciable, unenforceable agreement the defendants and their counsel this court does not have any jurisdiction over this agreement and the fact that it is inadmissible, the court cannot use any of the agreement as part of its rulings or decisions.

21.    This court does not have the authority to use this agreement as part of any ruling and or decision in the case before the court.

22.    The defendants and their counsel are completely aware of these terms as the illegal contract was created in complicity between Velocity General Counsel, Chris Heller and multiple attorneys from the law firm of Ogltree Deakins.  However, despite these terms, they have repeatedly offered it to this court as evidence attempting to obtain a quick dismissal and ruling/decision in their favor with no intention of producing it to this court, knowing if they do

that the ramification will be disbarment, federal charges against both Velocity and any Ogltree Deakins attorney bold enough to present it in open court.

23.    The result, "*thumbs up and leaving the court in handcuffs*"

24.    They have no intention whatsoever in offering and presenting it to the court on the record, in open court or via any pleading.  This court does not have any jurisdiction over this illegal, unconsciable, unenforceable agreement because in attempting to gain an advantage the agreement states it is **Inadmissible and** governed **by the laws of Arizona.**   A fact they were aware of but is misleading this court as to the facts once again.

25.    In prior litigation the judge in an order in the exact same circumstances before this court with that being jurisdiction of the court in reference to the agreement.  The court ruled that it did not in that case, the court did not retain jurisdiction over the illegal agreement and that if the plaintiff "seeks relief from the obligations of his settlement agreement with Velocity , he ***should file a new case in an appropriate court***"

> For the foregoing reasons, plaintiff's motion provides no basis for the Court to disturb its judgment in this case.  If plaintiff seeks relief from the obligations of his settlement agreement with Velocity, he should file a new case in an appropriate court.

Date:  12/18/2019



Jorge L. Alonso
United States District Judge

26.
27.    Also as previously mentioned the illegal agreement is  govened by the laws of the state of Arizona.

28.    Additionally on August  26, 2019 after months of being hunted and harrassed by Velocity, the plaintiff began to fight back  the plaintiff began to expose the criminal acts by Velocity , fraudulent billing and stolen intellectual property to Velocity customers that prompted a response from Ogltree Deakins attorney Jennifer Colvin claiming " ***despite your conduct Velocity would prefer not to be forced to enforce the Agreement through litigation***".

**29.**     This again  was far from the truth and nothing but a threat.  Neither Velocity or Ogltree Deakins had no intention of filing any proactive litigation where this illegal agreement would be presented to any court in any jurisdiction and attempt to "enforce it".

# Ogletree
# Deakins

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

155 N. Wacker Drive, Suite 4300
Chicago, IL 60606
Telephone:  312-558-1220
Facsimile:  312-807-3619
www.ogletree.com

Jennifer L. Colvin
312-558-1234
jennifer.colvin@ogletree.com

August 26, 2019

**Via E-Mail**

Garrison Jones
*garrison.jones@outlook.com*

**RE:**   Jones –and– Velocity Technology Solutions, Inc.

Dear Mr. Jones:

**30.**

Despite your conduct in violation of the Agreement, at this time Velocity would prefer not to be forced to enforce the terms of the Agreement through litigation.  However, your continued violation of the Agreement will force us to do so.  Thus, we implore you to immediately discontinue making disparaging comments about Velocity and from taking any other actions in violation of the Agreement.

**31.**

**32.**     This was over two years ago and they still did not file any such litigation.

**33.**     Equally, based on the fraud and criminal actions committed by Velocity and Ogltree Deakins left in their wake in the state of Arizona in connection with the plaintiff and  the criminal acts Ogltree Deakins committed in their representation engagement with  the Maricopa County Judicial system, it is hardly unlikely and highly improbable that they would again go back to this state and then asked them to make a ruling in their favor in support of an

- 6 -

illegal, unconsciable, criminal agreement that reflects federal criminal felonies' committed and fraud against the federal government of the United States.

34.     It is clear that the defendants are again attempting to gain what they think is an advantage by adding the term **"this Agreement will be governed by Arizona Law"**.  This also makes the illegal, unconsciable, unenforceable agreement and the fabricated release letter void as "*Consent of the parties **cannot** allow subject matter **jurisdiction** to a court. Unlike personal **jurisdiction**, which the court can obtain upon a party's **consent** or failure to object, lack of subject matter **jurisdiction** is never waivable; either the court has it, or it **cannot** assert it nor can it be given to any court where the parties*

35.     This order from case number 1:18-cv-02388 Document in the US District Court of Northern Illinois Document #: 15 Filed: 12/18/19 was entered by Judge Alonso.  It's also important to note that it was Velocity who steered this case before Judge Alonso and gained what they thought was a victory however, that was not the intention of the plaintiff.  His intention was to get Velocity and Ogltree to present the illegal, unconsciable, unenforceable agreement to their court as a means to derail any attempts to reverse the judgment.  They did and quickly presented the agreement and the courts response is the same one that should be made by this court in a ruling that the US District Court of Eastern California does not have jurisdiction over this illegal agreement, it is inadmissible in the current proceeding and that it will not and cannot be used by the defendants, nor will it play any role as part of any decision or ruling made by this court.

36.     The issue before this court is FMLA, where the plaintiff Garrison Jones was unlawfully terminated by Velocity while on approved FMLA medical leave.

37.     The federal is federal law and under the jurisdiction of the federal government of the United States.

**38.**   The burden on the both the plaintiff and defendants in this case would be great. Neither do not reside in the state of Arizona. The events at the heart of this litigation of did not occurred in the state of Arizona, the plaintiff at the time of this litigation **was a citizen of Illinois** and not Arizona.  He was terminated while on FMLA when he was in Illinois a fact that the defendants attempted to cover-up as they thought they had "plausible deniability" since the plaintiffs access to Velocity email was revoked in January 2018.

**39.**   They had no idea that this attempt failed and he had been on regular basis continued to receive emails on his personal business email account up until December 2019.

**40.**   In addition, the corporation of Velocity Technology Solutions is headquarted in the state of North Carolina.  Even before any litigation is filed they have declined any and all jurisdiction over this illegal agreement as it violates due process to hail both a **plaintiff and defendant to a state where the forum state does not apply to either party.**

**41.**   To add to this jurisdictional issue, the plaintiff has made and put law enforcement and the judicial system of the state of Arizona on alert that the defendants and their counsel may attempt to file litigation attempting to enforce this illegal, unconsciable, unenforceable agreement by again using the resources of the state of Arizona judicial system a state where they have committed fraud upon a state agency (AZDES) the Arizona Court of Appeals and fraud and criminal acts in connection with a federally funded program ( unemployment) that was administered by the state of Arizona.

42.   They have also been forwarded specific documents from all prior litigation months ago of   in preparation of any anticipated filings by the defendants and their attorneys from Ogltree Deakins.

43.   Basically because of prior documented history of false statements and fraud, they are waiting in eager anticipation of their presence back in the state of Arizona.

**44.**

45.

13. **Plain Language; Severability; Applicable Law; Modification; Waiver**. Jones acknowledges and agrees that this Agreement shall be interpreted based on the plain meaning of its language and shall not be construed for or against any Party. If any portion of this Agreement is deemed void or unenforceable for any reason, the unenforceable portion will be deemed severed from the remaining portions of this Agreement, which will otherwise remain in full force. The Parties agree this Agreement will be governed by Arizona law. This Agreement may not be modified except through a written document signed by an authorized representative of each Party. No waiver of any of the provisions of this Agreement will be binding unless executed in writing by the waiving Party nor will any waiver be a continuing waiver or waiver of any other provision.

46.    attempting once again to commit fraud upon this court and also knowingly deceiving this court to dismiss this case by fraud with that they are knowingly presenting false fabricated documents I.e. the illegal, unconsciable, unenforceable settlement agreement, that clearly implicates both Velocity and Ogltree Deakins current and prior attorneys from previous litigation in a vast pre-meditated conspiracy to commit federal criminal fraud against the United States federal government with the United States Department of Labor as the intended target, in addition to the plaintiff, the US District Court of Northern Illinois and the Us District Court of Eastern California where Judge Jeremey Peterson is presiding on the above mentioned case.

## CONCLUSION

For all the obvious reasons the defendants and their attorneys must be held accountable by the maximum sanctions and penalties by this court from this unconsciable scheme of fraud and federal criminality they have committed not only against this court but also the US District court of Northern Illinois, the United States Department of Labor and federal criminal fraud and other criminal violations against the United States government.  If not immediately this unethical, illegal and criminal behavior will be mimicked by other lawyers and law firms because Ogltree Deakins

attorneys will brag at every opportunity and the crimes they have committed will spread.

47.

Respectfully submitted,

_____

**Garrison Jones Plaintiff (**Pro Se
P.O. Box 188911
Sacramento, California 95818
garrison.jones@outlook.com

for litigation.

_____

**Garrison Jones Plaintiff (**Pro Se
P.O. Box 188911
Sacramento, California 95818

garrison.jones@outlook.com

## **CERTIFICATE OF SERVICE**

**I hereby certify** that on this [date] a copy of the forgoing [name of document] was mailed, USPS to defendants

Velocity Technology Solutions
 1901 Roxborough Road
Charlotte, North Carolina 28211

_____
Garrison Jones **Plaintiff Pro Se**

Dated: August 21, 2020                    GARRISON JONES

_____,
Garrison Jones
Plaintiff (Pro Se)
P.O. Box 188911
Sacramento, California 95818.
garrison.jones@outlook.com

- 11 -