

**FILED**

JUL 16 2021



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Garrison Jones
Plaintiff (Pro Se)
P.O. Box 188911
Sacramento, California 95818
garrison.jones@outlook.com

# U.S. DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**GARRISON JONES**

**Plaintiff**

v.

**VELOCITY TECHNOLOGY SOLUTIONS LLC et al**
**Defendants.**

**Case No.: 2:19-cv-02374 KJM-JDP**

**JURY TRIAL DEMANDED**

Action filed:  Nov 25, 2019

Date set for trial: NONE

## MOTION FOR FRAUD UPON THE COURT AND SANCTIONS AGAINST DEFENDANT AND DEFENDANTS COUNSEL

**TO DEFENDANTS AND THEIR ATTORNEY OF RECORD: PLEASE TAKE NOTICE THAT** under Rule 11 of the Federal Rules of Civil Procedure, and Local Rule 230 on August 19, at 10:00 a.m., in Courtroom 9 of this Court located at 501 I Street, Sacramento, California, Plaintiff Garrison Jones will move to  this court for an order for sanctions against the defendants and their attorneys from Ogltree Deakins for fraud upon this court and criminal fraud against the US Federal government specifically the US Department of Labor in connection to the false fabricated FMLA complaints filed with this agency and the submission of false

- 1 -

fabricated FMLA release letters filed by Velocity and Ogltree Deakins that was connected to an FMLA complaint filed by Velocity using personal identifying information of the plaintiff on July 19, 2018 in addition of the defense currently being used by the defendants to induce this court to dismiss the above mentioned case, also tactics by defense counsel to delay the proceedings, or increase the expense of litigation for the sake of billable hours/revenue.

Perhaps the defendants and counsel can explain how my old cell phone number that had been disconnected a month prior to July 19, 2018 along with my name and the address from a federal litigation appears on a false fabricated FMLA complaint filed on July 19, 2018 and how it appeared on a log entry by AZDES two months earlier on May 7, returning a call and confirming a FMLA complaint filed by Velocity HR Director, Shauna Coleman where it appeared again as he number I was supposedly calling from when I had no Idea this false fabricated FMLA complaint was being made until a year later.

While the court may not to allow testimony that crosses the line into character attacks. The law allows the testimony and exhibits in limited cases, including to show a crime pattern so specific it serves to identify the perpetrator and that perpetrator can only be Velocity and Ogltree Deakins behind his documented repeated effort to point to the plaintiff as the one making these false "return calls and Statements to in their minds make the false complaint and then follow it up by impersonating the plaintiff to confirm or co-sign their lies.

The court should also know that the current attorneys assigned to this case from the law firm of Ogltree Deakins, Paul Smith and Anthony Decristoforo are involved as Accessories after the fact,  in the conspiracy to cover-up fraud and criminal

violations of federal law against the plaintiff and the federal government of the United States as Accessories after the fact.

They both have repeatedly went back and offered to this court the illegal, unconsciable , unenforceable agreement and release letter as the means of ending this case and done so on multiple occasions.

If they read and reviewed these fabricated documents, they both should have seen this section of the document that stated, "That **this agreement is not admissible in any proceeding as evidence".**  Yet both have intentionally ignored this provision attempting to use anything they think is available to them to induce this court to dismiss the case to continue to conceal and protect their fellow attorneys and Velocity from the criminal fraud, misrepresentation and lies committed in procuring this illegal agreement and the federal felonies committed.

In totally disregard of their oath as officers of the court **they knowingly presented inadmissible evidence to this court".**

At the root of this evidence is fraud and criminal offenses against the federal government and comes from the fruit of the poisonous tree." And as such the rule and this court is required to suppression of such evidence, rule that is inadmissible and will not carry any weight nor be considered in nor play any role in any decision and or ruling in this case. **The exclusionary rule**, applies in all federal and state cases, according to the Supreme Court's ruling in ***Mapp v. Ohio***, 367 U.S. 643 (1961).
This rule applies to civil as well as criminal cases.

9. <u>**No Admission of Wrongdoing**</u>. Jones acknowledges and agrees that the Released Parties expressly deny any liability or wrongdoing and this Agreement is not an admission of liability or wrongdoing. Jones further acknowledges and agrees that this Agreement is not admissible in any proceeding as evidence of or an admission by the Released Parties of any violation of any federal, state, or local laws.

- 3 -

.

This motion is based upon this notice of motion, the attached evidence and exhibits that the plaintiff has the intent to use in support of this motion from the US Department of Labor via the FOIA process, email communications and prior pleadings. In this and previous litigation.

**Exhibit – 1 WHISARD Complaint form customer ID 3850645** dated July 19, 2018 received by plaintiff via FOIA response o September 30, 2020

False fabricated FMLA complaint that defendants ( **UNCOVRED BY PLAINTIFF**) that was Filed by defendants using personal identifying information release by Velocity HR Director, Shauna Coleman of the plaintiff from Velocity employee files, fabricating an FMLA complaint claiming it was the plaintiff Garrison Jones as the person submitting the complaint.  There is no record of this complaint anywhere; defendants are claiming an FMLA complaint filed on May 22, 2018
- Note at the end of this false complaint is page 3 it notes on 8/24/2018

*Chicago DO received a withdrawal letter from attorney citing a settlement between CP and her ER.*

Contact Log:

*08/24/2018 1:43:46 PM*      *FILED-NO ACTION*

- *07/19/2018 5:14:44 PM*      *INTAKE ONLY*

**The first and only notation and appearance of an FMLA complaint was on August 24, 2018 when Ogltree attorneys sent this letter to the US DOL** and they took no action.  It never existed.

There is no record of an FMLA complaint in their files of a FMLA complaint filed on May 22, 2018.  It is the intent by Ogltree Deakins to make them believe by

- 4 -

deception that one existed and to turn a thank-you letter into something that it was not intended to be.

**Exhibit – 1a-Dispute letter to US DOL October 7, 2018**
Disputing the fact that plaintiff did not filed a complaint with the US DOL on July 19, 2018

**Exhibit – 2**
Email dispute to US DOL dated Sept 30, 2020 same day of response disputing that I made this complaint and sending my cell phone bill from July 2018, bank statement and detailed calls from that date showing I did not and could not have made this false FMLA complaint.

Showing that Velocity and Ogltree was using what they thought was my current cell phone number as it was changed in June 2018 because of harassing calls from Velocity for over 2 1/2 months.
In addition the address is incorrect they used to make this false fabricated FMLA complaint not knowing that I had changed my bank, and was not living at the address they got from the litigation in Northern Illinois. I was working for another organization and was covering the eastern US out of one of their facilities in Indiana and never lived at the address they included in the false complaint.

**PLANS**
**$226.23**

3 VOICE LINES = $226.23

**This month's charges are $156.23 more**

- You have deactivated T-Mobile ONE Unlimited 55
- You have added T-Mobile ONE
- (916) 270-7650 has added a Voice line to their plan
- Enjoy your T-Mobile ONE Plan

1.

.

**T··Mobile·**

| | | |
|---|---|---|
| Bill period | Account | Page |
| Jul 17, 2018 - Aug 16, 2018 | 959508066 | 1 of 12 |

**TOTAL DUE**

# $202.15

Your bill is due by Sep 09, 2018.

Never worry about forgetting to pay, and save money too. With the AutoPay Discount, you save $5/line (up to $40) every month. Sign up for AutoPay at t-mo.co/autopay.

~~The top fourteen numbers charged in a billing of $206.72~~

# Hi Jones,

### Here is your statement for August.

Enjoying your new Galaxy Note8 - Midnight Black - 64GB? Thanks for adding an Equipment Installment Plan with your NM32 2018 Q3 Samsung Galaxy with Add a Line. Details below.

**PLANS**        **$226.23**

---

## YOU CHANGED YOUR PLAN!

You made a mid-cycle change so we've refunded your old plan and charged for your new plan.

-$69.60 for T-Mobile ONE Unlimited 55 - Credit for last cycle

| | |
|---|---|
| $130.00 for T-Mobile ONE for last cycle | $130.00 for T-Mobile ONE for this cycle |
| Last bill cycle: Jul 17 - Aug 16 | Current bill cycle: Aug 17 - Sep 16 |

---

# Detailed calls from new cell phone number on July 19, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| | 0.10 I M → | (219) 576-3108 | to Memory/N | - | 1 | - |
| Jul 19 | 6:18 AM → | (800) 903-7490 | 1-800 # | - | 1 | - |
| | 6:49 AM → | (855) 847-2030 | 1-855 # | - | 1 | - |
| | 1:16 PM → | (800) 903-7490 | 1-800 # | W | 5 | - |
| | 2:10 PM ← | (562) 274-2225 | Incoming | W | 8 | - |
| | 3:45 PM ← | (909) 904-4567 | Incoming | W | 2 | - |
| | 3:46 PM ← | (219) 576-3108 | Incoming | W | 14 | - |
| | 7:43 PM → | (800) 903-7490 | 1-800 # | - | 1 | - |

# Section of bill noting the deactivation of previous plan and number in June 2018 that appeared on July bill

**PLANS**

**$226.23**

3 VOICE LINES = $226.23

**This month's charges are $156.23 more**

- You have deactivated T-Mobile ONE Unlimited 55
- You have added T-Mobile ONE
- (916) 270-7650 has added a Voice line to their plan
- Enjoy your T-Mobile ONE Plan

**Bank statement old bank account with address of plantiff on July 19 2018 thru August 11.2018**



FIRST CONVENIENCE BANK
A division of First National Bank Texas

Statement Date:    07/19/18 - 08/11/18
Page:                        1 of 4



*Strength* in
**Banking**
since

GARRISON JONES
4011 S MONROE MEDICAL PARK BLVD
BLOOMINGTON IN 47403-8000

www.1stcb.com ★ 800-903-7490
(TTY) 866-390-9768

**Exhibit – 3**
**FOIA letter dated October 30, 2020**
After reviewing the evidence and exhibits from the plaintiff Garrison Jones disputing the filing of an FMLA complaint in their files on July 19, 2018 the US DOL issue

this letter in response that their files contain **no records of an FMLA complaint filed by the plaintiff Garrison Jones against Velocity Technology Solutions** Proving Velocity and Ogltree filed this false FMLA complaint.

**FOIA request and response dated June 8 2021**
**For all communications to and from Velocity Technology Solutions and or Ogltree Deakins, that includes the name of Garrison Jones**

**Response** – The same false fabricated FMLA complaint filed on July 18 2018 proving that both Velocity and Ogltree Deakins had this in their possession before the illegal agreement and intentionally left off and omitted the complaint/charge number from the document as not to alert the plaintiff of this false complaint.

**The fabricated FMLA withdrawal letter** filed with their agency from an Ogltree Deakins attorney on August 24, 2018. That Velocity and Ogltree Deakins claimed and was an FMLA complaint filed on May 22, 2018 that was actually a **"thank-you Letter"** from the plaintiff Garrison Jones to the agency for providing direction and options on proceeding in a federal lawsuit and in no way was considered a FMLA complaint by the US Department of Labor.

- 8 -

August 16, 2018

U.S. Department of Labor
Wage and Hour Division
219 S Dearborn
Wheaton, Illinois 60187

    Re:   DOL Complaint

To Whom It May Concern:

Please accept this letter as my request to withdraw my DOL Complaint, dated May 22, 2018, which I have attached to this letter. The Parties have entered into a settlement agreement that fully resolves the concerns and allegations raised in my Complaint. Your prompt and responsible attention to processing this permanent withdrawal is greatly appreciated.

Sincerely,

Garrison Jones

34314971.1

- 9 -

# The false fabricated FMLA complaint made up by Ogltree Deakins and Velocity dated May 22, 2018 that was attached to this "withdrawal letter"

May 22, 2018

Mr. Garrison Jones
705 West Liberty Drive
Wheaton, Illinois 60187

U.S. Department of Labor
Wage and Hour Division
219 S Dearborn
Chicago, Illinois 60607

Re: Formal FMLA Complaint against Velocity Technology solutions

Dear Sir

Thank you for your direction in handling this complaint. I understand that I do not need to file a formal compliant and can proceed directly to addressing this issue in federal court, however I want to have this on record with your agency as my initial starting point

Separately will be bullet points of my complaint against Velocity. My biggest concern is I sense they are going to try to use FMLA to terminate me for the second time with false claims of non-compliance with FMLA.

I have included as attachments with this letter several emails to support my complaint. One email in particular shows the two dates we discussed related to acknowledgement of the medical condition and my email to Velocity in Jan 2018 showing that they were too busy retaliating against me for filing the discrimination complaint that they dropped the ball on FMLA. Again, I never had a conversation with anyone from VTS or an email that remotely explained the provisions of FMLA. In addition despite what she claims in the email, Shauna Coleman, Human Resource Director, never mailed anything to my home regarding FMLA.

As the same in my email, this letter and my upcoming lawsuit against Velocity, from the time of my illness to the time they provided me with any FMLA information (Incorrect on all counts) 66 (sixty – Six) days had elapsed. Per the notifications and requirements, this was supposed to occur in five business days and it did not.

There were no extenuating circumstances on why they did not do it except as I stated in my email they were busy fiercely retaliating against me.

In addition to the emails is the actual Notice of eligibility form filled out by Shauna Coleman, Human Resource director that clearly shows 2 dates

1. February 20, 2018 ( my one year anniversary of my hire)
2. The original date of my injury November 18, 2017) please note the actual date was Nov. 17, 2017 I was admitted to hospital on Nov. 18, 2018.

In this document, she again states that I "requested FMLA" and per the 3rd email sent to you, "I clearly say, "I did not"

- 10 -

**Exhibit – 3**
**FOIA letter dated June 8, 2021**

Letter dated June 8, 2021 in response to FOIA request of all inquiries, documents, letters and or complaints from and to Velocity and Ogltree Deakins from January 2017 to the present date.

This request was specifically put in to confirm that Velocity and Ogltree Deakins intentionally omitted the fabricated FMLA complaint/charge number from the agreement document that was filed by then on July 2018 from the document.

As illustrated here.  The fabricated FMLA complaint/charge was the only one without a complaint or charge number and that was done so it would not alert the plaintiff of the criminal false FMLA charge /complaint they filed impersonating him on July 19, 2018.

WHEREAS, a dispute exists regarding Jones' employment with the Company and the ending thereof effective August 16, 2018, including the allegations and claims that were made or that could have been made in Equal Employment Opportunity Commission Charge Nos. 440-2018-05157, 35A-2018-00231, and 540-2018-001834, Arizona Civil Rights Division Charge No. P18-0058, Illinois Department of Labor Charge No. 18P-095, and the FMLA charge filed with the United States Department of Labor, (collectively, the "Charges"), and the lawsuit filed in United States District Court Northern District of Illinois titled *Jones v. Velocity Technology Solutions, Inc., et al.*, No. 1:18-cv-03288  (the "Lawsuit").

In addition, they intentionally hid it amongst legitimate release documents and by deception intentionally hid the content of the documents and quickly shifted them away after each signature to gain the plaintiffs signature.

- 11 -

There was not FMLA complaint in the files on the US DOL filed on May 22, 2018. It was all manufactured and fabricated evidence on the part of Velocity and Ogltree Deakins.

The first and only appearance of this fabricated FMLA complaint came when it was received with a letter from Ogltree Deakins attorney on August 24, 2018.  No such record of an FMLA complaint existed in the WHISARD system and still does not exist **as it was never assigned a complaint and or customer ID number as the Thank-you letter was never determined to be a complaint**.

This is heinously the criminal intent by Velocity and Ogltree Deakins to force others to believe and transform a thank –you letter into something that is not and to gain an fabricated advantage by claiming it was something else and that no one would take the time to fact check it or any other communication to find the truth.

They never in their wildest dreams ever thought that anyone would find out that **they falsely fabricated not one but two false fabricated FMLA complaints** in addition they also  fabricated withdrawal and release letter then sent all of these documents to the US Department of Labor to in their minds benefit their client Velocity for the termination of the plaintiff Garrison Jones unlawfully while on approved FMLA medical leave and in the process committed 4 different federal felonies against the federal government of the United States in the process.