UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>VELOCITY TECHNOLOGY SOLUTIONS,<br><br>    Defendant. | No. 2:19-cv-02374-KJM-JDP (PS)<br><br>ORDER STRIKING MOTION FOR SANCTIONS<br><br>ECF No. 74 |

    Plaintiff seeks sanctions against defendant and its counsel for submitting to this court allegedly fabricated FMLA complaints and release letters. ECF No. 74. Plaintiff's motion for sanctions is unsigned and so must be struck. *See* Fed. R. Civ. P. 11(a). Should plaintiff seek to refile a motion for sanctions, he must sign his motion, follow the notification procedure in Rule 11, and explain why sanctions are appropriate. Plaintiff's motion "must describe the specific conduct that allegedly violates Rule 11(b)." Fed. R. Civ. P. 11(c)(2). Plaintiff must serve the motion, but should not file it with "the court if the challenged paper, claim, defense, contention, or denial is withdrawn or appropriately corrected within 21 days." *Id.*

    Accordingly, the court strikes plaintiff's motion for sanctions, ECF No. 74. The hearing on this matter, set for August 19, 2021, is vacated.

IT IS SO ORDERED.

Dated: <u>  July 21, 2021  </u>            /s/ Jeremy Peterson
                                          JEREMY D. PETERSON
                                          UNITED STATES MAGISTRATE JUDGE