UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON JONES,<br><br>        Plaintiff,<br><br>    v.<br><br>VELOCITY TECHNOLOGY SOLUTIONS,<br><br>        Defendant. | No. 2:19-cv-02374-KJM-JDP (PS)<br><br>ORDER DENYING MOTION TO COMPEL<br><br>ECF No. 42 |

Plaintiff moves to compel defendant "to produce documents identified as they claim in the complaint from Northern Illinois and indicate the document and line number where the FMLA allegation and claim exist." ECF No. 42 at 1-2. Plaintiff has not indicated that he has met and conferred with defendant's counsel before filing this motion. *See* Fed. R. Civ. P. 37(a)(1). Further, plaintiff does not indicate that he served any discovery requests that have gone unanswered. *See* Fed. R. Civ. P. 37(a)(3). Thus, plaintiff's motion to compel, ECF No. 42, is denied.

IT IS SO ORDERED.

Dated:    July 21, 2021                                                  
                                                                      JEREMY D. PETERSON
                                                                      UNITED STATES MAGISTRATE JUDGE