UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON JONES,<br><br>                    Plaintiff,<br><br>        v.<br><br>VELOCITY TECHNOLOGY SOLUTIONS,<br><br>                    Defendant. | ORDER STRIKING AMENDED DEMAND FOR JURY TRIAL<br><br>ECF No. 80 |

Plaintiff inadvertently included his social security number on the amended demand for jury trial. ECF No. 80. To protect plaintiff's privacy, the court strikes this document from the record. Should plaintiff wish to refile this document, he must redact that information in accordance with Local Rule 140(a).

IT IS SO ORDERED.

Dated:    August 2, 2021                    _____
                                            JEREMY D. PETERSON
                                            UNITED STATES MAGISTRATE JUDGE