1 | ANTHONY J. DECRISTOFORO, SBN 166171
anthony.decristoforo@ogletree.com
2 | PAUL M. SMITH, SBN 306644
paul.smith@ogletree.com
3 | OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
4 | 500 Capitol Mall, Suite 2500
Sacramento, CA 95814
5 | Telephone: 916-840-3150
Facsimile: 916-840-3159
6
7 | Attorneys for Defendant VELOCITY TECHNOLOGY SOLUTIONS, INC.
8

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| GARRISON JONES, | Case No. 2:19-cv-02374-KJM-JDP |
|---|---|
| Plaintiff, | **DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| VELOCITY TECHNOLOGY SOLUTIONS, INC.; SHAUNA COLEMAN, individually and as H.R. Director of Velocity Technology Solutions; CHRIS HELLER, individually and as General Counsel of Velocity Technology Solutions; STEVEN KLOEBLEN, individually and as CEO of Velocity Technology Solutions; MICHAEL BALDWIN, individually and as an employee of Velocity Technology Solutions. | [Filed Concurrently with Memorandum of Points and Authorities; Separate Statement of Undisputed Facts; Request for Judicial Notice; Declaration of Jennifer Colvin] |
| | DATE: September 16, 2021<br>TIME: 10:00 AM<br>LOCATION: Courtroom 9, 13th Floor<br>501 I Street<br>Sacramento, CA 95814 |
| Defendants. | Complaint Filed: November 25, 2019<br>Trial Date: None Set<br>Magistrate Judge: Hon. Jeremy D. Peterson<br>District Judge: Hon. Kimberly J. Mueller |

**TO PLAINTIFF GARRISON JONES:**

**PLEASE TAKE NOTICE** that on September 16, 2021 at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 9 on the 13th floor of this Court, located at 501 I Street, Sacramento, California, 95814, the Honorable Jeremy D. Petersen presiding, or by other remote means at the Court's direction, Defendant Velocity Technology Solutions, Inc. ("Velocity") will

and hereby does move for an order granting Defendant's Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 260 of the Eastern District of California.

This Motion is made on the grounds that Defendant is entitled to summary judgment as a matter of law on Defendant's Seventh Affirmative Defense: Release.  Plaintiff Garrison Jones ("Plaintiff") previously released the claims at issue in this action and therefore summary judgment must be granted.

DATED:  August 13, 2021

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.


By:  */s/ Anthony J. DeCristoforo*
Anthony J. DeCristoforo
Paul M. Smith

Attorneys for Defendant VELOCITY TECHNOLOGY SOLUTIONS, INC.

48032830.1