ANTHONY J. DECRISTOFORO, SBN 166171
anthony.decristoforo@ogletree.com
PAUL M. SMITH, SBN 306644
paul.smith@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA  95814
Telephone:    916-840-3150
Facsimile:     916-840-3159

Attorneys for Defendant
VELOCITY TECHNOLOGY
SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON JONES, <br><br> Plaintiff, <br><br> v. <br><br> VELOCITY TECHNOLOGY SOLUTIONS, INC.; SHAUNA COLEMAN, individually and as H.R. Director of Velocity Technology Solutions; CHRIS HELLER, individually and as General Counsel of Velocity Technology Solutions; STEVEN KLOEBLEN, individually and as CEO of Velocity Technology Solutions; MICHAEL BALDWIN, individually and as an employee of Velocity Technology Solutions. <br><br> Defendants. | Case No. 2:19-cv-02374-KJM-JDP <br><br> **DEFENDANT'S SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** <br><br> [Filed Concurrently with Notice of Motion for Summary Judgment; Memorandum of Points and Authorities; Request for Judicial Notice; Declaration of Jennifer Colvin] <br><br> **DATE:**       **September 16, 2021** <br> **TIME:**        **10:00 AM** <br> **LOCATION:   Courtroom 9, 13th Floor** <br>                              **501 I Street** <br>                              **Sacramento, CA 95814** <br><br> Complaint Filed:  November 25, 2019 <br> Trial Date:             None Set <br> Magistrate Judge: Hon. Jeremy D. Peterson <br> District Judge:      Hon. Kimberly J. Mueller |

**TO PLAINTIFF GARRISON JONES:**

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 260(a) of the Eastern District of California, Defendant Velocity Technology Solutions, Inc. ("Velocity") hereby submits the following Statement of Undisputed Facts and supporting evidence in support of its Motion for Summary Judgment.

# DEFENDANT'S SEPARATE STATEMENT OF UNDISPUTED FACTS AND SUPPORTING EVIDENCE

| | **Defendant's Undisputed Facts and Supporting Evidence** | **Plaintiff's Response in Rebuttal** |
|---|---|---|
| 1. | On August 16, 2018, Garrison Jones and Velocity entered into a Confidential Negotiated Settlement Agreement to resolve the matter of *Garrison Jones v. Velocity Technology Solutions, et al.*, Case No. 1:18-cv-03288 in the Northern District of Illinois.<br><br>Declaration of Jennifer Colvin in support of Defendant's Motion for Summary Judgment ¶ 2-3, **Exhibit 1**. | |
| 2. | The Settlement Agreement provides:<br><br>"To the fullest extent legally permissible, Jones knowingly and voluntarily releases, relinquishes, waives, and forever discharges the Company… from all known and unknown causes of action, claims, allegations, liabilities, losses, and damages of any kind Jones has alleged, brought or sought or could allege, bring or seek against Released Parties as of and including the date this Agreement is executed by Jones, including those based on additional or later discovered facts, circumstances, information, claims, causes of action, or theories.  This Agreement does not, however, apply to any claim that cannot be released as a matter of law including those that arise after Jones signs this Agreement.<br><br>Potential claims against the Released Parties that Jones is releasing, include, but are not limited to, any claims: (a) arising out of or based on Jones's employment with the Company and/or his resignation thereof; (b) arising under the Company's policies, plans, or practices, including those regarding promotion, compensation, overtime pay, commissions, vacation pay, bonuses, expenses, or benefits; (c) based in tort, contract, or equity… (d) for harassment, discrimination, retaliation or violation of public policy; (e) for violation of state or federal common law or statutory law including all claims arising under Title VII of the Civil Rights Act of | |

| | |
|---|---|
| 1964…the Family and Medical Leave Act… the Age Discrimination in Employment Act, the Older Workers Benefit and Protection Act, the Equal Pay Act… and other federal, state, or local laws relating to employment or separation from employment or benefits associated with employment; and (f) for emotional distress, mental anguish, humiliation, or personal injury."<br><br>Declaration of Jennifer Colvin in support of Defendant's Motion for Summary Judgment ¶ 3 **Exhibit 1**. | |

DATED:  August 13, 2021            OGLETREE, DEAKINS, NASH,
                                   SMOAK & STEWART, P.C.


                                   By:  */s/ Anthony J. DeCristoforo*
                                        Anthony J. DeCristoforo
                                        Paul M. Smith

                                        Attorneys for Defendant VELOCITY
                                        TECHNOLOGY SOLUTIONS, INC.

44914614.1