ANTHONY J. DECRISTOFORO, SBN 166171
anthony.decristoforo@ogletree.com
PAUL M. SMITH, SBN 306644
paul.smith@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA  95814
Telephone:     916-840-3150
Facsimile:      916-840-3159

Attorneys for Defendant
VELOCITY TECHNOLOGY
SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>VELOCITY TECHNOLOGY SOLUTIONS, INC.; SHAUNA COLEMAN, individually and as H.R. Director of Velocity Technology Solutions; CHRIS HELLER, individually and as General Counsel of Velocity Technology Solutions; STEVEN KLOEBLEN, individually and as CEO of Velocity Technology Solutions; MICHAEL BALDWIN, individually and as an employee of Velocity Technology Solutions.<br><br>    Defendants. | Case No. 2:19-cv-02374-KJM-JDP<br><br>**DECLARATION OF JENNIFER COLVIN IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>[Filed Concurrently with Notice of Motion for Summary Judgment; Memorandum of Points and Authorities; Separate Statement of Undisputed Facts; Request for Judicial Notice]<br><br>DATE:            September 16, 2021<br>TIME:            10:00 AM<br>LOCATION:   Courtroom 9, 13th Floor<br>                          501 I Street<br>                          Sacramento, CA 95814<br><br>Complaint Filed: November 25, 2019<br>Trial Date:          None Set<br>Magistrate Judge: Hon. Jeremy D. Peterson<br>District Judge:     Hon. Kimberly J. Mueller |

I, Jennifer Colvin, hereby state and declare as follows:

1.    I am an attorney with the law firm Ogletree, Deakins, Nash, Smoak & Stewart, P.C. I am providing this declaration based on personal knowledge.  If called as a witness, I could and would competently testify to the following statements.

2.    On August 16, 2018, I met in person with Garrison Jones in the Chicago office of Ogletree Deakins.  The purpose of this meeting was for Mr. Jones to sign a settlement agreement

48083695_1.docx

resolving the matter of *Garrison Jones v. Velocity Technology Solutions, et al.*, Case No. 1:18-cv-03288 in the United States District Court for the Northern District of Illinois.

3. Prior to signing the settlement agreement, Mr. Jones asked to be shown the settlement checks issued to him. After reviewing the settlement checks, Mr. Jones signed the settlement agreement and accepted the settlement checks. Attached hereto as **Exhibit 1** to my declaration is a true and correct copy of the settlement agreement that I presented to Mr. Jones and which he signed during our meeting, and which was subsequently counter-signed by a representative of Velocity Technology Solutions.

I declare under the penalty of perjury under the laws of the United States and the State of California that the foregoing statements are true and correct.

Executed this 12th day of August 2021 at Chicago, Illinois.

By: _____

JENNIFER COLVIN

48083695.1