ANTHONY J. DECRISTOFORO, SBN 166171
anthony.decristoforo@ogletree.com
PAUL M. SMITH, SBN 306644
paul.smith@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA  95814
Telephone:     916-840-3150
Facsimile:      916-840-3159

Attorneys for Defendant
VELOCITY TECHNOLOGY
SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON JONES,<br><br>        Plaintiff,<br><br>    v.<br><br>VELOCITY TECHNOLOGY SOLUTIONS, INC.; SHAUNA COLEMAN, individually and as H.R. Director of Velocity Technology Solutions; CHRIS HELLER, individually and as General Counsel of Velocity Technology Solutions; STEVEN KLOEBLEN, individually and as CEO of Velocity Technology Solutions; MICHAEL BALDWIN, individually and as an employee of Velocity Technology Solutions.<br><br>        Defendants. | Case No. 2:19-cv-02374-KJM-JDP<br><br>**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>[Filed Concurrently with Notice of Motion for Summary Judgment; Memorandum of Points and Authorities; Separate Statement of Undisputed Facts; Declaration of Jennifer Colvin]<br><br>**DATE:         September 16, 2021**<br>**TIME:         10:00 AM**<br>**LOCATION:  Courtroom 9, 13th Floor**<br>**                         501 I Street**<br>**                         Sacramento, CA 95814**<br><br>Complaint Filed: November 25, 2019<br>Trial Date:          None Set<br>Magistrate Judge: Hon. Jeremy D. Peterson<br>District Judge:    Hon. Kimberly J. Mueller |

**TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF GARRISON JONES:**

**PLEASE TAKE NOTICE** that, pursuant to Rule 201 subdivision (b) of the Federal Rules of Evidence, Defendant Velocity Technology Solutions, Inc. ("Velocity") files this Request for Judicial Notice in Support of Defendant's Motion for Summary Judgment.  Velocity requests that

48034017_1.docx

1                    Case No. 2:19-cv-02374-KJM-JDP
DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

this Court take judicial notice of the below-referenced records in the matter of *Garrison Jones v. Velocity Technology Solutions, et al.*, Case No. 1:18-cv-03288 in the United States District Court for the Northern District of Illinois on the grounds that this record is generally known within the Court's territorial jurisdiction and can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned:

| EXHIBIT | DESCRIPTION |
|---|---|
| A. | United States District Court for the Northern District of Illinois<br>Case No. 1:18-cv-03288<br>*Garrison Jones v. Velocity Technology Solutions, et al.*<br>DOC 1 – COMPLAINT<br>Dated May 8, 2018 |
| B. | United States District Court for the Northern District of Illinois<br>Case No. 1:18-cv-03288<br>*Garrison Jones v. Velocity Technology Solutions, et al.*<br>DOC 10 – STIPULATION FOR VOLUNTARY DISMISSAL<br>Dated August 16, 2018 |

Rule 201(b) of the Federal Rules of Evidence states that a "judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."  Federal courts may "take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue."  *U.S. v. Black*, 482 F.3d 1035, 1041 (9th Cir. 2007) (internal citations and quotations omitted).  This includes cases involving the same parties in different jurisdictions. *Schulze v. F.B.I.*, 2010 WL 2902518 at *1 (E.D. Cal. 2010) (taking judicial notice of related cases arising from the Ninth Circuit Court of Appeals and the United States District Court for the District of Hawaii).

////

For the foregoing reasons, Velocity respectfully requests that this Court take judicial notice of <u>Exhibits A and B</u> to Defendant's Motion for Summary Judgment attached hereto.

DATED:  August 13, 2021               OGLETREE, DEAKINS, NASH,
                                      SMOAK & STEWART, P.C.


                                      By:  <u>*/s/ Anthony J. DeCristoforo*</u>
                                           Anthony J. DeCristoforo
                                           Paul M. Smith

                                      Attorneys for Defendant VELOCITY
                                      TECHNOLOGY SOLUTIONS, INC.

48034017.1