Garrison Jones
Plaintiff (Pro Se)
P.O. Box 188911
Sacramento, California 95818
garrison.jones@outlook.com




## U.S. DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARRISON JONES**<br>**Plaintiff,**<br>v.<br>**VELOCITY TECHNOLOGY SOLUTIONS LLC et al**<br>**Defendants.** | Case No.: 2:19-cv-02374 KJM-JDP<br><br>**JURY TRIAL DEMANDED**<br><br>Action filed: Nov 25, 2019<br>Date set for trial: NONE |

## KNOWLEDGE OF TERMINATION

### Introduction

So here is an HR Director of a so called major organization who is the ultimate person in the organization who based on evidence and has the final decision if and when an employee is terminated and has to be informed if an employee is being recommended to be terminated and she is involved in the cover-up of the termination of the plaintiff but other senior executives have been informed by the Director of HR, Shauna Coleman, the same person, yet when she has communication with the plaintiff, she claims he is still employed, receiving benefits, to the best of our knowledge you remain a Velocity employee.

Here is the highest ranking HR person in the organization who should know if an employee has been terminated or still employed claiming "**to the best of our knowledge**" as if she does not know. Or offer any testimony or evidence that the plaintiff is still employed or has been terminated.

But still at the advice of Velocity attorney Ogltree Deakins will not appear in court for a hearing they registered for to attend in court.

At the same time when there is a hearing on whether he is still employed or terminated she contacts the Arizona court of Appeals twice with the attorneys from Ogltree Deakins on June 21, 2018 and they present evidence ex-parte, the same pre-printed document every employer gets and their response is he is still employed, yet neither the HR Director or the attorneys from Ogltree Deakins appear in court the next day for the appeal hearing the next day.

**In fact the HR director, contacts the court of appeals and clearly states she will not attend the hearing.**

| Date/Time | Description | |
|---|---|---|
| 06/22/2018 11:18:21 AM | T/C FRM THE CLT WANTING TO KNW WHAT WAS GOING ON W/ THE HRG, CHECKED C2T THE HRG WAS IN PROGRESS. | IA |
| 06/22/2018 9:26:07 AM | T/C FRM THE CLT RE; THE REG IN C2T. PROVIDED TO THE CLT THE REG WAS ENTERED CORRECTLY. THE ALJ WILL BE PLACING THE CALL TO HIM. | IA |
| 06/21/2018 1:29:26 PM | 6/21 RECVD CALL FROM ER WHO CHOOSES NOT BE ATTENDING HEARING, SHAWNA COLEMAN 704-357-7721 | JC |
| | U-1595392-001-OA | |

> However, a few weeks prior she communicates that the plaintiff has not been terminated but won't come to court at the advice of her attorneys in support of this cover-up and false statement. Next even still, Velocity finds out the plaintiff has returned to work for another organization.

They want us to believe they had nothing to do with it being filed against the plaintiff and the reason for the fraud charge was because he answered no to a question on the certification form.

**Here he is an employee of a California organization, Prime Healthcare, working out of one of their facilities in Bloomington Indiana as a corporate employee** and this was done because they knew of his recent stroke and they accommodated for this to reduce his travel scheduled so he could travel to locations in the eastern part of the country to facilities they own.

The someone they claim other than Velocity contacts AZDES in the state of Arizona, after they lost the appeal hearing claiming he was committing unemployment fraud by working and collecting unemployment benefits they were charged with after they lost the appeal and the only organization with a vested interest to do and stop paying **is Velocity.**

**They want this court to think it was not Velocity who contacted AZDES and made this false claim of unemployment fraud.**

- 3 -

**However, now their attorney claims that the fraud claim was because the plaintiff answered no to a question.**

**Please who else could it have been?**
**This was done by someone who knew all the issues of the termination of the plaintiff and someone with the knowledge to go back to the state of Arizona and specifically to the AZDES and report it.**

**There is no other someone other than Velocity who did this.**
**Who knew about unemployment in Arizona – Velocity?**
**Who lost every single appeal in the Arizona Court of Appeals – Velocity?**

**Who had the intent and motivation to do this - Velocity?**

In addition, the documents received by the plaintiff before the hearing confirms this as the notice of fraud clearly states **"We received information"** and they were directed straight to the state, the hospital and the organization the plaintiff was working at.

Stalking and doing everything they can to disrupt his life in to who did not report any of this to AZDES or any other state or federal agency.
Only Velocity and Ogltree had the motivation to do this.

- 4 -

The final decision is they failed and still had to pay. And the fraud complaint was changed to NON-FRAUD.

Respectfully submitted,
Dated: SEPTEMBER 20, 2021

**Garrison Jones Plaintiff** (Pro Se
P.O. Box 188911
Sacramento, California 95818

garrison.jones@outlook.com

| | | |
|---|---|---|
| 06/22/2018 11:16:21 AM | T/C FRM THE CLT WANTING TO KNW WHAT WAS GOING ON W/ THE HRG, CHECKED C2T THE HRG WAS IN PROGRESS. | IA |
| 06/22/2018 9:26:07 AM | T/C FRM THE CLT RE; THE REG IN C2T. PROVIDED TO THE CLT THE REG WAS ENTERED CORRECTLY. THE ALJ WILL BE PLACING THE CALL TO HIM. | IA |
| 06/21/2018 1:29:26 PM | 6/21 RECVD CALL FROM ER WHO CHOOSES NOT BE ATTENDING HEARING, SHAWNA COLEMAN 704-357-7721 | JC |
| | U-1595392-001-OA | |

## CERTIFICATE OF SERVICE

- 5 -

**I hereby certify** that on this September 20, 2021 a copy of the forgoing [~~Opposition to deny defendant motion for summary judgement~~] was mailed, USPS to defendants on September 20, 2021




**From:** Shauna Coleman <shauna.coleman@velocitycloud.com>
**Sent:** Tuesday, May 15, 2018 5:59:10 PM
**To:** Garrison Jones
**Subject:** Re: FMLA - Garrison Jones

Good Afternoon Garrison,

We have repeatedly informed you that your employment has not been terminated by Velocity. To our knowledge, you remain an employee on leave which is why you are continuing to receive medical, vision, dental, FSA, LTD, STD, basic life insurance, and AD&D benefits from Velocity. If you have decided to end your employment, please let us know the effective date of your resignation.
If you have not resigned, you have exhausted your FMLA leave as of today, May 15, 2018. You have indicated that you have a doctor's appointment on May 20, so please promptly provide us documentation from your healthcare provider regarding your ability to return to work, and any restrictions or potential accommodations you may have or would like to discuss after that appointment.

Please let me know if you have any questions and we look forward to continuing to work with you throughout this process. Thank you for your time and responsible attention to these important matters.

Thank you,

Shauna Coleman | Director, Human Resources | Velocity Technology Solutions, Inc.

o 704.357.7721 | m 845.282.6955| f 703.935.1269 | velocitycloud.com

EX-2

PRIME HEALTHCARE SERVICES MONR
4011 S MONROE MEDICAL BLVD
BLOOMINGTON
BLOOMINGTON, IN 47403 - 4740

RECEIVED
AUG 2 3 2018
IMAGING / JC

Date: 08/01/2018
Re: GARRISON JONES
SSN: 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

**Employer Instructions**

This is an Unemployment Insurance (UI) Audit. Our Department received information that your agency/company recently hired/rehired the above referenced individual. The purpose of this questionnaire is to detect incorrect or fraudulent UI claims by ensuring that the worker did not claim benefits to which they were not entitled. You now have the option to receive this notice and/or provide the response electronically. Please visit our website at www.AZUITAX.com for additional information and to sign up for these services.

WE RECEIVED

Unemployment Insurance Program
Benefit Payment Control, Mail Drop 5893
P.O. Box 29225, Phoenix, Arizona 85038-9225
Telephone: 602-364-4300
Fax: 602-364-1211 or 602-364-1213

602-

ARIZONA DEPARTMENT OF ECONOMIC SECURITY
Workforce Administration

**DETERMINATION OF OVERPAYMENT FRAUDULENT**

GARRISON JONES
PO BOX 1751
Attn: BIRTE
SACRAMENTO, CA 95812-1751

Appeal Request
Not Fraud

Date: 10/01/2019
Claimant ID: 0014164237

As a general rule, of course, **a party's pleadings are admissible as admissions**, either judicial or evidentiary, as to the facts alleged in that pleading.

Ex-3

 **Prime Healthcare Management, Inc.**

September 20, 2019



Garrison Jones,

We received your September 16, 2019 email regarding your personnel information and/or records being released to the Arizona Department of Economic Security (AZDES) without your authorization. We have investigated this allegation and are writing to inform you that Monroe Hospital has not provided AZDES personnel information or records relating to your employment with Monroe Hospital to AZDES, or any other state agency. We have also confirmed that Prime Healthcare Services, Inc. ("Corporate") did not provide AZDES or the Indiana State Department of Work Force Development with your personnel information or records.

On or about September 12, 2019 Monroe Hospital received a call from the Indiana State Department of Work Force Development to request a report on your 2018 quarter 2 earnings with Monroe Hospital. State unemployment agencies are entitled to and frequently do request earnings information from current employers. However, you had no 2018 quarter 2 earnings to report and, such, no earnings information was released.

If you have any questions or concerns regarding the aforementioned information, please feel free to reach out to me at DKoon@primehealthcare.com

Respectfully,

Corporate HR Manager
Prime Healthcare Management, Inc.