UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON JONES, | Case No. 2:19-cv-02374-KJM-JDP (PS) |
| Plaintiff, | ORDER DENYING WITHOUT PREJUDICE MOTIONS FOR SUMMARY JUDGMENT, |
| v. | TO STRIKE AFFIRMATIVE DEFENSES, AND TO PRESENT EVIDENCE |
| VELOCITY TECHNOLOGY SOLUTIONS, *et al.*, | ECF Nos. 82, 83, 89, 100, 103 |
| Defendants. | |

On September 28, 2021, the court dismissed plaintiff's complaint with leave to amend. ECF No. 98. At this time, there are no claims. Thus, the pending motions for summary judgment and motion to strike affirmative defenses were rendered moot. ECF Nos. 82, 83, 89. Additionally, plaintiff has since filed two motions seeking to present evidence related to the moot motions for summary judgment. ECF Nos. 100, 103. These motions are all rendered moot without any active claims and denied without prejudice. ECF Nos. 82, 83, 89, 100, 103.

IT IS SO ORDERED.

Dated:    October 7, 2021    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE