ANTHONY J. DECRISTOFORO, SBN 166171
anthony.decristoforo@ogletree.com
PAUL M. SMITH, SBN 306644
paul.smith@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA  95814
Telephone:     916-840-3150
Facsimile:      916-840-3159

Attorneys for Defendant VELOCITY TECHNOLOGY SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON JONES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VELOCITY TECHNOLOGY SOLUTIONS, INC.; et al.,<br><br>　　　　Defendants. | Case No. 2:19-cv-02374-KJM-JDP<br><br>**CERTIFICATE OF SERVICE**<br><br>DATE:　　　　December 16, 2021<br>TIME:　　　　10:00 AM<br>LOCATION:　Courtroom 9, 13th Floor<br>　　　　　　　501 I Street<br>　　　　　　　Sacramento, CA 95814<br><br>Complaint Filed: November 25, 2019<br>Trial Date:　　　None Set<br>Magistrate Judge: Hon. Jeremy D. Peterson<br>District Judge:　 Hon. Kimberly J. Mueller |

　　　　I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made.  At all times herein mentioned I have been employed in the County of Sacramento in the office of a member of the bar of this court at whose direction the service was made.  My business address is 500 Capitol Mall, Suite 2500, Sacramento, CA 95814.

　　　　On November 12, 2021, I served the following document(s) on the attached service list:

**DEFENDANT VELOCITY TECHNOLOGY SOLUTIONS, INC.'S MOTION TO DISMISS PURSUANT TO FRCP 41(B) AND 12(B)(6)**

**[X]**　　with the Clerk of the United States District Court of Eastern District of California, using the CM/ECF System.  The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

Garrison Jones                                              *Plaintiff in Pro Per*
P.O. Box 188911
Sacramento, CA 95818

**[X]     BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒     **(Federal)**     I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on November 12, 2021, at Sacramento, California.

_____
MARIA DAVIS