**FILED**

JAN 2 0 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Garrison Jones
Plaintiff (Pro Se)
P.O. Box 188911
Sacramento, California 95818
garrison.jones@outlook.com

## U.S. DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**GARRISON JONES**

          **Plaintiff,**

   **V.**

**VELOCITY TECHNOLOGY
SOLUTIONS LLC et al
          Defendants.**

Case  2:19-cv-02374 KJM-JDP

**JURY TRIAL
DEMANDED**

Action filed:  Nov 25, 2019

Date set for trial: NONE

## Plaintiff Third Opposition to Motion to Dismiss
## With Prejudice in its entirety
## Tampering with evidence federal proceeding

### Introduction

The court must deny and dismiss the defendants motion Document 109 in its entirety.
The defendants have lied to this court, committed fraud and forged documents to this
court from their initial appearance.  Now this is not simply making obvious
misrepresentations he is tampering, altering and manipulating evidence changing it
into from what it was categorized by AZDES into a fabrication of the termination of
plaintiff Garrison Jones.

- 1 -

In addition, counsel is tampering with evidence for the second time by claiming an event that happened outside the 12 week FMLA entitlement and adding that plaintiff must prove in his mind "a causal connection" to a claim of retaliation that does not exist.

The court has in a bias manner directed at warned plaintiff many times, yet here is the defendants and their attorneys, tampering with evidence and he law by adding a criteria to prove his termination for a retaliation claim he has never made.

Plaintiff Garrison Jones has never made a FMLA retaliation claim bit now counsel is trying to trick him and this court into wasting his time and resources of this court to prove a causal connection to his lies when it is not required and mandated by the law or The USDOL.

Yet he again goes into great detail also adding a quote from a precedent to make it appear his argument is authentic.

**He is basically making a TWO faced argument and approach and he is lying**

Out of one lying face he is saying there is one and only one claim of interference and out the other lying face he is saying it also must include proof of casual connection and in after over a 3 year period where they have stalled this case for over 7 months by avoiding its existence and a 10 month gap of no response now he thinks he can by tampering with evidence add a retaliation element to the criteria when he is at the same time claiming termination did not occur.

**This guy is the worst serial liar I have ever seen**.

Then attempting to misdirect the courts attention into making the court believe an event where the dates clearly show it occurred in January and is not a FMLA complaint occurred in the fashion that in his mind proves termination of plaintiff did not occur.

Also directing the court attention again away from the criminal element of his motion.

This again is a so called officer of the court with the intent and in clear view in a pending federal litigation proceeding **tampering with evidence and fraud upon the court to do anything to get a ruling in favor of a guilty defendant**.

This is the 9th such fraud upon the court has not been addressed by this court.

It will continue because defendants and their counsel from Ogltree Deakins think they can continue to do this with impunity with no repercussions of their actions.

Instead of taking a snapshot then cut and past the exhibit, instead he has the specific intent to tamper with the evidence, alter it to and by altering the exhibit from its original form into an the exhibit to make it appear it is and was the plaintiff making these statements/allegations to AZDES on May 4, 2018 about his termination and it was Velocity making the statements claiming he was physically unable to work because he was on approved FMLA medical leave.

AZDES categorized this false claim by Velocity as **"inability to work"**.

Yet Ogltree Deakins attorney decristoforo, anthony j has tampered with, manipulated and altered the evidence and the wording from the exhibit into **in his mind unambiguous proof of non-termination and continues to commit fraud upon this court**.

- 3 -

**General Adjudication**

UB-098          Claimant SSN:  561 56 1008 0

Issue:  Able                                         Base Period Separation:  No

Basis:
ABILITY TO WORK

BPR:
R6-3-52235.A

Reasoning and Conclusion:
SEE UB 100

Additional Text:

CLMT WRITTEN STATEMENT:
UB436 SENT ON 4/19/18 DUE BACK ON 4/24/18
SEE UB-436R IN ONBASE RECD 5/2/18

CLMT CALL: ON 5-4-18 AT 11:22AM PHN: 916-870-4960, LEFT MESSAGE TO RESPOND BY 5-8-18 BY 11:24AM AND ADVISED OF CONSEQUENCES.

CLAIMANT RETURNED CALL ON 5-7-18 AT 1:53PM PHN: 916-870-4960, T/C WITH CLAIMANT:

CLMT STATES HE HAD A STROKE IN NOVEMBER OF 2017. CLMT IS STILL UNDER DOCTORS CARE UNTIL 5/15/18.

This again is another proof of impersonation of plaintiff as stated time and time again, plaintiff had no knowledge of the contact with AZDES by Velocity and could not have returned a call to AZDES on May 7, 2018.

It is completely illogical for him to have contacted AZDES on May 7, 2018 then over a year later after uncovering this false claim by Velocity appeal the decision and have it reversed by the Arizona Court of Appeals in his favor.

It is no more than a scam and conspiracy by Velocity and Ogltree Deakins where they make a false complaint only they know about, then impersonate plaintiff by contacting the same agency to confirm all the false allegations.

- 4 -

**General Adjudication**

UB-098          Claimant SSN:  361 56 1008 0

Issue:  Able

Basis:
ABILITY TO WORK

BPR:
R6-3-52235.A.

Reasoning and Conclusion:
SEE UB 100

Base Period Separation: No

Additional Text:

CLMT WRITTEN STATEMENT:
UB436 SENT ON 4/19/18 DUE BACK ON 4/24/18
SEE UB-436R IN ONBASE RECD 5/2/18

CLMT CALL: ON 5-4-18 AT 11:22AM PHN: 916-870-4960, LEFT MESSAGE TO RESPOND BY 5-8-18 BY 11:24AM AND ADVISED
OF CONSEQUENCES

CLAIMANT RETURNED CALL ON 5-7-18 AT 1.53PM PHN: 916-870-4960, T/C WITH CLAIMANT:

CLMT STATES HE HAD A STROKE IN NOVEMBER OF 2017. CLMT IS STILL UNDER DOCTORS CARE UNTIL 5/15/18.

Then blending this tampered evidence with false statements that he wants to induce others to see it the way he wants them to and disregard the truth and the actual intent of AZDES over 4 years ago.

In their current motion to dismiss they are yet again committing fraud where they are by fraud, misrepresentation and deception has intentionally tampered with altered evidence and an exhibit from pleadings 105 and 108 where it indisputably indicates Velocity HR director Shauna Coleman as the person on May 4, 2018 and counsel is substituting the plaintiff in her place, claiming it is ( in his mind) connected to his termination however, it is a documented log entry by AZDES of a call proactively made by Shauna Coleman to AZDES ( the second in a 10 day span) where she contacted AZDES claiming plaintiff was physically unable to work because he was on approved FMLA medical leave from Velocity.

- 5 -

There is nothing in it about termination and the log entry specifically states that. It clearly states it is a false claim of "**Unable to work**"

Next, this alleged attorney intentionally tampers with the evidence, alters the wording, and leaves out wording from his motion to make it appear the AZDES representative said one thing when the wording specifically says another.

He did this in clear view by deceit knowing the court may not catch this intentional fraud and the substitution of the participants of this contact with AZDES on May 4, 2018.

The truth of the matter is plaintiff did not contact AZDES on May 4, 2018 Velocity HR Director, Shauna Coleman did.

They did this again, behind his back and plaintiff did not know of this false complaint until July of 2019 over one year later.

Upon learning of this false complaint with AZDES plaintiff immediately appeal this negative adjudication and upon appeal the decision was reversed.

Now defense counsel is by fraud manipulating this final judgement and the evidence attempting to make it into something in favor of his client and defendant Velocity Technology Solutions.

The final decision is that they lied, it was appeal and the decision reversed in favor of the plaintiff Garrison Jones.


In Arizona Appeal No. U-1639659-001 Date of Mailing: 10/23/2019 where the issue was

**ISSUE:**
Was the claimant able to work beginning 4/8/2018?

- 6 -

**DECISION:**
I reverse the deputy's ruling. The claimant was able to work from 4/8/2018 through 5/19/2018.

Document 105 has the attached exhibit of the contact log from AZDES from May 4, 2018 that clearly shows the contact was received from Velocity HR Director Shauna Coleman and not the plaintiff Garrison Jones

### General Adjudication

**UB-098**        Claimant SSN:  361 56 1008 0

PER T/C ON 5-4-18 AT 11:59AM PHN: 704-357-7721, LEFT MESSAGE ON SHAUNA COLMAN (HEAD OF HR) ANSWERING MACHINE, TO RESPOND BY 5-8-18 BY 12:00PM AND ADVISED OF CONSEQUENCES.

SHAUNA RETURNED CALL ON 5-4-18 AT 1:35PM AND LEFT MESSAGE STATING:

CLAIMANT IS ON FMLA FOR MEDICAL REASONS. CLAIMANT IS DUE TO RETURN TO WORK ON 5-15-18 ER STATES CLMT IS STILL CURRENTLY EMPLOYED WITH THEIR COMPANY AND IS EXPECTED TO RETURN TO WORK AS SCHEDULED ON 5-15-18.

DEPUTY NOTE: DUE TO THE INFORMATION PRESENTED BY BOTH ER AND CLMT AND NOT BEING ABLE TO REBUTTLE WITH ER DUE TO CLMT REQ IT SEEMS CLMT STILL HAS A JOB TO RETURN TO ON 5/15/18 AND CLMT IS REFUSING TO DUE SO BECAUSE HE FEELS HE HAS BEEN DISCHARGED AS OF 3/15/18. WILL USE START DATE AS 3/15/18 SICE THAT IS THE ASSUMED SEPERATION DATE

IF APPLICABLE SEE SECOND UB-098 FOR ADDITIONAL INFORMATION FROM ER AND OR CLMT.

From that call with Velocity AZDES made and created the second negative adjudication against plaintiff declaring plaintiff was physically unable to work because Velocity said so which is the intent of the call by not investigating whether velocity had the intent and motivation/ documented history to lie.

Their intent was to put as many false obstacles they can in the path of plaintiff in receiving justly deserved unemployment benefits he legally deserved after he was unlawfully terminated.

This contact with AZDES was the second false allegation /claim made by Velocity in a span of 10 days made by Velocity.

The target was the AZDES because it was the most available target.

## Manipulation /tampering, altering evidence/exhibit and omitting wording

As the court can see in the exhibit from 105 and 108 the statement is being made by the AZDES representative.

The exhibit shows the representative stated unambiguously "It **seems plaintiff has a job to return to** ".

**This is what Velocity and Ogltree meant to achieve by deception is for someone to trust and believe he had a job to return to.**

However in document 109 the person who calls himself an attorney first **substitutes the plaintiff as the person that contacted AZDES on May 4, 2018 stating it was him who made the claim to AZDES by stating the "plaintiff alleges he was on Leave on May 4, 2018 when in fact it was Shauna Coleman who made this statement to AZDES on the call they returned to AZDES on May 4, 20018.**

Next plaintiff was not on the call with AZDES on May 4, 2018 Velocity HR Director Shauna Coleman was, so he could never have made any allegation on termination or any other allegation.

But here is this so called attorney preying on the ignorance of everyone except the plaintiff in manipulating evidence and an exhibit that by simply by visual inspection of the exhibit shows the contact and statements were made by Velocity and not the plaintiff however, he is transforming an obvious/undisputable interference claim by Velocity into something it is not by replacing his client as the person making the contact with plaintiff.

- 8 -

12 | "approved FMLA medical leave." [DKT 108 at 43-44.] Because Plaintiff alleges he was on leave

13 | as of May 4, 2018 and that Velocity extended his leave on May 9, 2018, he necessarily alleges he

14 | was employed by Velocity at these times, and he cannot plausibly plead that he was terminated on

Intentionally instead of adding the same copy of the exhibit he by hand omits wording from is document.

### General Adjudication

**UB-098**          Claimant SSN:  361 56 1008 0

PER T/C ON 5-4-18 AT 11:59AM PHN: 704-357-7721, LEFT MESSAGE ON SHAUNA COLMAN (HEAD OF HR) ANSWERING MACHINE, TO RESPOND BY 5-8-18 BY 12:00PM AND ADVISED OF CONSEQUENCES.

SHAUNA RETURNED CALL ON 5-4-18 AT 1:35PM AND LEFT MESSAGE STATING:

CLAIMANT IS ON FMLA FOR MEDICAL REASONS. CLAIMANT IS DUE TO RETURN TO WORK ON 5-15-18 ER STATES CLMT IS STILL CURRENTLY EMPLOYED WITH THEIR COMPANY AND IS EXPECTED TO RETURN TO WORK AS SCHEDULED ON 5-15-18.

DEPUTY NOTE: DUE TO THE INFORMATION PRESENTED BY BOTH ER AND CLMT AND NOT BEING ABLE TO REBUTTLE WITH ER DUE TO CLMT REQ IT SEEMS CLMT STILL HAS A JOB TO RETURN TO ON 5/15/18 AND CLMT IS REFUSING TO DUE SO BECAUSE HE FEELS HE HAS BEEN DISCHARGED AS OF 3/15/18. WILL USE START DATE AS 3/15/18 SICE THAT IS THE ASSUMED SEPERATION DATE

IF APPLICABLE SEE SECOND UB-098 FOR ADDITIONAL INFORMATION FROM ER AND OR CLMT.

Also, it's clearly noted that in caps it shows all the notes in capital letters were made by the deputy and not the plaintiff.

It clearly states **"deputy note"**

Additionally in document 109 this so called attorney by fraud and deception omits wording to make it appear plaintiff has made a statement that he is refusing to return to

work when no such conversation ever occurred but it's clear the wording does not match the exhibit on plaintiff 105 and 108.

He intentionally omits and manipulates the wording of the deputy by stating

18 | log May 4"), which states "CLMT IS ON FMLA FOR MEDICAL REASONS. CLAIMANT IS DUE
19 | TO RETURN TO WORK ON 5-15-18 ER STATES CLMT IS STILL CURRENTY EMPLOYED
20 | WITH THEIR COMPANY AND IS EXPECTED TO RETURN TO WORK AS SCHEDULED ON
21 | 5-15-18.... CLMT STILL HAS A JOB TO RETURN TO ON 5/15/18 AND CLMT IS REFUSING
22 | TO DUE [sic] SO...." [DKT 105 at 20, 61; DKT 108 at 38-39.] Although Plaintiff alleges he was

When the exhibit and notes from the deputy state

No defendant can obtain any relief or benefit from their own fraud.  Nor can they escape the liability and damages when they openly with some self-proclaim impunity continue to commit the identical claims that are contained in the compliant before this court.

The court also must look at his motion in the same light as he specifically orchestrates the narrative by pointing/directing the courts attention to document 105 and 108 claiming it matches the tampered evidence in his motion.

17 | and SAC II [DKT 108 at 55].  Velocity filed a Motion to Dismiss the Complaint in Jones III because
18 | none of his claims provides for a private right of action.  [Jones III DKT 6.] Velocity also asked the
19 | Jones III Court to dismiss Plaintiff's Complaint in that matter because allowing it proceed would
20 | enable Plaintiff to circumvent Judge Mueller's Order issued on September 28, 2021, by permitting
21 | Plaintiff to assert claims against Velocity that would likely be dismissed if asserted in this matter.
22 | [DKT 98.]

in the above caption document 109 at 17 he attempts again for a 2 for 2 special by claiming a parellel itigation filed on September 27, 2021 would circumvent Document 98 by the court entered on September 28, 2021.

This coplaint was being drafted days before September 28, 2021 and was sent to the court on September 27, 2021 and filed on September 28, 2021.

This complaint was made after plaitiff had compiled an exhaustive list over the past 4 years of false complaints , claims, allegaints Velocity and Ogltree Deakins had compiled against him in which all of them were filed behind his back and reversed, overturned and or changed in his favor over the past 4 years.

In each occasion, they used stolen personal identifying informaiton of plaintiff from Velocity emplyee files and federaal records to make it appear he was the person who filed all these false complaints.


It is Ogltree from the beginnign who was involved in the creation of these false documents yet they think they are not liable and cannot be liable andor proseurited for these criminal offfense as well as fraud against the federal government, in additon to plainting false evidence in the files of the fderal government before any litigation had ever been filed.

They are the only parties along with Velocity who knew all the evidence uncovered by plaintiff existed.

They also had the specific intent to use it up untilplaintiff who had been working with the USDOL for months had uncovered it.

Then their plan was destoyed , they changed their lie like they have done time and time again because now they cannot use the planted evidence, they changed it to " we are covered because the unenforceable document they call an agreement covers them for as they think and claim "known and unknown claims.

- 11 -

It is part of the coniued conspitacy, that has gotten out of their control.  They never had the expectation that any of the false complaints, forged documents , statements and allegations done behind his back would ever surface and be used against them.

They are wrong.  I was told you should never have any fear of a liar and I do not because that is what both Velocity and Ogltree Deakins have done for over 4 years lie.

They both will be hel accountable for the damages they have done to me and my family.

The motion document 109 must be added to the long chain of fraud upon this court , denied and dismissed, then the court should grant a default judgement in favor of plaintiff with the enahnced and referemaxium damages.

In addition, the court must by law referr this case over to federal proseuters for indictment and proseution of both Velocity and Ogltree Deakins for the conspiracy and execution of fruad upon the united states government as well as other criminal violations of the law they have committed.

Respectfully submitted,
Dated: January 14, 2022

**Garrison Jones Plaintiff (**Pro Se)

Sacramento, California
garrison.jones@outlook.com

- 12 -

**From:** Google <no-reply@accounts.google.com>
**Sent:** Thursday, May 17, 2018 9:00:59 AM
**To:** garrison.jones@velocitycloud.com
**Subject:** Security alert

# Google 

Garrison Jones 

## Recovery email was changed for
## garrison.jones@velocitycloud.com

The recovery email for your account was changed. If you didn't change it, you should check what happened.

CHECK ACTIVITY

You received this email to let you know about important changes to your Google Account and services.

© 2018 Google Inc.,1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

et:2

STATEMENT OF CONFIDENTIALITY:

This email may be confidential and/or protected by privilege. If you are not the intended recipient, disclosure, copying, distribution and/or use are prohibited; please notify us immediately at counsel@velocitycloud.com and delete this copy from your system.

CHANGED ON MAY 17, 2018
Broke into Email Account

**From:** Google <no-reply@accounts.google.com>
**Sent:** Thursday, May 17, 2018 9:00:59 AM
**To:** garrison.jones@velocitycloud.com
**Subject:** Security alert



Garrison Jones 

## Recovery email was changed for
## garrison.jones@velocitycloud.com

The recovery email for your account was changed. If you didn't change it, you should check what happened.

CHECK ACTIVITY

You received this email to let you know about important changes to your Google Account and services.

© 2018 Google Inc.,1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
et:2

STATEMENT OF CONFIDENTIALITY:

This email may be confidential and/or protected by privilege. If you are not the intended recipient, disclosure, copying, distribution and/or use are prohibited; please notify us immediately at counsel@velocitycloud.com and delete this copy from your system.

**From:** Google <no-reply@accounts.google.com>
**Date:** May 21, 2018 at 11:59:07 AM CDT
**To:** "garrison.jones@outlook.com" <garrison.jones@outlook.com>
**Subject: Security alert for your linked Google Account**

Google

Garrison Jones 

 Your account garrison.jones@outlook.com is listed as the recovery email for garrison.jones@velocitycloud.com. Don't recognize this account? Click here

## New sign-in to your linked account
## garrison.jones@velocitycloud.com

Your Google Account was just signed in to from a new Windows device. You're getting this email to make sure it was you.

CHECK ACTIVITY

You received this email to let you know about important changes to your Google Account and services.

© 2018 Google Inc.,1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

frame the plaintiff as the creator then looking for one person to take it as truth, use the resources of their agency whether it be local, state or federal to do their dirty work for them, with no or minimal false evidence to make it appear they are telling the truth and the false claim, allegation is truthful/legitimate.

The truth is it is not truthful at all but instead it implicates Velocity and Ogltree Deakins.

At the same time, they both are attempting to do anything to stop him including murder him and his family.

At all times, Velocity is financing this conspiracy/endeavor by paying Ogltree Deakins to lie and forged their way out of his termination stalking, intimidation and doing **anything they can to get this case dismissed and the plaintiff 6 feet under.**

**It's the same as murder for hire** and Velocity is financing it.

Plaintiff just like anyone else has the right to protect himself and his family.

As been illustrated time and time again. The defendants and their attorneys have at all times looked for anything they can or available to them to harrass the plaintiff and his family.

This time they have targeted his family and his the P.O.Box where only mail and communications related to Velocity is sent, hoping it would lead them to the whereabouts of plaintiff so he can be murdered. Instead of plaintiff the stalked out this location and it was a family member who picked up a bright yellow envelope that sent /planted in his P.O. Box.

Cowards to go after a man's family just cowardly.

Respectfully submitted,

Dated: January 6, 2022

- 35 -