1
2
3
4
5

Garrison Jones
Plaintiff (Pro Se)
P.O. Box 188911
Sacramento, California 95818
garrison.jones@outlook.com





FILED

JAN 2 0 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

6
7
8

## U.S. DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

9
0
1
2
3
4

**GARRISON JONES**

**Plaintiff,**

V.

**VELOCITY TECHNOLOGY SOLUTIONS LLC et al**
**Defendants.**

Case  2:19-cv-02374 KJM-JDP

**JURY TRIAL DEMANDED**

Action filed:  Nov 25, 2019

Date set for trial: NONE

5
6
7
8
9

## Plaintiff Due diligence evidence healthcare benefit coverage
## Plaintiff was not covered or receiving health benefits

0
1
2
3
4

While it's hard to accept you have been lied to.  The court on its own merit must change its decision of September 28, 2021 Document 98 that made the assumption plaintiff was not terminated because Velocity and Ogltree sent him an email falsely claiming he was receiving health benefits and he was not.
Thru his own due diligence he has proved the court has been lied to just like many other jurisdictions as well as local, state and federal resources.

5
6
7

Now they have achieved and put under their belt of fraud a Chief Judge of the US District Court of Eastern California who they by deception made her believe plaintiff was not terminated and he was receiving health benefits when he was not.

8

- 1 -

It is not the plaintiff but multiple health providers who responded to his request of records that prove he was not in addition to the carrier who administer the health plan from Velocity, United Healthcare.

The court has to see that the position of Velocity and Ogltree Deakins of now claiming plaintiff was still receiving healthcare benefit coverage was a lie and a ploy by the defendants and their attorneys from Ogltree Deakins.

The court made its decision based on an exhibit email intentionally sent by defendants to make it appear, he was receiving health benefits and is a complete contradiction of the truth.

Plaintiff contacted multiple organizations, including the State of Arizona Medicaid, his vision health provider and the United Healthcare plan and all sent plaintiff proof and document showing that he was not.

**Yet Velocity and Ogltree Deakins offers the court nothing, no offer of proof in support of their false allegations and have done so for over 4 ½ years.**

**They will go silent and will not offer any evidence to counter this newly received evidence by plaintiff.**

1. **Vision** – He was not covered by any insurance and paid out of pocket
2. **Medical** – State of Arizona sent letter of dates of medical coverage including date of coverage that began on Feb, 7, 2018 after he was approved
3. **Medical – United Healthcare sent 58 pages** of Explanation of benefits sent overnight express to plaintiff

The facts uncovered directly attributed to the due diligence of plaintiff proves he was not receiving nor was he covered for any Vision, Medical and Dental Benefits by Velocity as they had been cancelled.

The way he discovered this undisputable fact was **from his healthcare provider and not from Velocity.**

- 2 -

1
2
3
4
5
6
7
8
9
0
1
2
3
4
5
6
7
8
9
0
1
2
3
4
5
6
7
8

Velocity as they always have done taken the approach **"let the nigger found out on his own".**

Plaintiff detrimentally relied upon a statement made to him via email from Velocity HR Director Shauna Coleman where she claimed Velocity would collect his portion of premiums when he returned to work, not knowing when that date was.

Plaintiff suffered a

On Dec 22, 2017, at 12:37 PM, Shauna Coleman <shauna.coleman@velocitycloud.com> wrote:

> Hello,
>
> Thank you Wendy. Garrison, as mentioned during open enrollment you will not be eligible to receive LTD benefits on your current disability as you did not have this coverage in place when this situation started. That said, you will be eligible for coverage in a year (with review by Lincoln Financial).
>
> Velocity will collect your premium once you return to work.

1

Then on January 23 2018 less than a month later Velocity reneged on this statement to plaintiff and demanded he repay premiums for December and reminded him the last time he paid was in November 2017.

**garrison.jones@outlook.com**

| | |
|---|---|
| **From:** | Shauna Coleman <shauna.coleman@velocitycloud.com> |
| **Sent:** | Tuesday, January 23, 2018 7:26 PM |
| **To:** | garrison.jones1724@outlook.com; Garrison Jones |
| **Subject:** | Benefit Premium Recoup |

Good Evening Garrison,

As previously discussed the last time that you paid for your benefits was November 30, 2017. We need to recoup your benefit premiums for December 2017 and January 2018 (breakdown listed below). In the past we have collected these payments via payroll deductions, but since you have been on short-term disability Lincoln Financial has been paying your directly.

| | Dec-17 | Jan-18 |
|---|---|---|
| **Medical** | $ 185.83 | $ 242.15 |
| **Dental** | $ 22.21 | $ 25.77 |
| **FSA** | $ 83.33 | $ 83.33 |
| **LTD** | $0 (not enrolled) | $ 26.88 |
| | $ 291.37 | $ 378.13 |

In order to continue your benefit coverage we need to recoup the premiums for December and January, totaling $669.51.  Starting in February 2018 we will need your benefit premium of $378.13 submitted monthly to Velocity Technology Solutions, Inc. - Attn Wendy Cauthen, and mailed to 1901 Roxborough Road, Floor 4 Charlotte, NC 28211. Please make the check payable to Velocity Technology Solutions, Inc.

Please acknowledge receipt of this email and confirm once the payments have been mailed. If you have any questions please let me know.

Thank you

**Shauna Coleman** | Director, Human Resources | Velocity Technology Solutions, Inc.

They did the same on February 24, 2018 clearly stating Velocity is not responsible for your health benefit payments

- 4 -

**From:**      Shauna Coleman <shauna.coleman@velocitycloud.com>
**Sent:**      Saturday, February 24, 2018 12:30 AM
**To:**      garrison jones; Garrison Jones
**Subject:**      Re: Benefit Premium Recoup

Good Evening Garrison,

On January 23, 2018 we notified you that we needed you pay for your portion of the benefit premiums that have not been paid in order to not lose coverage.  Please provide payment for the following months and amounts:

- December 2017 = $291.37
- January 2018 = $378.13
- February 2018 = $378.13

As previously mentioned, we will need your benefit premium of $378.13 submitted monthly to Velocity Technology Solutions, Inc. - Attn Wendy Cauthen, and mailed to 1901 Roxborough Road, Floor 4 Charlotte, NC 28211. Please make the check payable to Velocity Technology Solutions, Inc.

This is the second request for payments. Velocity is not responsible for your benefit premium and without payment you are at risk of losing coverage.  Please acknowledge receipt of this email and confirm once the payments have been mailed. If you have any questions please let me know.

Thank you,

**This message was ignored because over a month ago on Jan 24, 2018 plaintiff applied for and was approved by the state of Arizona for Medicaid as illustrated below on February 7, 2018.**

**Full copies attached of this letter dated November 8, 2021**

Velocity no longer had any control over his health care and could not prevent plaintiff from receiving needed healthcare to recover from his stroke.

Plaintiff refused to allow Velocity to be in control of his healthcare with their lies and every changing positions.  He did not know from one moment to the next if he had overage or not and refused to put his health in the hands of criminals like velocity.

In addition attached is an overnight ups label of all claims/explanations of benefits ( 58 pages  sent to plaintiff from United Healthcare that are protected by Hippa and

- 5 -

**plaintiff is not so stupid as to voluntarily send copies of his confidential medical records so that criminals can look thru them for any reason**.
 They a
Plaintiff has provided more than enough evidence that can prove the lie about his coverage being told by Velocity.  All the coverage was cancelled yet now that the situation changed i.e. the filing of unemployment and lawsuit so has their version of this statement that has changed.

Now it's to their advantage to claim they are now paying for his portion as well as their portion of his health benefits and it's all a lie.

If they had proof they would have sent it to the courts on more than 10 occasions where they had the opportunity to do so.

**If they have anything you can bet assure it's a forgery**.

Knowing that Velocity would never keep their word plaintiff in order to recover from the Hemorrhagic stroke he suffered on November 27, 2017 had to remove Velocity from having any control or input into his ability to receive healthcare services and to begin and continue his rehabilitation.

On January 24, 2018 the next day, he applied for state of Arizona Medicaid.

However, his physician already had made multiple referrals.

While his application was pending, plaintiff on January 30, 2018 had a referral to a vision specialist.

Prior to this on November 20, 2017 from his cell phone and Velocity email account he informed Velocity HR Director and his manager that his vision was impaired.

They were not concerned about his health or well-being they were both concerned with capturing any billable hours of his work so they could bill customers and that was the meaning of their communication.

Based on this knowledge Velocity targeted the first thing they had available to them and that being his Vision coverage which they cancelled in December 2017.

They did not want plaintiff to recover from his stroke and set out to do this by cancelling his vision coverage behind his back.

On January 30 he had an appt at his ophthalmologist and optometrist.

As customary they ask for insurance card so they can authorize the visit for payment.

**Plaintiff presented his Velocity insurance card and it was declined**.

After the services were rendered they informed him of this issue and ran the insurance card a second time, it was declined the second time. He was forced to use another form of payment and was told to send his insurance company a copy of receipt to get reimbursed.

Copy of the receipt is below received by plaintiff JAN 2022 when he reached out to Midwestern Clinics.

- 7 -

Merchant Copy

Midwestern Univ Clinic



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

```
Date:          30-JAN-2018
Time:          01:02:39 PM
Card Type:     MasterCard
Card Number:   XXXX      B
Trans ID:      
Auth Code:     
Approved Amt:  $280.00
```

X _____

GARRISON JONES

I AGREE TO PAY THE ABOVE TOTAL ACCORDING
TO MY CARD ISSUER AGREEMENT.

He was forced to pay out of pocket for these services as he assumed he had vison coverage and he did not.

All of the health coverage were all from the carrier United Health care.

On February 24 he via email contacted Velocity about the cancelled vison coverage and Velocity never responded and did absolutely nothing.

He was forced to pay out of pocket for these services.

- 8 -

On Wed, Feb 21, 2018 at 5:00 PM Garrison Jones <garrison.jones@outlook.com> wrote:
  Received message from Optimetrist stating my vision coverage was cancelled in December 2017. Can you tell
  me how this happened before I even sent my discrimination complaint

--

Shauna Coleman | Director, Human Resources | Velocity Technology Solutions, Inc. o 704.357.7721 | m
845.282.6955 | f 703.935.1269 | velocitycloud.com

STATEMENT OF CONFIDENTIALITY:

This email may be confidential and/or protected by privilege. If you are not the intended recipient, disclosure, copying, distribution and/or use are prohibited; please
notify us immediately at counsel@velocitycloud.com and delete this copy from your system.

Insurance did not cover any of the cost of any of his visits.


On January 11, 2022 they also confirmed for plaintiff that his insurance did not cover
any of the expense of the vision services or visit.

- 9 -

**garrison.jones@outlook.com**

| | |
|---|---|
| **From:** | Reynolds, Marci <mreyno@midwestern.edu> |
| **Sent:** | Tuesday, January 11, 2022 10:35 AM |
| **To:** | Garrison Jones |
| **Subject:** | RE: Midwestern University Eye Institute -- Requested Statement Information |

Good Morning,

Your insurance did not cover your office on that day. We did, however, do a small balance adjustment write-off for $20, so of the out of the $120 service charges, you actually paid only $100 of the $120. As far as the glasses go, you paid the total $230 out-of-pocket.

Hope this helps,

*Marci J. D. Reynolds*

Midwestern University Eye Institute
Billing Department

Next to show this court plaintiff was not receiving benefits like the email of May 15 states,
State program

- 10 -

Plaintiff received from the state of Arizona Medic aid program dates he was enrolled and receiving benefits from the state program.

MD-3700

MD-3700

**AHCCCS**
Arizona Health Care Cost Containment System
P.O. Box 25520
Phoenix, AZ 85002

JRK-IMP   60189

Respectfully submitted,

Dated: January 14, 2022

**Garrison Jones Plaintiff** (Pro Se)

- 11 -

Sacramento, California 95818
garrison.jones@outlook.com

- 12 -

**Make Checks Payable To:**

Midwestern University Eye Institute
PO BOX 208541
Dallas, TX 75320-8541
ENCOUNTER INVOICE 3793

| IF PAYING BY CREDIT CARD, FILL OUT BELOW | | |
|---|---|---|
| Check Card Using For Payment | | |

☐ American Express  ☐ Discover  ☐ Mastercard  ☐ Visa

| Card Number | CVV | Amount |
|---|---|---|
| Signature | | Exp. Date |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 01/07/2022 | $0.00 | 420 |
| Tax id: 363377698 | SHOW AMOUNT PAID HERE $ | |

ADDRESSEE:
լիլիլիլիլիլիլիլիլիլիլիլ
**Garrison Jones**
1361 N 43rd Ave
Phoenix, AZ 85009

REMIT TO:
լիլիլիլիլիլիլիլիլիլիլիլ
**Midwestern University Eye Institute**
PO BOX 208541
Dallas, TX 75320-8541
USA

☐ Please check box if above address is incorrect or insurance information has changed and indicate change(s) on reverse side.

**PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT**

| DATE | PATIENT NAME | PROVIDER | CPT4 | DIAG | DESCRIPTION OF SERVICE | AMOUNT |
|---|---|---|---|---|---|---|
| 01/30/18 | Garrison Jones | | | | EP E & M Level 2 20' | $20.00 |
| 01/30/18 | Garrison Jones | | | | Refraction Basic | $20.00 |
| 01/30/18 | Garrison Jones | | | | Fresnel Prism | $80.00 |
| 01/30/18 | | | | | Patient Payment CC - MasterCard | -$50.00 |
| 02/07/18 | | | | | Patient Payment CC - MasterCard | -$30.00 |
| 02/07/18 | | | | | ZApplied Encounter/Invoice Debit | $50.00 |
| 02/07/18 | | | | | ZApplied Encounter/Invoice Credit | -$50.00 |
| 02/19/18 | | | | | Commercial Payment | $0.00 |
| 02/19/18 | | | | | Commercial Payment | $0.00 |
| 01/21/20 | | | | | Transfer Patient Payment | -$20.00 |
| 02/19/18 | | | | | Commercial Adjustment | $0.00 |
| 02/05/20 | | | | | Small Balance W/O | -$20.00 |

| Account Number | Charges | Payments | Refunds Adjustments | Estimated Balance Due From Insurance | Balance Due From Patient |
|---|---|---|---|---|---|
| 420 | $120.00 | -$100.00 | -$20.00 | $0.00 | $0.00 |

MESSAGE:

| Please Pay This AMOUNT >>>> $0.00 |
|---|

** PAYMENT DUE UPON RECEIPT *THANK YOU **
**ENCOUNTER INVOICE**
Printed by ( 249 ) on 1/7/2022 2:40:45 PM

Page: 1 of 1

**Make Checks Payable To:**

Midwestern University Eye Institute
PO BOX 208541
Dallas, TX 75320-8541
ENCOUNTER INVOICE 3810

| IF PAYING BY CREDIT CARD, FILL OUT BELOW | | |
|---|---|---|
| Check Card Using For Payment | | |

☐ American Express  ☐ Discover  ☐ Mastercard  ☐ Visa

| Card Number | | CVV | Amount |
|---|---|---|---|
| Signature | | | Exp. Date |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 01/07/2022 | $0.00 | 420 |
| Tax id: 363377698 | SHOW AMOUNT PAID HERE $ | |

ADDRESSEE:
Garrison Jones
1361 N 43rd Ave
Phoenix, AZ 85009

REMIT TO:
Midwestern University Eye Institute
PO BOX 208541
Dallas, TX 75320-8541
USA

☐ Please check box if above address is incorrect or insurance information has changed and indicate change(s) on reverse side.

**PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT**

| DATE | PATIENT NAME | PROVIDER | CPT4 | DIAG | DESCRIPTION OF SERVICE | AMOUNT |
|---|---|---|---|---|---|---|
| 01/30/18 | Garrison Jones | ▓▓▓ | ▓▓▓ | H52.13 | ▓▓▓ | $22.50 |
| 01/30/18 | Garrison Jones | ▓▓▓ | ▓▓▓ | H52.13 | ▓▓▓ | $22.50 |
| 01/30/18 | Garrison Jones | ▓▓▓ | ▓▓▓ | H52.13 | ▓▓▓ | $22.50 |
| 01/30/18 | Garrison Jones | ▓▓▓ | ▓▓▓ | H52.13 | ▓▓▓ | $22.50 |
| 01/30/18 | Garrison Jones | ▓▓▓ | ▓▓▓ | H52.13 | ▓▓▓ | $7.50 |
| 01/30/18 | Garrison Jones | ▓▓▓ | ▓▓▓ | H52.13 | ▓▓▓ | $7.50 |
| 01/30/18 | Garrison Jones | ▓▓▓ | ▓▓▓ | H52.13 | ▓▓▓ | $62.50 |
| 01/30/18 | Garrison Jones | ▓▓▓ | ▓▓▓ | H52.13 | ▓▓▓ | $62.50 |
| 01/30/18 | | | | | Patient Payment CC - MasterCard | -$22.50 |
| 01/30/18 | | | | | Patient Payment CC - MasterCard | -$22.50 |
| 01/30/18 | | | | | Patient Payment CC - MasterCard | -$7.50 |
| 01/30/18 | | | | | Patient Payment CC - MasterCard | -$7.50 |
| 01/30/18 | | | | | Patient Payment CC - MasterCard | -$62.50 |
| 01/30/18 | | | | | Patient Payment CC - MasterCard | -$22.50 |
| 01/30/18 | | | | | Patient Payment CC - MasterCard | -$62.50 |
| 01/30/18 | | | | | Patient Payment CC - MasterCard | -$22.50 |

| Account Number | Charges | Payments | Refunds Adjustments | Estimated Balance Due From Insurance | Balance Due From Patient |
|---|---|---|---|---|---|
| 420 | $230.00 | -$230.00 | $0.00 | $0.00 | $0.00 |

MESSAGE:

Please Pay This
AMOUNT >>>> $0.00

** PAYMENT DUE UPON RECEIPT *THANK YOU **
ENCOUNTER INVOICE
Printed by ( 249 ) on 1/7/2022 2:40:33 PM

Page: 1 of 1



Account Information:
Garrison Jones
1361 N 43rd Ave
Phoenix, AZ 85009

Practice Information:
Midwestern University Eye Institute

## BRAIN INJURY

| Description | Date | Charges | Payments | Adj/ Refunds | Insurance Balance | Patient Balance | Total Balance |
|---|---|---|---|---|---|---|---|
| Patient Name Garrison Jones | | | | | | | |
| Location Acquired Brain Injury... | | | | | | | |
| V2710... | 01/30/2018 | | | | $0.00 | $0.00 | $0.00 |
| | 02/07/2018 | | | $0.00 | | | |
| Z... Encounter/Invoice Cre... | 02/07/2018 | | | $0.00 | | | |
| 99212... | 01/30/2018 | | | | $0.00 | $0.00 | $0.00 |
| Com... | 02/19/2018 | | | $0.00 | | | |
| | 01/21/2020 | | | $0.00 | | | |
| S...TIVE S10 01/30/2018 | | | | | $0.00 | $0.00 | $0.00 |
| Commercial... ment | 02/19/2018 | | $0.00 | $0.00 | | | |
| C... | 02/19/2018 | | $0.00 | $0.00 | | | |
| Sm... | 02/05/2020 | | $0.00 | -$20.00 | | | |
| | 01/30/2018 | | | $0.00 | | | |
| Z Applied Encounter/Invoice Deb... | 02/07/2018 | | | $0.00 | | | |
| Encounter Totals | | | | | | | |
| Encounter 3810 | | | | | | | |
| Provider Esposito OD, Christin... | | | | | | | |
| Location Optical AZ | | | | | | | |
| V2750... | 01/30/2018 | | -$62.50 | $0.00 | $0.00 | $0.00 | $0.00 |
| Patient... | 01/30/2018 | | | | | | |
| V2750... | 01/30/2018 | | -$62.50 | $0.00 | $0.00 | $0.00 | $0.00 |
| Patient Pa... Car... | 01/30/2018 | | | | | | |
| V21... | 01/30/2018 | $22.50 | -$22.50 | $0.00 | $0.00 | $0.00 | $0.00 |
| Patient Pa... | 01/30/2018 | | | | | | |
| V21... ...2... | 01/30/2018 | $2... | -$22.50 | $0.00 | $0.00 | $0.00 | $0.00 |
| P... | 01/30/2018 | | | | | | |
| V27... | 01/30/2018 | $2... | -$22.50 | $0.00 | $0.00 | $0.00 | $0.00 |
| Patie... | 01/30/2018 | | | | | | |
| V278... | 01/30/2018 | $2... | -$22.50 | $0.00 | $0.00 | $0.00 | $0.00 |
| Pati... ...Car... | 01/30/2018 | | | | | | |
| Patient Pa... OD - MasterCar... | 01/30/2018 | | -$7.50 | $0.00 | $0.00 | $0.00 | $0.00 |
| V279... | 01/30/2018 | | | | | | |
| Patient Payment CC - MasterCar... | 01/30/2018 | | -$7.50 | $0.00 | | | |
| Encounter Totals | | $230.00 | -$230.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Totals For Garrison Jones | | $350.00 | -$330.00 | -$20.00 | $0.00 | $0.00 | $0.00 |

OUT of POCKET

**ITEMIZED STATEMENT**                                    Page: 1 of 2



Account Information:
Garrison Jones
1361 N 43rd Ave
Phoenix, AZ 85009

Practice Information:
Midwestern University Eye Institute
~~Glendale, AZ 85308-3051~~
USA

| Description | Date | Charges | Payments | Adj/ Refunds | Insurance Balance | Patient Balance | Total Balance |
|---|---|---|---|---|---|---|---|
| Account Totals | | $350.00 | -$330.00 | -$20.00 | $0.00 | $0.00 | $0.00 |

**ITEMIZED STATEMENT**

Page: 2 of 2

Midwestern Univ Clinic
5865 W. Utopia Road
Glendale, AZ 85308
6235376000

*****************************************

Date:          30-JAN-2018
Time:          01:02:39 PM
Card Type:     MasterCard
Card Number:   XXXX0538
Trans ID:      60913508790
Auth Code:     040245
Approved Amt:  $280.00


X _Sereen Jones_____

  GARRISON JONES

I AGREE TO PAY THE ABOVE TOTAL ACCORDING
TO MY CARD ISSUER AGREEMENT.

**NO INSURANCE**

garrison.jones@outlook.com

| | |
|---|---|
| **From:** | ██████ ████ ████@midwestern.edu> |
| **Sent:** | Tuesday, January 11, 2022 10:35 AM |
| **To:** | Garrison Jones |
| **Subject:** | RE: Midwestern University Eye Institute -- Requested Statement Information |

Good Morning,

Your insurance did not cover your office on that day. We did, however, do a small balance adjustment write-off for $20, so of the out of the $120 service charges, you actually paid only $100 of the $120. As far as the glasses go, you paid the total $230 out-of-pocket.

Hope this helps,



**Midwestern University Eye Institute**
**Billing Department**



**Out of pocket**



**From:** Garrison Jones <garrison.jones@outlook.com>
**Sent:** Friday, January 7, 2022 4:53 PM
**To:** ██████████████ ████████████
**Subject:** Re: Midwestern University Eye Institute -- Requested Statement Information

**[External email: Use caution with links and attachments]**

Thank you for the document but can you verify that none of these charges were not paid by any insurance as well.

I want to make sure that all these charges were paid out of pocket and was not covered by insurance.

1

**From:** ██████, ████████ midwestern.edu>
**Sent:** Friday, January 7, 2022 2:49 PM
**To:** garrison.jones@outlook.com <garrison.jones@outlook.com>
**Subject:** Midwestern University Eye Institute -- Requested Statement Information

Citrix Encrypted Email Service

**Marci Reynolds** has sent you an encrypted message.

| | |
|---|---|
| **Subject:** | Midwestern University Eye Institute -- Requested Statement Information |
| **From:** | ████████ ████████@midwestern.edu |
| **Expires:** | 1/14/2022 |

View Encrypted Message

Check your email for instructions to activate your account before logging in.

This message is protected by industry-standard AES 256 bit encryption technology.



**#MWUTOGETHER**

Jan 13, 20 22

UNITED HEALTHCARE

MEDICAL 1/13/2022

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

UPS Access Point™
THE UPS STORE
415 PISGAH CHURCH RD
GREENSBORO ,NC 27455

UPS Access Point™
ADVANCE AUTO PARTS STORE 4152
3814 N CHURCH ST
GREENSBORO ,NC 27405

UPS Access Point™
CVS STORE # 3852
3000 BATTLEGROUND AVE
GREENSBORO ,NC 27408

FOLD HERE





# Vision

Account Information:
Garrison Jones
1361 N 43rd Ave
Phoenix, AZ 85009

Practice Information:
Midwestern University Eye Institute
5865 West Utopia
Glendale, AZ 85308-5251
USA

## BRAIN INJURY

| Description | Date | Charges | Payments | Adj/ Refunds | Insurance Balance | Patient Balance | Total Balance |
|---|---|---|---|---|---|---|---|
| **Patient Name Garrison Jones** | | | | | | | |
| **Encounter 3793** | | | | | | | |
| **Provider** | | | | | | | |
| **Location Acquired Brain Injury...** | | | | | | | |
| | 01/30/2018 | $60.00 | | | $0.00 | $0.00 | $0.00 |
| Patient Payment CC - MasterCar... | 02/07/2018 | | -$30.00 | $0.00 | | | |
| ZApplied Encounter/Invoice Cre... | 02/07/2018 | | -$50.00 | $0.00 | | | |
| 99212-OFFICE O/P EST SF 10-19... | 01/30/2018 | $20.00 | | | $0.00 | $0.00 | $0.00 |
| Commercial Payment | 02/19/2018 | | $0.00 | $0.00 | | | |
| Transfer Patient Payment | 01/21/2020 | | -$20.00 | $0.00 | | | |
| 92015-DETERMINE REFRACTIVE S1 | 01/30/2018 | $20.00 | | | $0.00 | $0.00 | $0.00 |
| Commercial Payment | 02/19/2018 | | $0.00 | $0.00 | | | |
| Commercial Adjustment | 02/19/2018 | | $0.00 | $0.00 | | | |
| Small Balance W/O | 02/05/2020 | | $0.00 | -$20.00 | | | |
| Patient Payment CC - MasterCar... | 01/30/2018 | | -$50.00 | $0.00 | | | |
| ZApplied Encounter/Invoice Deb... | 02/07/2018 | | $50.00 | $0.00 | | | |
| **Encounter Totals** | | $120.00 | -$100.00 | -$20.00 | $0.00 | $0.00 | $0.00 |
| **Encounter 3810** | | | | | | | |
| **Provider** | | | | | | | |
| **Location Optical AZ** | | | | | | | |
| V2750C-Anti-Reflective Coating | 01/30/2018 | $62.50 | | | $0.00 | $0.00 | $0.00 |
| Patient Payment CC - MasterCar... | 01/30/2018 | | -$62.50 | $0.00 | | | |
| V2750C | 01/30/2018 | $62.50 | | | $0.00 | $0.00 | $0.00 |
| Patient Payment CC - MasterCar... | 01/30/2018 | | -$62.50 | $0.00 | | | |
| V2103-Spherocylindr 4.00d/12-2... | 01/30/2018 | $22.50 | | | $0.00 | $0.00 | $0.00 |
| Patient Payment CC - MasterCar... | 01/30/2018 | | -$22.50 | $0.00 | | | |
| V2103-Spherocylindr 4.00d/12-2... | 01/30/2018 | $22.50 | | | $0.00 | $0.00 | $0.00 |
| Patient Payment CC - MasterCar... | 01/30/2018 | | -$22.50 | $0.00 | | | |
| V2784-Lens polycarb or equal | 01/30/2018 | $22.50 | | | $0.00 | $0.00 | $0.00 |
| Patient Payment CC - MasterCar... | 01/30/2018 | | -$22.50 | $0.00 | | | |
| V2784-Lens polycarb or equal | 01/30/2018 | $22.50 | | | $0.00 | $0.00 | $0.00 |
| Patient Payment CC - MasterCar... | 01/30/2018 | | -$22.50 | $0.00 | | | |
| V2799B | 01/30/2018 | $7.50 | | | $0.00 | $0.00 | $0.00 |
| Patient Payment CC - MasterCar... | 01/30/2018 | | -$7.50 | $0.00 | | | |
| V2799B-L | 01/30/2018 | $7.50 | | | $0.00 | $0.00 | $0.00 |
| Patient Payment CC - MasterCar... | 01/30/2018 | | -$7.50 | $0.00 | | | |
| **Encounter Totals** | | $230.00 | -$230.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Totals For Garrison Jones** | | $350.00 | -$330.00 | -$20.00 | $0.00 | $0.00 | $0.00 |



**ITEMIZED STATEMENT**

Page: 1 of 2

SVH-16736-02-11329SMO-1603688516-APP-32STMS

 **UnitedHealthcare®**

UnitedHealthcare Insurance Company
GREENSBORO SERVICE CENTER
P.O. BOX 740800
ATLANTA, GA 30374-0800
Phone: 1-866-633-2446

February 07, 2018

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

## Claim Detail for GARRISON JONES

**Provider:** CITY OF PHOENIX E T          **Claim Number:** ▉▉▉▉▉          **Patient Account Number:** ▉▉▉▉▉

| Date(s) of Service | Type of Service | Notes* | Amount Billed (-) | Plan Discounts (-) | Your Plan Paid (=) | Your Itemized Responsibility to Provider** | | | | Amount You Owe |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Deductible (+) | Copay (+) | Coinsurance (+) | Non Covered (=) | |
| 11/18/2017 | AMBULANCE | ND | ▉▉▉ | $0.00 | ▉▉▉ | $0.00 | $0.00 | $0.00 | ▉▉▉ | ▉▉▉ |
| 11/18/2017 | AMBULANCE | ND | ▉▉▉ | $0.00 | ▉▉▉ | $0.00 | $0.00 | $0.00 | ▉▉▉ | ▉▉▉ |
| 11/18/2017 | AMBULANCE | ND | ▉▉▉ | $0.00 | ▉▉▉ | $0.00 | $0.00 | $0.00 | ▉▉▉ | ▉▉▉ |
| **Claim Total:** | | ND | ▉▉▉ | $0.00 | ▉▉▉ | $0.00 | $0.00 | $0.00 | ▉▉▉ | ▉▉▉ |

**This total does not reflect any payments / copays you made at the time of service.
Please wait for a provider bill before making a payment.

## Notes*

**D1 -** THE PLAN DISCOUNT SHOWN IS YOUR SAVINGS FOR USING A NETWORK PROVIDER. THE AMOUNT YOU OWE MAY INCLUDE YOUR COPAY, COINSURANCE, DEDUCTIBLE, PLUS ANY AMOUNT DUE IF YOU'VE REACHED YOUR BENEFIT LIMIT ON A COVERED SERVICE.

**ND -** THIS OUT-OF-NETWORK SERVICE WAS PAID BASED ON MEDICARE ALLOWED AMOUNTS OR OTHER SOURCES IF NO MEDICARE AMOUNT IS AVAILABLE. THESE AMOUNTS ARE USED EVEN IF THE PATIENT DOESN'T HAVE MEDICARE.

You have a right to request an appeal of the claim determination outlined in this statement. This appeal must be submitted within 2 years from the date you receive this statement.

You may submit a written appeal, along with the copies of any relevant documents, to:

UnitedHealthcare Appeals, P.O. Box 30573, Salt Lake City, UT 84130-0573.

If you request a review of your claim determination, we will complete our review no later than 30 days after we receive your appeal.

If your plan is governed by ERISA, you may have the right to file a civil action under ERISA if all required reviews of your claim have been completed.

You or your authorized representative, such as a family member or physician, may appeal the decision by submitting comments, documents or other relevant information to the appeal address referenced above.

S VH-18736*02*113254-MO-18038-68516-AEJ  32SYMS

**UnitedHealthcare**

UnitedHealthcare Insurance Company
GREENSBORO SERVICE CENTER
P.O. BOX 740800
ATLANTA, GA 30374-0800
Phone: 1-866-633-2446

February 07, 2018

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

---

You may request copies (free of charge) of information relevant to your claim by contacting us at the above address.

Availability of Consumer Assistance/Ombudsman Services
There may be other resources available to help you understand the appeals process. If your plan is governed by ERISA, you can contact the Employee Benefits Security Administration at 1-866-444-EBSA (3272).  If your plan is not governed by ERISA, you can contact the Department of Health and Human Services Health Insurance Assistance Team at 1-888-393-2789.

If we continue to deny the payment, coverage, or service requested or you do not receive a timely decision, you may be able to request an external review of your claim by an independent third party, who will review the denial and issue a final decision.

Insurance fraud adds millions to the cost of health care. If services are listed which you did not receive or service you were told would be free, call **1-866-633-2446.**

**Rather view this online?**

Sign up for **myuhc.com** to easily view claims and account balances, see where you're at against your deductible, locate a network doctor, compare costs, select paperless delivery of your important plan documents and more.

**Rather view this on your mobile device?**

Download the free UnitedHealthcare Health4Me app, then sign up to easily find and map care, compare costs, view claims and account balances and more. Get access to the same personalized health plan information ▮▮▮▮▮▮▮▮ on the go.

Maintaining the privacy and security of individuals ▮▮▮▮▮▮al information is very important ▮▮▮▮ at UnitedHealthcare. To protect your privacy, we implemented ▮▮▮ct confidentiality practices. These practices include the ability to use a unique individual identifier. You may see the unique individual identifier on UnitedHealthcare correspondence, including medical ID cards (if applicable), letters, explanation of benefits (EOBs), and provider remittance advices (PRAs). If you have any questions about the unique individual identifier or its use, please contact your customer care professional at the number shown at the top of this Statement.

Please call the number included in this document or on the back of your ID card if you need diagnosis and/or treatment code information regarding the services referenced in this communication. ▮▮▮▮▮▮▮▮                                        ▮▮▮▮▮▮▮

Para obtener asistencia en español, llame al número de teléfono que se incluye en este
documento o al dorso de su tarjeta de identificación.

We do not treat members differently because of sex, age, race, color, disability or national origin. If you think you weren't treated fairly you can send a complaint to: Civil Rights Coordinator, United HealthCare Civil Rights Grievance, P.O. Box 30608, Salt Lake City, UTAH 84130, UHC_Civil_Rights@uhc.com. You must send the complaint

---

6001 ZV

**AHCCCS**
Arizona Health Care Cost Containment System

MD-3700

P.O. Box 25520
Phoenix, AZ 85002

*Nov 11, 2021*

HARRISON JONES

JRK-IMP

Medical/Medicaid   Nov 8, 2021

AZ

11/8/21  2:48 PM                                    ccaletter/Letter/Print.aspx/A98990168_13_11_8_2021



801 East Jefferson, Phoenix, AZ, 85034
PO Box 25520, Phoenix, AZ, 85002
**Phone:** (602) 417-4230
www.azahcccs.gov

Our first care is your health care

Monday, November 18, 2021



GARRISON JONES

Re: Garrison Jones   AHCCSID # A98990168 AHCCCS DOB 1

This letter is to answer your request for AHCCS health insurance for the person (s) listed above.

Our records show the following eligibility and enrollment for:

Enrollment for GARRISON JONES:

12/01/2016 – 12/31/2016   FFS PRIOR QUARTER /

02/01/2017 – 02/01/2017 AZ COMPLETE HEALTHCARE /ACC PRIOR PERIOD COVERAGE

02/07/2018  - 02/28/2019 AZ COMPLETE HEALTHCARE / ACC PRIOR CAPITATED

07/01/2019 – 07/11/2019 UNITEDHEALTHCARE / ACC PRIOR PERIOD COVERAGE

07/12/2019 – 01/16/2020 UNITEDHEALTHCARE / ACC CAPITATED

If you have any questions or need more information, please call (602 417-4230 or 1-855-842-7619, and

ask to speak to a representative of client advocacy. or you can visit website

www.HealthArizonaPlus.gov for this information.

Sincerely,

Office of Client Advocacy
Division of Member Services