Garrison Jones
Plaintiff (Pro Se)
P.O. Box 188911
Sacramento, California 95818
garrison.jones@outlook.com



FILED
JAN 20 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# U.S. DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARRISON JONES**<br>Plaintiff,<br>V.<br>**VELOCITY TECHNOLOGY SOLUTIONS LLC et al**<br>Defendants. | Case 2:19-cv-02374 KJM-JDP<br>**JURY TRIAL DEMANDED**<br>Action filed: Nov 25, 2019<br>Date set for trial: NONE |

## Plaintiff supporting evidence of fraud and forgery by Defendants Velocity and Ogltree Deakins specifically Lead attorney decristoforo, anthony j

The USDOL has responded with a reply to plaintiff on October 18, 2021 in response to a FOIA request sent on September 15, 2021 related to Document 94 sent /filed with tis court by Ogltree Deakins attorney decristoforo, anthony j. claiming that this document / exhibit was a FMLA complaint fled and sent to the USDOL by plaintiff Garrison Jones.

He now cannot claim he received this forgery from the USDOL after he first claimed it was sent to USDOL by plaintiff.

Nor can he change his story and claim plaintiff sent it Velocity and he got this forgery from Velocity. He created it.

- 1 -

He went in to an old forgery in their files, since he is so anal about punctuation, sentences and wording, he fixed what he thought was to make it appear more authentic from the other forgery by Ogltree Deakins attorney Jennifer , added other statements not in her version and sent it to this court.

He created this forgery corrected all what he felt were areas that would strengthen the forgery from the previous forgery by Jennifer Colvin, added what he thought was more authenticity and filed it with the court.

**The USDOL has confirmed there is no record of this document in their files and records.**

Plaintiff within less than 2 minutes knew it was a forgery and was a different version from the one he received 4 months earlier from the USDOL in response to a previous FOIA request /response where he uncovered another forgery this time from August 24, 2018 sent to the USDOL by Ogltree Deakins attorney Jennifer Colvin that was also a forgery that contained a traced signature of the same document claiming it too is the same FMLA complaint decristoforo is refiling with the court 4 years later.

Putting them side by side you can see that they are both fake/forgery copies.

Yet decristoforo goes into great detail like he was reading a children's book to step by step guide the court to the points/locations he wants them to look at in the forgery he created.

It's still a forgery.

In his document 94 he states this document is presented under the penalty of perjury, well he has reached that goal already as the agency he claims this document is located has no record of it.

The court must impose not only the penalty of perjury but also the maximum penalty of fraud upon this court and a default judgement in favor of plaintiff Garrison Jones

who has never created or presented a single document that is a forgery or came from a viable federal government source after this agency has conducted a thorough search and investigation of the facts.

This document was one of the documents that disappeared from the envelope received by this court and was done so because it along with the attachments and exhibits were incriminating to defendants and their attorneys and removed and destroyed and basically disappeared.

Secondly there is another FOIA response from the USDOL dated September 30, 2021 that also in their response and after a thorough record file search and an appeal by plaintiff Garrison Jones that concluded that there is no record of an FMLA complaint filed with their agency by plaintiff Garrison Jones dated May 22, 2018, July 19, 2018 nor is there a FMLA complaint or any other type of complaint under the name of Garrison Jones filed against Velocity Technology Solutions.

This includes the complaints Ogltree Deakins claim oar contained in the document they call an agreement from August 16, 2018.

Respectfully submitted,
Dated: January 14, 2022

*/s/ Garrison Jones*

__**Garrison Jones**__
**Garrison Jones Plaintiff** (Pro Se)

Sacramento, California 95818
garrison.jones@outlook.com

- 3 -

**U.S. Department of Labor**  Wage and Hour Division
Washington, DC  20210

A



October 18, 2021

Garrison Jones                            Sent via email to *garrison.jones@outlook.com*
P O Box 188911
Sacramento, California 95818

*NO RECORD*
*Document 94*
RE:   Freedom of Information Act Response
      Tracking Number 2021-F-12837
*Exhibit A*

Dear Mr. Jones:

The Wage and Hour Division of the U.S. Department of Labor (WHD) is responding to your request made under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, dated September 15, 2021. Specifically, you requested any WHD document entered or received from Ogltree Deakins or Velocity technology Solutions.

In accordance with 29 CFR § 70.20(a), we include responsive documents in our possession as of the date our search began.  The search began on October 15, 2021.  After performing an electronic search of the Wage and Hour Investigative Support and Reporting Database, we did not locate any documents responsive to your request. Consequently, we are providing a "no records" response. You have not been assessed related fees as the processing costs incurred did not exceed the chargeable minimum:

For further assistance, please contact June Wheeler by email at *wheeler.june.l@dol.gov* or call 678-237-0547. You may also call this office at 202-693-1004. If we cannot assist you in your concerns, you may contact the Departmental FOIA Public Liaison, Thomas Hicks, at 202-693-5427 or email at *hicks.thomas@dol.gov*. Alternatively, you may contact the Office of Government Information Services National Archives and Records Administration regarding available mediation services at Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road, College Park, MD 20740-6001. You can also reach that office by email at *ogis@nara.gov*, by phone at 202-741-5770, by fax at 202-741-5769, or by calling toll-free at 877-684-6448.

Finally, if you are not satisfied with the response to this request, you may administratively appeal by writing to the Solicitor of Labor within 90 days from the date of this letter. The appeal must state in writing the grounds for the appeal, and it may include any supporting statements or arguments, but such statements are not required. In order to facilitate processing of the appeal, please include your mailing address and daytime telephone number, as well as a copy of the initial request and copy of this letter. The envelope and letter of the appeal should be clearly marked "Freedom of Information Act Appeal." Any amendment to the appeal must be made in writing and received prior to a decision.

The appeal should be addressed to the Solicitor of submitted by email to *foiaappeal@dol.gov*. Appeals submitted to any other email address will not be accepted.

Sincerely,

**OKECHI CHIGEWE** Digitally signed by OKECHI CHIGEWE
Date: 2021.10.18 16:21:19 -04'00'

Okechi Chigewe
Acting Chief, Branch of Document Management

**garrison.jones@outlook.com**

| | |
|---|---|
| **From:** | Garrison Jones |
| **Sent:** | Monday, September 13, 2021 3:43 PM |
| **To:** | foiarequests@dol.gov |
| **Subject:** | FOIA REQUEST DOCUMENTS SENT TO velocity TECHNOLOGY SOLUTIONS OR Ogltree DEAKINS- Garrison Jones |
| **Attachments:** | DOCUMENT 94 MAIN DECLARATION OF ANTHONY DECRISTOFORO 09_09_2021.pdf; 2021-F-09036 Responsive Documents.pdf; 2021-F-09036 Request.pdf; 2021-F-09036 Response.pdf |
| **Importance:** | High |

I am hereby submitting a FOIA request for any and all documents sent to Velocity Technology Solutions and Ogltree Deakins that was dated May 22, 2018 from 2017 until the current date.

On September 9 , 2021 Ogltree Deakins attorney submitted a document to the eastern District of California I case number 2:19-cv-02374 Document 94 where he included a document that he claims was sent to the US Department of Labor on May 22, 2018.

I have from a previous FOIA request received a document from that date that does not match in anyway the document he included.
I know it is a forgery and that it was the attorneys at Ogltree Deakins who created this forgery from the beginning.

They are claiming that I sent this document to the US Department of Labor in Chicago and I know I did not.
I just learned of its existence in on June 8, 2021 from the FOIA response I received from the US Department of labor.

I am including in this request his document from September 9 Document 94 and I am also including the FOIA response I received on June 8, 2021 to illustrate that this is a forgery created by Ogltree Deakins .

I simply need to know if this document exist in your system the date it was entered/received and if and when it was sent to anyone from Ogltree Deakins or

1

Velocity technology Solutions or anyone else from the year 2017 to the current date

As you can see on Page 5 of FOIA response 2021-F-09036 the response I received on June 8, 2021 has my signature on page 5.

> In other emails sent, I am demonstrating the web of lies being told in regards to the reference to May 20 alleged dr. appoint that VTS claim that I had and the reason why they extended the date from May 15, 2 20, 2018.
>
> I want to state again,
>
> 1. I never made such a statement or request for any extension VTS mentioned this in a previous e
>
> 2. message (also included) back in February 2018; I was still in Outpatient rehab at the time.
>
> 3. Message was sent proactively by VTS without my knowledge.
>
> 4. Email to VTS dated May 17, 2018 in response to Shauna Coleman's' email where I told them tha a weak attempt at trying to manufacture a reason to use FMLA as a disciplinary tool and create a trail, as May 20, 2018 was a Sunday and that I would have never made such an appointment no any dr scheduled me for an appointment on a Sunday 5 months ago.
>
> 5. Also included is an email to Shauna Coleman, Human Resource director, that I informed her tha and the EEOC investigator were awaiting on proof of my request, i.e. email or phone records to e her message in regards to the May 20, 2018 date as of today, May 23, 2018 no response has beer and none will be as there is no such proof that they can submit. It never happened, as I never di they are claiming.
>
> Please be so kind and send any further communication to the mail address on file along with rep number assigned to this complaint
>
> Thanking you in advance for your attention to this matter
>
> Rating
>
> Sincerely
> Garrison Jones
>
> Enclosures
> Nine email messages

However on the copy he attached which I think is a forgery created by Anthony Decristoforo the page does not have my signature and is completely different.

2

In other emails sent, I am demonstrating the web of lies being told in regards to the reference to May 20, 2018 and alleged dr. appoint that Velocity Technology Solutions claim that I had and the reason why they extended the date from May 15, 2018 to May 20, 2018.

I want to state again,

1. I never made such a statement or request for any extension Velocity Technology Solutions mentioned this in a previous email

2. message (also included) back in February 2018; I was still in Outpatient rehab at the time.

3. Message was sent proactively by Velocity Technology Solutions without my knowledge.

4. Email to Velocity Technology Solutions dated May 17, 2018 in response to Shauna Coleman's' email where I told them that this was a weak attempt at trying to manufacture a reason to use FMLA as a disciplinary tool and create an audit trail, as May 20, 2018 was a Sunday and that I would have never made such an appointment nor would any dr scheduled me for an appointment on a Sunday 5 months ago.

5. Also included is an email to Shauna Coleman, Human Resource director, that I informed her that both me and the EEOC investigator were awaiting on proof of my request, i.e. email or phone records to support her message in regards to the May 20, 2018 date as of today, May 23, 2018 no response has been received and none will be as there is no such proof that they can submit. It never happened, as I never did what they are claiming.

Please be so kind and send any further communication to the mail address on file along with report/case number assigned to this complaint

Thanking you in advance for your attention to this matter

Rating

Sincerely

Garrison Jones

Company address

1901 Roxborough Rd
Floor 4
Charlotte, North Carolina 28211

- CEO Keith Angell Coleman   keith.angell@velocitycloud.com

- Director of HR, Shauna Coleman   shauna.coleman@velocitycloud.com
o 704.357.7721 | m 845.282.6955 | f 703.935.1269

3

I did not create this document and I need to know if it came from your organization or as I suspect it is a forgery.

I have attached full copies of each of these documents for your investigation.

I have included the request and the responses from your agency received on June 8, 2021 and his document 94 from September 9, 2021

Please see Exhibit A he has attached which I know is a forgery.

I have a hearing for fraud upon the court where it will be crucial if I had your response ASAP, Thank you

Please send any documents that match any release to my email address
garrison.jones@outlook.com

Thank you

Colvin

May 22, 2018

Mr. Garrison Jones
705 West Liberty Drive
Wheaton, Illinois 60187

Forgery

U.S. Department of Labor
Wage and Hour Division
219 S Dearborn
Chicago, Illinois 60607

Re: Formal FMLA Complaint against Velocity Technology solutions

Dear Sir

Thank you for your direction in handling this complaint. I understand that I do not need to file a formal compliant and can proceed directly to addressing this issue in federal court, however I want to have this on record with your agency as my initial starting point

Separately will be bullet points of my complaint against Velocity. My biggest concern is I sense they are going to try to use FMLA to terminate me for the second time with false claims of non-compliance with FMLA.

I have included as attachments with this letter several emails to support my complaint. One email in particular shows the two dates we discussed related to acknowledgement of the medical condition and my email to Velocity in Jan 2018 showing that they were too busy retaliating against me for filing the discrimination complaint that they dropped the ball on FMLA. Again, I never had a conversation with anyone from VTS or an email that remotely explained the provisions of FMLA. In addition despite what she claims in the email, Shauna Coleman, Human Resource Director, never mailed anything to my home regarding FMLA.

As the same in my email, this letter and my upcoming lawsuit against Velocity, from the time of my illness to the time they provided me with any FMLA Information (Incorrect on all counts) 66 (sixty – Six) days had elapsed. Per the notifications and requirements, this was supposed to occur in five business days and it did not.

There were no extenuating circumstances on why they did not do it except as I stated in my email they were busy fiercely retaliating against me.

In addition to the emails is the actual Notice of eligibility form filled out by Shauna Coleman, Human Resource director that clearly shows 2 dates

1. February 20, 2018 ( my one year anniversary of my hire)
2. The original date of my injury November 18, 2017) please note the actual date was Nov. 17, 2017 I was admitted to hospital on Nov. 18, 2018.

In this document, she again states that I "requested FMLA" and per the 3rd email sent to you "I clearly say, "I did not "

In other emails sent, I am demonstrating the web of lies being told in regards to the reference to May 20, 2018 and alleged dr. appoint that VTS claim that I had and the reason why they extended the date from May 15, 2018 to May 20, 2018.

I want to state again,

1. I never made such a statement or request for any extension VTS mentioned this in a previous email

2. message (also included) back in February 2018; I was still in Outpatient rehab at the time.

3. Message was sent proactively by VTS without my knowledge.

4. Email to VTS dated May 17, 2018 in response to Shauna Coleman's' email where I told them that this was a weak attempt at trying to manufacture a reason to use FMLA as a disciplinary tool and create an audit trail, as May 20, 2018 was a Sunday and that I would have never made such an appointment nor would any dr scheduled me for an appointment on a Sunday 5 months ago.

5. Also included is an email to Shauna Coleman, Human Resource director, that I informed her that both me and the EEOC investigator were awaiting on proof of my request, i.e. email or phone records to support her message in regards to the May 20, 2018 date as of today, May 23, 2018 no response has been received and none will be as there is no such proof that they can submit. It never happened, as I never did what they are claiming.

   Please be so kind and send any further communication to the mail address on file along with report/case number assigned to this complaint

   Thanking you in advance for your attention to this matter

Rating

Sincerely

Garrison Jones

Enclosures

Nine email messages

Contact Phone 916-820-4960

Email Lg arrison.jones@outlook.com

May 22, 2018

Mr. Garrison Jones
705 West Liberty Drive
Wheaton, Illinois 60187

U.S. Department of Labor
Wage and Hour Division
219 S Dearborn
Wheaton, Illinois 60187

*Decristoforo FORGERY*

Re: Formal FMLA Complaint against Velocity Technology solutions

Dear Sir

Thank you for your direction in handling this complaint. I understand that I do not need to file a formal compliant and can proceed directly to addressing this issue in federal court, however I want to have this on record with your agency as my initial starting point

Separately will be bullet points of my complaint against Velocity. My biggest concern is I sense they are going to try to use FMLA to terminate me for the second time with false claims of non-compliance with FMLA.

I have included as attachments with this letter several emails to support my complaint. One email in particular shows the two dates we discussed related to acknowledgement of the medical condition and my email to Velocity in Jan 2018 showing that they were too busy retaliating against me for filing the discrimination complaint that they dropped the ball on FMLA . Again, I never had a conversation with anyone from Velocity Technology Solutions or an email that remotely explained the provisions of FMLA. In addition despite what she claims in the email, Shauna Coleman, Human Resource Director, never mailed anything to my home regarding FMLA.

As the same in my email, this letter and my upcoming lawsuit against Velocity, from the time of my illness to the time they provided me with any FMLA Information (Incorrect on all counts) 66 (sixty -- Six) days had elapsed. Per the notifications and requirements, this was supposed to occur in five business days and it did not.

There were no extenuating circumstances on why they did not do it except as I stated in my email they were busy fiercely retaliating against me.

In addition to the emails is the actual Notice of eligibility form filled out by Shauna Coleman, Human Resource director that clearly shows 2 dates

1. February 20, 2018 ( my one year anniversary of my hire)
2. The original date of my injury November 18, 2017) please note the actual date was Nov. 17, 2017 I was admitted to hospital on Nov. 18, 2018.

In this document, she again states that I "requested FMLA" and per the 3rd email sent to you "I clearly say, "I did not "

In other emails sent, I am demonstrating the web of lies being told in regards to the reference to May 20, 2018 and alleged dr. appoint that Velocity Technology Solutions claim that I had and the reason why they extended the date from May 15, 2018 to May 20, 2018.

I want to state again,

1. I never made such a statement or request for any extension Velocity Technology Solutions mentioned this in a previous email

2. message (also included) back in February 2018; I was still in Outpatient rehab at the time.

3. Message was sent proactively by Velocity Technology Solutions without my knowledge.

4. Email to Velocity Technology Solutions dated May 17, 2018 in response to Shauna Coleman's' email where I told them that this was a weak attempt at trying to manufacture a reason to use FMLA as a disciplinary tool and create an audit trail, as May 20, 2018 was a Sunday and that I would have never made such an appointment nor would any dr scheduled me for an appointment on a Sunday 5 months ago.

5. Also included is an email to Shauna Coleman, Human Resource director, that I informed her that both me and the EEOC investigator were awaiting on proof of my request, i.e. email or phone records to support her message in regards to the May 20, 2018 date as of today, May 23, 2018 no response has been received and none will be as there is no such proof that they can submit. It never happened, as I never did what they are claiming.

    Please be so kind and send any further communication to the mail address on file along with report/case number assigned to this complaint

    Thanking you in advance for your attention to this matter

Rating

Sincerely

Garrison Jones

**Company address**

1901 Roxborough Rd
Floor 4
Charlotte, North Carolina 28211

- CEO Keith Angell Coleman  keith.angell@velocitycloud.com

- Director of HR, Shauna Coleman  shauna.coleman@velocitycloud.com
o 704.357.7721 | m 845.282.6955 | f 703.935.1269

ANTHONY J. DECRISTOFORO, SBN 166171
anthony.decristoforo@ogletree.com
PAUL M. SMITH, SBN 306644
paul.smith@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA 95814
Telephone:  916-840-3150
Facsimile:  916-840-3159

Attorneys for Defendant
VELOCITY TECHNOLOGY
SOLUTIONS, INC.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON JONES, <br><br> Plaintiff, <br><br> v. <br><br> VELOCITY TECHNOLOGY SOLUTIONS, INC.; SHAUNA COLEMAN, individually and as H.R. Director of Velocity Technology Solutions; CHRIS HELLER, individually and as General Counsel of Velocity Technology Solutions; STEVEN KLOEBLEN, individually and as CEO of Velocity Technology Solutions; MICHAEL BALDWIN, individually and as an employee of Velocity Technology Solutions. <br><br> Defendants. | Case No. 2:19-cv-02374-KJM-JDP <br><br> **DECLARATION OF ANTHONY J. DECRISTOFORO IN SUPPORT OF REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** <br><br> DATE: September 16, 2021[1] <br> TIME: 10:00 AM <br> LOCATION: Courtroom 9, 13th Floor <br> 501 I Street <br> Sacramento, CA 95814 <br><br> Complaint Filed: November 25, 2019 <br> Trial Date: None Set <br> Magistrate Judge: Hon. Jeremy D. Peterson <br> District Judge: Hon. Kimberly J. Mueller |

I, Anthony J. DeCristoforo, declare:

1. I am an attorney duly licensed to practice law before all courts of the State of California. I am a Shareholder at the law firm of Ogletree, Deakins, Nash, Smoak & Stewart P.C., counsel of record for Defendant Velocity Technology Solutions, Inc. ("Defendant") in the above-entitled action. Other than as described on information and belief, the following facts are within my personal knowledge and, if called as a witness herein, I can completely testify thereto. As to facts described on information and belief, I am informed and believe them to be true.

---
[1] The Court has vacated the hearing on this Motion. [DKT 90].

1                                    Case No. 2:19-cv-02374-KJM-JDP
DECLARATION OF ANTHONY J. DECRISTOFORO IN SUPPORT OF REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

2. Attached as Exhibit A is a true and correct copy of a letter dated May 22, 2018, that, on information and belief, was sent by the Plaintiff to the United States Department of Labor and which Plaintiff refers to in his Opposition as a thank you letter. Oppo. [DKT 88] at 10. This letter bears the subject line "Formal FMLA Complaint against Velocity Technology solutions (sic)."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was signed on September 9, 2021, in Sacramento, California.

/s/ *Anthony J. DeCristoforo*
ANTHONY J. DECRISTOFORO

48478040.1

# EXHIBIT A



**FILE**   MESSAGE

Wed 9/30/2020 9:16 AM
Garrison Jones <garrison.jones@outlook.com>
896928

To   foiarequests@dol.gov

There is a big problem. I did not make the complaint under your customer I'd 3850645

The phone number listed with this complaint I got rid of because of harassing phone calls from my former employer Velocity Technology Solutions.

In September 2019 I began to learn of multiple illegal criminal activity committed by Velocity. One of them was they impersonated me and made a false allegation to the Arizona Department of Economic Security claiming I was unable to work where they used that to deny me unemployment benefits. I informed them as well I never made that call because my physician had approved me to return to work on 3/23/2018. In their reason for the adverse negative decision, they claimed I said I was under the care of my doctor until 5/15/2018. This date is the same date matched on the certification from velocity that they sent to AZDES to claim I was on fmla and unable to work. There is no way I would yell AZDES that I was under his care when I was approved to return a month before this date.
They impersonated me. I appealed and won the appeal because I submitted the doctor statement showing the date of 3/22/2018.

They had this document in their possession and sent the documents when AZDES or the AZ court of Appeals did not ask for them.

It was all false and fraud. I did however, contact DOL in July 2019 I found out they had filed 4 false claims against me and somehow I knew there was more than what they were telling me.
Thank you