Garrison Jones
Plaintiff (Pro Se)
P.O. Box 188911
Sacramento, California 95818
garrison.jones@outlook.com



FILED

JAN 20 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**U.S. DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GARRISON JONES**<br>**Plaintiff,**<br>V.<br>**VELOCITY TECHNOLOGY SOLUTIONS LLC et al**<br>**Defendants.** | Case 2:19-cv-02374 KJM-JDP<br>**JURY TRIAL DEMANDED**<br>Action filed: Nov 25, 2019<br>Date set for trial: NONE |

# Plaintiff Response to missing filings
## Introduction

This is the 6the time I have had to contact the court in connection to filings I have sent to the court that have been intercepted and not filed.

Documents marked with the letter A are documents sent in same envelope with documents filed on Jan 11, 2022 and Jan 12, 2022 but were never filed.

I was told to wait a couple of days to see if they are filed and as of Friday Jan 14, 2022 they were not.

There is no way they just simply disappeared.

They were taken intercepted because of the content that was damaging to defendants.

- 1 -

Again, this has happened before in this case and the former case in the Northern District of Illinois then they were intentionally intercepted to sabotage my case.

I am refiling said documents and they must show a file date of Jan 7, 2022 the date they were received by the court.

In the latest on January 6, 2022 I sent overnight a total of 6 filing for cases **2:19-cv-02374** and case number **2:21-cv-01772 to the court.**

The main document Plaintiff Response to Order to show cause is completely missing and was the main reason it was sent overnight in the same town as the court. There is no way it was not targeted.
Tracking shows it was delivered on July 7, 2022 at 12:25 pm.
Pacer shows a total of 4 documents were not filed until 5 days later.

**Tracking History**

January 7, 2022, 12:25 pm
Delivered, Left with Individual
95800
Your item was delivered to an individual at the address at 12:25 pm on January 7, 2022 in ZIP Code 95800. The item was signed for by A KAS.

January 7, 2022, 10:58 am
Out for Delivery
SACRAMENTO, CA 95814

January 7, 2022, 10:47 am
Arrived at Post Office
SACRAMENTO, CA 95813

In case number 2:19-cv-02374 it shows opposition to motion received on 1/07_2022 but it was filed 5 days later but none of the other pleadings have yet to be filed

- 2 -

**2:19-cv-02374-KJM-JDP** (PS) Jones v. Velocity Technology Solutions et al
Kimberly J. Mueller, presiding
Jeremy D. Peterson, referral
**Date filed:** 11/25/2019
**Date of last filing:** 01/07/2022

## History

Create an Alert for This Case on RECAP

| Doc. No. | Dates | | Description |
|---|---|---|---|
| 112 | Filed: | 01/07/2022 | Opposition to Motion |
| | Entered: | 01/11/2022 | |

In the other case number 2:21-07772 it shows document 12 received the same day Jan 7, 2022 but does not show the other pleadings sent in the same envelope and are missing.

**2:21-cv-01772-JAM-JDP** (PS) Jones v. Velocity Technology Solutions et al
John A. Mendez, presiding
Jeremy D. Peterson, referral
**Date filed:** 09/28/2021
**Date of last filing:** 01/07/2022

## History

Create an Alert for This Case on RECAP

| Doc. No. | Dates | | Description |
|---|---|---|---|
| 12 | Filed: | 01/07/2022 | Opposition to Motion |
| | Entered: | 01/10/2022 | |

Because I am high risk for Covid and since it began, I have experienced this multiple times and I know it is held.
In the attached communications I informed the deputy and the court this was the same thing that happened in the case in northern Illinois with the same parties.

There is no reason why my pleadings are being withheld, destroyed and the filing of them are delayed especially when there is a time sensitive filing.

- 3 -

When I sent them via regular mail, they were intercepted and I had no proof it was sent or delivered.

Then I began at extra close sent all of them via priority or express mail so I had proof of delivery.
Now even though I am sending via verifiable and tracked they are delivered, now they are opening the pkg and taking pleadings out of the pkg and either destroying them when they see that the evidence is damaging to Velocity and Ogltree Deakins.

This is human intervention.

There is no way only 2 out of the 6 documents in the same envelope disappeared and were not filed unless there was human intervention.

I am going to resend the missing pleadings again with this letter to the court so it can be filed.

I know they are attempting to sabotage my case in any way they can and are exploiting the fact that plaintiff does not have the ability to electronically file documents and they have exploited it to its fullest extent.

Plaintiff has continued to uncovered information that will send both Velocity and Ogltree Deakins attorneys to federal prison.

Again, this is the sixth or seventh occurrence and needs to be escalated.

I will also be submitting a motion for electronic filing to take and remove anyone from interfering and intercepting any of my future filings, this is obstruction and must stop.

To sink so low as to pay off someone to do this is appalling conduct.

If I have to refile these same documents 400 times they will not deter me from proceeding in these cases by these petty acts of obstruction.
It does not take 5 days for a pleading to be filed after it was delivered except if it is being intentionally withheld.

- 4 -

The date of filing on all the documents I am sending must be January 7, 2022 because that is the date I originally sent these documents to the court. There can be no other filing date attached other that January 7, 2022.

They first started by preventing notifications to be sent to plaintiff from Pacer. Fortunately thru one of the attorneys from the legal clinic provided plaintiff with alternatives, services that were not connected to Pacer that would bypass Pacer notification and send all notifications of filings to any email address.

Since plaintiff has used these services no court notification regardless of its signifigance every time a filing including from the court or defendant, he has received notifications the same day or within minutes it is filed with no issues.

The reason is because I removed any possibility of them to interfere in the process they used to receive notifications from the court electronically as every litigant has a right to receive.

They depended on him before not to get any notifications so removing them from the ability to unlawfully intercept and intervene was removed. They had hoped if no notification the court would take action if no response was received.

Now since they had no control they have moved their focus to something else and obstructed / targeted mailed filings from plaintiff in this case and the case in Northern Illinois. In that case to the same thing occurred. Filings were missing, delayed or did not appear at all until plaintiff began to send them with tacking.

Now despite being tracked they have went further and disregarded whether it was tracked or not they are opening the envelope, reading the content of the pleading and deciding to destroy it or remove the most damaging documents.

Garrison Jones

- 5 -

Dated January 13, 2022