Garrison Jones
Plaintiff (Pro Se)
General Delivery
Sacramento, California 95814
garrison.jones@outlook.com

FILED

FEB 25 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# U.S. DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARRISON JONES**<br><br>　　　　Plaintiff,<br>v.<br><br>**VELOCITY TECHNOLOGY SOLUTIONS LLC et al**<br>　　　　Defendants. | Case No.: **2:19-cv-02374 KJM-JDP**<br><br>**JURY TRIAL DEMANDED**<br><br>Action filed: Nov 25, 2019<br><br>Date set for trial: NONE |

## Motion granting plaintiff Garrison Jones ability to electronically file pleadings – obstruction by defendants

1. **PLEASE TAKE NOTICE** that on March 24, 2022 at 10:00 am. in Courtroom 9 of the United States District Court of Eastern California Court located at 501 I Street Sacramento, California 95814, Plaintiff Garrison Jones will move this Court for an order to add /joinder of the law firm of Ogltree, Deakins, Nash, Smoke, Stewart, P.C as a defendant/party to the above complaint.

- 1 -

**PLEASE TAKE NOTICE** that March 24, 2022 at 10:00 am. in Courtroom 9 of the United States District Court of Eastern California Court located at 501 I Street Sacrament, California 95814, Plaintiff Garrison Jones will move this Court to grant his motion to file electronically pleadings.

Plaintiff since the defendants and their attorneys from Ogltree Deakins has suffered immensely from the obstruction and the interception destruction of his pleadings by an individual or individuals who have been recruited by Ogltree Deakins to be on the look-out and to intercept his pleadings in direct interference and violation off his due process rights.

They are intentionally intercepting these pleadings, delaying the filing of the documents in order to make it appear plaintiff is not complying with the courts orders.

The last instance on January 7, 2022 plaintiff sent a total of 6 different pleadings that was received by the court on Jan. 7, 202 however after 5 days only 2 of the pleading were filed.

It appears the pleading missing were read and because they were time sensitive and or damaging to the defendants, they were the 4 pleadings that were not filed and destroyed.

Plaintiff contacted the clerk's office every day and all they recommended that the "missing" pleading be refiled.

This is has been going on since the beginning of the pandemic.
Plaintiff is high risk for Covid. He initially hand delivered and filed his pleadings with the court clerk. None of the pleadings came up missing.
Once the pandemic began, he began to mail them to the court. After 6 pleadings, they began to come up missing required plaintiff to mail it again a second time.

Plaintiff complained to the clerk office and nothing was done. They blamed it on the USPS.

Plaintiff explained it was not USPS it was the defendants and their attorneys from Ogltree Deakins because this same issue occurred in the case in Northern Illinois. Pleadings came up missing, not filed and plaintiff had to file them twice or a third time.

It is not a coincidence the same thing was occurring.
They have targeted the fact plaintiff was not able to file electronically and gave the monetary incentive to one or more individuals in the clerk's office to intercept the pleadings, delay filing them and or destroy pleadings damaging to Velocity or to Ogltree Deakins.

Plaintiff began to send the pleadings via USPS priority Mail so that he received notification of date/time the pleadings were received.

## CONCLUSION

For the foregoing reasons and documented evidence plaintiff ask the court for an order granting this order to allow him to proceed from this point forward to file electronically in cases  2:19-cv-02374 and 2:21-cv-01772-JAM-JDP.

Respectfully submitted,

Dated: February 22, 2022

**Garrison Jones Plaintiff** (Pro Se)

General Delivery
Sacramento, California 95814
garrison.jones@outlook.com

| | |
|---|---|
| **From:** | Garrison Jones <garrison.jones@outlook.com> |
| **Sent:** | Tuesday, November 2, 2021 10:48 AM |
| **To:** | Nicholas Cannarozzi |
| **Subject:** | Notifications of documents filed |

I am going to send this to the court but I knew this was true. I just had a certificate of service return from velocity stating not at this address. Another scheme and trick. Thus is the second one I have received.

Next just in the past case they have done everything they can to interfere.

Before they filed their appearance in this case I used to get notifications from the court when documents are filed. In prior litigation they contacted some and they stopped just as it has in thus case. Last one I received was august 2020. I have been using third party applications they do not have knowledge of to receive notifications if filings. I have days thus time and time again. This is not a coincidence that the same party is doing this. Thus is Ogltree Deakins manipulation of the process to intentionally prevent my progress using contacts they have and I seriously believe they are impersonating me in these contacts by using my information to induce people to make changes that everybody gets except me.

garrison.jones@outlook.com

| | |
|---|---|
| **From:** | CAEDdb_cmecf-helpdesk <caed_cmecf_helpdesk@caed.uscourts.gov> |
| **Sent:** | Thursday, May 21, 2020 9:59 AM |
| **To:** | Garrison Jones |
| **Subject:** | RE: not receiving notifications |

Good morning,

You are not an approved electronic filer, so you will not receive electronic notifications. You will be served by mail.

You appear to have a PACER account. PAVER is a separate company from the courts and is only for viewing documents. You may check the status of your case at any time on PACER, but you will be served by mail.

If you would like to be an electronic filer, you must file a paper Motion for Electronic Filing (no form, you prepare it yourself) in your case and a Judge will rule.

We are receiving and processing mail as usual; we also have a drop box on the first floor.

CM/ECF HELPDESK for the
United States District Court
Eastern District of California
Phone Numbers:                            current phone hours:
    In Sacramento: 866-884-5525   9:00 a.m.-- 1:00 p.m.
    In Fresno:        866-884-5444   9:00 a.m.– 12:00 p.m.


**From:** Garrison Jones <garrison.jones@outlook.com>
**Sent:** Thursday, May 21, 2020 7:53 AM
**To:** CAEDdb_cmecf-helpdesk <caed_cmecf_helpdesk@caed.uscourts.gov>
**Subject:** not receiving notifications

My user name is ▓▓▓▓▓ an▓▓▓▓▓▓▓▓▓▓▓ I am not receiving notifications of filings from case number 2:19-cv-02374. Please contacte me asap as tI am logging into pacer every day to check activity

Sent from Mail for Windows 10

garrison.jones@outlook.com

**From:** Garrison Jones
**Sent:** Wednesday, October 27, 2021 12:29 PM
**To:** Nicholas Cannarozzi
**Subject:** RE: missing filing

THEY ALWAYS SHOW 85000 THAT'S THE POST OFFICE

**From:** Nicholas Cannarozzi [mailto:NCannarozzi@caed.uscourts.gov]
**Sent:** Wednesday, October 27, 2021 12:28 PM
**To:** Garrison Jones <garrison.jones@outlook.com>
**Subject:** RE: missing filing

Good morning,

All incoming mail to the courthouse is delivered to a central mail room. Upon delivery, each agency picks up their respective mail from that room. Additionally the Clerk's Office has a 24 hour turn around period to process those incoming documents.

I will note that your attached receipt does not indicate the correct ZIP code for the courthouse. It is listed as 95800, not 98514. That may or may not be the issue. Regardless, I would check back with the Clerk's Office later today to check the status of your filing. I have forwarded your e-mail to the Operations Supervisor to let him know of your inquiry. Best,

Nic Cannarozzi
Courtroom Deputy to the
Honorable Jeremy D. Peterson
United States District Court
501 I Street, Suite 4-200
Sacramento, CA 95814
916.930.4172

**From:** Garrison Jones <garrison.jones@outlook.com>
**Sent:** Wednesday, October 27, 2021 9:59 AM
**To:** Nicholas Cannarozzi <NCannarozzi@caed.uscourts.gov>
**Subject:** missing filing
**Importance:** High

**CAUTION - EXTERNAL:**

Ok this is the 5th time this has happened. I sent this express mail because of coved and it shows it was delivered yesterday to the court house like all the others and they do not have it in the court clerk's office.

1

I had a deadline of October 28 and it shows delivered yesterday @ 10:36 am and it is nowhere to be found.

This is the same thing that happened in my case with Ogltree Deakins and Velocity in the Northern District of Illinois.
This is not a coincidence.  They have someone on the lookout and intercepting my pleadings at the court house.  I know its them.

They have offered someone a bride and paying them to sabotage my cases so I can't filed documents.

I use courtlistner for notifications because they paid someone to prevent me from getting notifications from Pacer.

I am already at an advantage because I cannot file electronically and they know that.

If you can please let the judge know and look into this.  Clerk told me to call back @ 2 pm to check on this again,

Criminals that's what they are. They will and have stooped to anything to stop me from wining this case.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Garrison Jones <garrison.jones@outlook.com> |
| **Sent:** | Sunday, January 9, 2022 5:28 PM |
| **To:** | Garrison; Garrison Jones |
| **Subject:** | Fwd: missing filing |

Begin forwarded message:

> **From:** Garrison Jones <garrison.jones@outlook.com>
> **Date:** October 27, 2021 at 12:43:00 PM CDT
> **To:** Nicholas Cannarozzi <NCannarozzi@caed.uscourts.gov>
> **Subject: RE: missing filing**
>
> Thank you very much
>
> **From:** Nicholas Cannarozzi [mailto:NCannarozzi@caed.uscourts.gov]
> **Sent:** Wednesday, October 27, 2021 12:42 PM
> **To:** Garrison Jones <garrison.jones@outlook.com>
> **Subject:** RE: missing filing
>
> The Operations Supervisor has reported to me that they have the filing and it will be processed today.  Best,
>
> ## Nic Cannarozzi
> Courtroom Deputy to the
> Honorable Jeremy D. Peterson
> United States District Court
> 501 I Street, Suite 4-200
> Sacramento, CA 95814
> 916.930.4172
>
> **From:** Garrison Jones <garrison.jones@outlook.com>
> **Sent:** Wednesday, October 27, 2021 10:29 AM
> **To:** Nicholas Cannarozzi <NCannarozzi@caed.uscourts.gov>
> **Subject:** RE: missing filing
>
> **CAUTION - EXTERNAL:**
>
> THEY ALWAYS SHOW 85000 THAT'S THE POST OFFICE
>
> **From:** Nicholas Cannarozzi [mailto:NCannarozzi@caed.uscourts.gov]
> **Sent:** Wednesday, October 27, 2021 12:28 PM

1

**To:** Garrison Jones <garrison.jones@outlook.com>
**Subject:** RE: missing filing

D

Good morning,

All incoming mail to the courthouse is delivered to a central mail room. Upon delivery, each agency picks up their respective mail from that room. Additionally the Clerk's Office has a 24 hour turn around period to process those incoming documents.

I will note that your attached receipt does not indicate the correct ZIP code for the courthouse. It is listed as 95800, not 98514. That may or may not be the issue. Regardless, I would check back with the Clerk's Office later today to check the status of your filing. I have forwarded your e-mail to the Operations Supervisor to let him know of your inquiry. Best,

Nic Cannarozzi
Courtroom Deputy to the
Honorable Jeremy D. Peterson
United States District Court
501 I Street, Suite 4-200
Sacramento, CA 95814
916.930.4172

**From:** Garrison Jones <garrison.jones@outlook.com>
**Sent:** Wednesday, October 27, 2021 9:59 AM
**To:** Nicholas Cannarozzi <NCannarozzi@caed.uscourts.gov>
**Subject:** missing filing
**Importance:** High

**CAUTION - EXTERNAL:**

Ok this is the 5th time this has happened. I sent this express mail because of coved and it shows it was delivered yesterday to the court house like all the others and they do not have it in the court clerk's office.

I had a deadline of October 28 and it shows delivered yesterday @ 10:36 am and it is nowhere to be found.

This is the same thing that happened in my case with Ogltree Deakins and Velocity in the Northern District of Illinois.
This is not a coincidence. They have someone on the lookout and intercepting my pleadings at the court house. I know its them.

2

They have offered someone a bride and paying them to sabotage my cases so I can't filed documents.

I use courtlistner for notifications because they paid someone to prevent me from getting notifications from Pacer.

I am already at an advantage because I cannot file electronically and they know that.

If you can please let the judge know and look into this. Clerk told me to call back @ 2 pm to check on this again,

Criminals that's what they are. They will and have stooped to anything to stop me from wining this case.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**garrison.jones@outlook.com**

| | |
|---|---|
| From: | Garrison Jones <garrison.jones@outlook.com> |
| Sent: | Tuesday, November 2, 2021 10:48 AM |
| To: | Nicholas Cannarozzi |
| Subject: | Notifications of documents filed |

I am going to send this to the court but I knew this was true. I just had a certificate of service return from velocity stating not at this address. Another scheme and trick. Thus is the second one I have received.

Next just in the past case they have done everything they can to interfere.

Before they filed their appearance in this case I used to get notifications from the court when documents are filed. In prior litigation they contacted some and they stopped just as it has in thus case. Last one I received was august 2020.
I have been using third party applications they do not have knowledge of to receive notifications if filings. I have days thus time and time again. This is not a coincidence that the same party is doing this. Thus is Ogltree Deakins manipulation of the process to intentionally prevent my progress using contacts they have and I seriously believe they are impersonating me in these contacts by using my information to induce people to make changes that everybody gets except me.

1