ANTHONY J. DECRISTOFORO, SBN 166171
anthony.decristoforo@ogletree.com
PAUL M. SMITH, SBN 306644
paul.smith@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA  95814
Telephone:      916-840-3150
Facsimile:       916-840-3159

Attorneys for Defendant
VELOCITY TECHNOLOGY
SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON JONES,<br><br>            Plaintiff,<br><br>     v.<br><br>VELOCITY TECHNOLOGY SOLUTIONS, INC.; SHAUNA COLEMAN, individually and as H.R. Director of Velocity Technology Solutions; CHRIS HELLER, individually and as General Counsel of Velocity Technology Solutions; STEVEN KLOEBLEN, individually and as CEO of Velocity Technology Solutions; MICHAEL BALDWIN, individually and as an employee of Velocity Technology Solutions.<br><br>            Defendants. | Case No. 2:19-cv-02374-KJM-JDP<br><br>**DEFENDANT VELOCITY TECHNOLOGY SOLUTIONS, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR PERMISSION TO FILE ELECTRONICALLY**<br><br>DATE:             March 31, 2022<br>TIME:             10:00 AM<br>LOCATION:   Courtroom 9, 13th Floor<br>                         501 I Street<br>                         Sacramento, CA 95814<br><br>Complaint Filed: November 25, 2019<br>Trial Date:           None Set<br>Magistrate Judge: Hon. Jeremy D. Peterson<br>District Judge:    Hon. Kimberly J. Mueller |

Plaintiff Garrison Jones, appearing in pro se, has requested the Court's permission to file documents electronically in this case.  Dkt. 120.  Plaintiff claims that the reason he needs to be able to file electronically is because Defendant Velocity Technology Solutions and its counsel have been intercepting the pleadings he has mailed to this Court, and that they have bribed unidentified court personnel to prevent documents Plaintiff has mailed to the Court from being processed and filed.

Defendant files this response to make the record clear that it has not intercepted or attempted to intercept Plaintiff's mail, and it has not bribed or attempted to bribe any member of the Court's staff.  Plaintiff's Motion for Permission to File Electronically is a scurrilous attack on the integrity of Defendant, its counsel, and the Court's staff.

Like so many other documents Plaintiff has filed in this case, Plaintiff's Motion for Permission to File Electronically contains wild and inflammatory conspiracy theories.  Plaintiff's accusations against Defendant, its counsel, and the Court include:

- "... the obstruction and the interception destruction (sic) of his pleadings by an individual or individuals who have been recruited by Ogltree (sic) Deakins to be on the look-out and to intercept his pleadings…" Dkt. 120, at 2.
- "They are intentionally intercepting these pleadings."  *Id.*
- "This has been going on since the beginning of the pandemic."  Dkt. 120, at 3.
- "Plaintiff complained to the clerk office and nothing was done."  *Id.*
- "…it was the defendants and their attorneys from Ogltree Deakins because this same issue occurred in Northern Illinois."  *Id.*
- "They … gave the monetary incentive to one or more individuals in the clerk's office to intercept the pleadings, delay filing them and or destroy pleadings…."  *Id.*
- "They have someone on the lookout and intercepting my pleadings at the court house.  I know them.  They have offered someone a bride (sic) and paying them to sabotage my cases so I can't file documents."  Dkt. 120, Exh. C (email from Plaintiff to Court dated October 27, 2021).

Plaintiff does not offer a shred of evidence to support his reckless allegations that Defendant, its counsel, and Court staff have conspired to prevent his mailed pleadings from being filed.  Plaintiff submits no evidence, beyond his inadmissible opinion that "I know them," to support the claim that Defendant or its counsel recruited and then bribed one or more members of the Court's staff to be on the lookout for Plaintiff's mailed pleadings, and to destroy the pleadings before they are filed.

////

Plaintiff has turned this case into a personal vendetta against Defendant and its counsel, and Defendant is reluctant to dignify Plaintiff's personal attacks by responding to them. Nevertheless, for the sake of the record, Defendant and its counsel deny, in the strongest terms possible, that they have intercepted or attempted to intercept Plaintiff's mail, or have bribed or attempted to bribe any member of the Court's staff.

DATED:  March 17, 2022                OGLETREE, DEAKINS, NASH,
                                      SMOAK & STEWART, P.C.


                                      By:   */s/ Anthony J. DeCristoforo*
                                            Anthony J. DeCristoforo
                                            Paul M. Smith

                                            Attorneys for Defendant VELOCITY
                                            TECHNOLOGY SOLUTIONS, INC.

50727316.v1-OGLETREE