Garrison Jones
Plaintiff (Pro Se)
P.O. Box 188911
Sacramento, California 95818
garrison.jones@outlook.com

FILED
MAY - 5 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# U.S. DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Garrison Jones<br><br>Vs<br><br>Velocity Technology Solutions | Case No.: 2:19-cv-02374 KJM-JDP<br><br>**JURY TRIAL DEMANDED**<br><br>Action filed: Nov 25, 2019<br><br>Date set for trial: NONE |

**Plaintiff Reply to Defendants opposition to Motion to Vacate**

# Introduction

It was the intent then as it is now that the intent of the exhibit submitted by plaintiff was that after over 3 months of no communication or response from Velocity that the emails were part of the conspiracy to cover-up the termination of plaintiff.

The exhibit never stated or contained any language related to cancellation of benefits.

It is the demented interpretation of Velocity attorney who is making the false claim in his attempt to induce anyone who reads it into interpreting it as a contradiction of the

- 1 -

termination of plaintiff. He did this knowing that it was sent at the direction of attorneys from the law firm of Ogltree Deakins as part of the conspiracy to cover-up the termination of plaintiff after he applied for unemployment and filed a discrimination lawsuit against Velocity in the Northern District of Illinois on May 8, 2018.

**At no time during the entire approved FMLA medical leave was plaintiff covered and or receiving medical benefit insurance from Velocity.**

The exhibit does not contradict his termination, as he was not receiving coverage.

Velocity defense attorney transformed it into and directed the courts attention to the lie being told that he was still receiving health benefits and this in his mind "contradicted "his termination.

In document 9, this same attorney who lied to Judge Mueller to gain some form of credibility he does not deserve, **dropped the name of Chief Judge Mueller a total of nine (9) times using he wording of "unambiguous and unambiguously "a total of 7 seven times riding on her coat tail where now we know he was lying to the court and has revised everything he has claimed and directed the courts attention to.**

Now after plaintiff after the decision by the court Document 98 where he contacted 3 separate agencies United Healthcare *Velocity plan administrator, the State of Arizona Medicaid program and an end healthcare provider Midwest Eye Clinic who all verified.

   a. Plaintiff on February 7, 2018 was approved for state of Arizona Medicaid
   b. Plaintiff on January 30, 2018 paid out of pocket for medical treatment with Midwest Eye Clinic after his Velocity insurance declined to authorize/pay for his visit and treatment
   c. Plaintiff contact with United Healthcare outlined his dates of coverage.

All this information was acquired in 40 days after September 28, 2018 and is classified as new evidence that was not available to plaintiff to prove to the court if he had known Chief Judge was reviewing this case.

Only thru his due diligence after the review and if he had known this was the direction the court was taking he would have had this information sooner for that review.

Now that it is in the document, velocity and this so-called attorney who lied to the court has again "changed his stripes", now claiming Velocity lawfully terminated his health coverage for non-payment.

He knew he was lying before he directed the courts attention to the exhibit.

In addition, Velocity and Ogltree Deakins tried this tactic in their appeal of July 23, 2018 and the appeal was denied and dismissed.

Now that this issue resurfaced, he tried to induce this court into reversing the prior failure and rule specifically on the lies being told in that email and now blaming Chief Judge Mueller and plaintiff for the lies he was directing the court to.

**That at the drop of a hat with no reservation, he would tell a lie on anyone including a Chief Judge of a federal US District Court.**

**Now this same attorneys who has lied to the court is now attempting to blame the court and specifically Chief Judge Mueller** for its decision of claiming the termination of plaintiff did not occur because he was receiving health benefits i.e., vision, dental and medical.

He now claims, "**Velocity has only POINTED to documents attached by plaintiff.**

**Now he uses the word "Velocity" instead of blaming himself.**

**Velocity did not write the motion to dismiss, he did.**

**Here is snapshot of the text Document 131 where he is no lying that he only pointed to these documents that contains the lie from Velocity HR Director where she is claiming plaintiff was still receiving health benefits.**

**Just "pointing to the document is the same as it was his intent to deceive the court into believing plaintiff was still receiving health benefits where he claims "contradicted his termination.**

Even if the Order were to be considered a final order, Plaintiff does not meet his burden under Rule 60. Plaintiff asserts that the Court must overturn its prior Order because Defendant "directed the court to an exhibit in a dismissed complaint claiming that it 'contradicted' his termination claiming he was receiving health benefits when in fact he was not as they had been cancelled and the fact plaintiff had been unlawfully terminated months earlier." [DKT 128 at 2.] Plaintiff is incorrect. Velocity has only pointed to documents and evidence introduced *by Plaintiff* into the record. In seeking to dismiss the First Amended Complaint, Velocity did not focus on Plaintiff's eligibility for or Velocity's termination of Plaintiff's benefits. [*See*, DKT 43.] It is Plaintiff who introduces that his "FMLA leave will begin on February 20, 2018" for 12 weeks "through May 15, 2018." [DKT 41 at P. 8.] After an erroneous email questioned whether Plaintiff was still employed on March 15, 2018 [See DKT 41 at P. 26], Shauna Coleman clarified that Velocity had not terminated his employment and that he remained employed as of the date of his expiration of FMLA leave – May 15, 2018. [See DKT 41 at P. 24.] These documents contradict Plaintiff's allegations, and show that Plaintiff received every benefit afforded to him by the FMLA and that no violation could have occurred.

**This is a lie. He specifically in his document 131 p4 at 12 pointed/directed the courts attention to DKT 41 page 24**

22 that his "FMLA leave will begin on February 20, 2018" for 12 weeks "through May 15, 2018."
23 [DKT 41 at P. 8.] After an erroneous email questioned whether Plaintiff was still employed on
24 March 15, 2018 [See DKT 41 at P. 26], Shauna Coleman clarified that Velocity had not terminated
25 his employment and that he remained employed as of the date of his expiration of FMLA leave –
26 May 15, 2018. [See DKT 41 at P. 24.] These documents contradict Plaintiff's allegations, and
27 show that Plaintiff received every benefit afforded to him by the FMLA and that no violation could
28 have occurred.

**Document 131 page4 at 12**

> 22  that his "FMLA leave will begin on February 20, 2018" for 12 weeks "through May 15, 2018."
> 23  [DKT 41 at P. 8.] After an erroneous email questioned whether Plaintiff was still employed on
> 24  March 15, 2018 [See DKT 41 at P. 26], Shauna Coleman clarified that Velocity had not terminated
> 25  his employment and that he remained employed as of the date of his expiration of FMLA leave –
> 26  May 15, 2018. [See DKT 41 at P. 24.] These documents contradict Plaintiff's allegations, and
> 27  show that Plaintiff received every benefit afforded to him by the FMLA and that no violation could
> 28  have occurred.
>
> 8                Case No. 2:19-cv-02374-KJM-EFB

All of the defense counsels opposition in document 131 is a bunch of allusive irrelevant rhetoric as it was Velocity when they were not asked to do so made the promise to plaintiff on December 22, 2017 that they would collect his health benefit premiums when he returned to work.

Plaintiff because he was dealing with and only dealt with all FMLA issues, benefits etc. with HR Director Shauna Coleman, the highest ranking HR professional in the organization, he at all times had detrimental reliance on everything and direction he was being told and instructed by her.

However, unbeknownst to him Shauna Coleman was a main con-conspirator in the covering up of his termination, the person who terminated him, the person who released specific personal identifying information that was used to harass him, the filing of false felony criminal accusations against him as well as forged documents.

At no time was she an ally of the plaintiff and certainly she was not an advocate to his health and rehabilitation efforts after suffering a stroke.

Certainly, she did not give these duties to any other employee within the HR department because it would reveal the sinister heinous tactics being committed against plaintiff.

It is obvious based on the evidence submitted by plaintiff Velocity was using everything they had available to them to prevent plaintiff from receiving medical treatment and everything they had available to them ( healthcare benefits) to prevent him from recovering from a **Hemorrhagic stroke.**

**What they had available to them was his healthcare benefits to hurt him and prevent him from recovering and deny him medical treatment, medication occupational, physical and speech therapy.**

**They intentionally targeted his coverage and cancelled it.  They did not want him to recover or return to work.  They wanted him to DIE.**

Why else would they pull and cancel all of his health benefits.

They did this after in December 2017 from the highest-ranking employee in the organization HR Director, Shauna Coleman who sent plaintiff an email on December 22, 2017

> On Dec 22, 2017, at 12:37 PM, Shauna Coleman <shauna.coleman@velocitycloud.com> wrote:
>
> Hello,
>
> Thank you Wendy. Garrison, as mentioned during open enrollment you will not be eligible to receive LTD benefits on your current disability as you did not have this coverage in place when this situation started. That said, you will be eligible for coverage in a year (with review by Lincoln Financial).
>
> Velocity will collect your premium once you return to work.

Then in less than 30 days later, she sends this message demanding payment.

**From:** Shauna Coleman <shauna.coleman@velocitycloud.com>
**Sent:** Tuesday, January 23, 2018 7:26 PM
**To:** garrison.jones1724@outlook.com; Garrison Jones
**Subject:** Benefit Premium Recoup

Good Evening Garrison,

As previously discussed the last time that you paid for your benefits was November 30, 2017. We need to recoup your benefit premiums for December 2017 and January 2018 (breakdown listed below). In the past we have collected these payments via payroll deductions, but since you have been on short-term disability Lincoln Financial has been paying your directly.

|         | Dec-17              | Jan-18    |
|---------|---------------------|-----------|
| Medical | $ 185.83            | $ 242.15  |
| Dental  | $ 22.21             | $ 25.77   |
| FSA     | $ 83.33             | $ 83.33   |
| LTD     | $0 (not enrolled)   | $ 26.88   |
|         | $ 291.37            | $ 378.13  |

In order to continue your benefit coverage we need to recoup the premiums for December and January, totaling $669.51. Starting in February 2018 we will need your benefit premium of $378.13 submitted monthly to Velocity Technology Solutions, Inc. - Attn Wendy Cauthen, and mailed to 1901 Roxborough Road, Floor 4 Charlotte, NC 28211. Please make the check payable to Velocity Technology Solutions, Inc.

Please acknowledge receipt of this email and confirm once the payments have been mailed. If you have any questions please let me know.

Thank you

**Shauna Coleman** | Director, Human Resources | Velocity Technology Solutions, Inc.

o 704.357.7721 | m 845.282.6955 | f 703.935.1269 | velocitycloud.com

## Then on February 24, 2018, she sends another message demanding payment

**Garrison Jones**

From: Shauna Coleman <shauna.coleman@velocitycloud.com>
Sent: Saturday, February 24, 2018 12:30 AM
To: garrison jones; Garrison Jones
Subject: Re: Benefit Premium Recoup

Good Evening Garrison,

On January 23, 2018 we notified you that we needed you pay for your portion of the benefit premiums that have not been paid in order to not lose coverage. Please provide payment for the following months and amounts:

- December 2017 = $291.37
- January 2018 = $378.13
- February 2018 = $378.13

As previously mentioned, we will need your benefit premium of $378.13 submitted monthly to Velocity Technology Solutions, Inc. - Attn Wendy Cauthen, and mailed to 1901 Roxborough Road, Floor 4 Charlotte, NC 28211. Please make the check payable to Velocity Technology Solutions, Inc.

This is the second request for payments. Velocity is not responsible for your benefit premium and without payment you are at risk of losing coverage. Please acknowledge receipt of this email and confirm once the payments have been mailed. If you have any questions please let me know.

Thank you,

Shauna Coleman | Director, Human Resources | Velocity Technology Solutions, Inc.

o 704.357.7721 | m 845.262.6955 | f 703.935.1269 | velocitycloud.com

On Tue, Jan 23, 2018 at 10:25 PM, Shauna Coleman <shauna.coleman@velocitycloud.com> wrote:
Good Evening Garrison,

As previously discussed the last time that you paid for your benefits was November 30, 2017. We need to recoup your benefit premiums for December 2017 and January 2018 (breakdown listed below). In the past we have collected these payments via payroll deductions, but since you have been on short-term disability Lincoln Financial has been paying your directly.

|  | Dec-17 |  |
|---|---|---|
| Medical | $ 185.83 | $ |
| Dental | $ 22.21 | $ |
| FSA | $ 83.33 | $ |
| LTD | $0 (not enrolled) | $ |

The coverage had already been cancelled and the plaintiff had already been approved for Arizona State Medicaid.

He knew based on his experience with Velocity they would never keep their word on anything and he removed them from any control or input in his medical treatment and his ability to receive any medical treatment, medication or rehabilitation treatment.

As a direct result of the cancellation of his vision coverage plaintiff unable to receive the Prism lenses that was recommended by his primary physician and the eye specialist for treatment of hemianopsia.
Which is treatment for stroke victims who has suffered vison loss and
visual field   he suffered that resulted in reduced vision in half his visual field.

As a result, they denied treatment that resulted in permanent disability and vision loss as they deprived him access to this treatment that was covered under his commercial insurance from Velocity but not covered under State of Arizona Medicaid.

They did not care about his recovery, the only thing they cared about was

They never wanted him to recover plain and simple.

Now after over 4 months out of the blue and after he has filed for unemployment stating the fact he has been terminated, Velocity HR Director as part of the conspiracy to cover up this fact send messages on May 9, and May 15, 2028 claiming he had not been terminated because he was still receiving Vision, Dental and medical benefit coverage.

Lying to plaintiff claiming doctor appointment on May 20, 2018 **(a Sunday)**, non-receipt of certification to return to work which she already had in her possession since January 2018.


Velocity General Counsel Chris Heller.

Now here are two separate executives from Velocity saying different things about termination and healthcare premiums.

Now this so call attorney admits Velocity cancelled the health benefits after he has lied to the court months earlier saying they did not terminate and he was still receiving health benefits and directed the courts attention to his contradiction and transformation.

Now he claims Velocity **"lawfully terminated his health Benefits"**

However, Velocity general counsel on June 5, 2018he states he is attempting to waive the $2,500 of health employee health premiums Velocity paid since December 2017.

Now how can all these statements be true?

Velocity HR Director on May 9 and May 15, 2018 claims plaintiff is still receiving health benefits and coverage.

On June 5, 2018 Velocity General Counsel **(a lawyer)** claims he is attempting to waive the same healthcare premiums in the amount of $2,500

He even adds that he spoke with HR Director Shauna Coleman who 21 days prior lied to plaintiff claiming he was still receiving health benefits.


**To:** Garrison <garrison.jones@outlook.com>
**Subject: Employee portion of premium**

On Jun 5, 2018 at 4:02 PM, <Chris Heller> wrote:

Garrison,
I spoke with Shauna and the only HR item we are aware of relates to the employee portion of your benefit premiums that Velocity has paid since December of last year.

This amount is approximately $2,500.

I am working on approval to include the waiver of payment of this amount as part of the settlement.

This is part of the approval I am seeking in connection with the overall amount of the settlement payment and is not intended to decrease the final settlement amount.

As indicated yesterday, I am preparing the draft agreement to send for your review today. It may be later in the evening when I finish so want to confirm with you whether you want me to send late tonight or wait until business hours tomorrow to forward.

Regards,
Chris

Chris Heller | SVP & General Counsel | Velocity Technology Solutions, Inc.
o 704.593.3423| m 816.678.5162 | f 703.935.4308 | velocitycloud.com

**Then on September 25, 2020**

This so call attorney claims based on the email of May 9, and May 15, 2018 that Velocity who was advised to do so by attorneys from Ogltree Deakins states that this **email in his mind "contradicts"** his termination because velocity lied saying he was still receiving health Benefits.

**Now on April 7, 2022** two years later he now has lied to the court once again in his opposition to vacate the courts order Document 98 from September 28, 2021 where again, he now claims velocity Lawfully terminated his benefits because of non-payment.

This once again now that he has been caught in a lie, he is now changing his story and version about the insurance benefits and invented another **lie claiming, "Velocity lawfully cancelled the benefits for non-payment, but intentionally does not say when they were cancelled".**

Now why would an attorney who represents a client who has 100 percent unrestricted access to all employee HR, Payroll, and health benefits information not be able to provide evidence off any cancellation of an employee benefit ?

The reason is that this is the continued cover-up off the conspiracy of the termination of plaintiff.

**The benefits for plaintiff were cancelled because he was terminated.** Both the lawyers from Ogltree Deakins and Velocity both know he was terminated.

The response from their attorneys do not match the evidence and since plaintiff via his own due diligence by reaching out to the state of Arizona, Velocity own insurance carrier and an end health care provider who provided healthcare services where all provided information that concluded

   a. **His Velocity insurance card on January 23, 2018 was declined at the point of care (twice) and he paid out of pocket for healthcare services**
   b. Plaintiff after this event **February 7, 2018** was approved for state of Arizona Medicaid

Now in addition to being caught in a lie he also no claims "plaintiff chose to get other insurance.

Plaintiff did not choose to get other insurance, he was forced to do so because Velocity was doing everything they had available to them in order to prevent plaintiff from recovering from a Hemorrhagic stroke, prevent him from receiving medication, acute care treatment, speech, occupational and physical therapy.

All these medical services were ordered by his primary physician, required and mandatory for stroke victims, especially those who suffered a sever

He does not mention that on **December 22, 2017 Velocity HR Director Shauna Coleman when not asked to do so, in writing informed plaintiff "Velocity would collect premiums when he returned to work"**

> On Fri, Dec 22, 2017 at 12:42 PM Garrison Jones <garrison.jones@velocitycloud.com> wrote:
> Meaning 2018 correct
>
> Sent from my iPhone
>
> On Dec 22, 2017, at 12:37 PM, Shauna Coleman <shauna.coleman@velocitycloud.com> wrote:
>
>> Hello,
>>
>> Thank you Wendy. Garrison, as mentioned during open enrollment you will not be eligible to receive LTD benefits on your current disability as you did not have this coverage in place when this situation started. That said, you will be eligible for coverage in a year (with review by Lincoln Financial).
>>
>> Velocity will collect your premium once you return to work.
>
> 1

Plaintiff because he was receiving this information from the highest ranking HR employee inn the organization, the HR Director, Shauna Coleman he had 100 percent of detrimental reliance of this information.

**Then in less than 30 days later January 23, 2018 after making this promise to plaintiff** unexpectedly contradicts and without no waring, explanation she makes a complete reversal and begins to demand payment.

Now he is trying to **"weasel out of his statement in document 43** where he now claims he did "not direct the courts attention to the cancellation of benefits where he claims the exhibit attached in his mind and words contradict his termination BECAUSE he was still receiving benefits.

How can the court make its determination from a dismissed complaint that it claims violated a prior court order filed over a year prior if the defendants lawyer did not direct its attention to it and it is included in the court's ruling.

Either way, he lied then as he is lying now.

How many different lies and version will this court accept?

**You have three different lies being offered and the one that is at the highest level is from the lying attorney, decristoforo.**

**He lied to the court on September 25, 2020 and he is lying to the court again on the same subject/topic/claim on April 7, 2022.**

The truth of the matter is on January 23, 2018 after receiving message from Velocity HR director demanding payment for healthcare benefits 7 days after this date on January 30, 2018 plaintiff from a referral from his primary physician to a major eye clinic submitting his Velocity Healthcare card at the point of care prior to receiving treatment where Velocity Health Plan administrator United Healthcare denied authorization for treatment, meaning they would not pay for the visit.

The end care provider contacted them while plaintiff was receiving treatment by phone and they declined coverage for a second time forcing the plaintiff to pay out of pocket.

Plaintiff was not approved for coverage under the state of Arizona until February 7, 2018.

So the claims of this so-called attorney that plaintiff "chose "to get other coverage is an absolute lie. Just like all the other lies, he has told.

He was not present on January 30, 2018 when plaintiff attempted to use Velocity Insurance card when it was denied.
This again was 7 days after this message was received.

However, the Vision coverage was cancelled in December 2017 and the Medical coverage was cancelled in January 2018.

The fact remains on January 30, 2018 the coverage was declined.

**NOW** 4 ½ years later here is a so-called attorney giving his 2 cents and again after evidence that proves he **was lying to the court when he directed them to an exhibit that he calls was a contradiction of his termination because velocity who was lying that he had not been terminated BECAUSE HE WAS Receiving VISION and MEDICAL BENEFITS.**

Now after plaintiff has acquired undisputed evidence that his medical coverage was cancelled from three difference sources including an end healthcare provider, the state off Arizona Medicaid program and Velocity's own heath plan administrator, now he attempts to reverse his lie claiming **Velocity "lawfully terminated his health benefits because he did not pay his premiums and he chose to get other coverage".**

This is a lie as well, plaintiff did not choose to get other coverage he was forced to get other coverage because of the actions of Velocity

Nor was he in the state of Arizona when he was approved for Medicaid.
This is simply another example where he has no proof of anything he is stating and a reaction to again blame the plaintiff and make it appear he is at fault.

The fact is he is the one who mislead and directed the courts attention to an exhibit that he transformed into something it was not claiming "contradiction" of termination knowing Velocity had cancelled all his coverage.

The court must not give the defendants or their attorneys a platform to present such a simple outrageous and **egregious** explanation where they are now claiming that all the forged documents, false fabricated FMLA complaints, withdrawal letters uncovered by plaintiff were all part of "negotiations in a prior proceeding" that was related to a discrimination complaint when the attorneys in the current case before this court, specifically Ogltree Deakins attorney decristoforo, anthony j has created a forged different version of another forged FMLA complaint on September 9, 2021 and submitted / filed this forgery with this court 4 ½ years later.

All the evidence that has been submitted by plaintiff has exceeded the plausible facts needed to show this court that he was terminated while on FMLA and that Velocity interfered in the FFMLA medical leave in not just terminating him but also over 9 other acts of interference, including falsely accusing him of felony unemployment fraud during the so – called extended FMLA period.

The court cannot look past all the other acts committed by Velocity during the entire FMLA leave period.

Respectfully submitted,

Dated: April 10, 2022

*Garrison Jones* (signature)

**Garrison Jones Plaintiff (Pro Se)**

Sacramento, California 95818
garrison.jones@outlook.com