ANTHONY J. DECRISTOFORO SBN 166171
anthony.decristoforo@ogletree.com
PAUL M. SMITH SBN 306644
paul.smith@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA  95814
Telephone:    916-840-3150
Facsimile:     916-840-3159

Attorneys for Defendant
VELOCITY TECHNOLOGY SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON JONES<br><br>         Plaintiff,<br><br>     v.<br><br>VELOCITY TECHNOLOGY SOLUTIONS, INC.; SHAUNA COLEMAN, individually and as H.R. Director of Velocity Technology Solutions; CHRIS HELLER, individually and as General Counsel of Velocity Technology Solutions; STEVEN KLOEBLEN, individually and as CEO of Velocity Technology Solutions; MICHAEL BALDWIN, individually and as an employee of Velocity Technology Solutions.<br><br>         Defendants. | Case No. 2:19-cv-02374-KJM-JDP<br><br>**DEFENDANT VELOCITY TECHNOLOGY SOLUTIONS, INC.'S STATUS REPORT**<br><br>Complaint Filed:  November 25, 2019<br>Trial Date:          None Set<br><br>Magistrate Judge: Hon. Jeremy D. Peterson<br>District Judge:       Hon. Kimberly J. Mueller |

In accordance with this Court's March 22, 2022 Minute Order resetting Status (Pretrial Scheduling) Conference (DKT 129), Defendant Velocity Technology Solutions, Inc. ("Velocity") submits the following Status Report.

### A Brief Summary of the Claim and Case Status to Date

This is an employment action between Plaintiff Garrison Jones ("Plaintiff") and his former employer, Velocity Technology Solutions, Inc. ("Velocity"). Plaintiff filed this action in November 2019 alleging various claims of discrimination in violation of Title VII and the Family Medical Leave

Case 2:19-cv-02374-KJM-JDP   Document 140   Filed 08/25/22   Page 2 of 2

Act ("FMLA") for acts allegedly occurring during and after his employment. Velocity challenged the sufficiency of Plaintiff's Complaint by timely filing a Motion to Dismiss and this Court later dismissed all but the FMLA claims. (See ECF 5, 29, 34, and 49.)

On September 10, 2020, Plaintiff filed a first amended complaint renewing his claims under the FMLA. (DKT 41.)  Velocity timely filed a Motion to Dismiss the First Amended Complaint on September 25, 2020.  (ECF 43.)  On September 28, 2021, the Court granted Defendant's Motion to Dismiss with further leave to amend.  (ECF 98.)

On October 28, 2021, Plaintiff filed a Second Amended Complaint alleging claims under the FMLA.  (ECF 105.)  On November 2, 2021, Plaintiff filed a "Revised Second Amended Complaint." (ECF 108). Velocity timely filed a Motion to Dismiss the Second Amended Complaint or Revised Second Amended Complaint on November 12, 2021.  (ECF 109.)  The Court has not yet ruled on this motion.

While awaiting a ruling on Velocity's Motion to Dismiss the Second Amended Complaint, Plaintiff filed a Motion to Vacate Court Order Document 98.  (ECF 128.)  On May 11, 2022, the Court denied Plaintiff's Motion and explained that it considered the motion to be a Request for Reconsideration of a Non-Final Order.  (ECF 137.)

The Court has previously vacated and continued the Scheduling Conference five times.  (See, ECF 63, 71, 86, 111, 129.)  Because the Motion to Dismiss the Second Amended Complaint or Revised Second Amended Complaint (ECF 109) remains pending, the case is not yet as issue. Defendant respectfully submits that it would be premature to consider scheduling issues until the parties know whether the case will be dismissed.

DATED:  August 25, 2022

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Anthony J. DeCristoforo
Anthony J. DeCristoforo
Paul M. Smith

Attorneys for Defendant
VELOCITY TECHNOLOGY SOLUTIONS, INC.

2   Case No. 2:19-cv-02374-KJM-JDP
DEFENDANT VELOCITY TECHNOLOGY SOLUTIONS, INC.'S STATUS REPORT