UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON JONES, | No. 2:19-cv-02374-KJM-JDP (PS) |
| Plaintiff, | |
| v. | ORDER |
| VELOCITY TECHNOLOGY SOLUTIONS, | |
| Defendant. | |

      On September 9, 2022, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff filed objections on September 22, 2022, and defendant filed a response to the objections on October 3, 2022; both filings have been considered by the undersigned.

      The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed d novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed September 9, 2022, are adopted;
2. Defendant's motion to dismiss, ECF No. 109, is granted;
3. This action is dismissed for failure to comply with court orders;
4. All other pending motions, ECF Nos. 89, 120, 122, & 123, are denied as moot; and
5. The Clerk of Court is directed to close the case.

DATED: October 11, 2022.

CHIEF UNITED STATES DISTRICT JUDGE