# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**GARRISON JONES,**

CASE NO: **2:19–CV–02374–KJM–JDP**

v.

**VELOCITY TECHNOLOGY SOLUTIONS, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 10/11/2022**

**Keith Holland**
Clerk of Court

ENTERED: **October 11, 2022**

by: /s/ K. Zignago
Deputy Clerk