Garrison Jones

Plaintiff (Pro Se)

General Delivery

Sacramento, California 95814

garrison.jones@outlook.com



**FILED**

OCT 27 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## U.S. DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**GARRISON JONES**
        **Plaintiff,**
    **v.**

**VELOCITY TECHNOLOGY**
**SOLUTIONS LLC et al**
        **Defendants.**

**Case 2:19-cv-02374-KJM-JDP**

**JURY TRIAL**
**DEMANDED**

Action filed:  Nov. 25 2019

Date set for trial: NONE

## Plaintiff Reply to Defendants Document 145

### Introduction

This court should take any and all responses from the Ogltree Deakins attorney with less than a grain of salt.

He is attempting to steer the courts attention further and further away from the issues of this litigation and the fact he has been caught committing perjury under oath, misrepresentation, forging of documents, multiple acts of Professional misconduct and the fact that if you bundle all of the criminal violations of the law together, they will result in his disbarment and prison for

him, multiple Ogltree Deakins attorneys and multiple executives and employees from Velocity and Navisite.

I want to continue to remind this court that his document 94 filed on September 9, 2021 and Exhibit A attached is a forgery of a forgery that was previously sent to the USDOL by his fellow attorneys from the law firm of Ogltree Deakins.

It was not sent to the USDOL by the plaintiff Garrison Jones it was taken from the network of Ogltree Deakins, modified by present company after he thought the "coast was clear" to alter it for the third time after the USDOL had already investigated and determined that none of the so called "FMLA complaints in their files were filed by plaintiff Garrison Jones.

I held onto their FOIA response for over 4 months because I knew the coward in this attorney would eventually rise to the top and do exactly what he did, forged a document claiming it to be the "ultimate" FMLA complaint he claims was sent to USDOL by plaintiff.

I want to remind this court the USDOL replied October 18, 2021 and found no record of Exhibit A in their files/records.

Now again, he did not say how he obtained it but he sure as hell did not get it from the United States Department of Labor.

I suspect now for over a year he is thinking of someone other than the plaintiff to blame this on. He can stop, he can blame himself.

I have not seen a response or reply yet that he has submitted with a different version.

Now, do we want to blame the US federal government and say they are lying?  I do not see any responses from the federal government to the defendants.

**Individuals are not born a fool; we make fools out of ourselves**.

While I am unable to dictate the pace of when the criminal indictments will occur, I have **been assured they are "imminent"**.

There is one name that is at the top of the list.

In this entire litigation he has proven only one thing, he is the **perfect example why some animals eat their young**.  Other than that, he has proven nothing.

What he Now he is doing the same thing he has done from **Document 5** filed May 2020, **lie** but this time he is out to save his own ass.

**He is now instigating which is what a coward does when he thinks he has gained some form of victory or trophy.**

It will be short lived.  Ogltree Deakins thinks they have pulled off the biggest scheme in history that will be the model taught in future law classes, published in legal magazines etc.  They are mistaken.

What will be published is what happened after this case is over and it is not over by a long shot.

The court stated "memories fade" in one of its orders, well my memory though it be damaged has not and will not fade.

My version of my termination while on FMLA has never changed or faded, it is still fresh in my mind.

There is one exhibit that must be past on that counsel should begin to familiarize himself with.  It is the commissary list for the US Department of Federal Prisons.

There is noting in this response that is vague, conclusionary.  It is a short plain statement of the facts.

It was the federal government who confirmed that **EXHIBIT A was a forgery**, the plaintiff **just "pointed" to it.  They made the decision on their own.**

Plaintiff also wants to remind this court he has never been represented by counsel.

Plaintiff wants to make sure this FMLA complaint he uncovered and sent to him by the USDOL on September 30, 2020 does not fade or get lost.

Special attention on page 3 where it clearly states "Chicago DO received a withdrawal letter from attorney a settlement between CP and ER."


Now, these were Ogltree Deakins attorneys.   The plaintiff had no knowledge of this and never filed an FMLA complaint with this agency.  Velocity and Ogltree Deakins were the only parties who knew of this FMLA complaint.  You can be assured they were not doing it on behalf of plaintiff.

In addition, it seems unbecoming that plaintiff would file an FMLA complaint in July 2018 then 2 years later appeal its existence and have it reversed.

Plaintiff also wants to remind this court that **100 percent of the FOIA appeals to any government agency is for denial and exclusions of records, all except one, the appeal filed by plaintiff Garrison Jones where he appealed the existence of this FMLA complaint under his name** because he did not file it, Ogltree Deakins and Velocity did.

There was no **"negotiation"**.  **Who is such a fool to "negotiate"** and give authorization to his/her employer to file and FMLA complaint on their behalf with a federal government agency so they can add it to a so-called release" that releases them from the violation of his/her FMLA rights they intentionally violated.

Respectfully submitted,

Dated: October 24, 2022

Garrison Jones Plaintiff (Pro Se

- **4** -

# **CERTIFICATE OF SERVICE**

**I hereby certify** a copy of the forgoing [Reply was mailed, USPS to defendants on October 25, 2022

**U.S. Department of Labor**    Wage and Hour Division
Washington, DC 20210

October 18, 2021

Garrison Jones           Sent via email to *garrison.jones@outlook.com*
P O Box 188911
Sacramento, California 95818

RE:    Freedom of Information Act Response
        Tracking Number 2021-F-12837

Dear Mr. Jones:

The Wage and Hour Division of the U.S. Department of Labor (WHD) is responding to your request made under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, dated September 15, 2021. Specifically, you requested any WHD document entered or received from Ogltree Deakins or Velocity technology Solutions.

In accordance with 29 CFR § 70.20(a), we include responsive documents in our possession as of the date our search began. The search began on October 15, 2021. After performing an electronic search of the Wage and Hour Investigative Support and Reporting Database, we did not locate any documents responsive to your request. Consequently, we are providing a "no records" response. You have not been assessed related fees as the processing costs incurred did not exceed the chargeable minimum:

For further assistance, please contact June Wheeler by email at *wheeler.june.l@dol.gov* or call 678-237-0547. You may also call this office at 202-693-1004. If we cannot assist you in your concerns, you may contact the Departmental FOIA Public Liaison, Thomas Hicks, at 202-693-5427 or email at *hicks.thomas@dol.gov*. Alternatively, you may contact the Office of Government Information Services National Archives and Records Administration regarding available mediation services at Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road, College Park, MD 20740-6001. You can also reach that office by email at *ogis@nara.gov*, by phone at 202-741-5770, by fax at 202-741-5769, or by calling toll-free at 877-684-6448.

Finally, if you are not satisfied with the response to this request, you may administratively appeal by writing to the Solicitor of Labor within 90 days from the date of this letter. The appeal must state in writing the grounds for the appeal, and it may include any supporting statements or arguments, but such statements are not required. In order to facilitate processing of the appeal, please include your mailing address and daytime telephone number, as well as a copy of the initial request and copy of this letter. The envelope and letter of the appeal should be clearly marked "Freedom of Information Act Appeal." Any amendment to the appeal must be made in writing and received prior to a decision.

The appeal should be addressed to the Solicitor of submitted by email to *foiaappeal@dol.gov*. Appeals submitted to any other email address will not be accepted.

Sincerely,

**OKECHI CHIGEWE** Digitally signed by OKECHI CHIGEWE
Date: 2021.10.18 16:21:19 -04'00'

Okechi Chigewe
Acting Chief, Branch of Document Management

**garrison.jones@outlook.com**

| | |
|---|---|
| **From:** | Garrison Jones |
| **Sent:** | Monday, September 13, 2021 3:43 PM |
| **To:** | foiarequests@dol.gov |
| **Subject:** | FOIA REQUEST DOCUMENTS SENT TO velocity TECHNOLOGY SOLUTIONS OR Ogltree DEAKINS- Garrison Jones |
| **Attachments:** | DOCUMENT 94 MAIN DECLARATION OF ANTHONY DECRISTOFORO 09_09_2021.pdf; 2021-F-09036 Responsive Documents.pdf; 2021-F-09036 Request.pdf; 2021-F-09036 Response.pdf |
| **Importance:** | High |

I am hereby submitting a FOIA request for any and all documents sent to Velocity Technology Solutions and Ogltree Deakins that was dated May 22, 2018 from 2017 until the current date.

On September 9 , 2021 Ogltree Deakins attorney submitted a document to the eastern District of California I case number 2:19-cv-02374 Document 94 where he included a document that he claims was sent to the US Department of Labor on May 22, 2018.

I have from a previous FOIA request received a document from that date that does not match in anyway the document he included.
I know it is a forgery and that it was the attorneys at Ogltree Deakins who created this forgery from the beginning.

They are claiming that I sent this document to the US Department of Labor in Chicago and I know I did not.
I just learned of its existence in on June 8, 2021 from the FOIA response I received from the US Department of labor.

I am including in this request his document from September 9 Document 94 and I am also including the FOIA response I received on June 8, 2021 to illustrate that  this is a forgery created by Ogltree Deakins .

I simply need to know if this document exist in your system the date it was entered/received and if and when it was sent to anyone from Ogltree Deakins or

Velocity technology Solutions or anyone else from the year 2017 to the current date

As you can see on Page 5 of FOIA response 2021-F-09036 the response I received on June 8, 2021 has my signature on page 5.

In other emails sent, I am demonstrating the web of lies being told in regards to the reference to May 20 alleged dr. appoint that VTS claim that I had and the reason why they extended the date from May 15, 2e 20, 2018.

I want to state again,

1.  I never made such a statement or request for any extension. VTS mentioned this in a previous er

2.  message (also included) back in February 2018; I was still in Outpatient rehab at the time.

3.  Message was sent proactively by VTS without my knowledge.

4.  Email to VTS dated May 17, 2018 in response to Shauna Coleman's' email where I told them tha a weak attempt at trying to manufacture a reason to use FMLA as a disciplinary tool and create a trail, as May 20, 2018 was a Sunday and that I would have never made such an appointment no any dr scheduled me for an appointment on a Sunday 5 months ago.

5.  Also included is an email to Shauna Coleman, Human Resource director, that I informed her thr and the EEOC investigator were awaiting on proof of my request, i.e. email or phone records to s her message in regards to the May 20, 2018 date as of today, May 23, 2018 no response has beer and none will be as there is no such proof that they can submit. It never happened, as I never di they are claiming.

    Please be so kind and send any further communication to the mail address on file along with rep number assigned to this complaint

    Thanking you in advance for your attention to this matter

Rating

Sincerely

Garrison Jones

Enclosures

Nine email messages

However on the copy he attached which I think is a forgery created by Anthony Decristoforo the page does not have my signature and is completely different.

In other emails sent, I am demonstrating the web of lies being told in regards to the reference to May 20, 2018 and alleged dr. appoint that Velocity Technology Solutions claim that I had and the reason why they extended the date from May 15, 2018 to May 20, 2018.

I want to state again.

1. I never made such a statement or request for any extension Velocity Technology Solutions mentioned this in a previous email.

2. message (also included) back in February 2018; I was still in Outpatient rehab at the time.

3. Message was sent proactively by Velocity Technology Solutions without my knowledge.

4. Email to Velocity Technology Solutions dated May 17, 2018 in response to Shauna Coleman's' email where I told them that this was a weak attempt at trying to manufacture a reason to use FMLA as a disciplinary tool and create an audit trail, as May 20, 2018 was a Sunday and that I would have never made such an appointment nor would any dr scheduled me for an appointment on a Sunday 5 months ago.

5. Also included is an email to Shauna Coleman, Human Resource director, that I informed her that both me and the EEOC investigator were awaiting on proof of my request, i.e. email or phone records to support her message in regards to the May 20, 2018 date as of today, May 23, 2018 no response has been received and none will be as there is no such proof that they can submit. It never happened, as I never did what they are claiming.

Please be so kind and send any further communication to the mail address on file along with report/case number assigned to this complaint

Thanking you in advance for your attention to this matter

Rating


Sincerely


Garrison Jones



**Company address**

1901 Roxborough Rd
Floor 4
Charlotte, North Carolina 28211

- CEO Keith Angell  Coleman   keith.angell@velocitycloud.com

- Director of HR, Shauna Coleman   shauna.coleman@velocitycloud.com
 o 704.357.7721 | m 845.282.6955 | f 703.935.1260

3

I did not create this document and I need to know if it came from your
organization or as I suspect it is a forgery.

I have attached full copies of each of these documents for your investigation.

I have included the request and the responses from your agency received on June
8, 2021 and his document 94 from September 9, 2021

Please see Exhibit A he has attached which I know is a forgery.

I have a hearing for fraud upon the court where it will be crucial if I had your
response ASAP, Thank you

Please send any documents that match any release to my email address
garrison.jones@outlook.com

Thank you

4

# FCI COMMISSARY LIST

| Name | Reg. No. | Unit | DATE |
|---|---|---|---|
| | | | |

Only checked items and write-in's will be received - No ADD-ONs OR SUBSTITUTIONS – ALL SALES ARE FINAL

## Register Items

| | |
|---|---|
| Copy Card | 5.85 |
| Picture Tickets (limit 10) | 1.00 |

### Stamps
(Limit 9.40 Total Value)

| | |
|---|---|
| Book of Forever Stamps | 9.40 |
| Book of 10 - .01 | 0.10 |
| Book of 10 - .10 | 1.00 |
| Book of 5 - 1.00 | 5.00 |

Specials (Limit 1 - Write in flavor)

| | |
|---|---|
| Ice Cream _____ | |

### Drinks

| | |
|---|---|
| Bottled Water .5L 6pk (2)(K) | 3.75 |
| French Vanilla Cappuccino (2)(K) | 1.40 |
| V-8 Juice (5) | 1.15 |
| Gatorade (5) | 0.90 |
| Cranberry Juice(5) | 1.20 |
| Drink Mix - Sugar Free 8pk (5) | |

(Limit 1 of Each)

| | |
|---|---|
| Taster's Choice (K) | 7.80 |
| Coffee Regular (K) | 2.70 |
| Coffee Decaf (K) | 3.30 |
| Rotating Coffee | |
| Decaffeinated Tea (K) | 3.35 |
| Caffeinated Tea | 1.80 |
| Hot Chocolate Regular (K) | 3.75 |
| Hot Chocolate - Sugar Free (SF)(K) | 1.80 |
| Nestea Iced Tea (K) | 2.00 |
| Non-Fat Milk Instant (K) | 3.00 |
| Cherry Drink Mix (K) | 2.15 |
| Drink Mix (K) – Rotating | |

(Limit 3 Total)

| | |
|---|---|
| RC Cola (2)* | 2.35 |
| 7-Up (2)* | 2.25 |
| Diet 7-Up (2)* | 2.35 |
| Rotating Soda (2)* | |
| (Only 2 of one kind) | |

### Candy
(Limit 3 of each)

| | |
|---|---|
| Hershey's Chocolate Bar (K) | 1.70 |
| Hershey's Almond Bar (K) | 1.70 |
| Caramels | 1.00 |
| Jolly Ranchers - Assorted | 0.85 |
| Jolly Ranchers - Fire | 2.10 |
| Starlite Mints | 0.85 |
| Licorice (K) | 1.30 |
| Sugar Free Candy | |
| Rotating Candy Bars (5) | |
| Rotating Candy | |

### Soup
(Limit 10 Total)

| | |
|---|---|
| Salsa Picante Shrimp (Cup) | 0.55 |
| Thai Noodle Soup (Chili) | 0.70 |
| Ramen | 0.25 |
| ____Beef ____Chicken____Rotating | |

### Condiments
(Limit 2 of each)

| | |
|---|---|
| Non Dairy Creamer (K) | 1.80 |
| Sugar Substitute (K) | 3.75 |
| Rotating Creamer | |

## Food
(Limit 5 each)

| | |
|---|---|
| Tuna (K) | 2.75 |
| Salmon | 2.95 |
| Chicken | 3.60 |
| Mackerel | 1.25 |
| Summer Sausage | 1.55 |
| Shredded Beef | 5.85 |
| Spam | 1.25 |
| Beef Bites | 2.30 |
| Turkey Bites | 2.30 |
| White Rice | 0.95 |
| Brown Rice | 1.20 |
| Nacho Cheese Rice (K) | 1.45 |
| Whole Kernel Corn | 1.40 |
| Pepperoni Slices | 2.30 |
| Pizza Kit | 3.65 |
| Taco Mix | 1.95 |
| Tortillas Corn (5 Total) | 1.00 |
| Tortillas Flour (5 Total) | 1.30 |
| Tostadas Corn (2) | 2.40 |
| Refried Beans (3) | 1.30 |
| Chili Beans (3) | 1.45 |
| Beans and Chorizo (3)(K) | 2.05 |
| Oatmeal - Cream Variety (1) | 3.15 |
| Oatmeal - Plain (1) | 1.90 |
| Squeeze Cheese (2) | |
| ____Sharp ____Spicy | |
| Cheese Stick | |
| Creamy Peanut Butter (1)(K) | 2.55 |
| Granola Cereal (1) | |
| Cereal (1) | |
| Rotating Meat | |
| Rotating Spread | |
| Rotating Block Cheese | |

### Snacks
(Limit 3 Total)

| | |
|---|---|
| Nacho Cheese Chips | 1.50 |
| Plain Tortilla Chips | 1.90 |
| Pretzels | 1.80 |
| Rotating Potato Chips | |
| Rotating Chip | |

(Limit 1 Each)

| | |
|---|---|
| Vanilla Wafers | 2.10 |
| Snack Crackers | 2.05 |
| Cinnamon Honey Grahams (1) | 2.15 |
| Rotating Crackers (K) | |

(Limit 2 Each)

| | |
|---|---|
| Rice Cakes (2) | 3.85 |
| Oreo Cookies (2) | 2.10 |
| Rotating Cookies | |
| Raw Almonds (K) | 3.00 |
| Deluxe Mixed Nuts | 3.15 |
| Trail Mix(3) | 3.10 |
| Cashews - Salted | 1.80 |
| Prunes | 2.70 |
| Marshmallows | 1.95 |
| Pudding 4pk (K) | 2.00 |
| Olives (5)(K) | 1.35 |
| Pork Rinds (5) | 0.95 |
| Popcorn (5)____Light ____Butter | 0.55 |
| Dried Fruit (3) | 3.00 |
| Party Mix | |
| Pop Tarts (4) | |
| Rotating Pastry | |
| Granola Bars | |
| Protein Bars (5) | 1.75 |
| Breakfast Bar, Rotating(10) | |

## Health Products
(Limit 2 of Each)

| | |
|---|---|
| Gas-Ex Cherry | 5.60 |
| Aspirin - Generic 100 | 1.60 |
| Triple Antibiotic Ointment | 4.40 |
| Band-Aids | 0.65 |
| Ben-Gay Ointment | 5.20 |
| Carmex Lip Treatment | 1.70 |
| Chapstick | 3.70 |
| Prilosec Omeprazole | 10.50 |
| Allergy Relief | 1.60 |
| Generic Claritin, Laratadine | 2.60 |
| Acne Treatment | 1.60 |
| Cough Drops | 0.80 |
| Eye Drop | 2.05 |
| Hydrocortisone Cream | 1.25 |
| Hemorrhoid Ointment | 3.85 |
| Ibuprofen | 2.50 |
| Medicated Chest Rub | 2.40 |
| Metamucil Powder | 6.50 |
| Milk of Magnesia | 2.15 |
| Maximum Strength Antacid | 3.40 |
| Pepto Bismol - Generic | 2.60 |
| Generic Zantec, Ranitidine | 5.15 |
| Saline Nasal Spray | 1.85 |
| Tums 3pak | 2.20 |
| Tylenol - Generic | 2.35 |
| Multivitamin | 1.90 |
| Calcium | 2.05 |
| Vitamin B-150 | 3.25 |
| Vitamin C | 1.95 |
| Vitamin E Gelcaps | 2.55 |
| Naproxen Pain Relief | 5.50 |
| Cough Decongestant | 2.20 |

### Dental Products
(Limit 1 of each)

| | |
|---|---|
| Close-Up Toothpaste | 1.50 |
| Colgate Toothpaste | 2.45 |
| Sensodyne Toothpaste | 6.75 |
| Dental Floss | 1.25 |
| Denture Baths | 1.95 |
| Denture Toothpaste | 4.05 |
| Denture Brush | 4.40 |
| Fixodent Adhesive | 1.30 |
| Mouthwash | 1.95 |
| Toothbrush Medium | 1.00 |
| Toothbrush Soft | 0.95 |
| Toothbrush Holder | 0.50 |

### Cosmetics
(limit 1 of each)

| | |
|---|---|
| Blush Brush | 4.10 |
| Cosmetic Bag | 5.50 |
| Eyebrow Pencil Black | 2.65 |
| Eyebrow Pencil Brown | 2.65 |
| Eye Liner–Liquid Black | 6.05 |
| Eye Liner–Liquid Brown | 6.05 |
| Mascara –Black | 6.90 |
| Mascara Waterproof | 7.30 |
| Lipstick - Color_____ | 5.60 |
| Bronzer - Color_____ | 4.50 |
| Blush | 4.50 |
| Eye Shadow _____ | 7.40 |
| Eye Lash Curler | 5.85 |
| Liquid Make Up _____ | 10.60 |
| Sharpner | 6.55 |
| Make Up Remover Pads | |

(limit 2 of each)

| | |
|---|---|
| AAA Battery 4 pk | 1.45 |
| AA Battery 4 pk | 1.45 |
| D Battery 2 pk | 1.75 |

Replacement watch band submit cop-out

## Laundry Items
### (Limit 2 of each)

| | |
|---|---|
| ____ Fabric Dryer Sheets | 3.85 |
| ____ Tide Pods | 7.80 |
| ____ Supremo | 1.50 |
| ____ Rotating Laundry Soap | |

## Recreation Items
### (Limit 1 of each)

| | |
|---|---|
| ____ Ankle Brace | 10.80 |
| ____ Medium ____ Large | |
| ____ Crochet Hooks 6pk | 1.95 |
| ____ 14 X 14 Box | 2.35 |
| ____ Headband | 1.75 |
| ____ Wristband | 1.75 |
| ____ Knee Brace | 10.70 |
| ____ Medium ____ Large | |
| ____ Polyfill Stuffing | 4.05 |
| ____ Pinochle Playing Cards | 1.65 |
| ____ Poker playing Cards | 1.70 |
| ____ Support Belt | cop-out |
| ____ Weight Gloves | cop-out |
| ____ S ____ M ____ L ____ XL | |
| ____ Wrist Support | 8.70 |

## Hair Care
### (Limit 1 of each)

| | |
|---|---|
| ____ Suave Sbampoo | 1.65 |
| ____ Suave Conditioner | 1.65 |
| ____ Infusium Shampoo | 7.80 |
| ____ Infusium Conditioner | 7.80 |
| ____ Proclaim Shampoo | 4.80 |
| ____ Proclaim Conditioner | 4.80 |
| ____ Rotating Shampoo | |
| ____ Rotating Conditioner | |
| ____ Head & Shoulders Shampoo | 6.40 |
| ____ T-Gel Shampoo | 5.20 |
| ____ Sulfur 8 | 3.85 |
| ____ Wonder 8 Oil | 7.05 |
| ____ Rotating Wrap Lotion | |
| ____ Infusium 23 Treatment | 5.30 |
| ____ Relaxer Regular | 7.80 |
| ____ Hair Dye_____ | 9.10 |
| ____ Dark Brown____Black____Blonde____Rotating | |
| ____ Styling Gel | 1.65 |
| ____ Hair Spray | 5.85 |
| ____ Gel Curl Activator | 1.30 |
| ____ AP Growth Oil | 2.85 |
| ____ AP Moisturizer Lotion | 2.85 |
| ____ Ampro Pro Style Gel 6oz | 1.45 |
| ____ Hair Scrunchie | 4.80 |
| ____ Barrettes | 1.50 |
| ____ Detangler Comb | 1.25 |
| ____ Comb and Brush Set | 2.40 |
| ____ Hair Pick | 0.80 |
| ____ Vent Brush | 1.60 |
| ____ Conditioning Caps | 1.75 |
| ____ Shower Caps | 1.60 |
| ____ Claw Clip 3 set, Small | 1.85 |
| ____ Claw Clip 3 set, Large | 3.40 |
| ____ Foam Rollers Small | 1.40 |
| ____ Foam Rollers Medium | 1.35 |
| ____ Foam Rollers Large | 1.35 |
| ____ Du-Rag | 1.70 |
| ____ Quantum Perm | 3.00 |
| ____ Perm Curl Papers | 1.45 |
| ____ Coconut Oil Conditioner | 2.50 |
| ____ AP Magic Gro | 6.55 |
| ____ Hair Mayo | |
| ____ Ponytail Holders | |
| ____ Rotating Pomade | |

## Supplies

| | |
|---|---|
| ____ Address Book (1) | 1.85 |
| ____ Blank Note Cards (no envelope) | 1.50 |
| ____ Bic Ink Pen 2 pack - Black (2) | 1.15 |
| ____ 2 Pencils 4 pack | 0.55 |
| ____ Letter Envelopes - (1 Box)50ct | 1.95 |
| ____ Expansion Folder (3) | 1.50 |
| ____ Swintec Printwheel (2) | 19.40 |
| ____ Swintec Ribbon (2) | 7.25 |
| ____ Swintec Liftoff (2) | 9.25 |
| ____ Legal Size Pad (2) | 1.35 |

## Hygiene Products
### (Limit 4 Total)

| | |
|---|---|
| ____ Dial Soap | 1.05 |
| ____ Dove Soap | 1.50 |
| ____ Lever 2000 | 0.95 |

### (Limit 1 of each)

| | |
|---|---|
| ____ Tweezers | 2.60 |
| ____ Emery Boards | 0.90 |
| ____ Fingernail Clipper | 0.80 |
| ____ Toenail Clipper | 1.10 |
| ____ Bodywash | 4.10 |
| ____ Neutrogena Soap | 3.40 |
| ____ Soap Dish | 0.45 |
| ____ Dial Roll-On Deodorant | 1.45 |
| ____ Rotating Deodorant | |
| ____ Secret Solid Deodorant | 3.05 |
| ____ Baby Oil | 2.30 |
| ____ Baby Powder | 1.55 |
| ____ St. Ives Lotion | 3.15 |
| ____ Suave Lotion | 2.50 |
| ____ Petroleum Jelly | 1.35 |
| ____ Disposable Razors | 2.15 |
| ____ Noxema | 2.20 |
| ____ Collagen Elastin Moisturizer | 5.50 |
| ____ Oil of Olay | 12.45 |
| ____ Apricot Scrub | 3.90 |
| ____ Ambi Complexion Bar | 2.40 |
| ____ Ambi Skin Fade Cream | 6.10 |
| ____ Cocoa Butter Cream | 5.50 |
| ____ Cotton Swabs | 2.65 |
| ____ Sun Block SPF 30 | 2.15 |
| ____ Gillette Mach 3 System | 10.30 |
| ____ Gillette Mach 3 Cartridges | 13.55 |
| ____ Rotating Lotion | |

## Feminine Hygiene
### (limit 2 of Each)

| | |
|---|---|
| ____ Carefree Panty Liner | 2.40 |
| ____ Miconazole 3 | 10.75 |
| ____ Douche - Vinegar/Water | 1.55 |
| ____ Tampax Regular | 4.15 |
| ____ Tampax Super | 4.15 |
| ____ Always with Wings | 3.90 |

## Shoes
### (Limit 1 of each)

| | |
|---|---|
| ____ Shower Shoes | 3.50 |
| ____ (5-6) ____(7-8) ____(9-10) ____(11-12) | |
| ____ Clog Slippers | cop-out |
| ____ (5.5-6) ____(6.5-7) ____(7.5-8) ____(8.5-9) | |
| ____ (9.5-10) | |

## Miscellaneous Items

| | |
|---|---|
| ____ Air Freshener (2) | 1.10 |
| ____ Small Microwave Bowl w/lid (1) | 3.60 |
| ____ Large Bowl w/ Lid | 5.70 |
| ____ Clear Thermal Mug 20oz (1) | 2.70 |
| ____ Clear Thermal Mug 32oz (1) | 3.00 |
| ____ Dish Soap (2) | 1.25 |
| ____ Calculator - Solar (1) | 7.40 |
| ____ Clock Alarm (1) | 8.15 |
| ____ Fan (1)* | 13.00 |
| ____ Dictionary, English (1) | 1.60 |
| ____ Dictionary, Spanish/English (1) | 2.15 |
| ____ Hanger (8) | 0.25 |
| ____ Earbuds | 10.35 |
| ____ Utensil Set (2) | 1.30 |
| ____ Poncho w/hood (1) | 4.95 |
| ____ Watch - (1) | 19.95 |
| ____ Lock (2) | 7.65 |
| ____ Headphones (1) | 34.50 |
| ____ Clear Tunes Radio (1) | 26.90 |
| ____ Sony Radio (1) | 44.85 |
| ____ MP3 Player* (1) | 69.95 |
| ____ MP3 Player Return Envelope | 0.85 |
| ____ Photo Album (1) | 2.90 |
| ____ Mirror - Safety (1) | 1.95 |
| ____ Scissors (1) | 6.45 |

## Clothing

| | |
|---|---|
| ____ Gloves (1)* | 0.40 |
| ____ Baseball Cap (1) | 3.90 |
| ____ Robe - One size fits all (1) | 35.10 |
| ____ Robe - Jumbo (3X-4X) (1) | 45.50 |
| ____ Panties - White 3pk (2) | 7.75 |
| Size 5__ 6__ 7__ 8__ | |
| 9__ 10__ 11__ 12__ | |
| ____ Socks - ankle - White Singles (6) | 1.15 |
| ____ Socks Tube (2) | 1.65 |
| ____ Scarf (1) | 6.65 |
| ____ Stocking Cap (1) | 2.75 |
| ____ Towel (2) | 5.35 |
| ____ Washcloth (2) | 1.45 |

### Sweatshirt
### (Limit 1)

| | |
|---|---|
| ____ Sml ____ Med ____ Lrg ____ XL | 15.35 |
| ____ 2X ____ 3X ____ 4X | |
| ____ 5X | 20.15 |

### Sweatpants
### (Limit 1)

| | |
|---|---|
| ____ Sml ____ Med ____ Lrg ____ XL | 17.95 |
| ____ 2X ____ 3X ____ 4X | |
| ____ 5X | 23.40 |

### Gray T-Shirts
### (Limit 1)
### Select One:

| | |
|---|---|
| ____ Long Sleeve | 10.40 |
| ____ Short Sleeve | 5.75 |
| ____ Sml ____ Med ____ Lrg ____ XL | |
| ____ 2X ____ 3X ____ 4X | 7.45 |
| ____ 5X Short Sleeve | 7.55 |
| ____ 5X Long Sleeve | 13.00 |

### Shorts
### (Limit 1)

| | |
|---|---|
| ____ Small ____ Med ____ Lrg ____ XL | 10.40 |
| ____ 2X ____ 3X | 11.70 |
| ____ 4X ____ 5X | 15.60 |

### Thermal Shirts
### (Limit 1)

| | |
|---|---|
| ____ Sml ____ Med ____ Lrg ____ XL | 9.10 |
| ____ 2X ____ 3X ____ 4X ____ 5X | 10.40 |

### Thermal Pants
### (Limit 1)

| | |
|---|---|
| ____ Sml ____ Med ____ Lrg ____ XL | 9.10 |
| ____ 2X ____ 3X ____ 4X ____ 5X | 10.40 |

### New Items

_____

_____

_____

_____

***PRICES ARE SUBJECT TO CHANGE***
ALL SALES ARE FINAL

(*) = Items are not transferable between institutions

(K) = Kosher

## Andre Matevousian, Warden
### Version 06/18/14

